AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  05-701

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

SEP 2 6 2005

_____              _____
(Date forms issued)                  (Signature of Party or their Representative)

                                     AARON  JOHNSTON
                                     (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action