IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   C.A. No.<br>) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Synopsys, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

    MORRIS, NICHOLS, ARSHT & TUNNELL

    */s/Karen Jacobs Louden*
    Jack B. Blumenfeld (#1014)
    jblumenfeld@mnat.com
    Karen Jacobs Louden (#2881)
    klouden@mnat.com
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware  19899
    (302) 658-9200
    Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

Chris Scott Graham
Michael N. Edelmann
DECHERT LLP
117 California Ave.
Palo Alto, CA  94304
(650) 813-4800

September 26, 2005
484705