AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court



DISTRICT OF __DELAWARE__

Synopsys, Inc.

    Plaintiff,

v.

Magma Design Automation,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-701

TO: Magma Design Automation
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

> Jack B. Blumenfeld (#1014)
> Karen Jacobs Louden (#2881)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200



RECEIVED SEP 30 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

9-29-05

DATE

_(signature)_

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/29/05 |
| NAME OF SERVER (PRINT) Thomas Lyle | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Corporation Service Company  To Mary T Drummond at 2:10 Pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/30/05    Thomas Lyle
             Date      Signature of Server           Blue Marble
                       Morris, Nichols, Arsht & Tunnell    For
                       1201 N. Market Street, Wilmington, DE 19801

                       Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure