IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC.,<br>a Delaware Corporation,<br><br>        Plaintiff and<br>        Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a<br>Delaware Corporation<br><br>        Defendant and<br>        Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Magma Design Automation, Inc. ("Magma") discloses that it has no parent corporation and that Federated Investors, Inc., a publicly traded company, owns more than 10% of Magma's outstanding stock.

Dated: October 19, 2005

                                                                         /s/ William J. Wade
                                             William J. Wade  (#704)
                                             Wade@rlf.com

OF COUNSEL:                         Richards, Layton & Finger
                                             One Rodney Square
George A. Riley                      P.O. Box 551
David P. Enzminger              Wilmington, DE  19899
Luann L. Simmons              (302) 651-7700
Ian N. Ramage
O'MELVENY & MYERS LLP    Attorneys for Defendant and Counterclaimant,
275 Battery Street, Suite 2600   Magma Design Automation, Inc.
San Francisco, CA 94111
(415) 984-8700

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899


_/s/ William J. Wade_
William J. Wade  (#704)

DATED:    October 19, 2005

RLF1-2936027-1