IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Synopsys, Inc. to answer, move or otherwise respond to the amended counterclaims filed by Magma Design Automation on October 25, 2005 (D.I. 7) is hereby extended through and including November 22, 2005. Synopsys, Inc. requests the extension so that it may have additional time to respond to the seven counterclaims, which include claims for alleged antitrust violations, state law unfair competition and patent infringement.

| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ William J. Wade* | */s/ Karen Jacobs Louden* |
| wade@rlf.com | klouden@mnat.com |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| One Rodney Square | Karen Jacobs Louden (#2881) |
| P.O. Box 551 | 1201 N. Market St. |
| Wilmington, DE 19899 | P.O. Box 1347 |
| (302) 651-7700 | Wilmington, DE 19899 |
| | (302) 658-9200 |

    SO ORDERED this _____ day of _____, 2005.

            _____
            J.

491693