IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC.,<br>a Delaware corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | )<br>) | |
| MAGMA DESIGN AUTOMATION,<br>a Delaware corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## **PLAINTIFF'S MOTION TO DISMISS**

Plaintiff Synopsys, Inc. ("Synopsys") hereby moves to dismiss Counts 1-6 of the amended counterclaims of Magma Design Automation ("Magma") (D.I. 7) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in Synopsys' opening brief filed herewith.

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Karen Jacobs Louden*
        klouden@mnat.com
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        1201 N. Market St.
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        Attorneys for plaintiff Synopsys, Inc.

494219

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 22, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing <wade@rlf.com.>

I further certify that on November 22, 2005 I served copies of the foregoing to the following counsel in the manner indicated:

By Hand

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

/s/ *Karen Jacobs Louden*
Karen Jacobs Louden
klouden@mnat.com