IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation <br><br> Defendant and Counterclaimant. | C. A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 1, 2005, copies of (i) Defendant Magma Design Automation, Inc.'s First Set of Requests for Admission to Plaintiff Synopsys, Inc., (ii) Defendant Magma Design Automation, Inc.'s First Set of Interrogatories to Plaintiff Synopsys, Inc., and (iii) Defendant Magma Design Automation, Inc.'s First Set of Requests for Document Production to Plaintiff Synopsys, Inc. were served on counsel as follows:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

RLF1-2951324-1

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Anupam Sharma
Milbank Tweed Hadley & McCloy LLP
Five Palo Alto Square, 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

/s/ (#3309)
For William J. Wade (#704)
Wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

DATED: December 1, 2005

RLF1-2951324-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

DATED:  December 1, 2005

for William J. Wade (#704)  (#3309)