IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of Synopsys' First Set Of Requests for the Production of Documents to Defendant Magma Design Automation, Inc. and Synopsys' First Set Of Interrogatories to Defendant Magma Design Automation, Inc. were caused to be served on December 1, 2005 upon the following as indicated:

**BY HAND**

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY FACSIMILE**

James Pooley
Milbank, Tweed, Hadley & McCloy LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/  Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

December 1, 2005

495590

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

I further certify that I caused to be served copies of the foregoing document on December 1, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | James Pooley<br>Milbank, Tweed, Hadley & McCloy LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2109 |

*/s/ Jack B. Blumenfeld (#1014)*
jblumenfeld@mnat.com