IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br>    Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation <br><br>    Defendant and Counterclaimant. | C. A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (i) Defendant Magma Design Automation, Inc.'s Notice of Subpoena in a Civil Case to Wagner, Murabito & Hao (with subpoena attached); (ii) Defendant Magma Design Automation, Inc.'s Notice of Subpoena in a Civil Case to M. D. Matthews (with subpoena attached); (iii) Defendant Magma Design Automation, Inc.'s Notice of Subpoena in a Civil Case to Bever, Hoffman & Harms LLP (with subpoena attached); and (iv) Defendant Magma Design Automation, Inc.'s Notice of Subpoena in a Civil Case to Jeanette S. Harms (with subpoena attached) were served on counsel as follows:

**BY HAND on December 6, 2005:**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY FIRST CLASS MAIL on December 5, 2005:**

Chris Scott Graham
Michael Edelman
Dechert LLP
975 Page Mill Road
Palo Alto, CA 94304-1013

/s/ William J. Wade

William J. Wade (#704)
Wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Anupam Sharma
Milbank Tweed Hadley & McCloy LLP
Five Palo Alto Square, 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

DATED: December 6, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND on December 6, 2006:**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

**BY FIRST CLASS MAIL on December 6, 2006:**

Chris Scott Graman, Esquire
Michael Edelman, Esquire
Dechert LLP
975 Page Mill Road
Palo Alto, CA  94304-1013

*/s/ William J. Wade*
William J. Wade  (#704)

DATED:    December 6, 2005