IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>    Defendant and<br>    Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned hereby certifies that on December 15, 2005, copies of Defendant Magma Design Automation, Inc.'s Initial Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) were served on the following attorneys of record at the addresses and in the manner indicated:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

RLF1-2958870-1

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Defendant

Dated: December 16, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

_____
William J. Wade (#704)

DATED:   December 16, 2005