IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

**NOTICE OF SERVICE**

I hereby certify that copies of Synopsys' Initial Disclosures were caused to be served on December 15, 2005 upon the following by facsimile and first class mail:

| | |
|---|---|
| William J. Wade | James Pooley |
| Richards, Layton & Finger | Milbank, Tweed, Hadley & McCloy LLP |
| One Rodney Square | Five Palo Alto Square, 7th floor |
| P.O. Box 551 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/  Leslie A. Polizoti*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
 *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

December 16, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2005 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

*/s/ Leslie A. Polizoti*
lpolizoti@mnat.com