# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Karen Jacobs Louden**
(302) 351-9227
(302) 425-4681
klouden@mnat.com

December 27, 2005

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    Synopsys, Inc. v. Magma Design Automation
               C.A. No. 05-701 (GMS)

Dear Judge Sleet:

      On behalf of the parties, we submit herewith a proposed Rule 16 Scheduling Order which reflects the dates discussed with the Court at the December 19, 2005 Scheduling Conference, as further refined by the parties. We are available at the Court's convenience, should the Court have any questions.

      Respectfully,

      */s/ Karen Jacobs Louden*
      klouden@mnat.com
      Karen Jacobs Louden

/cbh

cc:    William J. Wade, Esq. (w/enc.) (by hand and e-filing)
       Chris Scott Graham, Esq. (w/enc.) (by telecopy)
       James Pooley, Esq. (w/enc.) (by telecopy)

499341