IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and | ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and | ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Plaintiff Synopsys Inc.'s Objections To Magma Design Automation Inc.'s Subpoena to M.D. Matthews; (2) Plaintiff Synopsys Inc.'s And Non-Party Jeanette S. Harms' Objections To Magma Design Automation Inc.'s Subpoena To Jeanette S. Harms; (3) Plaintiff Synopsys Inc.'s And Non-Party Bever, Hoffman & Harms LLP's Objections To Magma Design Automation Inc.'s Subpoena To Bever, Hoffman & Harms LLP; (4) Plaintiff Synopsys Inc.'s And Non-Party Wagner, Murabito & Hao's Objections To Magma Design Automation Inc.'s Subpoena To Wagner, Murabito & Hao were caused to be served on December 27, 2005 upon the following counsel in the manner indicated:

## BY MAIL

| | |
|---|---|
| William J. Wade | James Pooley |
| Richards, Layton & Finger | Milbank, Tweed, Hadley & McCloy LLP |
| One Rodney Square | Five Palo Alto Square |
| P.O. Box 551 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                          */s/  Karen Jacobs Louden*
                                          Jack B. Blumenfeld (#1014)
                                          Karen Jacobs Louden (#2881)
                                          klouden@mnat.com
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                            Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

December 29, 2005

499621

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2005 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

I further certify that I caused to be served copies of the foregoing document on December 29, 2005 upon the following in the manner indicated:

**BY MAIL**

| | |
|---|---|
| William J. Wade | James Pooley |
| Richards, Layton & Finger | Milbank, Tweed, Hadley & McCloy LLP |
| One Rodney Square | Five Palo Alto Square |
| P.O. Box 551 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |

*/s/ Karen Jacobs Louden*
klouden@mnat.com