IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>          Plaintiff and<br>          Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>          Defendant and<br>          Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned hereby certifies that on January 3, 2006, copies of (i) Defendant Magma Design Automation, Inc.'s Response to Plaintiff Snyopsys's First Set of Requests for Production of Documents [Nos. 1-81], (ii) Defendant Magma Design Automation, Inc.'s Response to Plaintiff Snyopsys's First Set of Interrogatories [Nos. 1-5], and (iii) Magma Design Automation, Inc.'s Second Set of Requests for Production of Documents and Things to Snyopsys, Inc. Pursuant to Fed.R.Civ.P. 34 were served on the following attorney of record at the address and in the manner indicated:

**BY HAND**
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

RLF1-2958870-1

*William J. Wade/aef (#4395)*
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Defendant

Dated:    January 4, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

DATED:   January 4, 2006

RLF1-2936027-2