IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Plaintiff Synopsys, Inc.'s Responses To Magma

Design Automation Inc.'s First Set Of Requests For Production Of Documents And Things

Pursuant to Fed. R. Civ. P. 34; (2) Plaintiff Synopsys, Inc.'s Responses To Magma Design

Automation Inc.'s First Set Of Requests For Admission Of Documents And Things Pursuant to

Fed. R. Civ. P. 36 and (3) Plaintiff Synopsys, Inc.'s Response To Magma Design Automation,

Inc.'s First Set Of Interrogatories Pursuant to Fed. R. Civ. P. 33 were caused to be served on

January 3, 2006 upon the following by first-class mail:

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James Pooley
Milbank, Tweed, Hadley & McCloy LLP
Five Palo Alto Square, 7th floor
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/  Leslie A. Polizoti*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

January 10, 2006
498224

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006 I electronically filed the foregoing

NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification

of such filing to William J. Wade.

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com
