## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 05-701-GMS <br> : |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **11th** day of **January, 2006**.

IT IS ORDERED that the teleconference for **Wednesday, February 22, 2006 at** 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences shall begin at **10:30 a.m. EST**.  **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

 

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE