IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, ) ) ) ) | |
| Defendant. ) | |

### DECLARATION OF KAREN JACOBS LOUDEN

Karen Jacobs Louden declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell, LLP, Delaware counsel to plaintiff and counterclaim defendant Synopsys, Inc. in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Synopsys, Inc.'s Request For Reexamination of U.S. Patent No. 6,434,733, mailed to the Patent Office on January 9, 2006. To avoid burdening the Court, I have omitted the supporting exhibits to the reexamination request, which are voluminous. I will be glad to supply the Court with the exhibits, if requested.

3. Attached hereto as Exhibit B is Synopsys, Inc.'s Request For Reexamination of U.S. Patent No. 6,766,501, mailed to the Patent Office on January 9, 2006. Again, I have omitted the supporting exhibits due to their volume, but will be glad to supply them to the Court, if requested.

4. Attached hereto as Exhibit C is a true and correct copy of defendant Magma Design Automation, Inc.'s First Set Of Requests For Production Of Documents And Things To Plaintiff Synopsys, Inc. pursuant to Fed. R. Civ. P. 34.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Jan. 23, 2006

/s/ Karen Jacobs Louden
Karen Jacobs Louden

502587

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to William J. Wade.

I further certify that I caused that copies of the foregoing be served on the following counsel in the manner indicated:

>By Hand
>
>William J. Wade
>Richards Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19801

_____
Karen Jacobs Louden