IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,
a Delaware Corporation,

                    Plaintiff and
                    Counter-Defendant,                    C.A. No. 05-701 GMS

          v.

MAGMA DESIGN AUTOMATION, INC., a
Delaware Corporation

                    Defendant and
                    Counterclaimant.

## DECLARATION OF WILLIAM J. WADE

William J. Wade declares as follows:

1.      I am a director in the law firm of Richards Layton & Finger, P.A.,
Delaware counsel to defendant and counterclaim plaintiff Magma Design Automation,
Inc. in this action.

2.      Attached hereto as Exhibit A is a true and correct copy of a report entitled
*Synopsys Files Two Additional Suits Against Magma* as published on the Programmable
Logic Design Line website on September 27, 2005.

3.      Attached hereto as Exhibit B is a report entitled *Synopsys Strikes at
Magma's Cobra* as published on the Electronic News website on September 28, 2005.

4.      Attached hereto as Exhibit C is a true and correct copy of the March 24,
2001 PTO Office Action Summary by which the Examiner rejected all pending claims of
the '355 application.

5.      Attached hereto as Exhibit D is a true and correct copy of the introductory pages of the proceedings of the 14th IEEE VLSI Test Symposium held on April 28 through May 1, 1996 in Princeton, New Jersey.

6.      Attached hereto as Exhibit E is a true and correct copy of the introductory pages of the Proceedings of the IEEE European Test Workshop held at Montpellier, France on July 12-14, 1996.

7.      Attached hereto as Exhibit F is a true and correct copy of Ex Parte Reexamination Filing Data – March 31, 2005 as published by the Commissioner for Patents, United States Patent and Trademark Office.

I declare under penalty of perjury that the foregoing is true and correct.

William J. Wade

Dated:  February 6, 2006

2

# EXHIBIT A



September 27. 2005

## Synopsys files two additional suits against Magma

By Dylan McGrath
SAN FRANCISCO — Synopsys Inc. has filed two additional lawsuits in its high-profile patent dispute with rival Magma
Design Automation Inc.

Synopsys (Mountain View, Calif.) Monday (Sept. 26) filed a claim of unfair competition against Magma in California
Superior Court in Santa Clara County as well as a complaint in U.S. District Court for the District of Delaware claiming
that Magma infringes three patents held by Synopsys.

Yvette Huygen, Synopsys' worldwide public relations manager, said Wednesday that the company filed the Delaware
suit because, during the discovery process of the ongoing trial, Synopsys came to believe that Magma's alleged IP
infringement went further than Synopsys initially thought. The Santa Clara lawsuit, Huygen said, was filed in the name of
preserving fair business practices because Synopsys believes that Magma has made conflicting public statements.

"This whole thing has been, and continues to be, about protecting intellectual property," Huygen said.

David Stanley, Magma's special counsel, said that Magma does not practice any of the methodologies contained in the
three patents named in the Delaware suit. He added that the company has found extensive prior art usage of two of the
patents and is continuing research on the third. Prior art usage, if proven, could invalidate the claim of patent
infringement.

Stanley said the unfair business practice suit is similar to claims Synopsys has already filed against Magma in U.S.
District Court. He said he believes Synopsys filed this suit in state court because it did not think it could win the case
currently being argued in U.S. District Court.

Both Stanley and Roy Jewell, Magma president and chief operating officer, characterized the latest Synopsys actions as
"desperate" tactics.

"We see it as an example of [Synopsys'] continuing abuse of the legal system to try to gain a competitive advantage in
an unfair way," Stanley said.

Synopsys and Magma (Santa Clara, Calif.) have been involved in a contentious, often bitter patent dispute since
September 2004. Synopsys claims that technology that was originally developed at Synopsys underlies Magma
products, which Magma disputes.

In the saga's most recent chapter, a U.S. District Court in August issued a restraining order preventing Magma from
abandoning or seeking re-examination of the two patents at the heart of the litigation.

# EXHIBIT B



Your World in Real Time

*Reed Electronics Group*

February 1, 2006

FREE Newsletters



Search ▸GO

Advanced Search

**Departments**
Automotive
Business
Capital Equipment
Communications
Consumer Electronics
Convergence
Defense
EDA
Medical
Packaging
Semiconductors
Supply Chain
Test & Measurement
Special Reports

**Opinion & Analysis**
Blogs
Breakfast in the Valley
Editor's Note
Executive Insight
Op Ed

**Market Research**
Daily DRAM Report
Market Highlights
Processor

RSS Feeds  |  Printer-Friendly Version  |  Email This Article  |  Letter to the Editor

# Synopsys Strikes at Magma's Cobra

By Ann Stefford Mutschler -- *Electronic News, 9/28/2005*

Buried among a number of product announcements it made Monday, Synopsys Inc. quietly filed two more lawsuits including another patent infringement suit against rival Magma Design Automation.

The patent infringement suit was filed in Delaware, where both companies are incorporated, concerns three patents, the first of which is U.S. patent number 6,192,508, that Synopsys gained with its 2004 acquisition of Monterey Design Systems. The second patent is U.S. patent number 6,434,733 that was issued to the company in August 2002. The third patent is U.S. patent number 6,766,501, which was issued to Synopsys in July 2004.

**Related Articles**
• Court Deals Magma a Blow in Synopsys Litigation
• Magma Claims Patents in Synopsys Dispute Jointly Owned by IBM
• Magma Accuses Synopsys of Antitrust Violations
• Commerce Dept Unveils Plan to Counter IP-Theft

**TOP HEADLINES**
• Valley's Lobbying Pays Dividends
• Will Dell Deal with AMD?
• NEC Teams with Sony, Toshiba on 45nm
• Tower Staggered by $200M Loss
• ST Targets Sales, Market Share
• PortalPlayer Looks to India
• NTT DoCoMo Develops Prototype HSDPA Handsets
• Special Charges Drag on Flextronics Profits

Advertisement

*Article continues below*

According to the filing, Synopsys believes Magma has been and still is infringing the patents in its Cobra and Blast Fusion products.

Synopsys spokeswoman Yvette Huygen said the suit has always been about protecting Synopsys' IP. "During the discovery process in the existing suit, we discovered Magma's patent infringement went further than we thought," she said in regard to this additional filing.

The second suit was filed by Synopsys in Santa Clara County Superior Court in California alleging unfair competition, based on Magma's actions in defending itself in the federal patent case between the companies.

Tuesday, Magma issued a statement saying that it believes these suits are "without merit and

Highlights
Reed Electronics
Group Research

Site Membership
Welcome, Guest
**REGISTER / LOG IN**

Newsletters
Free Newsletters
Resources
 Archives
 D&B
 Business/Credit
 Reports
 Events
 Free Software
 RSS Feeds **XML**

Inside ENews
 Advertise with Us
 Contact Us
 Contribute
 Editorial Advisory
 Board

Reed Electronics
 Group Websites
ECN
EDN
Electronic
Business
Electronic News
In-Stat
Semiconductor
International
Test &
Measurement
World
Reed Electronics
Group

indicative of 'desperate' tactics by Synopsys.

"These actions are questionable, perhaps laughable, and indicative of an increasingly desperate strategy by Synopsys to maintain market share," said Magma president and COO Roy Jewell, in a statement.

"They likely concluded that their current case is weak -- because of validity and ownership issues, to name just two -- and so are attempting to bolster it by piling on these dubious claims. We're truly disappointed to see these latest actions by Synopsys, given that the industry already suffers from a reputation for excessive litigation," he continued.

Jewell also said he was, "troubled that a company that was once the leader in our industry has resorted to these egregious tactics to defend a declining market position against an up-and-coming innovator like Magma."

Magma's special counsel David Stanley noted that bringing an action on the basis of the Monterey patent (the '508 patent) is especially strange since Synopsys was asked specifically at the time it acquired Monterey last year if it would use the Monterey patents in its litigation against Magma. Synopsys apparently said they would not, Stanley said.

"But even more incredible -- if that is possible -- is the claim of unfair competition in the California filing," Stanley added. "If one is to believe Synopsys, it is 'unfair' for anybody to mount a defense when sued."

"I can only hope this strategy is the result of a legal team out of control. I think it is time to challenge the EDA industry leaders to abandon their litigious tendencies as a competitive strategy and refocus on what is truly important: customer success. Only in this way can we continue building value for our customers, shareholders and employees," Jewell concluded.

Synopsys countered by noting that the second suit was filed to preserve fair business practices. "Magma has been making contradictory public statements, which has created an unfair business environment," Huygen concluded.

 RSS Feeds  |  Printer-Friendly Version  |  Email This Article  |  Letter to the Editor

**Our Sponsors**

**Our Partners**
**Business.com**
Search the business Internet for electronics industry sources and information.

**EPN Online**
With electronics product information moving faster than ever, EPN Online keeps the busy European professional up to speed. The online home of EPN magazine, EPN Online is the definitive site offering new ideas for the European design engineer.

**PartMiner, Inc**
**FREE TRIAL: CAPS Database** for your component *'Research'* needs: **datasheets**, as well as **cross-reference** and **parametric search** tools for over 21 million parts. **PLUS:** *'Find'* real-time price and availability, or use our **part sourcing** service for a price-competitive *'PartMiner Quote.'*

# EXHIBIT C



**UNITED STATES  DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09 285,245 | 03 31 99 | PUGGIRALA | S | SNSY-A1998-0 |

|  | EXAMINER |
|---|---|
| TM02/0419 | BEDSON, M |

WAGNER, MURABITO & HAO
TWO NORTH MARKET STREET
THIRD FLOOR
SAN JOSE, CA 95113

| ART UNIT | PAPER NUMBER |
|---|---|
| 2153 | |

DATE MAILED:
04/19/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No<br>09/283,095 | Applicant(s)<br>Duggirala et al. |
|---|---|---|
| | Examiner<br>Walter Benson | Art Unit<br>2153 |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address —*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE ___3___ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .

2a) ☐ This action is FINAL.       2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) *1-22*_____ is/are pending in the application.

    4a) Of the above, claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) *1-22*_____ is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved  b) ☐ disapproved.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All  b) ☐ Some*  c) ☐ None of:

       1 ☐ Certified copies of the priority documents have been received.

       2 ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3 ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    *See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)

16) ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)

17) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____

18) ☐ Interview Summary (PTO-413) Paper No(s) _____

18) ☐ Notice of Informal Patent Application (PTO-152)

20) ☐ Other:

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-00)                 Office Action Summary                 Part of Paper No. 4

Application/Control Number: 09/283,095                              Page 2

Art Unit: 2153

## DETAILED ACTION

1.    Claims 1-22 are presented for examination

### *Claim Rejections - 35 USC § 112*

2.    The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention.

3    Claim 1 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing

to particularly point out and distinctly claim the subject matter which applicant regards as the

invention.

  a. The following terms lack proper antecedent basis:

   i.  --coupled said first functional pin-- c), claim 1

### *Claim Rejections - 35 USC § 102*

Application/Control Number: 09/283,095                                   Page 3

Art Unit: 2153

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

    A person shall be entitled to a patent unless --

    (e) the invention was described in a patent granted on an application for patent by another filed in the United

States before the invention thereof by the applicant for patent, or on an international application by another who has

fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title before the invention thereof by the

applicant for patent.

5       Claims 1, 9, 13, 18, and 19 are rejected under 35 U.S.C. 102(e) as being anticipated by

Narayanan et al. (US Patent No. 5,983,376 and hereinafter Narayanan)

6.      As Claims 1, 9, 13, 18, and 19, Narayanan discloses an electronic design automation

system [Fig. 3] and computer implemented method of constructing a scan chain, said method

comprising:

        a) receiving a netlist description of an integrated circuit design

having a plurality of functional pins (col. 2, lines 29-39 and col. 5, lines 31-33) ;

        b) inserting scan cells to said netlist description, said scan cells

being coupled serially together to form a scan chain (col. 2, lines 32-34);

        c) placing said scan cells to determine a cell layout, wherein said

step (c) is performed without regard to any predetermined constraint

designating a functional pin as a scan-in port and without regard to any

Application/Control Number: 09/283,095                                    Page 4

Art Unit: 2153

 predetermined constraint designating a functional pin as a scan-out port of said

scan chain (col. 1, lines 61-66; col. 4, lines 62-67 and col. 5, lines 1-3);

        d) based on said cell layout of said step (c), selecting a first functional

pin of said plurality of functional pins to be a scan-in port of said scan chain (col. 11, lines 15-17);

        e) modifying said netlist description to coupled said first functional

 pin to a leading scan cell of said scan chain (col. 11, lines 17-21)


                        *Claim Rejections - 35 USC § 103*


7        The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

        (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
        section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
        such that the subject matter as a whole would have been obvious at the time the invention was made to a person
        having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
        manner in which the invention was made


8        Claims 2-8, 10-12, 14-17, and 20-22 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Narayanan et al. (US Patent No. 5,983,376 and hereinafter Narayanan) as

applied to claims 1,9,13,18, and 19 above, and further in view of Giles et al. (US Patent No.

5,812,561 and hereinafter Giles)

Application/Control Number: 09/283,095                                    Page 5

Art Unit: 2153

9.      As to claims 2, 10, and 20, the system disclosed by Narayanan shows substantial features

of the claimed invention (discussed above) although it fails to disclose:

        wherein said first functional pin is selected according to a position of said, leading scan

cell of said scan chain relative to said plurality of functional pins.

        Nonetheless, these features are well known in the art and would have been an obvious

modification of the system disclosed by Narayanan, as evidenced by Giles.

        In an analogous art Giles discloses a computer implemented system of constructing a scan

chain, wherein said first functional pin is selected according to a position of said, leading scan cell

of said scan chain relative to said plurality of functional pins (Fig. 2; col. 6, lines 47-49).

        Given the teaching of Giles, a person having ordinary skill in the art would have readily

recognized the desirability and advantages of modifying Narayanan by employing the well known

conventional features of scan techniques, such as disclosed by Giles to efficiently provide an

improved testable design for an Integrated Circuit device.

10.     As to claims 3, 11, and 21, Giles discloses a system wherein said step (d) further

comprises:

        d1) determining a functional pin of said plurality of functional pins that

is closest to said leading scan cell (col. 6, lines 49-51);

        d2) selecting said first functional pin to be said functional pin

determined at step (d1) (col. 6, lines 65-67).

Application/Control Number: 09/283,095                    Page 6

Art Unit: 2153

11      As to claims 4, 12, and 22, Giles discloses a system wherein said step (e) further

comprises:

        e1) inserting a multiplexer within said netlist description (col 7, lines 1-6);

        e2) coupling said first functional pin to said leading scan cell via said

multiplexer (217, Fig 2).


12.     As to claims 5 and 14, Giles discloses a system further comprising:

        f) based on said cell layout of said-step (c), selecting a second

functional pin of said plurality of functional pins to be a scan-out port of said

scan chain (col. 7, lines 10-17);

        g) modifying said netlist description to couple said second functional

pin to a last scan cell of said scan chain (col 7, lines 29-35).


13.     As to claims 6 and 15, Giles discloses a system wherein said second functional

pin is selected according to a position of said last scan cell of said scan chain relative to said

plurality of functional pins (211, Fig 3; col 7, lines 35-38)


14      As to claims 7 and 16, Giles discloses a system wherein said step (f) further comprises:

        f1) determining a functional pin of said plurality of functional pins that is closest to said

last scan cell (col 6, lines 50-51);

Application/Control Number: 09/283,095                                    Page 7

Art Unit: 2153

      f2) selecting said second functional pin to be said functional pin
determined at step (f1) (col. 7, lines 19-22).

15.    As to claims 8 and 17, Giles discloses a system wherein said step (e) further comprises:

      e1) inserting a multiplexer within said netlist description (Fig. 2; col. 7, lines 45-50);

      e2) coupling said second functional pin to said last scan cell via said multiplexer (Col. 7,

lines 59-62).

Prior Art Made of Record

    A.  Chakradhar et al. (US Patent No. 5,726,996) discloses methods, software, and
apparatus for dynamic composition and test cycle reduction;

    B.  Beausang et al. (US Patent No. 6,067,650) discloses a method and apparatus for
performing partial unscan and near full scan within design for test applications.

*Conclusion*

    The prior art made of record and not relied upon is considered pertinent to applicant's
disclosure.

Application/Control Number: 09/283,095                    Page 8

Art Unit: 2153

    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Walter Benson whose telephone number is (703) 306-4525  The examiner

can normally be reached on Monday to Thursday and alternate Fridays from 6:30 AM to 5:00

PM.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Matthew Smith, can be reached on (703) 308-1323   The fax phone number for the

organization where this application or proceeding is assigned is (703) 305-7201 .

    Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-3900

Walter Benson  ʬ
Patent Examiner
April 12, 2001

MATTHEW SMITH
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2800

| | Applicant/Patent<br>Duggirala et al. | An. ion/Control No<br>09/283.095 | |
|---|---|---|---|
| *Notice of References Cited* | Examiner<br>Walter Benson | Art Unit<br>2153 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY[1] | Name | Classification[2] | |
|---|---|---|---|---|---|---|
| | A | 5,983,376 | 11/1999 | Narayanan et al. | 714 | 726 |
| | B | 5,812,561 | 9/1998 | Giles et al. | 714 | 726 |
| | C | 5,726,998 | 3/1998 | Chakradhar et al. | 714 | 724 |
| | D | 6,067,650 | 5/2000 | Beausang et al. | 714 | 726 |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY[1] | Country | Name | Classification[2] | |
|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

**NON PATENT DOCUMENTS**

| | | Include, as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | "A New Approach to Scan Chain Reordering Using Physical Design Information." Beausang et al. . International Test Conference. IEEE. 1998 |
| | V | "Scan Insertion Criteria for Low Design Impact" Barbagello et al .14th VLSI Test Symposium. IEEE. 1996. |
| | W | |
| | X | |

\* A copy of the reference is not being furnished with this Office action. See MPEP § 707.05(a).     [1] Dates in MM-YYYY format are publication dates     [2] Classifications may be U.S. or foreign

U. S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                                   Notice of References Cited                              Part of Paper No. 4

PTO-948 (REV 11-97)    U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office    Application No. 283 095

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) 3/31/99 are:

_____ approved by the Draftperson under 37 CFR 1.84 or 1.152.

_____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
Black ink. Color.
_____ Color drawings are not acceptable until petition is granted.
Fig(s)
_____ Pencil and non black ink not permitted. Fig(s)

2. PHOTOGRAPHS. 37 CFR 1.84(b)
_____ Photographs are not acceptable until petition is granted.
_____ Half-tones are a figure 4. Fig(s)
_____ Photographs not properly mounted (must be on Bristol board or photographic double weight paper). Fig(s)
_____ Poor quality (half-tone). Fig(s)

3. TYPE OF PAPER. 37 CFR 1.84(e)
_____ Paper not flexible, strong, white, and durable.
Fig(s)
_____ Erasures, alterations, overwriting, interlineations, folds, copy machine marks not accepted. (too thin)
_____ Mylar, velum paper is not acceptable (too thin)
Fig(s)

4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
_____ 21.0 cm by 29.7 cm (DIN size A4)
_____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
_____ All drawing sheets not the same size.
Sheet(s)

5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
_____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: A4
_____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: 8 1/2 x 11
_____ Margins not acceptable. Fig(s)
_____ Top (T)    _____ Left (L)
_____ Right (R)   _____ Bottom (B)

6. VIEWS. 37 CFR 1.84(h)
REMINDER: Specification may require revision to correspond to drawing changes.
_____ Views connected by projection lines or lead lines.
Fig(s)
_____ Partial views. 37 CFR 1.84(h)(2)
_____ Brackets needed to show figure as one entity.
Fig(s)
_____ Views not labeled separately or properly.
Fig(s)
_____ Enlarged view not labeled separately or properly.
Fig(s)

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
_____ Hatching not indicated for sectional portions of an object.
Fig(s)
_____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s)

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
_____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)
_____ Views not on the same plane on drawing sheet. Fig(s)

9. SCALE. 37 CFR 1.84(k)
_____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
Fig(s)

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
_____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
Fig(s) 4A-8B

11. SHADING. 37 CFR 1.84(m)
_____ Solid black areas pale. Fig(s)
_____ Solid black shading not permitted. Fig(s)
_____ Shade lines, pale, rough and blurred. Fig(s)

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
_____ Numbers and reference characters not plain and legible.
Fig(s)
_____ Figure legends are poor. Fig(s)
_____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig(s)
_____ English alphabet not used. 37 CFR 1.84(p)(3) Fig(s)
_____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s)

13. LEAD LINES. 37 CFR 1.84(q)
_____ Lead lines cross each other. Fig(s)
_____ Lead lines missing. Fig(s)

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
_____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
_____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)

16. CORRECTIONS. 37 CFR 1.84(w)
_____ Corrections not made from PTO 948 dated

17. DESIGN DRAWINGS. 37 CFR 1.152
_____ Surface shading shown not appropriate. Fig(s)
_____ Solid black shading not used for color contrast.
Fig(s)

COMMENTS:

REVIEWER _____    DATE 7/10/99    TELEPHONE NO. 703-308-0995

ATTACHMENT TO PAPER NO. 4
PTO COPY

# EXHIBIT D

IEEE VLSI test symposium
MONO/CONF CAT'G

DA





# 14th IEEE
# VLSI TEST
# SYMPOSIUM

## April 28– May 1, 1996
## Princeton, New Jersey

Sponsored by
IEEE Computer Society Technical Committee on Test Technology
IEEE Philadelphia Section





THE INSTITUTE OF ELECTRICAL AND
ELECTRONICS ENGINEERS. INC.

CISTI/ICIST NRC/CNRC
Main

Received on: 07-02-96
IEEE VLSI test symposium

TK7895
# M4
S476

1996

NOT FOR LOAN
PAS DISPONIBLE
POUR LE PRÊT



Proceedings

# 14th IEEE
# VLSI Test Symposium

Proceedings

# 14th IEEE
# VLSI Test Symposium

April 28 – May 1, 1996

Princeton, New Jersey

*Sponsored by*

**IEEE Computer Society Technical Committee on
Test Technology**

**IEEE Philadelphia Section**



IEEE Computer Society Press
Los Alamitos, California

Washington • Brussels • Tokyo



IEEE Computer Society Press
10662 Los Vaqueros Circle
P.O. Box 3014
Los Alamitos, CA, 90720-1264

Copyright © 1996 by The Institute of Electrical and Electronics Engineers, Inc.
All rights reserved.

*Copyright and Reprint Permissions:*, Abstracting is permitted with credit to the source. Libraries may photocopy beyond the limits of US copyright law, for private use of patrons, those articles in this volume that carry a code at the bottom of the first page, provided that the per-copy fee indicated in the code is paid through the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923.

Other copying, reprint, or republication requests should be addressed to:, IEEE Copyrights Manager, IEEE Service Center, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331.

*The papers in this book comprise the proceedings of the meeting mentioned on the cover and title page. They reflect the authors' opinions and, in the interests of timely dissemination, are published as presented and without change. Their inclusion in this publication does not necessarily constitute endorsement by the editors, the IEEE Computer Society Press, or the Institute of Electrical and Electronics Engineers, Inc.*

IEEE Computer Society Press Order Number PR07304
Library of Congress Number 96-75502
IEEE Order Plan Number 96TB100043
ISBN 0-8186-7304-4 (paper)
ISBN 0-8186-7306-0 (fiche)

*Additional copies may be ordered from:*

| IEEE Computer Society Press | IEEE Service Center | IEEE Computer Society | IEEE Computer Society |
|---|---|---|---|
| Customer Service Center | 445 Hoes Lane | 13, Avenue de l'Aquilon | Ooshima Building |
| 10662 Los Vaqueros Circle | P.O. Box 1331 | B-1200 Brussels | 2-19-1 Minami-Aoyama |
| P.O. Box 3014 | Piscataway, NJ 08855-1331 | BELGIUM | Minato-ku, Tokyo 107 |
| Los Alamitos, CA 90720-1264 | Tel:, +1-908-981-1393 | Tel:, +32-2-770-2198 | JAPAN |
| Tel:, +1-714-821-8380 | Fax:, +1-908-981-9667 | Fax: +32-2-770-8505 | Tel:, +81-3-3408-3118 |
| Fax:, +1-714-821-4641 | | | Fax: +81-3-3408-3553 |
| Email:, cs.books@computer.org | | | |

Editorial production by Regina Spencer Sipple
Cover design by Joseph Daigle/Studio Productions
Printed in the United States of America by KNI, Inc.



The Institute of Electrical and Electronics Engineers, Inc.

# Table of Contents

## 1996 14th IEEE VLSI Test Symposium

Foreword ............................................................................................................ xiii
Steering & Advisory Committees ..................................................................... xiv
Program Committee ........................................................................................... xvi
Test Technology Technical Committee ............................................................ xvii
Reviewers ........................................................................................................... xix
1995 Best Paper Award ..................................................................................... xxii
Overview of Tutorials ....................................................................................... xxiii

## Keynote Address

System on Silicon, Where are We? .................................................................. xxvi
    *Joseph Borel, Vice President, Central R/D, SGS-Thomson, France*

## Invited Talk

Challenges in Future Technologies .................................................................. xxviii
    *Kamran Eshraghian, Foundation Professor, Edith Cowan University and*
    *University of Adelaide, Australia*

## Session 1: Design for Testability

    *Moderator: K. Kinoshita, Osaka University*
    *Coordinator: V.D. Agrawal, AT&T Bell Laboratories*

Test Point Insertion Based on Path Tracing .................................................. 2
    *N.A. Touba and E.J. McCluskey*

Design of a Fast, Easily Testable ALU ........................................................... 9
    *R.D. Blanton and J.P. Hayes*

A Self-Driven Test Structure for Pseudorandom Testing
of Non-Scan Sequential Circuits ..................................................................... 17
    *F. Muradali and J. Rajski*

Scan Insertion Criteria for Low Design Impact ........................................... 26
    *S. Barbagallo, M. Lobetti Bodoni, D. Medina,*
    *F. Corno, P. Prinetto, and M. Sonza Reorda*

Segment Delay Faults: A New Fault Model ................................................... 32
    *K. Heragu, J.H. Patel, and V.D. Agrawal*

## Session 2: Testability of Analog Circuits

    *Moderator: B. Courtois, TIMA*
    *Coordinator: M. Soma, University of Washington*

Reducing the Impact of DFT on the Performance of Analog Integrated
Circuits: Improved SW-OPAMP Design ......................................................... 42
    *D. Vázquez, J.L. Huertas, and A. Rueda*

Optimization of Analog IC Test Structures ................................................48
    E. Felt and A. Sangiovanni-Vincentelli
The Multi-Configuration: A DFT Technique For Analog Circuits ...............54
    M. Renovell, F. Azais, and Y. Bertrand
A New Digital Test Approach for Analog-to-Digital Converter Testing ........60
    M. Ehsanian, B. Kaminska, and K. Arabi
Iterative Test-Point Selection for Analog Circuits ..................................66
    J. van Spaandonk and T.A.M. Kevenaar

## Session 3: Synthesis for Testability

    Moderator: E. Sogomonyan, Russian Academy of Sciences
    Coordinator: V. Chickermane, IBM
H-SCAN: A High-Level Alternative to Full-Scan Testing with Reduced
    Area and Test Application Overheads ..........................................74
    S. Bhattacharya and S. Dey
Standard and ROM-Based Synthesis of FSMs with Control Flow
    Checking Capabilities ..........................................................81
    X. Wendling, R. Rochet, and R. Leveugle
Synthesis-for-Scan and Scan Chain Ordering ......................................87
    R.B. Norwood and E.J. McCluskey
Synchronization of Large Sequential Circuits by Partial Reset ..................93
    L. Yuan and I. Pomeranz
Development of Test Programs in a Virtual Test Environment ...................99
    M. Miegler and W. Wolz

## Session 4: IDDQ Testing

    Moderator: T. Storey, Loral Fed. Systems
    Coordinator: A. Rubio, University Poli. de Catalunya
On Estimating Bounds of the Quiescent Current for IDDQ Testing ............106
    A. Ferré and J. Figueras
Current Signatures .................................................................112
    A.E. Gattiker and W. Maly
A Novel Built-in Current Sensor for IDDQ Testing of Deep Submicron CMOS ICs .....118
    S.P. Athan, D.L. Landis, and S.A. Al-Arian
Enhancing Realistic Fault Secureness in Parity Prediction Array Arithmetic
    Operators by IDDQ Monitoring .................................................124
    S. Manich, M. Nicolaidis, and J. Figueras
Improvement of SRAM-Based Failure Analysis Using Calibrated IDDQ Testing ........130
    H. Balachandran and D.M.H. Walker

## Session 5: On-Line Testing

    *Moderator: J.-Y. LeGall, Alcatel Espace*
    *Coordinator: D. Nikolos, University of Patras*

Concurrently Self-Testing Embedded Checkers for Ultra-Reliable
Fault-Tolerant Systems ........................................................................138
    *E.S. Sogomonyan and M. Gössel*

Embedded Two-Rail Checkers with On-Line Testing Ability ....................145
    *C. Metra, M. Favalli, and B. Riccò*

An Asynchronous Totally Self-Checking Two-Rail Code Error Indicator ........151
    *N. Gaitanis, D. Gizopoulos,*
    *A. Paschalis, and P. Kostarakis*

A Self-Checking ALU Design with Efficient Codes ................................157
    *S.S. Gorshe and B. Bose*

Self-Dual Parity Checking — A New Method for On-Line Testing .............162
    *Vl.V. Saposhnikov, A. Dmitriev,*
    *M. Gössel, and V.V. Saposhnikov*

Safety Computations in Integrated Circuits ......................................169
    *J.-L. Dufour*

## Session 6: Fault Diagnosis and Dictionaries

    *Moderator: J.H. Aylor, University of Virginia*
    *Coordinator: A. Majumdar, Sunrise Test Systems*

Full Fault Dictionary Storage Based on Labeled Tree Encoding................174
    *V. Boppana, I. Hartanto, and W.K. Fuchs*

Improving the Accuracy of Diagnostics Provided by Fault Dictionaries ........180
    *J.W. Sheppard and W.R. Simpson*

A CAD-Based Approach to Failure Diagnosis of CMOS LSI's Using Abnormal $I_{DDQ}$ ........186
    *M. Sanada*

A Sampling Technique for Diagnostic Fault Simulation .........................192
    *S. Chakravarty*

Dynamic Diagnosis of Sequential Circuits Based on Stuck-at Faults ...........198
    *S. Venkataraman, I. Hartanto, and W.K. Fuchs*

On the Diagnosis of Programmable Interconnect Systems: Theory and Application ........204
    *W.K. Huang, X.T. Chen, and F. Lombardi*

## Panel Session 1:

Volume Manufacturing — ICs and Boards: DFT to the Rescue? ................212
    Moderator:     *E. McCluskey, Stanford University*
    Coordinators:  *J.P. Hayes, Univ. of Michigan and R. Chandramouli, LogicVision*
    Panelists:      *R. Aitken, Hewlett-Packard*
                    *J. Hutcheson, VLSI Research, Inc.*
                    *N. Murthy, Chromatic*
                    *P. Nigh, IBM*
                    *N. Sporck, LSI Logic*

**Panel Session 2:**

Is High Frequency Analog DFT Possible? ............................................................214

  Moderator:   S. Sunter, LogicVision
  Coordinator:  L. Milor, AMD
  Panelists:   B. Kaminska, Ecole Polytechnique de Montréal
        T. Kwasniewski, Carleton University
        L. Milor, AMD
        G. Roberts, McGill University
        P. Flahive, AT&T
        J. Wojcik, APREL Laboratories

**Session 7: Sequential Circuit Testing**

  Moderator: L. Bouzaida, SGS-Thomson
  Coordinator: S.T. Chakradhar, NEC USA

Automatic Test Generation Using Genetically-
Engineered Distinguishing Sequences .............................................................216
  M.S. Hsiao, E.M. Rudnick, and J.H. Patel

Increasing Testability by Clock Transformation ("Getting Rid of Those Darn States") ..............224
  K.B. Rajan, D.E. Long, and M. Abramovici

An Analysis of Fault Partitioning Algorithms for Fault Partitioned ATPG ............................231
  R.H. Klenke, J.H. Aylor, and J.M. Wolf

On the (Non)-Resetability of Synchronous Sequential Circuits ......................................240
  M. Keim, B. Becker, and B. Stenner

Initialization of Sequential Circuits and its Application to ATPG ..................................246
  J.A. Wehbeh and D.G. Saab

**Session 8: Multi-Chip Modules and Memory Testing**

  Moderator: D. Keezer, Georgia Institute of Technology
  Coordinator: R. Wagner, Rockwell International

Faulty Chip Identification in a Multi-Chip Module System ...........................................254
  T.R. Damarla, M.J. Chung,
  W. Su, and G.T. Michael

Low-Cost Diagnosis of Defects in MCM Substrate Interconnections ...................................260
  B.C. Kim, A. Chatterjee, and M. Swaminathan

The MCM's Thermal Testing ...........................................................................266
  V.A. Koval and D.V. Fedasyuk

March LR: A Test for Realistic Linked Faults .......................................................272
  A.J. van de Goor, G.N. Gaydadjiev,
  V.N. Yarmolik, and V.G. Mikitjuk

Design of a Fault-Tolerant 100 Gbits Solid-State Mass Memory for Satellites .......................281
  M.-P. Kluth, F. Simon,
  J.-Y. LeGall, and E. Müller

## Session 9: Delay Fault Testing

Moderator: M.R. Mercer, Texas A&M University
Coordinator: D. Bhattacharya, Texas Instruments

On Minimizing the Number of Test Points Needed to Achieve Complete
Robust Path Delay Fault Testability ......................................................................288
P. Uppaluri, U. Sparmann, and I. Pomeranz

A New Test Pattern Generation Method for Delay Fault Testing ..............................296
S. Cremoux, C. Fagot, P. Girard,
C. Landrault, and S. Pravossoudovitch

On Completely Robust Path Delay Fault Testable Realization of Logic Functions.........302
V.A. Vardanian

An Algebraic Method for Delay Fault Testing ......................................................308
S. Crépaux-Motte, M. Jacomino, and R. David

A Diagnosability Metric for Parametric Path Delay Faults......................................316
M. Sivaraman and A.J. Strojwas

## Session 10: Non-Traditional Testing

Moderator: K. Wagner, Synopsys
Coordinator: C. Mallipeddi, Cadence

Testing "Untestable" Faults in Three-State Circuits ...............................................324
P. Wohl, J. Waicukauski, and M. Graf

Quantitative Analysis of Very Low-Voltage Testing ...............................................332
J.T.-Y. Chang and E.J. McCluskey

Bridging Fault Coverage Improvement by Power Supply Control ..............................338
M. Renovell, P. Huc, and Y. Bertrand

Optimal Voltage Testing for Physically-Based Faults ............................................344
Y. Liao and D.M.H. Walker

Non-Robust Tests for Stuck-Fault Detection Using Signal Waveform
Analysis: Feasibility and Advantages ..................................................................354
A. Chatterjee, R. Jayabharathi,
P. Pant, and J.A. Abraham

## Panel Session 3:

Can Defect-Tolerant Chips Better Meet the Quality Challenge? ..............................362
Co-Organized with Design&Test of Computers

Moderator:      Y. Savaria, Ecole Polytechnique de Montréal
Coordinator:    A. Ivanov, University of British Columbia
Panelists:      R.L. Campbell, AT&T Bell Laboratories
                P. Kuekes, Hewlett-Packard
                D. Lepejian, HPL
                W. Maly, Carnegie Mellon University
                M. Nicolaidis, TIMA
                A. Orailoglu, University of California, San Diego

**Panel Session 4:**

Design Validation: Formal Verification vs.
Simulation vs. Functional Testing ................................................ 364
>    Moderator:     S. Runyon, EE Times
>    Coordinator:   S. Dey, NEC USA
>    Panelists:     J. Abraham, University of Texas, Austin
>                   R. Bryant, Carnegie Mellon University
>                   K.-T. Cheng, University of California, Santa Barbara
>                   W.-J. Dai, QuickTurn
>                   D.K. Pradhan, Texas A&M University
>                   P. Prinetto, Politecnico di Torino

**Panel Session 5:**

BIST: Advantages or Limitations? ............................................... 366
>    Moderator:     R. Sedmak, Self-Test Services
>    Coordinator:   P. Varma, CrossCheck
>    Panelists:     B. Koenemann, LogicVision
>                   J. Monzel, IBM
>                   T. Powell, Texas Instruments
>                   N. Saxena, HAL
>                   K. Wagner, Synopsys

**Session 11: Advances in Built-In Self-Test**

>    Moderator: E. Aas, University of Trondheim
>    Coordinator: S. Vrudhula, University of Arizona

Design and Performance of CMOS TSPC Cells for High-Speed
Pseudo-Random Testing ............................................................. 368
>    M. Soufi, S. Rochon, Y. Savaria,
>    and B. Kaminska

Generating Deterministic Unordered Test Patterns with Counters ......... 374
>    D. Kagaris and S. Tragoudas

Test Response Compaction Using Arithmetic Functions ..................... 380
>    A.P. Stroele

Built-In Self-Test of Logic Blocks in FPGAs (Finally, A Free Lunch:
BIST Without Overhead!) ......................................................... 387
>    C. Stroud, S. Konala,
>    P. Chen, and M. Abramovici

Applying Two-Pattern Tests Using Scan-Mapping ......................... 393
>    N.A. Touba and E.J. McCluskey

## Session 12: Fault Modeling and Defect Coverage

*Moderator: R. Sarmiento, University of Las Palmas*
*Coordinator: P. Maxwell, Hewlett-Packard*

Consistently Dominant Fault Model for Tristate Buffer Nets ........................400
   *T.J. Powell*

Fault Characterization of Standard Cell Libraries Using
Inductive Contamination Analysis (ICA) .................................................405
   *J. Khare, W. Maly, and N. Tiday*

A Fault Model for Switch-Level Simulation of Gate-to-Drain Shorts ..............414
   *P. Dahlgren and P. Lidén*

An Unexpected Factor in Testing for CMOS Opens: The Die Surface .............422
   *H. Konuk and F.J. Ferguson*

On the Effects of Test Compaction on Defect Coverage ...........................430
   *S.M. Reddy, I. Pomeranz, and S. Kajihara*

## Session 13: Fault Simulation and Test Generation

*Moderator: S. DasGupta, Sematech*
*Coordinator: A. Orailoglu, University of California, San Diego*

ZAMBEZI: A *Parallel* Pattern *Parallel* Fault Sequential
Circuit Fault Simulator ....................................................................438
   *M.B. Amin and B. Vinnakota*

Testing Trees for Multiple Faults .........................................................444
   *A. Vergis and C. Tobon*

An Approach for Testing Programmable/Configurable Field
Programmable Gate Arrays ................................................................450
   *W.K. Huang and F. Lombardi*

Genetic-Algorithm-Based Test Generation for Current Testing of
Bridging Faults in CMOS VLSI Circuits ..............................................456
   *T. Lee, I.N. Hajj, E.M. Rudnick,*
   *and J.H. Patel*

Isomorph-Redundancy in Sequential Circuits ........................................463
   *D.K. Das, U.K. Bhattacharya,*
   *and B.B. Bhattacharya*

## Session 14: Mixed-Signal Test Techniques

*Moderator: J.R. Huertas, University of Seville*
*Coordinator: M. Ohletz, University of Hannover*

A Novel Test Generation Approach for Parametric Faults in Linear Analog Circuits ......470
   *H.H. Zheng, A. Balivada, and J.A. Abraham*

Oscillation-Test Strategy for Analog and Mixed-Signal Circuits ..................476
   *K. Arabi and B. Kaminska*

Monitoring Power Dissipation for Fault Detection ...................................483
   *B. Vinnakota*

Implicit Functional Testing for Analog Circuits ........................................................489
    *C.-Y. Pan and K.-T. Cheng*
Analog Circuit Simulation and Troubleshooting with FLAMES ...............................495
    *F. Mohamed, M. Marzouki,*
    *A. Biasizzo, and F. Novak*

**Panel Session 6:**

**Delay Fault Testing: How Robust are Our Models?** ............................................502

| | |
|---|---|
| *Moderator:* | *T.W. Williams, IBM* |
| *Coordinators:* | *M. Abramovici, AT&T Bell Labs and A. Chatterjee, Georgia Tech* |
| *Panelists:* | *S. Gupta, University of Southern California* |
| | *S. Pilarski, Simon Fraser University* |
| | *S. Reddy, University of Iowa* |
| | *J. Savir, IBM* |
| | *P. Varma, CrossCheck* |

**Panel Session 7:**

**Board-Level BIST** ...............................................................................................504

| | |
|---|---|
| *Moderator:* | *R. Chandramouli, LogicVision* |
| *Coordinator:* | *V.K. Agarwal, LogicVision* |
| *Panelists:* | *J. Braden, Stratus* |
| | *K. Brough, BNR/Nortel* |
| | *J. Evans, Lockheed Martin* |
| | *P. McHugh, Army Research Lab* |
| | *G. Young, Texas Instruments* |

**Panel Session 8:**

**Hardware-Software Co-Design for Test: It's the Last Straw!** ..........................506

| | |
|---|---|
| *Moderator:* | *M. Marzouki, TIMA* |
| *Coordinator:* | *B. Nadeau-Dostie, LogicVision* |
| *Panelists:* | *J. El-Ziq, Synopsys* |
| | *N. Jarwala, AT&T Bell Laboratories* |
| | *N. Jha, Princeton University* |
| | *P. Marwedel, University of Dortmund* |
| | *C. Papachristou, Case Western Reserve University* |
| | *J. Rajski, Mentor Graphics* |
| | *J. Sheppard, ARINC* |

**Author Index** .......................................................................................................508

# Foreword

Welcome to the 1996 IEEE VLSI Test Symposium, the fourteenth in a series that explores exciting new state-of-the-art test concepts, methodologies, and trends in testing electronic circuits and systems. The competitive drive to integrate a wide range of capabilities into compact electronic products as well as the continuous drive to ensure high-quality products has caused the use of traditional means to test electronic products and meet their quality requirements to be much more difficult.

The theme of this year's symposium is "Test Technology for Built-In Quality," and the focus is on novel approaches for integrating designs with built-in capabilities to test and provide quality detection information. The technology to provide integration of a wide range of functions into compact electronic products will be addressed by our renowned keynote speaker, Joseph Borel, Executive Vice President, Central R/D SGS-Thomson, who will discuss the issues involved in designing and manufacturing complex systems on silicon. In order to further enrich the program with information dealing with future trends in microelectronics, VTS has — for the first time — included an invited talk in its technical program. Therefore, technological challenges to create complex systems in the future will be addressed by our invited speaker, Kamran Eshraghian, Foundation Professor at Edith Cowan University and The University of Adelaide, South Australia.

The organizers have arranged a three-day program with two paper presentation sessions running concurrently. These sessions cover hot topics such as Synthesis for Testability, On-Line Testing, BIST, MCM Testing, Mixed-Signal Test, Fault Diagnosis, and IDDQ Testing. In addition, as panel sessions have proven to be very popular with VTS participants, this year we decided to increase the number of panel sessions from six to eight. We are proud to announce that these panels are comprised of expert practitioners from both industry and academia who will discuss relevant issues affecting the field of VLSI test technology both now and in the future. In conjunction with TTTC, two tutorials on design verification and new trends in design are also being offered. These timely topics were selected from a long list of proposed subjects based on their high level of interest to many in our audience.

With the increasing flow of top-quality submissions, paper selection continues to be a difficult task. The papers for VTS'96 were selected on the basis of a rigorous review procedure with more than 325 reviewers participating in the process. The final selection was made by the program committee, which met simultaneously in four locations in the US, Europe, and Canada, linked via a video-conference bridge. The video-conferencing facilities were generously provided by AT&T Bell Laboratories, BNR, and Politecnico di Torino, and we thank them all for their support. The globally distributed program committee meeting is one of the indicators of the truly international nature of VTS, which is also reflected in the fact that this year we received paper submissions from authors representing more than 25 countries around the world.

In addition, VTS is introducing a new social program that includes a tour of New York City and a Broadway musical. We hope that this will help the attendees relax and punctuate the technical discussions with a cultural diversion.

The VLSI Test Symposium is the result of a significant amount of volunteer work by many dedicated test professionals including the reviewers, the Program Committee members, the Best Paper Award selection judges, the Advisory Committee, and the Steering Committee. We wholeheartedly thank all of them. We also wish to acknowledge and extend our gratitude to the authors who submitted their work to VTS'96 and to the program participants for agreeing to present their contributions at the symposium. Finally, we would like to thank the IEEE Computer Society, the IEEE Computer Society Test Technology Committee (TTTC), and the IEEE Philadelphia Section for their continued sponsorship and support.

VTS is *your* symposium and we encourage your active participation. We hope that you will find VTS'96 to be beneficial, interesting, thought-provoking, and above all, fun.

Welcome to VTS'96!

Rabindra Roy
*Program Chair*

Yervant Zorian
*General Chair*

# Steering Committee



**General Chair**

Yervant Zorian
AT&T Bell Laboratories
P.O. Box 900
Princeton, NJ 08542
609-639-3176
yz@mach.att.com



**Vice General Chair &**
**Advisory Committee Member**

Mukund Modi
Naval Air Warfare Center
Code 4832, Bldg. 551-1
Lakehurst, NJ 08733
908-323-7002
mmodi@aol.com



**Program Chair**

Rabindra K. Roy
NEC USA
4 Independence Way
Princeton, NJ 08540
609-951-2976
roy@ccrl.nj.nec.com



**Finance Chair**

Kaushik Roy
Purdue University
Dept. of EE
West Lafayette, IN 47907
317-494-2361
kaushik@ecn.purdue.edu



**Program Vice Chair**

Michael Nicolaidis
TIMA
46 Ave. Félix Viallet
38031 Grenoble, Cedex, France
+33 76574619
nic@verdon.imag.fr



**Program Vice Chair**

Adit D. Singh
Auburn University
Dept. of EE
Auburn, AL 36830
334-844-1847
adsingh@eng.auburn.edu



**Local Arrangements Chair &**
**Advisory Committee Member**

Wesley E. Radcliffe
IBM, Dept. 798, Bldg. 173
5600 Cottle Road
San Jose, CA 95193
408-282-3051
radcliff@sjmvm16.vnet.ibm.com



**Publicity Chair**

Sreejit Chakravarty
SUNY Buffalo
Dept. of CS
Buffalo, NY 14260
716-645-3180 ext. 109
sreejit@cs.buffalo.edu



**Publication Chair**

Andre Ivanov
Univ. of British Columbia
Dept. of EE
Vancouver, BC V6T1Z4 CA
604-822-6936
ivanov@ee.ubc.ca



**Tutorials Chair**

James A. Monzel
IBM Z/862C
1000 River Street
Essex Jct., VT 05452
802-769-6428
jmonzel@vnet.ibm.com



**Audio-Visual Chair**

Warren H. Debany
Rome Labs/ERDA
525 Brooks Rd., Bldg. 3
Griffiss AFB, NY 13441-4505
315-330-2922
debanyw@rl.af.mil



**Advisory Committee Member**

Daniel J. Graham
inTest Corporation
12 Springdale Road
Cherry Hill, NJ 08003
609-424-6886
dgraham170@aol.com



**Advisory Committee Member**

Ned Kornfield
Widener University
School of Engineering
Chester, PA 19013
215-499-4055
ned613@aol.com



**Advisory Committee Member**

Prab Varma
CrossCheck Technology
2833 Junction Ave., Ste. 100
San Jose, CA 95134
408-432-9200 ext. 245
prab@crosscheck.com

## Support Staff



Judy A. Clark
NEC USA
4 Independence Way
Princeton, NJ 08540
609-951-2443
clark@ccrl.nj.nec.com



Joyce A. Cesario
AT&T Bell Labs
P.O. Box 900
Princeton, NJ 08542
609-639-3196
jac@mach.att.com



JoAnn Groch
NEC USA
4 Independence Way
Princeton, NJ 08540
609-951-2442
groch@ccrl.nj.nec.com

# 14th IEEE VLSI Test Symposium Program Committee

J.A. Abraham, *University of Texas, Austin*
M. Abramovici, *AT&T Bell Laboratories*
V.K. Agarwal, *LogicVision*
V.D. Agrawal, *AT&T Bell Laboratories*
C.L. Barrio, *Telefonica I&D*
B. Bennetts, *Synopsys (Northern Europe)*
M. Breuer, *University of Southern California*
A. Chatterjee, *Georgia Institute of Technology*
S. Dey, *NEC USA*
J. Ferguson, *University of California, Santa Cruz*
J. Figueras, *U Poli. Catalunya*
W.K. Fuchs, *University of Illinois, Urbana*
H. Fujiwara, *NAIST, Japan*
M. Goessel, *University of Potsdam*
J.P. Hayes, *University of Michigan, Ann Arbor*
N.K. Jha, *Princeton University*
N. Kanopoulos, *Research Triangle Institute*
B. Kaminska, *Ecole Polytechnique de Montréal*
K. Kinoshita, *Osaka University*
A. Kuchukian, *Armenian NAS*
C. Landrault, *University Montpellier II*
W. Maly, *Carnegie Mellon University*
P. Maxwell, *Hewlett-Packard*
E.J. McCluskey, *Stanford University*
P. Menon, *University of Massachusetts, Amherst*
Y. Min, *ICTAS, China*
B. Nadeau-Dostie, *LogicVision*
P. Nagvajara, *Drexel University*
I. Pomeranz, *University of Iowa*
D.K. Pradhan, *Texas A&M University*
P. Prinetto, *Politecnico di Torino*
J. Rajski, *Mentor Graphics*
J. Savir, *IBM*
I. Sogomonyan, *Russian NAS*
S. Sunter, *LogicVision*
M. Soma, *University of Washington*
A.J. van de Goor, *Delft University of Technology*
T.W. Williams, *IBM*
H.-J. Wunderlich, *University of Siegen*

# IEEE Computer Society
# Test Technology Technical Committee

**Purpose:** TTTC is a volunteer professional organization sponsored by the IEEE Computer Society. The goals of TTTC are to contribute to members' professional development and advancement and to help them solve engineering problems in electronic test.

**Membership:** TTTC membership is open to all individuals interested in test engineering at a professional level. Members receive Newsletters, announcements, benefits by personal association with other test professionals and opportunities to serve on a wide range of committees. All activities are led by volunteer members.

**Dues:** There are NO dues for TTTC membership and no parent-organization membership requirements. However, substantial reductions in the fees for TTTC-sponsored meetings and tutorials are available to members of IEEE and/or IEEE Computer Society.

**Newsletter:** Every year TTTC publishes four issues of its newsletter embedded in the magazine IEEE Design & Test of Computers. In addition TTTC publishes several issues of a more comprehensive newsletter that is mailed to all members. The newsletters cover current issues in test, TTTC technical activities, standards, technical meetings, etc.

**Standards:** TTTC actively initiates, nurtures and encourages new test standards. Several TTTC-sponsored Working Groups have produced IEEE standards, e.g. the 1149 series, that are used throughout the industry.

**Technical Activities:** TTTC sponsors a number of Technical Activity Committees (TACs) that address emerging test technology topics. TTTC TACs guide a wide range of activities in these topic areas.

**Technical Meetings:** TTTC sponsors several well-known conferences and symposia and holds numerous regional and topical workshops which provide opportunities to discuss current test problems and solutions.

**Tutorials:** TTTC holds tutorials on popular and emerging test topics in conjunction with its larger meetings.

**TTTC On-Line:** The TTTC Web Site at http://www.computer.org/tab/tttc.html offers samples of the TTTC Newsletter, information about technical activities, conferences, workshops and standards, and links to the Web pages of a number of TTTC-sponsored technical meetings.

## TTTC Executive Committee:

| | | | |
|---|---|---|---|
| Chair: | F. Liguori | *Naval Air Warfare Center, USA* | ffliguori@aol.com |
| Vice Chair: | Y. Zorian | *AT&T Bell Laboratories, USA* | yz@mach.att.com |
| Past Chair: | N. Kornfield | *Widener University, USA* | ned613@aol.com |
| Secretary: | E. Thomas | *TMS, USA* | eddor@aol.com |
| Finance Chair: | D. Graham | *inTest, USA* | dgraham170@aol.com |
| ITC Chair: | C. Hawkins | *University of New Mexico, USA* | hawkins@houdini.eece.unm.edu |

## Group Chairs:

| | | | |
|---|---|---|---|
| Technical Activities: | Y. Zorian | *AT&T Bell Laboratories, USA* | yz@mach.att.com |
| Technical Meetings: | W. Radcliffe | *IBM, USA* | radcliff@sjmvm16.vnet.ibm.com |
| Tutorials: | T. Storey | *Loral, USA* | tstorey@lfs.loral.com |
| Standards: | Vacant | | |
| Europe: | P. Prinetto | *Politecnico di Torino, Italy* | paolo.prinetto@polito.it |
| Asia: | K. Kinoshita | *Osaka University, Japan* | kozo@ap.eng.osaka-u.ac.jp |

# TTTC Sponsored Meetings — 1996

| Date | Meeting | Location | Contact |
|---|---|---|---|
| Feb. 6-9 | BAST Workshop | *Bodega Bay, CA, USA* | E. McCluskey |
| Mar. 11-14 | European Design & Test Conference | *Paris, France* | C. Lopez Barrio |
| Apr. 23-26 | DFT/BIST Workshop | *Vail, CO, USA* | T. Williams/R. Sedmak |
| Apr. 26 | Asian Test Workshop | *Singapore* | W. Moorhead |
| Apr. 28-May 1 | VLSI Test Symposium | *Princeton, NJ, USA* | Y. Zorian |
| May 6-8 | Test Synthesis Workshop | *Santa Barbara, CA, USA* | T. Cheng |
| May 15-18 | Mixed-Signal Test Workshop | *Quebec City, Canada* | B. Kaminska |
| May 30-31 | North Atlantic Test Workshop | *Hanover, NH, USA* | J. Karrfalt |
| Jun. 9-12 | South West Test Workshop | *San Diego, CA, USA* | W. Mann |
| Jun. 12-14 | European Test Workshop | *Sete, France* | C. Landrault |
| Jun. 19-21 | Rapid Systems Prototype Workshop | *Thessaloniki, Greece* | N. Kanapoulos |
| Jul. 8-10 | On-Line Test Workshop | *Biarritz, France* | M. Nicolaidis |
| Aug. 13-14 | Memory Test Workshop | *Singapore* | S. Khim |
| Sept. 15-18 | MCM Test Workshop | *Napa, CA, USA* | Y. Zorian |
| Sept. 24-26 | Hierarchical Test Workshop | *St. Augustin, Germany* | W. Geisselhardt |
| Sept. 25-27 | Therminic Workshop | *Budapest, Hungary* | B. Courtois |
| Oct. 20-24 | International Test Conference | *Washington, DC, USA* | C. Hawkins |
| Oct. 25 | IDDQ Test Workshop | *Washington, DC, USA* | Y. Malaiya |
| Nov. 20-22 | Asian Test Symposium | *Taiwan* | C. Len Lee |

# 1996 VTS Reviewers

Magdy S. Abadir, *Motorola*
Jacob A. Abraham, *University of Texas at Austin*
Miron Abramovici, *AT&T Bell Laboratories*
Dean Adams, *Dartmouth College*
Saman M.I. Adham, *Bell Northern Research*
Vinod K. Agarwal, *LogicVision*
Vishwani D. Agrawal, *AT&T Bell Laboratories*
Robert C. Aitken, *Hewlett-Packard*
Hussein Al-Asaad, *University of Michigan*
Alexander Albicki, *University of Rochester*
Anthony. P. Ambler, *Brunel University*
Kurt J. Antreich, *Technical University of Munich*
James Armstrong, *Virginia Poly. Inst. & State Univ.*
Pranav Ashar, *NEC USA*
Stephan P. Athan, *University of South Florida*
B. Atzema, *Philips Research Laboratories*
James H. Aylor, *University of Virginia*
Arun Balakrishnan, *LSI Logic*
Ashok Balivada, *University of Texas at Austin*
James S. Beasley, *New Mexico State University*
Bernd Becker, *University of Freiburg*
Hakim Bederr, *AT&T Bell Laboratories*
Ben Bennetts, *Synopsys (Northern Europe)*
Sandeep Bhatia, *CrossCheck Technology*
Debashis Bhattacharya, *Texas Instruments*
Subhrajit Bhattacharya, *NEC USA*
Dilip Bhavsar, *Digital Equipment Corporation*
Sudipta Bhawmik, *AT&T Bell Laboratories*
Daniel Brand, *IBM*
Robert K. Brayton, *University of California, Berkeley*
Melvin Breuer, *University of Southern California*
Franc Brglez, *North Carolina State University*
William Bruce, *Motorola*
E. Bruls, *Philips Research Laboratories*
Erik Brunvand, *University of Utah*
Randal E. Bryant, *Carnegie Mellon University*
Tapan J. Chakraborty, *AT&T Bell Laboratories*
Srimat T. Chakradhar, *NEC USA*
Sreejit Chakravarty, *SUNY, Buffalo*
Susheel J. Chandra, *Mentor Graphics Corporation*
R. Chandramouli, *LogicVision*
Abhijit Chatterjee, *Georgia Institute of Technology*
Xinghao Chen, *Rutgers University*
Kwang-Ting Cheng, *Univ. of California, Santa Barbara*
Wu-Tung Cheng, *Sunrise Test Systems*
Brian Chess, *Hewlett-Packard*
Vivek Chickermane, *IBM*
Tam-Anh Chu, *Acorn Networks*
Bruce Cockburn, *University of Alberta*
Fulvio Corno, *Politecnico di Torino*
Bernard Courtois, *IMAG/TIMA — CMP*

Wilfried Daehn, *SICAN GmbH*
Anton T. Dahbura, *MIT*
Marcello Dalpasso, *Univ. di Bologna*
T. Raju Damarla, *National Research Council*
A. Dargelas, *LIRMM-UMII*
Sumit Dasgupta, *Sematech*
Scott Davidson, *Intel*
Warren H. Debany, *USAF Rome Laboratories*
Neeraj Desai, *Georgia Institute of Technology*
Sujit Dey, *NEC USA*
Rolf Drechsler, *Albert-Ludwigs-University*
Christian Dufaza, *Micro-Electronique de Montpellier*
F. Joel Ferguson, *University of California, Santa Clara*
Joan Figueras, *Universitat Politecnica de Catalunya*
Andrew Flint, *Motorola*
Jose A. B. Fortes, *Purdue University*
Piero Franco, *Synopsys*
Manoj Franklin, *Clemson University*
W. Kent Fuchs, *University of Illinois, Urbana*
Hideo Fujiwara, *Nara Inst. of Science and Technology*
Vijay Gangaram, *NEC USA*
Marwan Gharaybeh, *Rutgers University — CAIP Center*
Tushar Gheewala, *On-Chip Systems*
Patrick Girard, *Universite Montpellier/CNRS*
U. Glaeser, *German National Research Center (GMD)*
Michael Goessel, *University of Potsdam*
A.J. van de Goor, *Delft University of Technology*
Steven S. Gorshe, *NEC America*
F. Gail Gray, *Virginia Poly. Institute & State University*
Susanne Griep, *Siemens AG*
Sandeep K. Gupta, *University of Southern California*
Jose Pineda de Gyvez, *Texas A&M University*
Dong S. Ha, *Virginia Poly. Institute & State University*
Ibrahim N. Hajj, *University of Illinois*
Ramesh Harjani, *University of Minnesota*
Charles F. Hawkins, *University of New Mexico*
John P. Hayes, *University of Michigan*
Sybille Hellebrand, *University of Siegen*
Shankar G. Hemmady, *Guru Technologies*
Keerthi Heragu, *University of Illinois*
Eugene R. Hnatek, *Tandem Computers*
Frank Hsu, *University of Illinois*
Joseph Hughes, *Georgia Institute of Technology*
Leendert M. Huisman, *IBM Microelectronics*
Toshio Ishiyama, *NEC Corporation*
Andre Ivanov, *University of British Columbia*
Mahesh A. Iyer, *Synopsys*
Madhuri Jarwala, *AT&T Bell Laboratories*
Anura Jayasumana, *Colorado State University*
Jochen A.G. Jess, *Eindhoven University of Technology*
Niraj K. Jha, *Princeton University*

Bruce Jilek, *Sunrise Test Systems*
Dimitrios Kagaris, *Southern Illinois University*
Seiji Kajihara, *Osaka University*
Bozena Kaminska, *Ecole Polytechnique de Montréal*
Nick Kanopoulos, *RTI*
Rohit Kapur, *IBM Microelectronics*
Dimitrios Karayiannis, *Southern Illinois University*
Mark Karpovsky, *Boston University*
Wuudiann Ke, *AT&T Bell Laboratories*
David Keezer, *Georgia Institute of Technology*
Ajay Khoche, *University of Utah*
Bruce R. Kim, *Georgia Institute of Technology*
Charles R. Kime, *University of Wisconsin*
Kozo Kinoshita, *Osaka University*
Yoshi Kitamura, *NEC USA*
Donald Klein, *NEC Corporation*
Robert H. Klenke, *University of Virginia*
Wern-Yan Koe, *Fujitsu Microelectronics*
Vladimir Kolarik, *Tech. University of Brno*
Hisashi Kondo, *University of California, Santa Barbara*
Eiji Konishi, *NEC Corporation*
Sasidhar Koppolu, *Georgia Institute of Technology*
Andrzej Krasniewski, *Warsaw Univ. of Technology*
Janet Krech, *Symbios Logic*
Dilip Krishnaswamy, *University of Illinois, Urbana*
Angela Krstic, *University of California, Santa Barbara*
Arman Kuchukiian, *Res. Inst. of Math Machines*
Wolfgang Kunz, *University of Potsdam*
Parag K. Lala, *North Carolina A&T State University*
Christian Landrault, *LAMM/USTL, CNRS*
Tracy Larrabee, *University of California, Santa Cruz*
Jaushin "Eric" Lee, *Silicon Graphics*
Tien-Chien "Mike" Lee, *Fujitsu Labs of America*
David Lepejian, *HPL.*
Marc E. Levitt, *SUN Microsystems Computer Corp.*
Fred Liguori, *Naval Air Warfare Center*
Chih-Jen "Mike" Lin, *Intel*
C.L. Liu, *University of Illinois, Urbana*
Ruey-Wen Liu, *University of Notre Dame*
Jien-Chung Lo, *University of Rhode Island*
Fabrizio Lombardi, *Texas A&M University*
Enrico Macii, *Politecnico di Torino*
Rafic Makki, *University of North Carolina at Charlotte*
Yashwant K. Malaiya, *Colorado State University*
Wojciech Maly, *Carnegie Mellon University*
Fadi Mamaari, *LogicVision*
William R. Mann, *Rockwell*
Weiwei Mao, *Ford Microelectronics*
Peter Marwedel, *University of Dortmund*
Colin Maunder, *British Telecomm. Laboratories*
Peter C. Maxwell, *Hewlett-Packard*
Pinaki Mazumder, *University of Michigan*

Edward McCluskey, *Stanford University*
Anne Meixner, *Intel*
Prem R. Menon, *University of Massachusetts, Amherst*
Sankaran Menon, *South Dakota School of Mines and Technology*
Cecilia Metra, *Universita' di Bologna*
Anthony Miller, *Intel*
Steve Millman, *Motorola*
Yinghua Min, *ICT — Academia Sinica*
James Monzel, *IBM Microelectronics*
Joachim Mucha, *University of Hannover*
Brian T. Murray, *General Motors Research Labs*
Benoit Nadeau-Dostie, *LogicVision*
Naveena Nagi, *LogicVision*
Prawat Nagvajara, *Drexel University*
V.S. Sukumaran Nair, *Southern Methodist University*
Takashi Nanya, *Tokyo Institute of Technology*
Huy Tam Nguyen, *Georgia Institute of Technology*
Michael Nicolaidis, *TIMA*
Phil Nigh, *IBM Microelectronics*
Dimitris Nikolos, *University of Patras*
Charles A. Njinda, *Advanced Micro Devices*
Franc Novak, *Jozef Stefan Institute*
Steve Nowick, *Columbia University*
Michael J. Ohletz, *University of Hannover*
Piero Olivo, *Universita di Ferrara*
Alex Orailoglu, *University of California, San Diego*
Adam Osseiran, *EPFL Lausanne*
P. Pal Chaudhuri, *Indian Institute of Technology, Kharagpur*
Christos A. Papachristou, *Case Western Reserve Univ.*
R. A. Parekhji, *IMAG/TIMA*
Sungju Park, *Hanyang University*
Ken Parker, *Hewlett-Packard*
Antonis Paschalis, *NCSR "Demokritos"*
Janak H. Patel, *University of Illinois, Urbana*
Srinivas Patil, *IBM*
Alicja Pierzynska, *Simon Fraser University*
Carl Pixley, *Motorola*
Irith Pomeranz, *University of Iowa*
Miodrag Potkonjak, *Univ. of California, Los Angeles*
Theo J. Powell, *Texas Instruments*
Dhiraj K. Pradhan, *Texas A&M University*
Ankan K. Pramanick, *Nextwave Design Automation*
Kamal Rajkanan, *Hyundai Electronics America*
Janusz Rajski, *Mentor Graphics Corporation*
Rochit Rajsuman, *LSI Logic*
Jeff Rearick, *Hewlett-Packard*
Sudhakar M. Reddy, *University of Iowa*
Michel Renovell, *LIRMM-UMII*
Mateo Sonza Reorda, *Politecnico di Torino*
Bruno Ricco, *University of Bologna*

Gordon W. Roberts, *McGill University*
Kaushik Roy, *Purdue University*
Rabindra (Rob) Roy, *NEC USA*
Antonio Rubio, *E.T.S. Eng. Telcomms.*
Andrzej Rucinski, *University of New Hampshire*
Elizabeth M. Rudnick, *University of Illinois*
Kamalesh N. Ruparel, *Apple Computer*
Paul G. Ryan, *Intel*
Daniel G. Saab, *Case Western Reserve University*
Youssef G. Saab, *University of Missouri*
Manoj Sachdev, *Philips Research Laboratories*
Alex Saldanha, *Cadence Berkeley Laboratories*
Kewal K. Saluja, *University of Wisconsin-Madison*
Yvon Savaria, *Ecole Polytechnique de Montréal*
Jacob Savir, *IBM*
Lahouari L. Sebaa, *Western Digital Corporation*
Jaume Segura, *Balearic Islands University*
Sharad Seth, *University of Nebraska*
John W. Sheppard, *ARINC*
William R. Simpson, *Institute for Defense Analyses*
Adit D. Singh, *Auburn University*
Jerry Soden, *Sandia National Laboratories*
Egor S. Sogomonyan, *Max-Planck-Gesellschaft*
Mani Soma, *University of Washington*
John van Spaandonk, *Technical Univ. of Eindhoven*
Uwe Sparmann, *Universität des Saarlandes*
Santhanam Srinivasan, *AT&T Bell Laboratories*
Janusz A. Starzyk, *Ohio University*
Susana Stoica, *Ford Electronics Technical Center*
Thomas M. Storey, *Loral Federal Systems*

Charles E. Stroud, *University of Kentucky*
Stephen K. Sunter, *LogicVision*
Stephen A. Szygenda, *University of Texas at Austin*
Steffan Tarnick, *Max-Planck-Gesellschaft*
J. Paulo Teixeira, *INESC*
Ramesh Tekumalla, *University of Massachusetts*
Paul J. Thadikaran, *SUNY Buffalo*
Shunichi Toida, *Old Dominion University*
Carol Q. Tong, *Colorado State University*
Nur A. Touba, *Stanford University*
Jerzy Tyszer, *McGill University*
Bill Underwood, *Sunrise Test Systems*
Prab Varma, *CrossCheck Technology*
Diego Vazquez, *Univ. de Sevilla*
Bapiraju Vinnakota, *University of Minnesota*
Zvonko G. Vranesic, *University of Toronto*
Sarma B. K. Vrudhula, *University of Arizona*
Kenneth D. Wagner, *Synopsys*
Duncan. M. Henry "Hank" Walker, *Texas A&M Univ.*
Kenneth M. Wallquist, *Philips Semiconductors*
Chin-Long Wey, *Michigan State University*
Harry Whittemore, *nCHIP*
Brian R. Wilkins, *University of Southampton*
Thomas W. Williams, *IBM Corporation*
Linda M. Wills, *Georgia Institute of Technology*
Eleanor Wu, *AT&T Bell Laboratories*
Hans-Joachim Wunderlich, *University of Siegen*
Masaaki Yoshida, *NEC Corporation*
Kamran Zarrineh, *IBM*
Yervant Zorian, *AT&T Bell Laboratories*



Each year, the VLSI Test Symposium is proud to present the Best Paper Award to the authors of the most outstanding paper. The candidates for this coveted honor are first selected based solely on the numerical ratings of the reviewers and symposium attendees, as recorded on the review forms and the session rating cards. The VTS Best Paper Award Judges then carefully review the candidate papers as published in the proceedings and record the votes.

The paper selected by the VTS '95 Best Paper Award Judges as the most outstanding paper in 1995 is

---

### "Arithmetic Built-In Self Test for High-Level Synthesis"

**by N. Mukherjee, M. Kassab, and J. Tyszer of McGill University, and J. Rajski of Mentor Graphics Corporation**

---

In this paper, the authors propose an entirely new built-in self test scheme for high-level synthesis of data path architectures that make use of arithmetic blocks in the data path to generate test vectors and compact test responses.

## Congratulations to the winners!

## 1995 VTS Best Paper Award Judges

**Miron Abramovici**
*AT&T Bell Labs*

**Vinod Agarwal**
*LogicVision*

**Vishwani Agrawal**
*AT&T Bell Labs*

**Ben Bennetts**
*Synopsys*

**Mel Breuer**
*University of Southern California*

**John Hayes**
*University of Michigan*

**Nick Kanopoulos**
*Research Triangle Institute*

**Prem Menon**
*University of Massachusetts*

**Mani Soma**
*University of Washington*

# Overview of Tutorials

## Tutorial 1

## Design Verification and Diagnosis

Dhiraj Pradhan, Texas A&M University
Jacob Abraham, University of Texas at Austin

**Description:**

This tutorial will cover both fundamentals and advances in design verification. With 100+ million transistor chips becoming a reality, traditional hardware verification methods using simulation have been proven inadequate. Part of the tutorial will discuss a unified approach using Binary Decision Diagram representations of Boolean functions and finite-state machines to formally verify the correctness of hardware designs and implementations from the transistor level up to the behavioral level. It will cover current practice in industry as well as recent research results in these areas, including the use of abstractions and partitioning to improve the problem of state space explosion. Recent developments in verification using ATPG based methods such as Recursive Learning will also be discussed. State-of-the-art university tools in this field will be described, and examples of verifying real chips from industry application of the tools will be included. Open problems and directions for research will also be pointed out. Attendees will receive copies of the notes and key publications.

## Tutorial 2

## New Trends in Designing and Testing VLSI Systems

Sujit Dey, NEC USA
Peter Marwedel, University of Dortmund

**Description:**

This tutorial provides a comprehensive overview of the new methodologies that are emerging for the design of electronic systems, including high level synthesis, system level synthesis, hardware-software co-design, and core-based design. Various design and analysis issues of each of the advanced methodologies will be discussed, with special emphasis on the testing challenges and opportunities that arise with each new design methodology. Existing test generation and design-for-testability techniques to generate testable non-scan, partial scan, and BIST designs from RT-level, behavioral, and system level specifications are reviewed. Core-based design will be motivated and its consequences will be analyzed. Consequences that will be discussed, will include, for example, the need for hardware-software co-design environments, requirements for compilers, and opportunities for testing. Attendees will receive copies of the notes.

# EXHIBIT E

**Proceedings**

# IEEE

# European Test Workshop

Montpellier (Hotel la Corniche in Sète), France

June 12 – 14, 1996

   

LIRM

*Sponsored by*

IEEE Computer Society Technical Committee on Test Technology

Laboratoire d'Informatique, de Robotique et de Microélectronique de Montpellier

# Table of Contents

Foreword ................................................................................................................ 6

Steering and Program Committees ...................................................................... 7

Session 1: Design for Testability .......................................................................... 9
        *Chair: T.W. Williams, IBM, USA*

Scan Insertion in a Multi-module Design, giving designers the control they want
  *J. Beausang, C. Ellingham – Synopsys Inc., USA , M. Robinson – VLSI Technology, Inc., USA*

Layout-Driven Scan Chain Partitioning and Reordering
  *S. Barbagallo, M. Lobetti, D. Medina –Italtel, Italy*
  *F. Corno, P. Prinetto, M. Sonza Reorda – Politecnico di Torino, Italy*

On-Line and Off-Line Testing Using a Linear Code-Preserving Signature Analyzer Checker
  *A. Hlawiczka – University of Gliwice, Poland*
  *M. Goessel – University of Postdam, Germany,*
  *E.S. Sogomonyan – Institute of control sciences, Moscow, Russia*

Poster Session 1: On-Line and Off-Line BIST ..................................................... 21

A Heuristic Method for CMOS Circuits Self-Checking Efficiency Estimation
  *C. Quennesson, P. Debaud, E. Dupont-Nivet – CEA, France*
  *H. Mehrez – MASI, Université P&M Curie, France*

BIST with Multiple On-chip Signature Comparisons
  *M.F. Abdulla, C.P. Ravikumar, A. Kumar – Indian Institute of Technology, New Delhi, India*

Testability Measure for Combinational Circuits when Random Testing
  *V. Prepin, R. David – LAG / ENSIEG, France*

Testability of AND/EXOR Expressions
  *R. Drechsler, H. Hengster, B. Becker – Albert Ludwigs University, Frieburg, Germany*
  *H. Schafer – Johann Wolfgang Goethe University, Fankfurt/main, Germany*

Practical Problems of System Self-Test
  *J. Sosnowski – Warsaw University of Technology, Poland*

A New Architecture for On-Line Self-checking Circuits
  *M. Riege – Philips semiconductor, Hamburg, Germany, W. Anheler – University of Bremen, Germany*

A Method to Calculate a Deterministic Test Pattern Generator Based on Cellular Automata
  *M.J. Lopez, M. Martinez, S. Bracho – University of Cantabria, Spain*

Self-Test of Integrated Circuit Wafers
  *S. Chessa, P. Maestrini – Universita di Pisa, Italy*

Session 2: Built-In Self-Test ................................................................................ 59
        *Chair: Y. Zorian, Lucent Bell Labs, USA*

Scan-based BIST with Complete Fault Coverage and Low Hardware Overhead
  *H.J. Wunderlich, G. Kiefer – University of Siegen, Germany*

Condensed Circular Self-Test Path: A Low-Cost Circular BIST
  *D. Badura, A. Hlawiczka – University of Gliwice, Poland*

Enhancing Pseudo Exhaustive Test Set Quality by Code Bit Inversions
  *J. Hlavicka – Czech Technical University, Prague, Czech Republic*
  *O. Novak – Technical University, Liberec, Czech Republic*

Session 3: Sensors for Thermal and Current Testing ................................................ 75

*Chair: Y. Burgess, Mentor Graphics, USA*

Design of a BIC Monitor for $I_{DDQ}$ Testing of CMOS VLSI Circuits
*V. Stopjakova, B. Weber – Slovak Technical University, Slovakia, H. Manhaeve – KHBO, Belgium*

An Improved Switch for Keating–Meyer $I_{DDQ}/I_{SSQ}$ Testing
*X. Font, J. Rius, J. Figueras – UPC Barcelona, Spain*

An Approach to Dynamic Thermal Testing
*J. Altet, A. Rubio – UPC Barcelona, Spain*


Poster Session 2: Analog and $I_{DDQ}$ Testing ................................................ 87


A Sigma–Delta ADC for Analogue and Digital Test
*P.J. Mather, J. Raczkowycz – University of Huddersfield, UK*

A Practical Approach to Fault Localization in Crystal Oscillators
*M. Santo–Zarnik, S. Macek – Jozef Stefan Institute, Slovenia, F. Novak – Iskra RRI IEZE, Slovenia*

A Balanced Approach to Dynamic $I_{DD}$ Monitoring for On–chip Self–Test of Current–mode Circuits
*M. Sidiropoulos, V. Musil – Technical University of Brno, Czech Republic, H. Manhaeve – KHBO, Belgium*

Programmable Off–chip $I_{DDQ}$ Monitor
*B. Straka, H. Manhaeve, J. Vanneuville – KHBO, Belgium*

A New Approach to Fault Diagnosis of Analogue Circuits Using Neural Networks Based Techniques
*V. Amarger, A. Bengharbi, K. Madani – Université Paris XII, France*

Multi–Fault Diagnosis of Analog Circuits Using Multilayer Perceptron
*Y. Maidon, S. Lesage – IXL Laboratory, Bordeaux, France,*
*B.W. Jervis, N. Dutton – Sheffield Hallam University, UK*

Accounting for Device Variation in Analogue Circuit Testing
*E. Cantatore, F. Corsi, D. De Venuto – Politecnico di Bari, Italy*

Estimation of Current Distribution in $I_{DDQ}$ Testing
*J.M. Diez, J.C. Lopez – Universidad Politecnica de Madrid, Spain*


Session 4: Pattern Generation and Fault Detection ................................................ 119

*Chair: J.P. Teixeira, INESC, Portugal*

New Criteria for ATPG Design and their Implications
*Li.C. Wang, M.R. Mercer – University of Texas at Austin, USA, T.W. Williams – IBM, USA*

Testing the Interconnect Structures of Unconfigurated FPGA
*M. Renovell – LIRMM, France, J. Figueras – UPC, Spain, Y. Zorian – Lucent Bell Labs, USA*

Achieving High Reliability in Low Cost Parity Prediction Array Arithmetic Operators
*H. Bederr – Texas Instruments, France, M. Nicolaidis – TIMA/INPG, France, Y. Zorian – Lucent Bell Labs, USA*


Session 5: Synthesis for Testability ................................................ 135

*Chair: B. Bennetts, LogicVision, UK*

Testability Driven Synthesis of Non–Scan Data–Paths
*M.L. Flottes, B. Rouzeyre – LIRMM, France*

BELTA: a Tool for Handling Testability at the System Level
*F. Corno, P. Prinetto, M. Sonza Reorda – Politecnico di Torino, Italy*

High–Level Test Specification for SFT Using Object–Oriented Modeling Techniques
*O.P. Dias, M. Calha, I.C. Teixeira, J.P. Teixeira – INESC, Portugal*

3

Poster Session 3: High Level Test Generation and Synthesis ........................................... 153

Simplifying sequential gate–level test generation through exploitation of high–level information
*F. Ferrandi, F. Fummi – Politecnico di Milano, Italy*
*E. Macil, M. Poncino, D. Sciuto – Politecnico di Torino, Italy*

Local Transformations and Robust Dependent Path Delay Faults
*H. Hengster, B. Becker – Albert Ludwigs University, Freiburg, Germany*
*S.M. Reddy – University of Iowa, USA*
*U. Sparmann – University of Saarland, Germany*

Logic Optimization in Synchronous Circuits by using Topological ATPG Methods
*U. Glaser – GMD, Germany, K.T. Cheng – University of Santa Barbara, USA*

Test Automation using Z Specifications
*H. Hörcher – DST Deutsche System–Technik GmbH, Kiel, Germany*
*J. Meyer, E. Mikk, M. Schmitz – Christian Albrechts Universitaet, Kiel, Germany*

MOSA: a Multiple–Strategy Oriented Sequential ATPG
*A. Dargelas, C. Gauthron – COMPASS DA, France, Y. Bertrand – LIRMM, France*

On a Method to Develop Testable Software
*S.Y. Wang, M. Ross, G. Staples, I. Court – Southampton Institute, UK*

High Fault Coverage Behavioral Test Generation
*B. Benyo, A. Pataricza – Technical University of Budapest, Hungary*
*R. Vemuri – University of Cincinnati, USA*

Test Economics Criterion for Hardware/Software Partitioning
*G. Al Hayek, Y. Le Traon*, G. Robach – LSR / IMAG, France*


Session 6: High Level Test Pattern Generation ................................................................. 191
               *Chair: R. Ubar, Tallin Tecnical University, Estonia*

Investigations on High–Level Control for Gate–Level ATPG
*W. Geisselhardt, B. Emshoff, M. Kaibel – University of Duisburg, Germany*

High Level Test Pattern Generation for VHDL Circuits
*B. Sallay, A. Petri, K. Tilly, A. Pataricza – Technical University of Budapest, Hungary*

How Efficient is the Software Mutation Test on the Hardware Implementation
*G. Al Hayek, C. Robach – LSR / IMAG, France*


Session 7: Self Test of Components and Systems ............................................................. 213
               *Chair: S. Barbagallo, Italtel SpA, Italy*

Deterministic BIST for Datapaths
*D. Gizopoulos, A. Paschalis – NCSR Athens, Greece, Y. Zorian – Lucent Bell Labs, USA*

Self–Learning Signature Analysis for Non–Volatile Memory Testing
*P. Olivo, M. Dalpasso – Universtia di Ferrara, Italy*

A Broad–Level Test Controller to Support a Hierarchical DFT Architecture
*J. Hakegard, Z. Peng – Linköping Univ, Sweden, G. Carlsson – Microelectronics Ericsson Components, Sweden*


Poster Session 4: Fault Detection and Fault Models ....................................................... 227

Delay–Fault ATPG for High–Speed Electrically Erasable PLDs
*H. Kerkhoff, C. Klaasen, G. Van Brakel – MESA Research Institute, The Netherlands, M. Sachdev – Philips Research Labs., The Netherlands*

The Minterm's Method, An Efficient Fault Model
*P. Debaud, E. Dupont–Nivet, C. Quennesson – CEA, France, H. Mehrez – MASI, Université Paris VI, France*

Diagnostic Test Paterm Generation for Delay Faults using TDgen
*G. Van Brakel, H.G. Kerkhoff – MESA Research Institute, The Netherlands*

Design to Test (a.k.a. To Hell and back again)
*D. Bradly – LTX (Europe) Ltd., UK*

Diagnostic Test Pattern Generation for Delay Faults Using Genetic Algorithms
*P. Girard, C. Landrault, S. Pravossoudovitch, B. Rodriguez – LIRMM, France*

On VHDL Defect Modeling and Simulation in CMOS Integrated Circuits
*F. Celeiro, L. Dias, J. Ferreira, M.B. Santos, J.P. Teixeira – INESC, Portugal*

Interconnections Testing Problems with Consideration of Multiple Faults
*A. Kristof – Politechnika Slaska w Gliwicach, Poland*

A New Floating Gate Fault Model for SPICE Fault Simulations
*A.J. Bishop, A. Ivanov – University of British Columbia, Canada*

Session 8: I$_{DDQ}$ Testing ........................................................................................................, 269
*Chair: H. Manhaeve, KHBO, Belgium*

Quiescent Current Consumption in Defect-free CMOS Registers
*A. Fere, J. Figueras – UPC Barcelona, Spain*

Quiescent Current Testing of Opens in Conducting Paths in FCMOS Circuits
*V. Champac – Inst. National de Astrofisica, Puebla, Mexico, J. Figueras – UPC Barcelona, Spain*

I$_{DDQ}$ Test : Sensivity analysis of Scaling
*T.W. Williams, R. Kapur – IBM, USA, M.R. Mercer – Texas A&M, USA, R.H. Dennard – IBM Yorktown, USA, W. Maly – CMU, Pittsburgh, USA*

Session 9: Analog and Mixed Signal Testing ................................................................ 281
*Chair: B. Courtois, TIMA, France*

Analog DFT Technique Implementation: a Case Study
*M. Renovell, F. Azais, Y. Bertrand – LIRMM, France*

A broadband Test Method for A/D Converters
*M.T. Looijer, A. Janssen, G. Seuren – Philips Research Laboratories, The Netherlands, T. Zwemstra – Philips Semiconductor, The Netherlands*

A hybrid technique for testing embedded S.C. filters in mixed signals ICs
*M. Robson, G. Russell – The University of Newcastle Upon Tyne, UK*

# Foreword

This Compendium of the presentations of the 1st European Test Workshop reflects the high quality and the variety of the research in electronic testing currently done in Europe. The program was selected out of 91 submissions from 21 European, 3 American, and 2 Asian countries. In order to keep space for a lively and interesting discussion only 27 contributions could be presented in regular sessions, and 32 contributions were selected as poster presentations. Due to this high competitiveness you will find many excellent papers also in the poster sessions, and all accepted submissions are included in this compendium if the authors provided an appropriate text. In some cases a clearance for written material was not given, and only an oral presentation was possible.

We hope that the efforts of the entire organizing committee will make ETW an enjoyable and profitable experience. All the members of the microelectronic department at LIRMM have worked hard to make ETW a success. Special thanks go to Yves Bertrand, Christian Dufaza, Marie-Lise Flottes, Patrick Girard, Pascal Nouet, Serge Pravossoudovitch, Michel Renovell and Bruno Rouzeyre for their dedication in the pre-conference preparation.

The announcement of the 1st ETW'96 received an overwhelming response, and hopefully it will be the initial event of a series of exciting and interesting workshops in Europe.

Welcome to the 1st IEEE European Test Workshop !

Hans-Joachim Wunderlich                                    Christian Landrault

    Program co-Chair                                        General Chair

# Steering Committee

*General Chair:* Christian Landrault – LIRMM – F
*Vice General Chair:* Paolo Prinetto – Politecnico di Torino – I
*Program Chairs:* Hans J. Wunderlich – University of Siegen – Germany
            Kees Baker – Philips – NL
*IEEE–CS Liaison:* T.W. Williams – IBM – USA
*Finance:* Serge Pravossoudovitch – LIRMM – F
*Local Arrangements:* Yves Bertrand – LIRMM – F
*Publicity:* Michael Nicolaidis – TIMA/INPG – F
*Registration:* Bruno Rouzeyre – LIRMM – F

# Program Committee

E.J. Aas – U of Trondheim – N
Stefano Barbagallo – Italtel – I
R. G. Bennetts – Synopsys – UK
Bernard Courtois – TIMA CMP – F
Joan Figueras – Universidad Politechnica de Catalunya – SP
Hideo Fujiwara – Nara Institute of Science & Technology – J
Christophe Gauthron – Compass Design Automation – F
Susanne Griep – Siemems AG – Germany
Jan Hlavicka – Czech Technical University – Cz
Andrzej Hlawiczka – Silessian Technical University of Gliwice – PL
Hans Kerkhoff – University of Twente – NL
Gerd Krueger – Siemens–Nixdorf AG – Germany
Carlos Lopez–Barrio – Telefonica I + D – SP
David Medina – Italtel SIT – I
Hans Manhaeve – KHBO – B
Piero W. Olivo – Universita di Bologna – I
Antonis Paschalis – National Centre for Scientific Research – GR
Michel Renovell – LIRMM – F
J. Paulo Teixeira – INESC – P
Raimund Ubar – Tallinn Technical University – EE
Ralph Wagner – Robert Bosch GmbH – Germany
Michael Wahl – University of Siegen – Germany
T.W. Williams – IBM – USA
Yervant Zorian – Lucent Bell Lab – USA

# EXHIBIT F



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P O Box 1450
Alexandria, VA 22313-1450
www.uspto.go

*Ex Parte* Reexamination Filing Data - March 31, 2005

1.  Total requests filed since start of ex parte reexam on 07/01/81 ................................... 7490

    | | | | |
    |---|---|---|---|
    | a. | By patent owner | 3143 | 42% |
    | b. | By other member of public | 4182 | 56% |
    | c | By order of Commissioner | 165 | 2% |

2.  Number of filings by discipline

    | | | | |
    |---|---|---|---|
    | a. | Chemical Operation | 2346 | 31% |
    | b. | Electrical Operation | 2361 | 32% |
    | c | Mechanical Operation | 2783 | 37% |

3   Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 256 YTD |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation .................................................... 1620    22%

5.  Determinations on requests ......................................................... 7240

    a.  No. granted ................................................................ 6589 ........... 91%

    | | | |
    |---|---|---|
    | (1) | By examiner | 6483 |
    | (2) | By Director (on petition) | 106 |

    b.  No. denied ................................................................. 651 ............ 9%

    | | | |
    |---|---|---|
    | (1) | By examiner | 616 |
    | (2) | Order vacated | 35 |

6.  Total examiner denials (includes denials reversed by Director) ... ... ... . ... ... 722

    a.  Patent owner requester                            417        58%
    b  Third party requester                               305        42%

7.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                                21.6  (mos.)
    b.  Median pendency                                 16.9  (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.  All claims confirmed | 39% | 60% | 1% | 26% |
| b.  All claims cancelled | 31% | 64% | 5% | 10% |
| c.  Claims changes | 47% | 50% | 3% | 64% |

9   Total ex parte reexamination certificates issued (1981 - present) ... . ... ... ... ... ... 5094

    a.  Certificates with all claims confirmed              1328    26%
    b.  Certificates with all claims canceled               510    10%
    c.  Certificates with claims changes                 3256    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates _ PATENT OWNER REQUESTER ... ... ... . ... ... ... ... ... 2223

        (1)  All claims confirmed                      519    23%
        (2)  All claims canceled                      159     7%
        (3)  Claim changes                          1545    70%

    b.  Certificates _ 3rd PARTY REQUESTER ... ... . ... ... ... ... ... 2738

        (1)  All claims confirmed                      792    29%
        (2)  All claims canceled                      325    12%
        (3)  Claim changes                          1621    59%

    c.  Certificates _ COMM'R INITIATED REEXAM ... ... ... . ... ... ... .. 133

        (1)  All claims confirmed                        17    13%
        (2)  All claims canceled                       26    20%
        (3)  Claim changes                          90    67%

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

William J. Wade (#704)

DATED: February 6, 2006