IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>          Plaintiff and<br>          Counter-Defendant,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>          Defendant and<br>          Counterclaimant. | C.A. No. 05-701 GMS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO:    Jack B. Blumenfeld, Esquire
         Karen Jacobs Louden, Esquire
         Morris, Nichols, Arsht & Tunnell
         1201 North Market Street
         P. O. Box 1347
         Wilmington, DE 19899-1347

        PLEASE TAKE NOTICE that the firm of Milbank Tweed Hadley & McCloy LLP withdraws its appearance as counsel for Defendant Magma Design Automation, Inc. ("Magma") in the above captioned action.

                                  */s/ William J. Wade*
                                  William J. Wade (#704)
                                  Wade@rlf.com
                                  Richards, Layton & Finger
                                  One Rodney Square
                                  P.O. Box 551
                                  Wilmington, DE 19899

OF COUNSEL:                        (302) 651-7700
                                  Attorneys for Defendant and Counterclaimant,
James Pooley                       Magma Design Automation, Inc.
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7000

DATED: February 8, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

William J. Wade (#704)

DATED: February 8, 2006