IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>     Plaintiff and<br>     Counter-Defendant,<br><br>   v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>     Defendant and<br>     Counterclaimant. | C.A. No. 05-701 GMS |

## ENTRY OF APPEARANCE

TO: Jack B. Blumenfeld, Esquire
    Karen Jacobs Louden, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    P. O. Box 1347
    Wilmington, DE 19899-1347

   PLEASE TAKE NOTICE that the firm of Pooley & Oliver, LLP enters its appearance as counsel for Defendant Magma Design Automation, Inc. ("Magma").

   James Pooley, L. Scott Oliver and Marc D. Peters, each admitted *pro hac vice* herein on November 29, 2005, continue to represent Magma in this matter.

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7000

DATED: February 8, 2006

/s/ William Wade
William J. Wade (#704)
Wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

_____
William J. Wade (#704)

DATED: February 8, 2006