IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 2, 2006 copies of Plaintiff Synopsys, Inc.'s Responses To Magma Design Automation Inc.'s Second Set Of Requests For Production Of Documents And Things Pursuant To Fed. R. Civ. P. 34 were caused to be served upon the following counsel by first class mail:

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James Pooley
Milbank, Tweed, Hadley & McCloy LLP
Five Palo Alto Square, 7th floor
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Chris Scott Graham
Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

February 9, 2006
505858

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

I further certify that on February 9, 2006, I caused that copies of the foregoing be served on the following counsel in the manner indicated:

By Hand

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801


/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com