IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC.,<br>a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION,<br>a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF LESLIE A. POLIZOTI

I, Leslie A. Polizoti, declare as follows:

1.     I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiff and counterclaim defendant Synopsys, Inc. in this action.

2.     Attached hereto as Exhibit A is a true and correct copy of Magma Design Automation Inc.'s News Release, dated February 2, 2006.

3.     Attached hereto as Exhibit B is a true and correct copy of Magma Design Automation Inc.'s Form 10-Q, filed on February 9, 2006.

4.     Attached hereto as Exhibit C is a true and correct copy of a December 14, 2005 letter from Esther H. La to James Pooley.

5.     Attached hereto as Exhibit D is a true and correct copy of a December 15, 2005 letter from Esther H. La to James Pooley.

6.     Attached hereto as Exhibit E is a true and correct copy of the first December 15, 2005 letter from Michael N. Edelman to James Pooley.

7.    Attached hereto as Exhibit F is a true and correct copy of the second December 15, 2005 letter from Michael N. Edelman to James Pooley.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2006

_____
Leslie A. Polizoti

506554

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

I further certify that I caused that copies of the foregoing be served on the following counsel in the manner indicated:

**BY HAND**

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

Leslie A. Polizoti