## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

February 14, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Lockbox 19
Wilmington, DE 19801

      Re:    *Synopsys, Inc. v. Magma Design Automation, Inc.*
             C.A. No. 05-701-GMS

Dear Judge Sleet:

      Pursuant to District of Delaware Local Rule 7.1.4, defendant, Magma Design Automation, Inc., respectfully requests that Your Honor schedule oral argument on Synopsys, Inc.'s "Motion to Bifurcate and Stay Antitrust Claims, and to Bifurcate and Stay All Claims Affected by Likely PTO Reexaminations" (the "Motion"). The briefing on the Motion was completed on February 13, 2006.

                                  Respectfully,

                                    William J. Wade

WJW/bw
cc:   Karen Jacobs Louden, Esquire (By E-filing and Hand Delivery)

RLF1-2981057-1