# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 05-701-GMS <br> : |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **22nd** day of **February, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, March 7, 2006 at 11:00 a.m. EST** with Magistrate Judge Thynge to discuss ADR. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE