IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation <br><br> Defendant and Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 27, 2006, copies of Magma Design Automation, Inc.'s Third Set of Requests for Production of Documents and Things to Snyopsys, Inc. Pursuant to Fed. R. Civ. P. 34 were served on counsel as follows:

**BY HAND**:

Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7000

DATED: February 27, 2006

/s/ William Wade
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and
Counterclaimant,
Magma Design Automation, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

/s/ William J. Wade
William J. Wade (#704)

DATED: February 27, 2006

RLF1-2936027-2