IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Synopsys Inc.'s Second Set Of Requests For The Production Of Documents And Things To Defendant Magma Design Automation, Inc.; and (2) Synopsys Inc.'s Second Set Of Interrogatories To Defendant Magma Design Automation, Inc.; were caused to be served on March 7, 2006 upon the following counsel in the manner indicated:

<u>By Telecopy</u>

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

<u>By Hand</u>

James Pooley
Milbank, Tweed, Hadley & McCloy LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

<u>/s/ Karen Jacobs Louden</u>
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

March 8, 2006

499621

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

I further certify that I caused to be served copies of the foregoing document on March 8, 2006 upon the following in the manner indicated:

**BY MAIL**

| | |
|---|---|
| William J. Wade | James Pooley |
| Richards, Layton & Finger | Pooley & Oliver LLP |
| One Rodney Square | Five Palo Alto Square |
| P.O. Box 551 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |

*/s/Karen Jacobs Louden*
klouden@mnat.com