# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

March 13, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Lockbox 19
Wilmington, DE 19801

> Re: **Synopsys, Inc. v. Magma Design Automation, Inc.,
> C.A. No. 05-701-GMS**

Dear Judge Sleet:

In anticipation of the discovery conference scheduled for March 15, 2006 at 3:15 pm in the above captioned matter, the parties jointly submit the following items to be presented to the Court:

Plaintiff's Issues:

1. Synopsys' request that Magma identify the allegedly infringing products.

2. Synopsys' interrogatories seeking Magma's infringement and invalidity contentions.

Defendant's Issues:

1. Defendant's request for production of Plaintiff's source code.

2. The meet and confer process regarding document requests.

Respectfully,

Jeffrey L. Moyer

JLM:kef
cc: Karen Jacobs Louden, Esquire (via e-filing and hand delivery)

RLF1-2990500-1