IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>      Defendant and<br>      Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS |

**CERTIFICATION PURSUANT TO**
**LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, counsel for Magma has consulted with counsel for Synopsys concerning the subject of the attached motion and has been advised that Snyopsys is not in a position to respond regarding its position on the motion.

*/s/ William J. Wade*
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and
Counterclaimant,
Magma Design Automation, Inc.

Dated: March 24, 2006

RLF1-2995458-1