IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>      Defendant and<br>      Counterclaimant. | C.A. No. 05-701-GMS |
| AND RELATED COUNTERCLAIMS. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2006, copies of (i) Magma Design Automation, Inc.'s Objections to Synopsys Inc.'s Subpoena of Silicon Integration Initiative Under Fed. R. Civ. P. 34 and 45, (ii) Magma Design Automation, Inc.'s Subpoena of Sumit Dasgupta Under Fed. R. Civ. P. 34 and 45, and (iii) Magma Design Automation, Inc.'s Objections to Synopsys Inc.'s Subpoena of Don Cottrell Under Fed. R. Civ. P. 34 and 45 were served as follows:

      **BY FIRST CLASS MAIL AND TELECOPY**:

      Michael Eldeleman, Esquire
      Valerie M. Wagner, Esquire
      Dechert LLP
      1117 California Avenue
      Palo Alto, CA 94304

AND that on March 27, 2006, the aforesaid documents were served as follows:

RLF1-2950112-1

**BY HAND**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7000

DATED: March 27, 2006

/s/ William J. Wade/def (#4375)
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and
Counterclaimant,
Magma Design Automation, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

DATED: March 27, 2006

RLF1-2995389-1