IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) ) |
| v. | ) ) C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that the subpoenas attached hereto as Exhibits 1-3 are being served upon: (1) Pillsbury Winthrop Shaw Pittman LLP; (2) David A. Jakopin; (3) Silicon Integration Initiative.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Leslie A. Polizoti (#4299)*
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          Leslie A. Polizoti (#4299)
          lpolizoti@mnat.com
          1201 N. Market Street
OF COUNSEL:          P.O. Box 1347
          Wilmington, DE  19899
Michael Edelman          (302) 658-9200
Valerie M. Wagner            *Attorneys for Plaintiff Synopsys, Inc.*
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

March 27, 2006

## CERTIFICATE OF SERVICE

I certify that on March 27, 2006 I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to William J. Wade.

I also certify that copies were caused to be served on March 27, 2006 upon the following in the manner indicated:

### BY HAND

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY FEDERAL EXPRESS

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109


*/s/ Leslie A. Polizoti (#4299)*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com