IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>      Defendant and<br>      Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2006, copies of (i) Magma Design Automation, Inc.'s Objections to Synopsys Inc.'s Subpoena of David A. Jakopin Under Fed. R. Civ. P. 34 and 45 and (ii) Magma Design Automation, Inc.'s Objections to Synopsys Inc.'s Subpoena of Pillsbury Winthrop Shaw Pittman LLP Under Fed. R. Civ. P. 34 and 45 were served as follows:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

### BY FIRST CLASS MAIL AND TELECOPY:

Michael Eldeleman, Esquire
Valerie M. Wagner, Esquire
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304

RLF1-2996636-1

|  |  |
|---|---|
| OF COUNSEL:<br><br>James Pooley<br>L. Scott Oliver<br>Marc D. Peters<br>Pooley & Oliver LLP<br>Five Palo Alto Square, 7th Floor<br>Palo Alto, CA 94306-2121<br>(650) 739-7000<br><br>DATED: March 28, 2006 | /s/ William J. Wade (#4395)<br>William J. Wade (#704)<br>wade@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Defendant and<br>Counterclaimant,<br>Magma Design Automation, Inc. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

BY HAND

Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

DATED: March 28, 2006

RLF1-2995389-1