IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| v. | ) )  C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Synopsys Inc.'s Objections To Magma Design Automation Corporation's Notice Of Deposition To Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), and (2) Notice Of Deposition Of Magma Design Automation, Inc. were caused to be served on April 3, 2006 upon the following counsel in the manner indicated:

By Telecopy And Federal Express

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James Pooley
Milbank, Tweed, Hadley & McCloy LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

April 5, 2006

499621

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Wade.

I further certify that I caused to be served copies of the foregoing document on April 5, 2006 upon the following in the manner indicated:

**BY MAIL**

| | |
|---|---|
| William J. Wade | James Pooley |
| Richards, Layton & Finger | Pooley & Oliver LLP |
| One Rodney Square | Five Palo Alto Square |
| P.O. Box 551 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |

*/s/Karen Jacobs Louden*
klouden@mnat.com