IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>      Defendant and<br>      Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 6, 2006, copies of (i) Defendant Magma Design Automation, Inc.'s Response to Plaintiff Synopsys's Second Set of Interrogatories (Nos. 6-14) and (ii) Defendant Magma Design Automation, Inc.'s Response to Plaintiff Synopsys's Second Set of Requests for Production of Documents and Things (Nos. 82-89) were served as follows:

### BY FIRST CLASS MAIL:

Jack B. Blumenfeld, Esquire, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Michael Edeleman, Esquire
Valerie Wagner, Esquire
Dechert LLP
1117 California Avenue
Palo Alto, CA  94304

RLF1-2950112-1

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7000

DATED: April 7, 2006

*/s/ William J. Wade*
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

William J. Wade  (#704)

DATED:   April 7, 2006