IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant,<br><br>　　v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware corporation,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-701 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF KAREN JACOBS LOUDEN

Karen Jacobs Louden hereby declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP in Wilmington, Delaware. I serve as Delaware counsel to plaintiff, Synopsys, Inc. ("Synopsys").

2. Midday on March 24, 2006, I received a voicemail message from Magma's Delaware counsel, William Wade, advising that Magma intended to file a motion to amend its answer and counterclaim to add four new patents.

3. Mr. Wade did not identify the additional patents that Magma was seeking to add to the case.

4. Mr. Wade also did not invite a meet and confer. Instead he advised that he assumed that Synopsys would oppose the motion, and asked for confirmation.

5. I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen Jacobs Louden
　　　　　　　　　　　　　　　　　　　　　　　　　Karen Jacobs Louden (#2881)

April 7, 2006

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2006 I electronically filed the foregoing Declaration of Karen Jacobs Louden with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to William J. Wade.

I also certify that copies were caused to be served on April 7, 2006 upon the following in the manner indicated:

**BY HAND**

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899


*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)