IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>        Plaintiff and<br>        Counter-Defendant,<br><br>        v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>        Defendant and<br>        Counterclaimant. | C.A. No. 05-701 GMS |

## DECLARATION OF ANNE SHEA GAZA

Anne Shea Gaza declares as follows:

1. I am an associate in the law firm of Richards Layton & Finger, P.A., Delaware counsel to defendant and counterclaim plaintiff Magma Design Automation, Inc. in this action.

2. Attached hereto as Exhibit 1 is a true and correct copy of a data sheet entitled "Astro: Advanced Physical Optimization, Placement and Routing Solution for System-on-Chip Designs," located at http://www.msc.rl.ac.uk/europractice/vendors/snps_astro_ds.pdf.

3. Attached hereto as Exhibit 2 is a true and correct copy of an article from the Synopsys website entitled "JupiterXT: Fastest Time to a Routable Floorplan in Target Die Size," located at http://www.synopsys.com/products/jupiterxt/jupiterxt.html.

1

4.  Attached hereto as Exhibit 3 is a true and correct copy of a letter from James Pooley, Esquire of the law firm Milbank, Tweed, Hadley & McCloy LLP to Michael Edelman, Esquire of the law firm Dechert LLP, dated December 13, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

*Anne Shea Gaza*
Anne Shea Gaza

Dated: April 14, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)

DATED: April 14, 2006

RLF1-2995389-1