IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSIS, INC., a Delaware corporation,<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>    Defendant and<br>    Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.7, Fish & Richardson P.C., hereby enters its appearance, and Richards Layton & Finger hereby withdraws its appearance, on behalf of Defendant/Counter-Claimant Magma Design Automation, Inc. The firm of Pooley & Oliver, LLP remains co-counsel of record for Defendant/Counter-Claimant Magma Design Automation, Inc.

| RICHARDS LAYTON & FINGER | FISH & RICHARDSON P.C. |
|---|---|
|     */s/ William J. Wade*<br>William J. Wade (#704)<br>(wade@rlf.com)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700 |     */s/ William J. Marsden, Jr.*<br>William J. Marsden, Jr. (#2247)<br>(marsden@fr.com)<br>919 N. Market Street<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070 |

80032285.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2006, I electronically filed with the Clerk of Court Notice of Substitution of Counsel using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Attorneys for Plaintiff/Counterclaim<br>Defendant<br>Synopsys, Inc. |

    */s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80032285.doc