IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC.,<br>a Delaware Corporation,<br><br>        Plaintiff and<br>        Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a<br>Delaware Corporation<br><br>        Defendant and<br>        Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701-GMS |

**STIPULATION AND ORDER SETTING MEET AND CONFER SCHEDULE**

Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") and Defendant and Counterclaimant MAGMA Design Automation, Inc. ("Magma") (collectively the "Parties") hereby stipulate to the following meet and confer schedule:

1. As soon as possible, but no later than close of business on April 25, 2006, Synopsys will provide Magma with technical documentation provided to MAP-in members concerning the Milkyway database.

2. On May 1, 2006, counsel for the Parties will meet and confer in person to discuss the results of Magma's initial review of the Milkyway source code. In particular, the Parties will address the issue of whether Magma needs access to source code for any additional Synopsys products in light of Magma's infringement contentions.

3. By close of business on Wednesday May 3, 2006, Magma will provide Synopsys with its position in writing on that issue.

- 2 -

4. By close of business on Friday May 5, 2006, Synopsys will provide Magma with its written response to Magma's position.

5. On Tuesday May 9, 2006, counsel for the Parties will meet and confer in person to discuss their respective positions and to try to reach an agreement regarding Synopsys source code and Magma's responses to infringement contention interrogatories.

6. If no agreement is reached, counsel for the Parties will arrange a conference with the Court at the Court's earliest convenience.

7. The dates set forth above can be modified by the consent of the Parties.

Dated: April 24, 2006

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

Karen Jacobs Louden (#2881)
(kjlefiling@mnat.com)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Attorneys for Plaintiff and Counter-Defendant, Synopsys, Inc.

Dated: April 24, 2006

FISH & RICHARDSON P.C.

/s/ William J. Marsden, Jr.

William J. Marsden, Jr. (#2247)
(marsden@fr.com)
919 N. Market Street
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070

Attorneys for Defendant and Counterclaimant, Magma Design Automation, Inc.

- 3 -

| OF COUNSEL | OF COUNSEL: |
|---|---|
| Michael Edelman | James Pooley |
| Valerie M. Wagner | L. Scott Oliver |
| Dechert LLP | Marc D. Peters |
| 117 California Avenue | Pooley & Oliver LLP |
| Palo Alto, CA  94304 | Five Palo Alto Square |
| (650) 813-4848 | 3000 El Camino Real |
|  | Palo Alto, CA  94306 |
|  | (650) 739-7000 |

**IT IS SO ORDERED.**

Dated: _____, 2006        By: 

_____
The Honorable Gregory M. Sleet