IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| v. | ) )  C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that copies of **Amended Notice Of Subpoena In A Civil Case To Sematech** and **Subpoena for deposition of Sumit DasGupta, Sr. of Silicon Integration Initiative, Inc.** were served on May 12, 2006 upon the following counsel in the manner indicated:

By Telecopy and U.S. Mail

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

L. Scott Oliver, Esq.
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Michael Edelman
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

May 15, 2006

520377

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on May 15, 2006 upon the following counsel in the manner indicated:

**BY MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

L. Scott Oliver
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

*/s Karen Jacobs Louden/*
klouden@mnat.com