# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

May 17, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street, Room 4324
Wilmington, DE 19801

Re:   Synopsys v. Magma Design Automation
      USDC-D. Del. - C.A. No. 05-701-GMS

Dear Judge Sleet:

In anticipation of the discovery conference scheduled for Friday, May 19, 2006 at 11:00 a.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

Plaintiff's Issues:

1. Magma responses to infringement contention discovery.

2. Status of Magma analysis of Synopsys' Milkyway source code.

Defendant's Issues:

1. Production of Galaxy Design Platform source code by Synopsys.

2. Synopsys' responses to Magma's discovery requests regarding:

   a) the scan chain patents (U.S. Patent Nos. 6,434,733 and 6,766,501) and

   b) Magma's antitrust counterclaims.

Respectfully,

/s/ William J. Marsden, Jr.

William J. Marsden, Jr.

WJM/dob

cc:   Karen Jacobs Louden, Esquire (via e-filing and hand delivery)

80033149.doc