IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>      Defendant and<br>      Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2006, a true and correct copy of **Defendant Magma Design Automation, Inc.'s Second Set of Interrogatories to Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 33** and **Magma Design Automation, Inc.'s Third Set of Requests for Production of Documents and Things to Synopsys, Inc. Pursuant to Fed. R. Civ. P. 34** were caused to be served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, by U.S. Mail and facsimile:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>Facsimile: (302) 658-3889 | Attorneys for Plaintiff<br>Synopsys, Inc. |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Facsimile: (650) 813-4848 | Attorneys for Plaintiff<br>Synopsys, Inc. |

Additionally, a corrected copy (change in title only) of Magma's Third Set of Requests for Production, now titled Magma's Fourth Set of Requests for Production, was

caused to be served via facsimile on May 31, 2006, by counsel of Pooley & Oliver, LLP, to the counsel of record listed below:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>Facsimile: (302) 658-3889 | Attorneys for Plaintiff<br>Synopsys, Inc. |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Facsimile: (650) 813-4848 | Attorneys for Plaintiff<br>Synopsys, Inc. |

Dated: June 6, 2006                                         FISH & RICHARDSON P.C.

By: _____William J. Marsden Jr./KwC_____
William J. Marsden, Jr. Esq. (#2247)
(marsden@fr.com)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

OF COUNSEL:

James Pooley, Esq.
L. Scott Oliver, Esq.
Marc D. Peters, Esq.
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7020

Katherine Kelly Lutton, Esq.
Tamara Fraizer, Esq.
FISH & RICHARDSON P.C.
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

80033648.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE  19801

Attorneys for Plaintiff  
Synopsys, Inc.

I hereby certify that on June 6, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  
Dechert LLP  
1117 California Avenue  
Palo Alto, CA  94304

Attorneys for Plaintiff  
Synopsys, Inc.

_William J. Marsden Jr. / KWC_  
William J. Marsden, Jr.

80033648.doc