IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>   Plaintiff and<br>   Counter-Defendant,<br><br> v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>   Defendant and<br>   Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 7, 2006, a true and correct copy of **Defendant Magma Design Automation, Inc.'s Third Set of Interrogatories to Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 33** were caused to be served on the below-listed attorneys of record at the following addresses and in the manner indicated:

**VIA HAND DELIVERY:**

Karen Jacobs Louden, Esquire     *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell     *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801


**VIA U.S. MAIL**

Valerie M. Wagner, Esquire     *Attorneys for Plaintiff*
Dechert LLP     *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304

Dated: June 8, 2006                                   FISH & RICHARDSON P.C.

                                                      By: */s/ William J. Marsden, Jr.*
                                                          William J. Marsden, Jr. Esq. (#2247)
                                                          (marsden@fr.com)
                                                          919 N. Market Street
                                                          Suite 1100
                                                          P.O. Box 1114
                                                          Wilmington, DE 19899-1114
                                                          Telephone: (302) 652-5070
OF COUNSEL:                                               Facsimile: (302) 652-0607

James Pooley, Esq.                                        Katherine Kelly Lutton, Esq.
L. Scott Oliver, Esq.                                     Tamara Fraizer, Esq.
Marc D. Peters, Esq.                                      FISH & RICHARDSON P.C.
Pooley & Oliver LLP                                       500 Arguello St., Ste. 500
Five Palo Alto Square, 7th Floor                          Redwood City, CA 94063
Palo Alto, CA 94306-2121                                  Telephone: (650) 839-5070
(650) 739-7020                                            Facsimile: (650) 839-5071


                                                          Attorneys for Defendant and Counter-Claimant
                                                          MAGMA DESIGN AUTOMATION, INC.


80033853.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>Synopsys, Inc. |

I hereby certify that on June 8, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80033853.doc