# EXHIBIT C

1  Mary E. Alexander (SBN:104173)
   Gary W. Loftis (SBN:235816)
2  **MARY ALEXANDER & ASSOCIATES**
   44 Montgomery Street Suite 1303
3  San Francisco CA 94104
   (415) 433-4440/Fax: (415) 433-5440
4
5  William B. Federman
   **FEDERMAN & SHERWOOD**
6  120 N. Robinson, Suite 2720
   Oklahoma City, OK  73102
7  (405) 235-1560/Fax: (405) 239-2112
8  wfederman@aol.com

9  Attorneys for Plaintiff

UCS

FILED  Santa Clara Co
07/26/05  11:28am
Kiri Torre
Chief Executive Offic
By: sarah d, clerk
R#200500074633
CK          $299.50
TL          $299.50
Case: 1-05-CV-045834

10            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
11                         **COUNTY OF SANTA CLARA**

12  SUSAN WILLIS, derivatively on behalf of      )   Case No. **105CV045834**
    Nominal Defendant, MAGMA DESIGN           )
13  AUTOMATION, INC.,                            )
                                                 )
14            Plaintiff,                          )
                                                 )
15  v.                                           )
                                                 )   **VERIFIED SHAREHOLDER**
16  RAJEEV MADHAVAN, GREGORY C.                  )   **DERIVATIVE COMPLAINT**
17  WALKER, ROY E. JEWELL, KEVIN C.              )
    EICHLER, TIMOTHY NG, THOMAS M.               )
18  ROHRS, CHESTER C. SILVESTRI, SAEID           )   **BY FAX**
19  GHAFOURI, AND HAMID SAVOJ,                   )
                                                 )   **JURY TRIAL DEMANDED**
20            Defendants,                         )
                                                 )
21  and                                          )
                                                 )
22  MAGMA DESIGN AUTOMATION INC.,                )
                                                 )
23            Nominal Defendant.                  )

24
25
26
27
28

Plaintiff, by her attorneys, submits this Complaint (the "Complaint") against the Defendants named herein.

## NATURE OF THE ACTION

1.    This is a shareholders derivative action brought for the benefit of Nominal Defendant Magma Design Automation, Inc. ("Magma" or the "Company") against Defendants Rajeev Madhavan ("Madhavan"), Gregory C. Walker ("Walker"), Roy E. Jewell ("Jewell"), Kevin C. Eichler ("Eichler"), Timothy Ng ("Ng"), Thomas M. Rohrs ("Rohrs"), Chester C. Silvestri ("Silvestri"), Saeid Ghafouri ("Ghafouri") and Hamid Savoj ("Savoj") seeking to remedy the Defendants' breaches of fiduciary duty, waste of corporate assets and gross mismanagement during the period of October 23, 2002 through April 12, 2005 (the "Relevant Period").

2.    Magma is a Santa Clara-based provider of electronic design automation ("EDA"). EDA helps chip companies design and produce complex integrated circuits used in the communications, computing, consumer electronics, networking and semiconductor industries.

3.    This action alleges that throughout the Relevant Period Defendants failed to disclose that the Company faces the serious risk of infringing on intellectual property rights of competitor Synopsys, Inc. because certain inventions that were and are critical to Magma's business, and which were patented by Magma, were designed by Magma's Chief Scientist, Lukas van Ginneken, while he was employed by Synopsys. This fact, and the significant risk it posed and poses, was known to Defendants or recklessly disregarded by them, but was concealed from Magma investors and shareholders. In fact, when Synopsys filed an infringement action against the Company, instead of coming clean about the seriousness of the Synopsis infringement action at the time it was filed, Defendants aggressively denounced the

1   allegations, characterizing them as "completely baseless". While Magma's stock price was

2   artificially inflated (because it did not reflect the concealed risk), Magma insiders, including the

3   Individual Defendants, Madhavan, Jewell, Savoj, Ghafouri and Walker, sold 4,436,163 shares

4   of Magma common stock at artificially inflated prices reaping gross proceeds of $82,385,174.

5

6        4.    On April 13, 2005, the truth was disclosed when the market learned that

7   Magma's Chief Scientist, Lukas van Ginneken, had admitted in a sworn declaration filed in the

8   Synopsys infringement action, that inventions covered by two of Magma's patents (the "446"

9   and "438" patents) were conceived by him while he was employed by Synopsys and that his

10  supervisor at Magma, and likely others, knew that the inventions covered by the patents were

11  conceived by him at Synopsis and were encompassed by an agreement with Synopsis that

12  established that it owned the rights to those inventions. In short, Magma's Chief Scientist

13  admitted that Magma knowingly commercialized intellectual property that was designed by

14  that Chief Scientist while he was employed by another company.

15

16       5.    This disclosure caused Magma's stock to plummet by 40.7% in one day, from

17  $9.42 per share on April 12, 2005 to $5.58 per share on April 13, 2005, on unusually high

18  trading volume exceeding 14.4 million shares.

19                              **JURISDICTION AND VENUE**

20       6.    This Court has jurisdiction over this action.

21

22       7.    This action is not a collusive one designed to confer jurisdiction on this Court

23  which it would not otherwise have.

24       8.    Venue is proper in this District because a substantial portion of the transactions

25  and wrongs complained of herein, occurred in this District. Defendants either reside in or

26  maintain executive offices or participated in board meetings in this District, and have received

27  substantial compensation in this District by engaging in numerous activities and conducting

28

business here.  Nominal Defendant Magma's executive offices are located in Santa Clara, California.

## **PARTIES**

9.      Plaintiff, Susan Willis ("Willis" or "Plaintiff"), a citizen and resident of California, is, and was during the course of the wrongdoing alleged herein through the present, a shareholder of Nominal Defendant Magma.

10.     Nominal Defendant Magma is a Delaware corporation headquartered at 5460 Bayfront Plaza, Santa Clara, California, 95054.

11.     Defendant Madhavan, a citizen and resident of California, is one of Magma's founders and has served as its Chief Executive Officer and Chairman of its Board of Directors since Magma's inception in 1997.  Defendant Madhavan sold 1,667,430 shares of Magma common stock during the Relevant Period for gross proceeds of $30,698,489.

12.     Defendant Walker, a citizen and resident of California, has served as the Company's Chief Financial Officer and Vice President, Finance, since 2002.  Walker sold 242,174 shares of Magma common stock during the Relevant Period for gross proceeds of $4,627,141.

13.     Defendant Jewell has served as Magma's President since May 2001 and as a Director of the Company since July 2001.  Jewell has served as the Company's Chief Operating Officer since March 2001.  Jewell sold 547,181 shares of Magma common stock during the Relevant Period for gross proceeds of $10,033,651.

14.     Defendant Eichler has served as a Director of the Company since 2003 and has been a member of the Company's Audit Committee during fiscal year 2004[1] through the present.

---

[1] The Company's fiscal year ends on March 31 of each year.

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

4

15.    Defendant Ng has been a member of the Company's Board of Directors since March 2003.

16.    Defendant Rohrs has been a member of the Company's Board of Directors since July 2003 and a member of its Audit Committee during fiscal year 2004 through the present.

17.    Defendant Silvestri has been a member of the Company's Board of Directors since July 2003 and has been a member of the Company's Audit Committee during fiscal year 2004 through the present.

18.    Defendant Saeid Ghafouri has served as the Company's Senior Vice President, Worldwide Field Operations, since September 2002. During the Relevant Period, Ghafouri sold 167,692 Magma shares reaping gross proceeds of $4,033,812.

19.    Defendant Hamid Savoj, a co-founder of the Company, has served as the Company's Senior Vice President, Product Development, since September 2002. From July 2000 to September 2002, he served as the Company's Vice President, Product Development, and from April 1997 to July 2000, the Company's principal engineer. Savoj sold 650,869 Magma shares during the Relevant Period for $13,783,074 in gross proceeds.

20.    The Company's Board of Directors currently consists of 7 (seven) members - - Defendants, Madhavan, Jewell, Eichler, Ng, Rohrs, Silvestri and Susumu Kohyama.

## DUTIES OF THE INDIVIDUAL DEFENDANTS

21.    By reason of their positions as officers and/or directors of the Company and because of their ability to control the business and corporate affairs of the Company, the Individual Defendants owed the Company and its shareholders the fiduciary obligations of good faith, trust, loyalty, and due care. Each director and officer of the Company owed to the Company and its shareholders the fiduciary duty to exercise good faith and diligence in the administration of the affairs of the Company. In addition, the Defendant Directors owed a duty to the Company and its shareholders to implement adequate internal controls and procedures to reasonably assure that the financial condition and business prospects of the Company were

reported truthfully and accurately and that the Company complied with all applicable state and federal laws. As set forth below the Defendant Directors violated these duties and abdicated their oversight responsibilities to the Company. As a result, the Company has been named as a defendant in and exposed to millions of dollars of liability from securities class action lawsuits and has incurred and will continue to incur legal, accounting and other expenses.

22.    The Individual Defendants, because of their positions of control and authority as directors and/or officers of the Company, were able to and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein.

23.    As further alleged herein, Magma's current Board of Directors is unable to make an impartial determination as to whether to institute legal proceedings to redress the wrongful conduct alleged herein because there is a substantial likelihood that a majority of its members would be found liable for non-exculpated breaches of their fiduciary duties to the Company and shareholders by their participation or acquiescence in the wrongdoing alleged herein and/or complete failure to perform their oversight duties to the Company, failure to oversee the Company's compliance with legally mandated disclosure standards and systemic failure to assure that a reasonable information and reporting system existed.

## SUBSTANTIVE ALLEGATIONS

### Materially False and Misleading Statements Issued During the Relevant Period

### Fiscal 2003 Statements

24.    The Relevant Period commenced on October 23, 2002, which marked the Company's first earnings release following the issuance of the 446 patent. In relevant part, the Company reported the following results for the second fiscal quarter of 2003:

> For the second quarter, Magma reported revenue of $17.8 million, compared to $9.6 million for the year-ago second quarter ended September 30, 2001, an increase of 85 percent. Magma reported pro forma net income for the quarter, excluding certain non-cash charges, of $13.4 million, or $0.04 per share on a diluted basis. This compares to a pro forma net loss of $3.2 million, of $0.31 per share, for the year-earlier second quarter of fiscal 2002, ended September 30, 2001. Pro forma net income (loss) reflects

reported net income (loss) excluding stock-based compensation, non-cash interest expense, and non-cash preferred stock dividend.

In accordance with generally accepted accounting principles (GAAP), Magma reported net income attributed to common shareholders (basic) of $0.7 million, of $0.02 per share, for the quarter, compared to a net loss attributed to common shareholders (basic) of $10.8 million, which included a $5.8 million non-cash preferred stock dividend, or $1.03 per share, for the year-ago second quarter ended September 30, 2001.

Commenting on the results, Defendant Madhavan highlighted the Company's order backlog and it's supposed "technology advantages":

"In the second quarter we continued to make progress engaging new customers, our software continued to enable our users to complete challenging designs and our profitability improved over the prior quarter," said Rajeev Madhavan, chairman and CEO of Magma. "We continued to make progress in expanding our market presence and market share. Our bookings and pipeline remain strong. The best indicators of our business performance are bookings results and the growth in backlog. We had a record quarter for bookings – in terms of magnitude, the number of transactions and the proportion of license vs. non-license revenue. Thanks to our technology advantages we are gaining more engagements, more wins and record bookings. We have more installed seats than ever before. In terms of overall business traction, this was our best quarter to date."

25.  On June 20, 2003, Magma filed its fiscal 2003 annual report with the SEC on Form 10-K. The report was signed by Defendants Madhavan, Walker, Jewell and NG. The Company reported the following results for the year, which reflected strong year-over-year revenue growth and increased net income:

| ($millions) | FY2003 | FY2002 |
|---|---|---|
| Sales | 75.09 | 46.36 |
| Cost of Goods Sold | 11.58 | 8.31 |
| SG&A/Oth Op/Dep Op & Maint | 59.80 | 53.99 |
| Operating Income (Losses) | 3.72 | (15.94) |
| Interest Expense | 0.00 | 14.79 |

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

7

| | | |
|---|---|---|
| Net Non-Oper Losses (Gains) | (0.54) | (1.04) |
| Income Tax Expenses (Credits) | 1.18 | 0.29 |
| Net Income/Net Profit (Losses) | 3.07 | (29.99) |
| Earnings Per Share | 0.10 | (2.07) |
| Fully Diluted EPS | 0.10 | (2.07) |

26.    In the Form 10-K, the Company highlighted its reliance on the viability of its intellectual property and warned, in general, about potential harm to its business that could result from patent infringement actions:

*We rely on trademark, copyright and trade secret laws and contractual restrictions to protect our proprietary rights, and if these rights are not sufficiently protected, it could harm our ability to compete and generate income.*

To establish and protect our proprietary rights, we rely on a combination of trademark, copyright and trade secret laws, and contractual restrictions, such as confidentiality agreements and licenses.  Our ability to compete and grow our business could suffer if these rights are not adequately protected.  We seek to protect our source code for our software, documentation and other written materials under trade secret and copyright laws. We license our software pursuant to agreements, which impose certain restrictions on the licensee's ability to utilize the software. We also seek to avoid disclosure of our intellectual property by requiring employees and consultants with access to our proprietary information to execute confidentiality agreements.

* * *

We may face intellectual property infringement or other claims against us or our customers that could be costly to defend and result in our loss of significant rights.

Many of our contracts contain provisions in which we agree to indemnify our customers from third-party intellectual property infringement claims.    Other parties may assert intellectual property infringement claims against us or our customers, and our products may infringe the intellectual property rights of third parties. We have also acquired or may hereafter acquire software as a result of our past or future acquisitions, and we may be

1
2
3
4
5
6

subject to claims that such software infringes the intellectual property rights of third parties. If we become involved in litigation, we could lose our proprietary rights and incur substantial unexpected operating costs. Intellectual property litigation is expensive and time-consuming and could divert management's attention from our business. If there is a successful claim of infringement, we may be required to develop non-infringing technology or enter into royalty or license agreements, which may not be available on acceptable terms, if at all.

7
8
9
10
11
12

Our failure to develop non-infringing technologies or license the proprietary rights on a timely basis would harm our business. Our products may infringe third-party patents that may relate to our products. Also, we may be unaware of file patent applications that relate to our software products. We believe the patent portfolios of our competitors are far larger than ours, and this may increase the risk that they may sue us for patent infringement and may limit our ability to counterclaim for patent infringement or settle through patent cross-licenses.

13   (Emphasis in original).

14       27.   The annual report contained certifications, filed pursuant to Section 302 of the

15   Sarbanes Oxley Act of 2002, signed by Defendants Madhavan and Walker stating, in relevant

16   part:

17

18
19
20
21

Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report.

22       28.   Defendants' representations in ¶¶24-27 were materially false and misleading

23   when made because they failed to disclose the following facts:

24            (a)   Inventions claimed by Magma in patents 446 and 438 were conceived by

25   Lukas Van Ginneken while he as employed by Synopsis;

26

27

28

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT                                                9

(b)     That, because of the foregoing, Magma's patents 446 and 438 were under a cloud such that Magma's use of the technology ran the serious, but undisclosed, risk of infringing Synopsis' intellectual property rights;

(c)     That Magma's incorporation of the technology encompassed by patents 446 and 438, which was material to its business, could be halted, thereby jeopardizing the Company's business;

(d)     That Magma could be subject to a material monetary judgment in an infringement action brought by Synopsis; and

(e)     That the certifications signed by Defendants Madhavan and Walker, included in the Company's annual report, were false because the annual report failed to disclose the above information, i.e., the Form 10-K was materially false and misleading because it failed to disclose that technology incorporated in the Company's products was developed by the Company's Chief Scientist while he was employed by another company, thereby jeopardizing Magma's business and subjecting Magma to potentially ruinous patent infringement litigation.

### Fiscal 2004 Statements

29.     On June 8, 2004, the Company filed its fiscal 2004 annual report with the SEC on Form 10-K. The report was signed by Defendants Madhavan, Walker, Jewell, Eichler, Rohrs, Ng and Silvestri. Defendants reported the following results for the year, which reflected strong year-over-year revenue growth and increased net income:

| ($millions) | FY2003 | FY2002 |
| --- | --- | --- |
| Sales | 113.73 | 75.09 |
| Cost of Goods Sold | 16.65 | 11.58 |
| SG&A/Oth Op/Dep Op & Maint | 83.45 | 59.80 |
| Operating Income (Losses) | 13.63 | 3.72 |

| Interest Expense | 1.07 | 0.00 |
| Net Non-Oper Losses (Gains) | (2.48) | (0.54) |
| Income Tax Expenses (Credits) | 3.58 | 1.18 |
| Net Income/Net Profit (Losses) | 11.48 | 3.07 |
| Earnings Per Share | 0.36 | 0.10 |
| Fully Diluted EPS | 0.29 | 0.10 |

30.     In the Form 10-K, the Company highlighted its reliance on the viability of its intellectual property and warned, in general, about potential harm to its business from patent infringement actions:

> *We rely on trademark, copyright and trade secret laws and contractual restrictions to protect our proprietary rights, and if these rights are not sufficiently protected, it could harm our ability to compete and general income.*
>
> To establish and protect our proprietary rights, we rely on a combination of trademark, copyright and trade secret laws, and contractual restrictions, such as confidentiality agreements and licenses. Our ability to compete and grow our business could suffer if these rights are not adequately protected. We seek to protect our source code for our software, documentation and other written materials under trade secret and copyright laws. We license our software pursuant to agreements, which impose certain restrictions on the licensee's ability to utilize the software. We also seek to avoid disclosure of our intellectual property by requiring employees and consultants with access to our proprietary information to execute confidentiality agreements.
>
> * * *
>
> *We may face intellectual property infringement or other claims against us or our customers that could be costly to defend and result in our loss of significant rights.*
>
> Many of our contracts contain provisions in which we agree to indemnify our customers from third-party intellectual property infringement claims. Other parties may assert intellectual property infringement claims against us or our customers, and our product may infringe the intellectual property rights of third parties. We have also acquired or may hereafter acquire software as a result of our past or future acquisitions, and we may be

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

11

subject to claims that such software infringes the intellectual property rights of third parties. If we become involved in litigation, we could lose our proprietary rights and incur substantial unexpected operating costs. Intellectual property litigation is expensive and time-consuming and could divert management's attention from our business. If there is a successful claim of infringement, we may be required to develop non-infringing technology or enter into royalty or license agreements, which may not be available on acceptable terms, if at all.

Our failure to develop non-infringing technologies or license the proprietary right on a timely basis would harm our business. Our products may infringe third-party patents that may relate to our products. Also, we may be unaware of filed patent applications that relate to our software products. We believe the patent portfolios of our competitors are far larger than ours, and this may increase the risk that they may sue us for patent infringement and may limit our ability to counterclaim for patent infringement or settle through patent cross-licenses.

(Emphasis in original).

31. The annual report contained certifications, filed pursuant to Section 302 of the Sarbanes Oxley Act of 2002, signed by Defendants Madhavan and Walker stated, in relevant part:

Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report.

32. Defendants' representations in ¶¶29-31 were materially false and misleading when made because they failed to disclose the following facts:

(a) Inventions claimed by Magma in patents 446 and 438 were conceived by Lukas Van Ginneken while he was employed by Synopsis;

10714434.tif - 7/26/2005 3:45:08 PM

(b)     That, because of the foregoing, Magma's patents 446 and 438 were under a cloud such that Magma's use of the technology ran the serious, but undisclosed, risk of infringing Synopsis' intellectual property rights;

(c)     That Magma's incorporation of the technology encompassed by patents 446 and 438, which was material to its business, could be halted, thereby jeopardizing the Company's business;

(d)     That Magma could be subject to a material monetary judgment in an infringement action brought by Synopsis; and

(e)     That the certifications signed by Defendants Madhavan and Walker, included in the Company's annual report were false because the annual report failed to disclose the above information, i.e., the Form 10-K was materially false and misleading because it failed to disclose that technology incorporated in the Company's products was developed by the Company's Chief Scientist while he was employed by another company, thereby jeopardizing Magma's business and subjecting Magma to potentially ruinous patent infringement litigation.

33.     On September 17, 2004, Synopsis issued a press release announcing the filing of its infringement action against Magma.

34.     Almost immediately following Synopsis' announcement, the Company issued a press release strongly denouncing the allegations in the complaint. Defendant Madhavan characterized the claims as "completely baseless," stating that "The U.S. Patent office granted Magma patents for technology that our engineers have spent years developing at Magma." In relevant part, the Company and Defendants stated as follows:

> SANTA CLARA, Calif., September 17, 2004 -- Magma® Design Automation Inc., (Nasdaq" LAVA) today announced that a lawsuit and accompanying public statements by Synopsys (Nasdaq": SNPS) alleging that Magma has violated Synopsys's patent rights are without merit. Magma also affirmed that its intellectual property rights are protected in several patents issued

to Magma by the United States Patent & Trademark Office. Magma further affirmed that it will not only vigorously defend itself in this matter but will also take the offensive and fully enforce its patent and other rights against Synopsys.

"The actions and statements by Synopsys today are completely baseless," said Rajeev Madhavan, chairman and chief executive officer of Magma. "The U.S. Patent office granted Magma patents for technology that our engineers have spent years developing at Magma. For Synopsys to assert that these rights don't belong to us is absurd. We can't help but notice the timing of these actions, given Synopsys' recent statement that Magma has increased market share." During Synopsys; quarterly earnings call on Aug. 18, Synopsys CEO Aart de Geus, in response to a financial analyst's questions about the competition Synopsys faces from other EDS (electronic design automation) companies, acknowledged, "I think Magma has gained some market share."

In July, Magma expressed concern to Synopsys that Synopsys had implemented a new "gain-based delay model" in an enhanced version of its Design Compiler product. The specific concern was that an optimization technique in Synopsys' software may "read on" (be covered by) one or more of Magma's patents, specifically U.S. Patents No. 6,253,361, No. 6,453,446 and No. 6,725,438. In a July 1 letter, Magma requested that Synopsys advise Magma as to whether one or more of the patents were applicable to Synopsys' gain-based delay model or any other Synopsys design solution. No response was received from Synopsys.

"Magma notified Synopsys that public statements indicated that Synopsys products may infringe on our patent rights," Madhavan said. "We sought to open a dialogue with Synopsys on the matter but never received any response before their actions and statements today. Apparently Synopsys decided that its best defense would be this meritless claim."

"It is Magma that is the potentially injured party here – we long ago received the patents in question," said Greg Walker, Magma chief financial officer. "Magma has world-class engineers who were successful in developing exceptional technology, and for Synopsys to now attempt to claim it as its own is both insulting to them and indicative of a time that I thought we in EDA had put behind us. Our industry has seen more than its share of litigation in recent years, and Magma certainly would have preferred to avoid it in this matter."

35.    Defendants' unequivocal and aggressive denunciation of the infringement suit had the intended effect of preventing a drop in Magma's stock price.

36.    Defendants' representations in ¶34 were materially false and misleading when made because, in fact, the allegations in the Synopsis action were not "completely baseless." As Defendants knew or should have known, Lukas Van Ginneken developed certain inventions encompassed by patents 446 and 438 while employed by Synopsis, such that the statements that "[t]he U.S. Patent office granted Magma patents for technology that our engineers have spent years developing at Magma," along with the other statements relating to the actions' supposed lack of merit, were materially false and misleading and deceived the market as to the true risks posed by the action.

### Fiscal 2005 Statements

37.    On October 28, 2004, Magma issued a press release announcing results for its second fiscal quarter of 2005, ended September 30, 2004.  Revenue was reportedly up 43% year-over-year while pro forma net income also rose:

> Magma reported record revenue of $36.9 million for the quarter, compared to $25.8 million for the quarter ended Sept. 30, 2003, an increase of 43 percent.

> Magma also reported pro forma net income of $7.7 million, or $0.18 per share (diluted), for the second quarter of fiscal 2005, compared to pro forma net income of $6.0 million, or $0.15 per share (diluted), for the second quarter of fiscal 2004.    In accordance with generally accepted accounting principles (GAAP), Magma reported net income for the quarter of $0.3 million, or $0.01 per share (diluted), compared to net income of $3.4 million, or $0.09 per share (diluted), for the quarter ended Sept. 30, 2003.  Pro forma net income for the quarter excludes amortization of developed technology, miscellaneous restructuring and marketing expenses, amortization of intangibles, amortization of deferred stock compensation, and tax effects of pro forma adjustments.

> For the six-month period ended Sept. 30, 2004, Magma reported revenue of $73.0 million, compared to $48.6 million for the six-

month period ended Sept. 30, 2003, an increase of 50 percent. Magma reported pro forma net income of $15.3 million, or $0.36 per share (diluted), for the six-month period ended Sept. 30, 2003. This compares to pro forma net income of $10.9 million, or $0.28 per share (diluted), for the six-month period ended Sept. 30, 2003.

Pro forma net income for the six-month period reflects the adjustments referred to above, and eliminates the effects of a loss on equity investments and in-process research and development expenses. In accordance with GAAP, Magma reported net loss attributed to common shareholders for the recently complete six-month period of $2.2 million, or ($0.07) per share (basic), compared to net income attributed to common shareholders of $3.5 million, or $0.09 per share (diluted), for the six-month period ended Sept. 30, 2003.

Commenting on the results, Defendant Madhavan stressed the strong revenue growth and that new products would be introduced over the next several quarters:

"Our second quarter continued Magma's growth in revenue, which has increased for eight consecutive quarters," said Rajeev Madhavan, Chairman and CEO of Magma. "But as we said during our conference call to discuss our revised outlook, we are disappointed in the quarter from the perspective of new offers. We intend to resume our previous level of business success, and over the next several quarters expect to introduce new products, several of which represent the fruition of our recent acquisitions. Some will offer improved capabilities where our technology is already well established, and some will enable us to enter new market segments where we think existing solutions are inadequate. We expect these new offerings to further differentiate Magma from our competitors.

38.    On January 27, 2005, Magma issued a press release reporting "Record Revenue and EPS for Third Quarter" fiscal quarter of 2005, which stated in relevant part:

Magma reported record revenue of $37.3 million for the quarter, compared to $31.1 million for the quarter ended Dec. 31, 2003, an increase of 20 percent.

In accordance with generally accepted accounting principles (GAAP), Magma reported a net loss for the quarter of $(0.7) million, or $(0.02) per share (basic and diluted), compared to net income of $3.8 million, or $0.09 per share (diluted), for the quarter ended Dec. 31, 2003. Magma also reported record pro

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

16

forma net income of $8.4 million and record pro forma earnings per share (EPS) of $0.20 diluted) for the third quarter of fiscal 2005, compared to pro forma net income of $6.9 million and pro forma EPS of $0.16 (diluted) for the third quarter of fiscal 2004, an increase of 22 percent. Pro forma net income excludes amortization of developed technology, miscellaneous restructuring and marketing expenses, amortization of intangibles, amortization of deferred stock compensation, impairment of investment, in-process research and development charges and tax effects of pro forma adjustments.

For the nine-month period ended Dec. 31, 2004, Magma reported revenue of $110.3 million, compared to $79.7 million for the nine-month period ended Dec. 31, 2003, an increase of 38 percent. In accordance with GAAP, Magma reported net loss for the recently completed nine-month period of $(3.0) million, or $(0.09) per share (basic and diluted), compared to net income of $7.2 million, or $0.18 per share (diluted), for the nine-month period ended Dec. 31, 2003. Magma reported pro forma net income of $23.7 million, or $0.56 per share (diluted), for the nine-month period ended Dec. 31, 2004. This compares to pro forma net income of $18.1 million, or $0.44 per share (diluted), for the nine-month period ended Dec. 31, 2003, an increase of 31 percent.

In the release, Defendant Madhavan was quoted as follows:

"Our third quarter continued Magma's growth in revenue for the ninth consecutive quarter," said Rajeev Madhavan, Chairman and CEO of Magma. "During the next several quarters we expect to announce new products that will further enhance our leadership over our competitors and enable us to continue that growth."

39. On April 7, 2005, Magma issued a press release announcing preliminary fourth fiscal quarter of 2005 results and revising its outlook for 2006, which stated as follows:

Magma estimates total revenue for the fourth quarter is in the range of $34.5 million to $35.5 million, about 10 percent below the target revenue range the company announced during its Jan. 27 earnings call. The fourth-quarter 2005 revenue shortfall resulted from delays in the processing of a number of completed sales orders; these delays prevented the orders from being recognizable in the fourth quarter in accordance with Magma's revenue recognition policies. These orders were recorded as bookings in the fourth quarter and will be recognized as revenue during Magma's fiscal 2006 first quarter, ending July 3, 2005. With this expected fourth-quarter revenue, total revenue for fiscal 2005 will increase 28 percent over fiscal 2004.

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

Magma estimates that pro-forma EPS for the fourth quarter is in the range of $0.06 to $0.10, below the target range of $0.18 to $0.20 announced during the Jan. 27 earnings call. Magma estimates that loss per share calculated on a basis consistent with accounting principles generally accepted in the United States (GAAP) is in the range of $(0.14) to $(0.10), below the previously expected range of $0.00 to $0.04 earnings per share. A table providing a quantitative reconciliation of our preliminary pro-forma results to our preliminary GAAP results is attached to this press release.

In addition, Magma lowered its expectations for 2006, stating in relevant part as follows:

For fiscal year 2006 Magma expects total orders booked to increase between 15 percent and 20 percent over orders booked in fiscal 2005. This is unchanged form orders guidance provided during Magma's Jan. 27 earnings call. "Although we are making no change to the level of new orders we expect to book in fiscal 2006, we are reducing the revenue we expect those orders to contribute in the quarter they are booked - - what is typically referred to as 'turns' revenue," Walker said. "The result of this change is that by mid-year fiscal 2006, the company expects 90 percent of revenue within the quarter to come form backlog and 10 percent from turns revenue. We believe this is consistent with current trends within the industry, which we consider a healthy practice.

"This revised revenue assumption will result in a revision to fiscal 2006 guidance that more realistically addresses the risks in our revenue model - - the resulting changes are not a reassessment of our market prospects. We are reducing our pro-forma operating margin and pro-forma EPS targets to incorporate, among other factors, approximately $0.25 per share of expenses principally associated with litigation and Sarbanes-Oxley compliance anticipated in fiscal 2006," Walker said.

40.    Defendants' representations in ¶¶38-39 were materially false and misleading when made because they failed to disclose the following facts:

(a)    Inventions claimed by Magma in patents 446 and 438 were conceived by Lukas Van Ginneken while he was employed by Synopsis;

(b)   That, because of the foregoing, Magma's patents 446 and 438 were under a cloud such that Magma's use of the technology ran the serious, but undisclosed, risk of infringing Synopsis' intellectual property rights;

(c)   That Magma's incorporation of the technology encompassed by patents 446 and 438, which was material to its business, could be halted, thereby jeopardizing the Company's business;

(d)   That Magma could be subject to a material monetary judgment in an infringement action brought by Synopsis.

## THE TRUTH EMERGES

41.   On April 13, 2005, Needham & Co. issued a research note revealing that Lukas Van Ginneken had filed a declaration in the Synopsis infringement action stating, among other things, that "the 446 Patent discloses inventions which I conceived while employed at Synopsis". The declaration includes an identical statement regarding the 438 patent. The declaration further stated that Van Ginneken had reason to believe that his supervisor at Magma, and likely others, knew that the fixed timing inventions (covered by the 446 and 438 patents) were covered by his agreement with Synopsis:

> "I have reason to believe that, at a minimum, my supervisor at magma knew that the fixed timing inventions Magma was intending to use were conceived by myself at Synopsis, and were encompassed by my Agreement with Synopsis"

The research report further noted that the declaration "appear[s] to meaningfully strengthen Synopsys' claim to being the rightful owners of Magma's 446 and 438 patents.

42.   News of this was circulated to the market at large on April 13, 2005, after the story was picked up and disseminated by numerous media outlets.

43.   This disclosure caused Magma's stock to plummet. The price of Magma's common stock plummeted by 40.7% in one day, from $9.42 per share on April 12, 2005 to

$5.58 per share on April 13, 2005, on unusually high trading volume exceeding 14.4 million shares.

## CERTAIN DEFENDANTS' INSIDER TRADING

44.     During the Relevant Period, Defendants, Madhavan, Jewell, Walker, Savoj, and Ghafouri sold millions of Magma shares while in possession of non-public material adverse information concerning the Company. Specifically from May 2, 2003 through February 17, 2005, Savoj sold 650,869 shares of Magma common stock at prices as high as $25.33 per share for gross proceeds of $13,783,074, leaving him with 184,830 shares; from November 8, 2002 through April 1, 2005, Madhavan sold 1,667,430 shares of Magma common stock at prices as high as $25.33 per share for gross proceeds of $30,698,489, leaving him with 1,203,212 shares; from December 30, 2002 through March 30, 2005, Jewell sold 547,181 shares of Magma common stock at prices as high as $27.72 per share for gross proceeds of $10,033,651, leaving him with 64,960 shares; from May 5, 2003 through February 28, 2005, Walker sold 242,174 shares of Magma common stock at prices as high as $24.53 per share for gross proceeds of $4,627,141, leaving him with zero shares; and, from May 12, 2003 through May 11, 2004 Ghafouri sold 167,792 shares of Magma common stock at prices as high as $28.45 per share for gross proceeds of $4,033,812, leaving him with zero shares. As is evidenced by the 40% drop that resulted when the trust was disclosed, the price of Magma common stock would not have traded as high if defendants' had been truthful. A chart detailing each transaction is attached hereto as Exhibit 1.

## THE DIRECTOR DEFENDANTS' WRONGDOING

45.     The Director Defendants actively participated or acquiesced in the wrongdoing alleged herein or recklessly permitted same through their failure to implement adequate internal controls and procedures necessary to reasonably ensure that the Company's disclosures were

truthful and not misleading and that the Company complied with all applicable state and federal law.

46.     Defendant Directors Madhavan and Jewell sold millions of dollars worth of Magma stock during the Relevant Period while in possession of non-public material adverse information concerning the Company.

47.     Furthermore, each of the Defendant Directors signed reports filed by the Company with the SEC, and/or made statements in conference calls with analysts and press releases, containing false or misleading statements.

48.     Furthermore, the Defendant Directors are believed to have received litigation reports that should have apprised them of the seriousness of the Patent infringement issues but nevertheless took no action to prevent or correct the misleading information that the Company published concerning same.

## DERIVATIVE AND DEMAND EXCUSED ALLEGATIONS

49.     Plaintiff brings this action derivatively in the right and for the benefit of Magma to redress injuries suffered and to be suffered by Magma as a result of the breaches of fiduciary duty by the Individual Defendants.  This in not a collusive action to confer jurisdiction on this Court which it would not otherwise have.

50.     Plaintiff will adequately and fairly represent the interests of Magma and its shareholders in enforcing and prosecuting its rights.

51.     Plaintiff is a holder of Magma common stock and was a holder of Magma common stock during the period in which the Individual Defendants' wrongful course of conduct alleged herein was occurring through the present.

52.    Magma's Board of Directors is currently composed of seven (7) directors – Defendants Madhavan, Jewell, Eichler, Ng, Rohrs and Silvestri and Susumu Kohyama.  Each of these Directors, except Kohyama, have been named as defendants herein.

53.    As a result of the facts set forth herein, Plaintiff has not made a demand upon the Magma Board of Directors to institute this action against the Individual Defendants.  Such demand would be a futile and useless act because the Magma Board of Directors is incapable of making an independent and disinterested decision to institute and vigorously prosecute this action for the following reasons:

a.    As set forth above, each of the Director Defendants exhibited a sustained and systematic failure to fulfill his fiduciary duties by actively participating or acquiescing in the wrongdoing and/or by failing to implement adequate controls and procedures necessary to reasonably assure that the  wrongdoing alleged herein did not occur which could not have been an exercise of good faith business judgment and the Defendant Directors face a substantial likelihood of liability for such breaches of fiduciary duties.

b.    The Defendants participated in the drafting, preparation, and/or approval of the various public reports and other communications complained of herein and were aware of, or recklessly disregarded, the misstatements contained therein and omissions therefrom, and were aware of their materially false and misleading nature.  Because of their Board membership and/or executive and managerial positions with Magma, each of the Defendants had access to the adverse undisclosed information about Magma's intellectual property, i.e., patents, and business prospects and as particularized herein knew (or recklessly disregarded) that these adverse facts rendered the positive representations made by or about

Magma, its business and its intellectual property issued by the Company materially false and misleading.

c.  The Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to and did control the content of the various SEC filings, press releases and other public statements pertaining to the Company during the Relevant Period.  Each Defendant was provided with copies of the documents alleged herein to be misleading prior to or shortly after their issuance and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected.  Accordingly, each of the Defendants was responsible for the accuracy of the public reports and releases detailed herein and the representations contained therein.

54.  As a result of the facts set forth herein, Plaintiff has not made any demand on Magma's Board of Directors to institute this action against the Individual Defendants.  Such demand would be a futile and useless act because the Board is incapable to making and independent and disinterested decision to institute and vigorously prosecute this action for the following additional reasons:

a.  The Individual Defendants had a responsibility and obligation to assure that all press releases and filings of SEC reports were truthful and not materially misleading and that proper controls and other oversight procedures were in place that would have detected and prevented the false and misleading statements put out by the Company to the public that are described in this complaint but failed to do so;

b.  Defendants Madhavan and Jewell sold large quantities of Magma stock while in possession of non-public material adverse information concerning the Company

1    and face a substantial likelihood of liability under Cal. Corp. Code §25402 as

2    well as the laws of the State of Delaware. Defendant Madhavan sold over half

3    his Magma holdings and Defendant Jewell sold nearly 90% of his shares. The

4    Defendant Directors have taken no action to recover the unlawful insider trading

5    proceeds reaped by these Defendants or the other officer Defendants as alleged

6    herein.

7

8    c. In order to bring this suit, the Individual Defendants would be forced to sue

9       themselves which they will not do, thereby excusing demand;

10   d. Magma has been and will continue to be exposed to significant losses due to the

11      wrongdoing complained of herein; yet, the Individual Defendants have not filed

12      any lawsuits against themselves or others who were responsible for that

13      wrongful conduct which caused the filing of securities class actions against the

14      Company;

15

16   e. If the Director Defendants were to bring this derivative action against

17      themselves, they would thereby expose their own recklessness and misconduct

18      which underlies allegations against the Company contained in the class action

19      complaints for violations of federal securities law which have been brought

20      against the Company and Madhavan and Jewell. Such admissions would impair

21      the Company and their defense of the class actions and greatly increase the

22      probability of their personal liability in the class actions, in an amount likely to

23      be in excess of any insurance coverage available to the Individual Defendants.

24

25   55.    Plaintiff has not made any demand on the shareholders of Magma to institute

26   this action since demand would be a futile and useless act for the following reasons:

27   a. Magma is a publicly traded company with thousands of shareholders;

28

   b.  Making demand on such a large number of shareholders would be impossible for Plaintiff, who has no way of finding out the names and addresses, or telephone numbers of shareholders; and

   c.  Making demand on all shareholders would force Plaintiff to incur huge expenses assuming all shareholders could even be individually identified.

56.  Magma has expended and will continue to expend significant sums of money as a result of the illegal and improper actions described above.  Such expenditures will include, but are not limited to:

   a.  Costs incurred to carry out internal investigations, including legal fees paid to outside counsel and experts; and

   b.  Costs and legal fees for defending Magma and the Individual Defendants against private class action litigation arising from the illegal and improper conduct alleged herein.

### FIRST CAUSE OF ACTION
### Against the Individual Defendants for Breach of Fiduciary Duty

57.  Plaintiff incorporates by reference all preceding and subsequent paragraphs as if fully set forth herein.

58.  As alleged in detail herein, the Individual Defendants had a duty to conduct themselves in good faith and in a diligent, honest and prudent manner and to comply with all applicable state and federal laws.  In addition the Individual Defendants had a duty exercise good faith and diligence in maintaining the Company's image and reputation, which is essential to the Company's business.

59.  The Individual Defendants breached their fiduciary duties by engaging in and/or recklessly permitting the misleading of the public by making inaccurate and/or untrue

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

25

10714434.tif - 7/25/2005 3:46:08 PM

1   statements regarding the Company's intellectual property and business prospects which served

2   to destroy the reputation and credibility of Magma.

3       60.   The Individual Defendants had actual knowledge of the misrepresentations and

4   omissions of material facts set forth herein, or acted with reckless disregard for the truth in that

5   they failed to ascertain and to disclose such facts, even though such facts were available to

6   them.

7

8       61.   As a direct and proximate result of the Individual Defendants foregoing

9   breaches of fiduciary duties, Magma has suffered damages, including, but not limited to costs

10  incurred in retaining attorneys as well as being exposed to millions of dollars in liability from

11  defrauded investors.

12

13                    **SECOND CAUSE OF ACTION**
    **Against the Individual Defendants for Breach of Fiduciary Duty**

14              <u>**through Unjust Enrichment and Abuse of Control**</u>

15      62.   Plaintiff incorporates by reference and realleges each and every allegation

16  contained above, as if though fully set forth herein.

17      63.   The Individual Defendants' misconduct and/or inaction alleged herein

18  constituted an abuse of their ability to control and influence Magma, for which they are legally

19  responsible.

20      64.   As a direct and proximate result of the Individual Defendants' abuse of control,

21

22  Magma has sustained significant damages and Defendants have received benefits that they

23  should not in fairness retain and the Individual Defendants are liable to the Company for same.

24                      **THIRD CAUSE OF ACTION**
    <u>**Against the Individual Defendants for Breach of fiduciary through Mismanagement**</u>

25

26      65.   Plaintiff incorporates by reference and realleges each and every allegation

27  contained above, as if though fully set forth herein.

28

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

10714434.tif - 7/25/2005 3:45:08 PM

66. By their actions alleged herein, the Individual Defendants, either directly or through aiding and abetting, abandoned and abdicated their responsibilities and fiduciary duties with regard to prudently managing Magma in a manner consistent with the operations of a publicly held corporation.

67. As a direct and proximate result of the Individual Defendants' mismanagement, Magma has sustained significant damages, arising out of the alleged material misstatements to the investing public, damages to the Company arising from the pendency of the securities class action lawsuits and the Individual Defendants are liable to the Company for all damages flowing therefrom, including the obligations for common law indemnification and contribution.

68. As detailed more fully herein, the Defendants each have and had a duty to Magma and its shareholders to prudently supervise, manage and control Magma's operations.

69. The Defendants by their actions, either directly or through aiding and abetting, abandoned and abdicated their responsibilities and duties with regard to prudently managing the assets of Magma in a manner consistent with the operations of a publicly-held corporation.

70. By subjecting Magma to the unreasonable risk of liability by failing to maintain sufficient controls and procedures and actively participating in, or passively allowing, federal securities law violations as further described herein, the Defendants breached their duties of good faith, due care and diligence in the management and administration of Magma's affairs and in the use and preservation of Magma's assets.

71. The Defendants caused the Company to engage in these actions, and were aware of the problems and probable and damage to the Company associated with such actions. During the course of the discharge of their duties, the Defendants knew or should have known of the unreasonable risks and losses associated with their actions, yet the Defendants caused or recklessly permitted Magma to engage in this wrongful course of conduct which they knew had

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

27

1  an unreasonable risk of material loss to Magma, thus breaching their duties to both Magma and

2  its shareholders.  As a result, the Defendants did not act in good faith and intentionally

3  mismanaged and/or aided and abetted the mismanagement of Magma and its assets.

4  72.  As a proximate result thereof, Magma has been damaged and will continue to

5
6  suffer damages, and has sustained and will continue to sustain irreparable injury to its

7  reputation.

8  ### FOURTH CAUSE OF ACTION

9  ### Against Defendants Madhavan, Jewell, Walker, Ghafouri and Savoj for Insider Trading
   ### Violations of California Corporations Code Section 25402 and Delaware Law

10
11  73.  Plaintiff incorporates by reference and realleges each and every allegation

12  contained above as though fully set forth herein.

13  74.  At the time that the Insider Trading Defendants, Madhavan, Jewell, Walker,

14  Ghafouri and Savoj, sold their Magma stock, by reason of their director and/or executive

15  positions with Magma, these Defendants had access to and knew material information

16  regarding Magma, including the materially adverse information set forth above regarding

17
18  Magma's intellectual property.  That information was not generally available to the public or to

19  the securities markets, and these Insider Trading Defendants knew it was not available.  Had

20  such information been generally available, it would have significantly reduced the market price

21  of Magma shares.

22  75.  In selling their Magma shares with knowledge of material adverse non-public

23  information, the Insider Trading Defendants violated California Corporations Code §25402,

24  and are therefore liable to Magma pursuant to California Corporations Code §25502.5(a) for

25  damages in an amount equal to three (3) times the difference between the prices at which said

26
27  Defendants sold their Magma shares and the market value which said shares would have had at

28  the time of said sales if the material non-public information known to said Defendants had been

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

28

publicly disseminated prior to that time and a reasonable time had elapsed for the market to absorb the information. Plaintiff seeks those damages on behalf of Magma with respect to the sales of Magma stock described herein, pursuant to California Corporations Code §25502.5(a) and the laws of the State of Delaware. Said Defendants are further liable for Plaintiff's reasonable costs and attorneys' fees incurred.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment as follows:

    A.    Against the Individual Defendants and in favor of the Company for the amount of damages sustained by the Company as a result of the Individual Defendants breaches of fiduciary duty;

    B.    Awarding to Plaintiff the costs of this action, including reasonable attorneys' fees, accountants and expert fees, costs and expenses; and

    C.    Granting such other relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated:  July 25, 2005

Respectfully submitted,

Mary E. Alexander (SBN:104173)
Gary W. Loftis (SBN:235816)
**MARY ALEXANDER & ASSOCIATES**
44 Montgomery Street Suite 1303
San Francisco CA 94104
(415) 433-4440/Fax: (415) 433-5440

    and

William B. Federman
**FEDERMAN & SHERWOOD**
120 N. Robinson Avenue, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax: (405) 239-2112
            -and-
2926 Maple Ave., Suite 200
Dallas, TX  75201
wfederman@aol.com


*Attorneys for Plaintiff*

VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT

30

10714434.tif - 7/25/2005 3:45:08 PM

**Venktesh Shukla: Senior VP**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| | | | |
| 8/21/2003 | 33,333 | 21.14 | 704,536.29 |
| 8/21/2003 | 31,786 | 21.14 | 671,838.43 |
| 8/21/2003 | 18,214 | 21.14 | 384,976.57 |
| 8/21/2003 | 4,167 | 21.14 | 88,074.96 |
| 8/21/2003 | 4,166 | 21.14 | 88,053.83 |
| 11/4/2003 | 50,000 | 24.28 | 1,213,865.00 |
| 11/4/2003 | 35,250 | 24.28 | 855,774.83 |
| 11/4/2003 | 8,500 | 24.28 | 206,357.05 |
| 11/4/2003 | 8,333 | 24.28 | 202,302.74 |
| 11/4/2003 | 3,125 | 24.28 | 75,866.56 |
| 2/27/2004 | 7,250 | 23.81 | 172,647.88 |
| 2/27/2004 | 4,167 | 23.81 | 99,230.85 |
| 2/27/2004 | 3,125 | 23.81 | 74,417.19 |
| 2/27/2004 | 2,124 | 23.81 | 50,579.87 |
| 5/14/2004 | 2,100 | 18.61 | 39,081.00 |
| 5/14/2004 | 1,904 | 18.27 | 34,786.08 |
| 5/14/2004 | 1,332 | 18.71 | 24,921.72 |
| 5/14/2004 | 1,000 | 18.54 | 18,540.00 |
| 5/14/2004 | 700 | 18.71 | 13,097.00 |
| 5/14/2004 | 600 | 18.55 | 11,130.00 |
| 5/14/2004 | 600 | 18.56 | 11,136.00 |
| 5/14/2004 | 500 | 18.65 | 9,325.00 |
| 5/14/2004 | 500 | 18.69 | 9,345.00 |
| 5/14/2004 | 400 | 18.88 | 7,552.00 |
| 5/14/2004 | 396 | 18.66 | 7,389.36 |
| 5/14/2004 | 300 | 18.29 | 5,487.00 |
| 5/14/2004 | 300 | 18.31 | 5,493.00 |
| 5/14/2004 | 300 | 18.35 | 5,505.00 |
| 5/14/2004 | 300 | 18.57 | 5,571.00 |
| 5/14/2004 | 200 | 18.51 | 3,702.00 |
| 5/14/2004 | 200 | 18.53 | 3,706.00 |
| 5/14/2004 | 200 | 18.62 | 3,724.00 |
| 5/14/2004 | 200 | 18.70 | 3,740.00 |
| 5/14/2004 | 200 | 18.76 | 3,752.00 |
| 5/14/2004 | 200 | 18.81 | 3,762.00 |
| 5/14/2004 | 200 | 18.86 | 3,772.00 |
| 5/14/2004 | 200 | 18.90 | 3,780.00 |
| 5/14/2004 | 200 | 19.00 | 3,800.00 |
| 5/14/2004 | 200 | 18.66 | 3,732.00 |
| 5/14/2004 | 200 | 18.67 | 3,734.00 |
| 5/14/2004 | 100 | 18.34 | 1,834.00 |
| 5/14/2004 | 100 | 18.50 | 1,850.00 |
| 5/14/2004 | 100 | 18.58 | 1,858.00 |
| 5/14/2004 | 100 | 18.64 | 1,864.00 |

| | | | |
|---|---|---|---|
| 5/14/2004 | 100 | 18.69 | 1,869.00 |
| 5/14/2004 | 100 | 18.80 | 1,880.00 |
| 5/14/2004 | 100 | 18.83 | 1,883.00 |
| 5/14/2004 | 100 | 18.84 | 1,884.00 |
| 5/14/2004 | 100 | 18.85 | 1,885.00 |
| 5/14/2004 | 100 | 18.91 | 1,891.00 |
| 5/14/2004 | 100 | 19.05 | 1,905.00 |
| 5/14/2004 | 100 | 18.61 | 1,861.00 |
| 5/14/2004 | 100 | 18.63 | 1,863.00 |
| 5/14/2004 | 100 | 18.68 | 1,868.00 |
| 5/14/2004 | 98 | 18.68 | 1,830.64 |
| 5/14/2004 | 73 | 18.30 | 1,335.90 |
| 5/14/2004 | 49 | 18.64 | 913.36 |
| 5/14/2004 | 27 | 18.30 | 494.10 |
| 5/14/2004 | 2 | 18.68 | 37.36 |
| | | | |
| | 228,621 | | 5,168,891.57 |

DOC5\289379v1

00002

10714434.tif - 7/25/2005 3:45:08 PM

**Saiyed Raza: former Director**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| | | | |
| | | | |
| 11/21/2002 | 132,075 | 10.88 | 1,436,368.46 |
| 11/21/2002 | 42,857 | 10.88 | 466,087.02 |
| 11/21/2002 | 25,068 | 10.88 | 272,624.53 |
| 11/21/2002 | 25,000 | 11.20 | 280,000.00 |
| 11/21/2002 | 15,000 | 11.20 | 168,000.00 |
| 11/21/2002 | 12,500 | 11.56 | 144,500.00 |
| 11/21/2002 | 10,000 | 11.25 | 112,500.00 |
| 11/21/2002 | 10,000 | 11.50 | 115,000.00 |
| 11/21/2002 | 5,000 | 11.25 | 56,250.00 |
| 11/21/2002 | 5,000 | 11.34 | 56,700.00 |
| 11/21/2002 | 5,000 | 11.44 | 57,200.00 |
| 11/21/2002 | 5,000 | 11.62 | 58,100.00 |
| 11/21/2002 | 2,500 | 11.53 | 28,825.00 |
| 11/21/2002 | 2,500 | 11.60 | 29,000.00 |
| 11/21/2002 | 2,350 | 11.57 | 27,189.50 |
| 11/21/2002 | 150 | 11.57 | 1,735.50 |
| 11/22/2002 | 30,000 | 11.17 | 335,100.00 |
| 11/22/2002 | 20,000 | 11.05 | 221,000.00 |
| 11/22/2002 | 15,000 | 11.07 | 166,050.00 |
| 11/22/2002 | 10,000 | 11.00 | 110,000.00 |
| 11/22/2002 | 10,000 | 11.02 | 110,200.00 |
| 11/22/2002 | 10,000 | 11.10 | 111,000.00 |
| 11/22/2002 | 5,000 | 11.20 | 56,000.00 |
| 11/22/2002 | 5,000 | 11.25 | 56,250.00 |
| 11/26/2002 | 6,563 | 11.40 | 74,818.20 |
| 10/30/2003 | 100,000 | 22.88 | 2,288,120.00 |
| 10/31/2003 | 96,572 | 24.12 | 2,329,509.78 |
| 10/31/2003 | 51,428 | 24.12 | 1,240,546.22 |
| 10/31/2003 | 6,819 | 24.29 | 165,652.60 |
| | | | |
| | 666,382 | | 10,574,326.81 |

GL.0063

10714434.tif - 7/25/2005 3:45:08 PM

**Saied Ghafouri: Senior VP**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| 5/12/2003 | 2,798 | 16.87 | 47,215.41 |
| 8/25/2003 | 1,600 | 20.69 | 33,104.00 |
| 8/25/2003 | 600 | 20.65 | 12,390.00 |
| 8/25/2003 | 300 | 20.64 | 6,192.00 |
| 8/25/2003 | 200 | 20.67 | 4,134.00 |
| 8/25/2003 | 100 | 20.77 | 2,077.00 |
| 8/25/2003 | 100 | 20.74 | 2,074.00 |
| 8/25/2003 | 100 | 20.72 | 2,072.00 |
| 8/25/2003 | 100 | 20.70 | 2,070.00 |
| 8/25/2003 | 100 | 20.68 | 2,068.00 |
| 8/25/2003 | 100 | 20.63 | 2,063.00 |
| 8/25/2003 | 100 | 20.62 | 2,062.00 |
| 8/25/2003 | 100 | 20.61 | 2,061.00 |
| 9/2/2003 | 1,792 | 21.12 | 37,847.04 |
| 9/2/2003 | 1,208 | 21.12 | 25,512.96 |
| 9/2/2003 | 300 | 21.13 | 6,339.00 |
| 9/2/2003 | 200 | 21.11 | 4,222.00 |
| 10/1/2003 | 2,458 | 19.11 | 46,972.38 |
| 10/1/2003 | 1,042 | 19.11 | 19,912.62 |
| 11/3/2003 | 41,666 | 24.69 | 1,028,937.70 |
| 11/3/2003 | 10,933 | 24.69 | 269,989.34 |
| 11/3/2003 | 10,341 | 24.69 | 255,369.96 |
| 11/3/2003 | 7,893 | 24.69 | 194,916.85 |
| 11/3/2003 | 4,167 | 24.69 | 102,903.65 |
| 11/6/2003 | 25,000 | 24.62 | 615,492.60 |
| 11/7/2003 | 24,476 | 25.07 | 613,662.27 |
| 11/7/2003 | 524 | 25.07 | 13,137.73 |
| 12/15/2003 | 2,000 | 21.40 | 42,800.00 |
| 12/15/2003 | 1,000 | 21.25 | 21,250.00 |
| 12/15/2003 | 1,000 | 21.24 | 21,240.00 |
| 12/15/2003 | 607 | 22.12 | 13,426.84 |
| 12/15/2003 | 226 | 22.12 | 4,999.12 |
| 12/15/2003 | 167 | 22.12 | 3,694.04 |
| 1/2/2004 | 1,393 | 23.21 | 32,331.53 |
| 1/2/2004 | 1,000 | 23.40 | 23,400.00 |
| 1/2/2004 | 1,000 | 23.50 | 23,500.00 |
| 1/2/2004 | 1,000 | 23.56 | 23,560.00 |
| 1/2/2004 | 607 | 23.21 | 14,088.47 |

Gov004

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| 2/2/2004 | 1,000 | 27.73 | 27,734.00 |
| 2/2/2004 | 1,000 | 27.39 | 27,389.00 |
| 2/2/2004 | 1,000 | 28.02 | 28,023.00 |
| 2/2/2004 | 1,000 | 28.45 | 28,450.00 |
| 2/2/2004 | 758 | 27.82 | 21,087.33 |
| 2/2/2004 | 242 | 27.82 | 6,732.37 |
| 3/1/2004 | 1,000 | 23.52 | 23,520.00 |
| 3/1/2004 | 1,000 | 23.48 | 23,483.30 |
| 3/1/2004 | 1,000 | 23.67 | 23,670.00 |
| 3/1/2004 | 1,000 | 23.97 | 23,970.00 |
| 3/1/2004 | 759 | 23.39 | 17,755.51 |
| 3/1/2004 | 241 | 23.39 | 5,637.79 |
| 4/5/2004 | 1,000 | 22.01 | 22,006.00 |
| 4/5/2004 | 1,000 | 22.01 | 22,010.00 |
| 4/5/2004 | 1,000 | 22.00 | 22,000.00 |
| 4/5/2004 | 900 | 22.02 | 19,818.00 |
| 4/5/2004 | 759 | 22.02 | 16,716.22 |
| 4/5/2004 | 241 | 22.02 | 5,307.78 |
| 4/5/2004 | 100 | 22.05 | 2,205.00 |
| 5/11/2004 | 4,494 | 19.41 | 87,208.77 |
| | 167,792 | | 4,033,812.48 |

**Roy Jewell: President/COO**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| 12/30/2002 | 5,000 | 9.58 | 47,909.00 |
| 4/2/2003 | 4,332 | 9.43 | 40,866.36 |
| 4/3/2003 | 668 | 9.32 | 6,225.76 |
| 5/7/2003 | 25,000 | 16.32 | 407,980.00 |
| 5/8/2003 | 3,000 | 16.57 | 49,713.00 |
| 5/14/2003 | 209,753 | 17.00 | 3,565,801.00 |
| 5/30/2003 | 3,900 | 17.45 | 68,055.00 |
| 5/30/2003 | 2,600 | 17.42 | 45,292.00 |
| 5/30/2003 | 1,300 | 17.48 | 22,724.00 |
| 5/30/2003 | 600 | 17.49 | 10,494.00 |
| 5/30/2003 | 600 | 17.50 | 10,500.00 |
| 5/30/2003 | 300 | 17.44 | 5,232.00 |
| 5/30/2003 | 300 | 17.46 | 5,238.00 |
| 5/30/2003 | 200 | 17.43 | 3,486.00 |
| 5/30/2003 | 100 | 17.47 | 1,747.00 |
| 5/30/2003 | 100 | 17.50 | 1,750.20 |
| 6/24/2003 | 4,400 | 18.60 | 81,840.00 |
| 6/24/2003 | 300 | 18.75 | 5,625.00 |
| 6/24/2003 | 300 | 18.70 | 5,610.00 |
| 6/27/2003 | 3,000 | 20.10 | 60,300.00 |

C 005

| | | | |
|---|---|---|---|
| 6/27/2003 | 1,500 | 20.00 | 30,000.00 |
| 6/27/2003 | 400 | 20.15 | 8,060.00 |
| 6/27/2003 | 100 | 20.15 | 2,015.20 |
| 8/1/2003 | 13,000 | 19.55 | 254,150.00 |
| 8/1/2003 | 7,000 | 19.80 | 138,600.00 |
| 8/1/2003 | 5,000 | 19.93 | 99,650.00 |
| 8/1/2003 | 4,000 | 19.50 | 78,000.00 |
| 8/1/2003 | 3,678 | 19.55 | 71,904.90 |
| 8/1/2003 | 3,000 | 19.57 | 58,710.00 |
| 8/1/2003 | 3,000 | 19.78 | 59,340.00 |
| 8/1/2003 | 3,000 | 19.88 | 59,640.00 |
| 8/1/2003 | 3,000 | 19.94 | 59,820.00 |
| 8/1/2003 | 3,000 | 19.97 | 59,910.00 |
| 8/1/2003 | 3,000 | 20.02 | 60,060.00 |
| 8/1/2003 | 2,000 | 19.24 | 38,480.00 |
| 8/1/2003 | 2,000 | 19.41 | 38,620.00 |
| 8/1/2003 | 2,000 | 19.42 | 38,840.00 |
| 8/1/2003 | 2,000 | 19.47 | 38,940.00 |
| 8/1/2003 | 2,000 | 19.53 | 39,060.00 |
| 8/1/2003 | 2,000 | 19.68 | 39,360.00 |
| 8/1/2003 | 2,000 | 19.87 | 39,740.00 |
| 8/1/2003 | 1,800 | 19.48 | 35,064.00 |
| 8/1/2003 | 1,800 | 19.77 | 35,586.00 |
| 8/1/2003 | 1,200 | 19.14 | 22,968.00 |
| 8/5/2003 | 2,500 | 18.50 | 46,250.00 |
| 8/5/2003 | 2,500 | 18.77 | 46,925.00 |
| 8/5/2003 | 2,500 | 18.57 | 46,425.00 |
| 8/5/2003 | 2,500 | 18.47 | 46,175.00 |
| 9/2/2003 | 5,000 | 21.08 | 105,409.00 |
| 11/3/2003 | 12,500 | 24.66 | 308,250.00 |
| 11/12/2003 | 4,301 | 24.00 | 103,224.00 |
| 11/12/2003 | 1,300 | 24.04 | 31,252.00 |
| 11/12/2003 | 1,100 | 24.01 | 26,411.00 |
| 11/12/2003 | 1,100 | 24.06 | 26,466.00 |
| 11/12/2003 | 700 | 24.02 | 16,814.00 |
| 11/12/2003 | 700 | 24.03 | 16,821.00 |
| 11/20/2003 | 15,547 | 23.01 | 357,714.70 |
| 11/20/2003 | 9,453 | 23.01 | 217,500.30 |
| 11/21/2003 | 5,000 | 22.67 | 113,331.00 |
| 11/24/2003 | 11,000 | 23.27 | 256,005.20 |
| 11/26/2003 | 4,000 | 23.67 | 94,870.00 |
| 11/28/2003 | 2,000 | 23.53 | 47,060.00 |
| 11/28/2003 | 1,249 | 23.28 | 29,076.72 |
| 11/28/2003 | 1,000 | 23.33 | 23,330.00 |
| 11/28/2003 | 1,000 | 23.34 | 23,340.00 |
| 11/28/2003 | 1,000 | 23.55 | 23,550.00 |
| 2/3/2004 | 3,000 | 27.47 | 82,410.00 |
| 2/3/2004 | 2,000 | 27.62 | 55,240.00 |

| | | | |
|---|---|---|---|
| 2/3/2004 | 2,000 | 27.63 | 55,267.80 |
| 2/3/2004 | 1,000 | 27.33 | 27,331.00 |
| 2/3/2004 | 1,000 | 27.39 | 27,390.00 |
| 2/3/2004 | 1,000 | 27.45 | 27,450.00 |
| 2/3/2004 | 1,000 | 27.51 | 27,510.00 |
| 2/3/2004 | 1,000 | 27.54 | 27,540.00 |
| 2/3/2004 | 1,000 | 27.63 | 27,630.00 |
| 2/3/2004 | 600 | 27.48 | 16,488.00 |
| 2/3/2004 | 500 | 27.72 | 13,860.00 |
| 2/3/2004 | 500 | 27.72 | 13,860.00 |
| 2/3/2004 | 400 | 27.60 | 11,040.00 |
| 2/27/2004 | 15,000 | 23.81 | 357,202.50 |
| 5/26/2004 | 1,100 | 19.01 | 20,911.00 |
| 5/27/2004 | 1,300 | 19.08 | 24,804.00 |
| 5/27/2004 | 1,000 | 19.07 | 19,070.00 |
| 5/27/2004 | 500 | 19.09 | 9,545.00 |
| 5/27/2004 | 300 | 19.05 | 5,715.00 |
| 5/27/2004 | 300 | 19.06 | 5,718.00 |
| 5/27/2004 | 300 | 19.10 | 5,730.00 |
| 5/27/2004 | 100 | 19.00 | 1,900.00 |
| 5/27/2004 | 100 | 19.04 | 1,904.00 |
| 6/24/2004 | 1,000 | 18.25 | 18,250.00 |
| 6/24/2004 | 1,000 | 18.57 | 18,570.00 |
| 6/24/2004 | 1,000 | 18.87 | 18,870.00 |
| 6/24/2004 | 714 | 18.95 | 13,530.30 |
| 6/24/2004 | 186 | 18.95 | 3,524.70 |
| 6/24/2004 | 100 | 18.70 | 1,870.00 |
| 6/25/2004 | 1,500 | 18.78 | 28,170.00 |
| 6/25/2004 | 1,000 | 18.70 | 18,700.00 |
| 6/28/2004 | 1,000 | 18.70 | 18,700.00 |
| 6/28/2004 | 1,000 | 18.76 | 18,757.40 |
| 6/28/2004 | 1,000 | 18.76 | 18,760.00 |
| 6/28/2004 | 600 | 18.71 | 11,226.00 |
| 6/28/2004 | 400 | 18.78 | 7,512.00 |
| 6/29/2004 | 1,500 | 18.67 | 28,005.00 |
| 6/29/2004 | 1,500 | 18.75 | 28,125.00 |
| 6/29/2004 | 1,000 | 18.76 | 18,760.00 |
| 6/29/2004 | 1,000 | 18.90 | 18,900.00 |
| 6/29/2004 | 1,000 | 18.91 | 18,910.00 |
| 6/29/2004 | 1,000 | 19.00 | 19,000.00 |
| 6/29/2004 | 500 | 19.07 | 9,535.00 |
| 6/30/2004 | 1,000 | 19.23 | 19,230.00 |
| 6/30/2004 | 1,000 | 19.35 | 19,350.00 |
| 8/25/2004 | 5,000 | 16.93 | 84,650.00 |
| 8/30/2004 | 2,000 | 17.10 | 34,200.00 |
| 9/27/2004 | 3,000 | 15.08 | 45,240.00 |
| 9/27/2004 | 1,000 | 15.05 | 15,050.00 |
| 9/27/2004 | 555 | 15.07 | 8,363.85 |

C. 1007

| | | | |
|---|---|---|---|
| 9/27/2004 | 445 | 15.06 | 6,701.70 |
| 9/28/2004 | 1,000 | 15.05 | 15,050.00 |
| 9/28/2004 | 1,000 | 15.25 | 15,250.00 |
| 9/28/2004 | 1,000 | 15.03 | 15,030.00 |
| 9/28/2004 | 1,000 | 15.10 | 15,100.00 |
| 9/28/2004 | 1,000 | 15.24 | 15,240.00 |
| 9/28/2004 | 500 | 15.10 | 7,550.00 |
| 9/29/2004 | 1,000 | 15.26 | 15,260.00 |
| 9/29/2004 | 1,000 | 15.30 | 15,300.00 |
| 9/29/2004 | 1,000 | 15.35 | 15,350.00 |
| 9/29/2004 | 1,000 | 15.40 | 15,400.00 |
| 9/29/2004 | 400 | 15.34 | 6,136.00 |
| 9/30/2004 | 1,100 | 15.25 | 16,775.00 |
| 9/30/2004 | 1,000 | 15.07 | 15,070.00 |
| 9/30/2004 | 1,000 | 15.20 | 15,200.00 |
| 9/30/2004 | 1,000 | 15.30 | 15,300.00 |
| 9/30/2004 | 700 | 15.03 | 10,521.00 |
| 9/30/2004 | 300 | 15.02 | 4,506.00 |
| 11/30/2004 | 1,700 | 13.55 | 23,035.00 |
| 11/30/2004 | 1,200 | 13.59 | 16,308.00 |
| 11/30/2004 | 700 | 13.60 | 9,520.00 |
| 11/30/2004 | 700 | 13.62 | 9,534.00 |
| 11/30/2004 | 400 | 13.58 | 5,432.00 |
| 11/30/2004 | 200 | 13.56 | 2,712.00 |
| 11/30/2004 | 100 | 13.57 | 1,357.00 |
| 12/27/2004 | 3,500 | 13.05 | 45,675.00 |
| 12/28/2004 | 2,500 | 13.05 | 32,625.00 |
| 12/28/2004 | 2,000 | 12.98 | 25,960.00 |
| 12/28/2004 | 2,000 | 13.01 | 26,020.00 |
| 12/28/2004 | 1,000 | 13.03 | 13,030.00 |
| 12/28/2004 | 1,000 | 13.04 | 13,040.00 |
| 12/28/2004 | 800 | 13.05 | 10,440.00 |
| 12/28/2004 | 200 | 12.94 | 2,588.00 |
| 12/29/2004 | 1,000 | 12.86 | 12,860.00 |
| 12/29/2004 | 500 | 12.90 | 6,450.00 |
| 12/29/2004 | 300 | 12.88 | 3,864.00 |
| 12/29/2004 | 200 | 12.86 | 2,572.20 |
| 12/30/2004 | 2,000 | 12.74 | 25,480.00 |
| 12/30/2004 | 1,000 | 12.73 | 12,730.00 |
| 12/30/2004 | 500 | 12.60 | 6,300.00 |
| 12/30/2004 | 500 | 12.65 | 6,325.00 |
| 12/30/2004 | 400 | 12.61 | 5,044.00 |
| 12/30/2004 | 300 | 12.70 | 3,810.00 |
| 12/30/2004 | 200 | 12.70 | 2,540.20 |
| 12/30/2004 | 100 | 12.71 | 1,271.00 |
| 2/8/2005 | 100 | 13.01 | 1,301.00 |
| 2/28/2005 | 1,200 | 13.08 | 15,696.00 |
| 2/28/2005 | 700 | 13.07 | 9,149.00 |

DOCS\289379v1

| | | | |
|---|---|---|---|
| 2/28/2005 | 600 | 13.31 | 7,986.00 |
| 2/28/2005 | 500 | 13.30 | 6,650.00 |
| 2/28/2005 | 400 | 13.32 | 5,328.00 |
| 2/28/2005 | 300 | 13.09 | 3,927.00 |
| 2/28/2005 | 200 | 13.27 | 2,654.00 |
| 2/28/2005 | 171 | 13.26 | 2,267.46 |
| 2/28/2005 | 129 | 13.28 | 1,713.12 |
| 2/28/2005 | 100 | 13.05 | 1,305.00 |
| 2/28/2005 | 100 | 13.06 | 1,306.00 |
| 2/28/2005 | 100 | 13.12 | 1,312.00 |
| 2/28/2005 | 100 | 13.17 | 1,317.00 |
| 2/28/2005 | 100 | 13.25 | 1,325.00 |
| 2/28/2005 | 100 | 13.29 | 1,329.00 |
| 2/28/2005 | 100 | 13.33 | 1,333.00 |
| 3/24/2005 | 428 | 12.15 | 5,200.20 |
| 3/24/2005 | 257 | 12.10 | 3,109.70 |
| 3/28/2005 | 1,000 | 12.02 | 12,020.00 |
| 3/28/2005 | 900 | 12.01 | 10,809.00 |
| 3/28/2005 | 600 | 12.02 | 7,212.60 |
| 3/29/2005 | 400 | 11.76 | 4,704.40 |
| 3/29/2005 | 200 | 11.75 | 2,350.20 |
| 3/29/2005 | 64 | 11.75 | 752.00 |
| 3/30/2005 | 2,100 | 11.60 | 24,360.00 |
| 3/30/2005 | 851 | 11.60 | 9,872.45 |
| 3/30/2005 | 600 | 11.68 | 7,008.60 |
| 3/30/2005 | 500 | 11.83 | 5,915.00 |
| 3/30/2005 | 500 | 11.85 | 5,925.00 |
| 3/30/2005 | 400 | 11.78 | 4,712.00 |
| 3/30/2005 | 200 | 11.68 | 2,336.00 |
| 3/30/2005 | 200 | 11.80 | 2,360.20 |
| 3/30/2005 | 200 | 11.81 | 2,362.20 |
| 3/30/2005 | 200 | 11.82 | 2,364.20 |
| 3/30/2005 | 200 | 11.83 | 2,366.20 |
| 3/30/2005 | 200 | 11.84 | 2,368.20 |
| | | | |
| | 547,181 | | 10,033,650.72 |

**Rajesh Parekh: former Director**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| | | | |
| 11/26/2003 | 1,700 | 23.70 | 40,290.00 |
| 11/26/2003 | 1,300 | 23.74 | 30,862.00 |
| 11/26/2003 | 1,200 | 23.65 | 28,380.00 |
| 11/26/2003 | 400 | 23.66 | 9,464.00 |
| 11/26/2003 | 300 | 23.71 | 7,113.00 |
| 11/26/2003 | 100 | 23.75 | 2,375.00 |

| | 5,000 | | 118,484.00 |
|---|---|---|---|

**Rajeev Madhavan: Chairman/CEO**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| 11/8/2002 | 100,000 | 9.12 | 912,000.00 |
| 4/30/2003 | 1,344 | 14.00 | 18,816.00 |
| 5/1/2003 | 1,344 | 14.84 | 19,944.96 |
| 5/2/2003 | 1,344 | 14.58 | 19,596.88 |
| 5/5/2003 | 150,000 | 15.33 | 2,299,815.00 |
| 5/5/2003 | 1,344 | 15.19 | 20,415.36 |
| 5/5/2003 | 1,344 | 16.26 | 21,849.95 |
| 5/6/2003 | 1,344 | 16.26 | 21,849.95 |
| 5/7/2003 | 1,344 | 16.34 | 21,956.52 |
| 5/8/2003 | 1,344 | 16.50 | 22,176.00 |
| 5/9/2003 | 1,600 | 17.00 | 27,200.00 |
| 5/9/2003 | 1,600 | 17.00 | 27,200.00 |
| 5/9/2003 | 200 | 17.01 | 3,402.00 |
| 5/9/2003 | 200 | 17.01 | 3,402.00 |
| 5/9/2003 | 200 | 16.76 | 3,352.00 |
| 5/9/2003 | 200 | 16.73 | 3,346.00 |
| 5/9/2003 | 144 | 16.46 | 2,370.24 |
| 5/9/2003 | 100 | 16.85 | 1,685.10 |
| 5/9/2003 | 100 | 16.83 | 1,683.00 |
| 5/9/2003 | 100 | 16.86 | 1,686.00 |
| 5/9/2003 | 100 | 16.84 | 1,684.00 |
| 5/9/2003 | 100 | 16.79 | 1,679.00 |
| 5/9/2003 | 100 | 16.85 | 1,685.00 |
| 5/9/2003 | 100 | 16.49 | 1,649.00 |
| 5/9/2003 | 100 | 16.36 | 1,636.00 |
| 5/12/2003 | 13,800 | 17.18 | 237,104.70 |
| 5/12/2003 | 3,700 | 17.05 | 63,085.00 |
| 5/12/2003 | 3,300 | 17.00 | 56,114.85 |
| 5/12/2003 | 920 | 16.75 | 15,410.00 |
| 5/12/2003 | 600 | 17.02 | 10,212.00 |
| 5/12/2003 | 500 | 17.10 | 8,550.00 |
| 5/12/2003 | 500 | 17.04 | 8,520.00 |
| 5/12/2003 | 500 | 17.17 | 8,585.00 |
| 5/12/2003 | 200 | 16.61 | 3,322.00 |
| 5/12/2003 | 200 | 17.05 | 3,410.20 |
| 5/12/2003 | 124 | 16.62 | 2,060.88 |
| 5/12/2003 | 100 | 16.84 | 1,684.00 |
| 5/12/2003 | 100 | 17.06 | 1,706.00 |
| 5/13/2003 | 1,300 | 16.80 | 21,840.00 |
| 5/13/2003 | 44 | 16.80 | 739.20 |
| 5/14/2003 | 200 | 16.50 | 3,300.00 |

CA-010

| | | | |
|---|---|---|---|
| 5/14/2003 | 200 | 16.40 | 3,280.00 |
| 5/14/2003 | 144 | 16.61 | 2,391.39 |
| 5/14/2003 | 100 | 16.47 | 1,647.00 |
| 5/14/2003 | 100 | 16.50 | 1,649.50 |
| 5/14/2003 | 100 | 16.61 | 1,661.00 |
| 5/14/2003 | 100 | 16.71 | 1,671.00 |
| 5/14/2003 | 100 | 16.70 | 1,670.00 |
| 5/14/2003 | 100 | 16.54 | 1,654.00 |
| 5/14/2003 | 100 | 16.45 | 1,645.00 |
| 5/14/2003 | 100 | 16.37 | 1,637.00 |
| 5/15/2003 | 400 | 17.30 | 6,920.00 |
| 5/15/2003 | 336 | 18.03 | 6,058.08 |
| 5/15/2003 | 200 | 17.26 | 3,452.00 |
| 5/15/2003 | 200 | 17.35 | 3,470.00 |
| 5/15/2003 | 144 | 16.95 | 2,440.80 |
| 5/15/2003 | 100 | 17.28 | 1,728.00 |
| 5/15/2003 | 100 | 17.13 | 1,713.00 |
| 5/15/2003 | 100 | 17.05 | 1,705.00 |
| 5/15/2003 | 100 | 16.95 | 1,694.50 |
| 5/16/2003 | 200 | 16.95 | 3,390.00 |
| 5/16/2003 | 144 | 16.99 | 2,445.84 |
| 5/16/2003 | 100 | 16.87 | 1,687.00 |
| 5/16/2003 | 100 | 17.00 | 1,700.00 |
| 5/16/2003 | 100 | 17.03 | 1,703.00 |
| 5/16/2003 | 100 | 16.90 | 1,690.00 |
| 5/16/2003 | 100 | 16.79 | 1,679.00 |
| 5/16/2003 | 100 | 16.67 | 1,667.00 |
| 5/16/2003 | 100 | 16.93 | 1,693.00 |
| 5/16/2003 | 100 | 16.99 | 1,699.00 |
| 5/16/2003 | 100 | 17.05 | 1,705.00 |
| 5/16/2003 | 100 | 17.09 | 1,709.00 |
| 5/19/2003 | 144 | 15.83 | 2,280.08 |
| 5/19/2003 | 100 | 16.08 | 1,606.10 |
| 5/19/2003 | 100 | 16.51 | 1,651.00 |
| 5/19/2003 | 100 | 16.52 | 1,652.00 |
| 5/19/2003 | 100 | 16.56 | 1,656.00 |
| 5/19/2003 | 100 | 16.58 | 1,658.00 |
| 5/19/2003 | 100 | 16.87 | 1,687.00 |
| 5/19/2003 | 100 | 16.88 | 1,688.00 |
| 5/19/2003 | 100 | 16.69 | 1,669.00 |
| 5/19/2003 | 100 | 16.64 | 1,664.00 |
| 5/19/2003 | 100 | 16.60 | 1,660.00 |
| 5/19/2003 | 100 | 16.75 | 1,675.00 |
| 5/19/2003 | 100 | 16.56 | 1,655.50 |
| 5/20/2003 | 144 | 15.68 | 2,258.06 |
| 5/20/2003 | 100 | 15.70 | 1,570.00 |
| 5/20/2003 | 100 | 15.75 | 1,575.00 |
| 5/20/2003 | 100 | 15.82 | 1,582.00 |
| 5/20/2003 | 100 | 15.83 | 1,583.00 |

| 5/20/2003 | 100 | 15.87 | 1,587.00 |
| 5/20/2003 | 100 | 15.84 | 1,584.00 |
| 5/20/2003 | 100 | 15.89 | 1,589.00 |
| 5/20/2003 | 100 | 15.76 | 1,576.00 |
| 5/20/2003 | 100 | 15.68 | 1,568.00 |
| 5/20/2003 | 100 | 15.74 | 1,573.50 |
| 5/20/2003 | 100 | 15.85 | 1,584.50 |
| 5/20/2003 | 100 | 15.88 | 1,587.50 |
| 5/21/2003 | 300 | 15.55 | 4,665.00 |
| 5/21/2003 | 244 | 15.44 | 3,767.36 |
| 5/21/2003 | 100 | 15.50 | 1,550.00 |
| 5/21/2003 | 100 | 15.41 | 1,541.00 |
| 5/21/2003 | 100 | 15.43 | 1,543.00 |
| 5/21/2003 | 100 | 15.49 | 1,549.00 |
| 5/21/2003 | 100 | 15.25 | 1,525.00 |
| 5/21/2003 | 100 | 15.38 | 1,538.00 |
| 5/21/2003 | 100 | 15.86 | 1,586.00 |
| 5/21/2003 | 100 | 15.47 | 1,546.50 |
| 5/22/2003 | 600 | 16.34 | 9,801.00 |
| 5/22/2003 | 500 | 15.94 | 7,967.50 |
| 5/22/2003 | 244 | 16.24 | 3,962.56 |
| 5/23/2003 | 300 | 16.66 | 4,998.00 |
| 5/23/2003 | 144 | 16.57 | 2,386.51 |
| 5/23/2003 | 100 | 16.98 | 1,698.00 |
| 5/23/2003 | 100 | 17.00 | 1,700.00 |
| 5/23/2003 | 100 | 16.95 | 1,695.00 |
| 5/23/2003 | 100 | 16.74 | 1,674.00 |
| 5/23/2003 | 100 | 16.65 | 1,665.00 |
| 5/23/2003 | 100 | 16.68 | 1,668.00 |
| 5/23/2003 | 100 | 16.67 | 1,667.00 |
| 5/23/2003 | 100 | 16.56 | 1,656.00 |
| 5/23/2003 | 100 | 16.64 | 1,664.00 |
| 5/27/2003 | 200 | 17.19 | 3,438.00 |
| 5/27/2003 | 200 | 16.93 | 3,386.00 |
| 5/27/2003 | 144 | 17.17 | 2,472.48 |
| 5/27/2003 | 100 | 17.15 | 1,715.00 |
| 5/27/2003 | 100 | 17.33 | 1,733.00 |
| 5/27/2003 | 100 | 17.30 | 1,730.00 |
| 5/27/2003 | 100 | 17.16 | 1,716.00 |
| 5/27/2003 | 100 | 17.05 | 1,705.00 |
| 5/27/2003 | 100 | 17.10 | 1,710.00 |
| 5/27/2003 | 100 | 16.73 | 1,673.00 |
| 5/27/2003 | 100 | 16.75 | 1,674.50 |
| 5/28/2003 | 236 | 18.07 | 4,264.52 |
| 5/28/2003 | 200 | 17.70 | 3,540.00 |
| 5/28/2003 | 200 | 17.80 | 3,560.00 |
| 5/28/2003 | 144 | 17.75 | 2,556.00 |
| 5/28/2003 | 100 | 18.13 | 1,813.00 |
| 5/28/2003 | 100 | 17.67 | 1,767.00 |

DOCS\289379v1

10714434.tif - 7/25/2005 3:45:08 PM

| 5/28/2003 | 100 | 17.69 | 1,769.00 |
|---|---|---|---|
| 5/28/2003 | 100 | 17.71 | 1,771.00 |
| 5/28/2003 | 100 | 17.77 | 1,777.00 |
| 5/28/2003 | 100 | 17.78 | 1,778.00 |
| 5/28/2003 | 100 | 17.85 | 1,785.00 |
| 5/28/2003 | 100 | 17.73 | 1,773.00 |
| 5/28/2003 | 100 | 17.74 | 1,774.00 |
| 5/29/2003 | 530 | 18.00 | 9,540.00 |
| 5/29/2003 | 336 | 18.19 | 6,111.84 |
| 5/29/2003 | 114 | 17.99 | 2,050.86 |
| 5/29/2003 | 100 | 17.99 | 1,799.00 |
| 5/29/2003 | 100 | 17.92 | 1,792.00 |
| 5/29/2003 | 100 | 17.98 | 1,798.00 |
| 5/29/2003 | 100 | 17.96 | 1,796.00 |
| 5/29/2003 | 100 | 18.09 | 1,809.00 |
| 5/29/2003 | 100 | 18.03 | 1,803.00 |
| 5/29/2003 | 100 | 18.02 | 1,801.50 |
| 5/30/2003 | 200 | 17.51 | 3,502.00 |
| 5/30/2003 | 200 | 17.52 | 3,504.00 |
| 5/30/2003 | 144 | 17.44 | 2,510.81 |
| 5/30/2003 | 100 | 17.58 | 1,758.00 |
| 5/30/2003 | 100 | 17.49 | 1,749.00 |
| 5/30/2003 | 100 | 17.54 | 1,754.00 |
| 5/30/2003 | 100 | 17.33 | 1,733.00 |
| 5/30/2003 | 100 | 17.56 | 1,756.00 |
| 5/30/2003 | 100 | 17.48 | 1,748.00 |
| 5/30/2003 | 94 | 17.53 | 1,647.82 |
| 5/30/2003 | 82 | 17.59 | 1,441.97 |
| 5/30/2003 | 12 | 17.59 | 211.08 |
| 5/30/2003 | 12 | 17.56 | 210.72 |
| 6/2/2003 | 200 | 18.08 | 3,615.00 |
| 6/2/2003 | 200 | 17.92 | 3,584.00 |
| 6/2/2003 | 144 | 17.67 | 2,544.62 |
| 6/2/2003 | 136 | 18.00 | 2,448.00 |
| 6/2/2003 | 100 | 17.26 | 1,726.00 |
| 6/2/2003 | 100 | 17.30 | 1,730.00 |
| 6/2/2003 | 100 | 17.48 | 1,748.00 |
| 6/2/2003 | 100 | 17.94 | 1,794.00 |
| 6/2/2003 | 100 | 17.97 | 1,797.00 |
| 6/2/2003 | 100 | 17.81 | 1,781.00 |
| 6/2/2003 | 100 | 17.87 | 1,787.00 |
| 6/2/2003 | 100 | 17.69 | 1,769.00 |
| 6/2/2003 | 100 | 17.59 | 1,759.00 |
| 6/2/2003 | 100 | 17.51 | 1,750.50 |
| 6/3/2003 | 200 | 17.22 | 3,444.00 |
| 6/3/2003 | 200 | 17.11 | 3,422.00 |
| 6/3/2003 | 144 | 17.48 | 2,517.12 |
| 6/3/2003 | 100 | 17.18 | 1,718.00 |
| 6/3/2003 | 100 | 17.14 | 1,714.00 |

DOCS\269379v1

| 6/3/2003 | 100 | 17.21 | 1,721.00 |
| 6/3/2003 | 100 | 17.30 | 1,730.20 |
| 6/3/2003 | 100 | 17.36 | 1,736.00 |
| 6/3/2003 | 100 | 17.44 | 1,744.00 |
| 6/3/2003 | 100 | 17.30 | 1,730.00 |
| 6/3/2003 | 100 | 17.00 | 1,700.00 |
| 6/4/2003 | 336 | 18.00 | 6,048.00 |
| 6/4/2003 | 200 | 17.60 | 3,520.00 |
| 6/4/2003 | 144 | 17.26 | 2,485.44 |
| 6/4/2003 | 100 | 17.72 | 1,772.00 |
| 6/4/2003 | 100 | 17.68 | 1,768.00 |
| 6/4/2003 | 100 | 17.35 | 1,735.00 |
| 6/4/2003 | 100 | 17.30 | 1,730.00 |
| 6/4/2003 | 100 | 17.31 | 1,731.00 |
| 6/4/2003 | 100 | 17.35 | 1,735.00 |
| 6/4/2003 | 100 | 17.25 | 1,725.40 |
| 6/4/2003 | 100 | 17.42 | 1,742.00 |
| 6/4/2003 | 100 | 17.40 | 1,740.00 |
| 6/4/2003 | 100 | 17.49 | 1,749.00 |
| 6/5/2003 | 336 | 18.00 | 6,048.00 |
| 6/5/2003 | 200 | 18.19 | 3,638.00 |
| 6/5/2003 | 144 | 17.91 | 2,579.50 |
| 6/5/2003 | 100 | 18.25 | 1,825.00 |
| 6/5/2003 | 100 | 18.34 | 1,834.00 |
| 6/5/2003 | 100 | 18.32 | 1,832.00 |
| 6/5/2003 | 100 | 18.29 | 1,829.00 |
| 6/5/2003 | 100 | 18.17 | 1,817.00 |
| 6/5/2003 | 100 | 18.10 | 1,810.00 |
| 6/5/2003 | 100 | 18.31 | 1,831.00 |
| 6/5/2003 | 100 | 18.15 | 1,815.00 |
| 6/5/2003 | 100 | 18.21 | 1,821.00 |
| 6/5/2003 | 100 | 18.00 | 1,800.00 |
| 6/6/2003 | 200 | 18.99 | 3,798.00 |
| 6/6/2003 | 144 | 18.52 | 2,666.88 |
| 6/6/2003 | 136 | 18.73 | 2,547.28 |
| 6/6/2003 | 100 | 18.80 | 1,880.00 |
| 6/6/2003 | 100 | 18.65 | 1,865.00 |
| 6/6/2003 | 100 | 18.40 | 1,840.00 |
| 6/6/2003 | 100 | 18.59 | 1,859.00 |
| 6/6/2003 | 100 | 18.56 | 1,856.00 |
| 6/6/2003 | 100 | 18.66 | 1,866.00 |
| 6/6/2003 | 100 | 18.80 | 1,880.00 |
| 6/6/2003 | 100 | 18.79 | 1,879.00 |
| 6/6/2003 | 100 | 18.85 | 1,885.00 |
| 6/6/2003 | 100 | 18.84 | 1,884.00 |
| 6/6/2003 | 100 | 18.90 | 1,890.00 |
| 6/6/2003 | 100 | 18.41 | 1,841.00 |
| 6/9/2003 | 744 | 17.80 | 13,243.20 |
| 6/9/2003 | 600 | 18.04 | 10,824.00 |

DOCS\289379v1

C00014

| 6/9/2003 | 336 | 18.03 | 6,058.08 |
|---|---|---|---|
| 6/10/2003 | 200 | 17.64 | 3,528.00 |
| 6/10/2003 | 200 | 17.65 | 3,530.00 |
| 6/10/2003 | 144 | 17.81 | 2,564.64 |
| 6/10/2003 | 100 | 17.78 | 1,777.50 |
| 6/10/2003 | 100 | 17.63 | 1,763.00 |
| 6/10/2003 | 100 | 17.62 | 1,762.00 |
| 6/10/2003 | 100 | 17.70 | 1,770.00 |
| 6/10/2003 | 100 | 17.75 | 1,775.00 |
| 6/10/2003 | 100 | 17.76 | 1,776.00 |
| 6/10/2003 | 100 | 17.73 | 1,773.00 |
| 6/10/2003 | 100 | 17.36 | 1,736.00 |
| 6/11/2003 | 344 | 17.81 | 6,126.64 |
| 6/11/2003 | 300 | 18.05 | 5,413.50 |
| 6/11/2003 | 200 | 18.00 | 3,600.00 |
| 6/11/2003 | 200 | 17.88 | 3,576.00 |
| 6/11/2003 | 100 | 17.93 | 1,793.20 |
| 6/11/2003 | 100 | 17.96 | 1,796.00 |
| 6/11/2003 | 100 | 18.05 | 1,805.00 |
| 6/11/2003 | 100 | 18.01 | 1,801.00 |
| 6/11/2003 | 100 | 17.93 | 1,793.00 |
| 6/11/2003 | 100 | 17.83 | 1,783.00 |
| 6/11/2003 | 36 | 18.00 | 648.00 |
| 6/12/2003 | 400 | 18.90 | 7,560.00 |
| 6/12/2003 | 400 | 18.80 | 7,520.00 |
| 6/12/2003 | 144 | 18.76 | 2,701.44 |
| 6/12/2003 | 136 | 18.77 | 2,553.16 |
| 6/12/2003 | 100 | 18.97 | 1,897.00 |
| 6/12/2003 | 100 | 18.86 | 1,886.00 |
| 6/12/2003 | 100 | 18.78 | 1,878.00 |
| 6/12/2003 | 100 | 18.65 | 1,865.00 |
| 6/12/2003 | 100 | 18.73 | 1,873.00 |
| 6/12/2003 | 100 | 18.63 | 1,863.00 |
| 6/13/2003 | 244 | 18.16 | 4,431.04 |
| 6/13/2003 | 236 | 18.12 | 4,276.32 |
| 6/13/2003 | 200 | 18.48 | 3,696.00 |
| 6/13/2003 | 100 | 18.57 | 1,857.00 |
| 6/13/2003 | 100 | 18.46 | 1,845.75 |
| 6/13/2003 | 100 | 18.43 | 1,843.00 |
| 6/13/2003 | 100 | 18.72 | 1,872.00 |
| 6/13/2003 | 100 | 18.71 | 1,871.00 |
| 6/13/2003 | 100 | 18.46 | 1,846.00 |
| 6/13/2003 | 100 | 18.41 | 1,841.00 |
| 6/13/2003 | 100 | 18.29 | 1,829.00 |
| 6/13/2003 | 100 | 18.42 | 1,842.00 |
| 6/13/2003 | 86 | 18.41 | 1,582.63 |
| 6/13/2003 | 14 | 18.40 | 257.60 |
| 6/16/2003 | 244 | 18.51 | 4,516.68 |
| 6/16/2003 | 236 | 18.52 | 4,370.30 |

CC0015

| | | | |
|---|---|---|---|
| 6/16/2003 | 200 | 18.39 | 3,678.00 |
| 6/16/2003 | 200 | 18.25 | 3,650.00 |
| 6/16/2003 | 200 | 18.34 | 3,668.00 |
| 6/16/2003 | 100 | 18.40 | 1,840.00 |
| 6/16/2003 | 100 | 18.36 | 1,836.00 |
| 6/16/2003 | 100 | 18.26 | 1,826.00 |
| 6/16/2003 | 100 | 18.40 | 1,840.00 |
| 6/16/2003 | 100 | 18.37 | 1,837.00 |
| 6/16/2003 | 100 | 18.12 | 1,812.00 |
| 6/17/2003 | 336 | 18.45 | 6,197.99 |
| 6/17/2003 | 244 | 18.85 | 4,599.40 |
| 6/17/2003 | 200 | 18.88 | 3,776.00 |
| 6/17/2003 | 200 | 18.54 | 3,707.00 |
| 6/17/2003 | 100 | 19.01 | 1,901.10 |
| 6/17/2003 | 100 | 18.99 | 1,899.00 |
| 6/17/2003 | 100 | 18.95 | 1,895.00 |
| 6/17/2003 | 100 | 18.90 | 1,890.00 |
| 6/17/2003 | 100 | 18.81 | 1,881.00 |
| 6/17/2003 | 100 | 18.88 | 1,898.00 |
| 6/17/2003 | 100 | 18.70 | 1,870.00 |
| 6/18/2003 | 300 | 18.80 | 5,640.00 |
| 6/18/2003 | 238 | 18.79 | 4,434.44 |
| 6/18/2003 | 200 | 18.90 | 3,780.00 |
| 6/18/2003 | 200 | 18.91 | 3,782.00 |
| 6/18/2003 | 144 | 18.79 | 2,705.76 |
| 6/18/2003 | 100 | 18.86 | 1,886.10 |
| 6/18/2003 | 100 | 18.85 | 1,885.00 |
| 6/18/2003 | 100 | 18.92 | 1,892.00 |
| 6/18/2003 | 100 | 18.75 | 1,875.00 |
| 6/18/2003 | 100 | 18.77 | 1,877.00 |
| 6/19/2003 | 444 | 18.90 | 8,391.60 |
| 6/19/2003 | 300 | 18.95 | 5,685.00 |
| 6/19/2003 | 200 | 18.85 | 3,770.00 |
| 6/19/2003 | 136 | 18.85 | 2,563.60 |
| 6/19/2003 | 100 | 18.99 | 1,899.00 |
| 6/19/2003 | 100 | 18.90 | 1,890.00 |
| 6/19/2003 | 100 | 18.96 | 1,896.00 |
| 6/19/2003 | 100 | 18.97 | 1,897.00 |
| 6/19/2003 | 100 | 18.96 | 1,896.20 |
| 6/19/2003 | 100 | 18.86 | 1,885.56 |
| 6/20/2003 | 200 | 19.02 | 3,804.00 |
| 6/20/2003 | 144 | 19.01 | 2,738.99 |
| 6/20/2003 | 136 | 19.00 | 2,584.00 |
| 6/20/2003 | 100 | 18.70 | 1,870.00 |
| 6/20/2003 | 100 | 18.60 | 1,860.00 |
| 6/20/2003 | 100 | 18.62 | 1,862.00 |
| 6/20/2003 | 100 | 18.49 | 1,849.00 |
| 6/20/2003 | 100 | 18.65 | 1,865.00 |
| 6/20/2003 | 100 | 18.47 | 1,847.00 |

DOCS\289379v1

| | | | |
|---|---|---|---|
| 6/20/2003 | 100 | 18.82 | 1,882.00 |
| 6/20/2003 | 100 | 19.18 | 1,918.00 |
| 6/20/2003 | 100 | 18.90 | 1,890.00 |
| 6/20/2003 | 100 | 19.03 | 1,903.00 |
| 6/20/2003 | 100 | 18.49 | 1,849.00 |
| 6/20/2003 | 100 | 18.98 | 1,898.00 |
| 6/23/2003 | 336 | 19.18 | 6,444.48 |
| 6/23/2003 | 300 | 18.51 | 5,553.00 |
| 6/23/2003 | 244 | 18.60 | 4,538.40 |
| 6/23/2003 | 200 | 18.50 | 3,700.00 |
| 6/23/2003 | 200 | 18.53 | 3,706.00 |
| 6/23/2003 | 100 | 18.45 | 1,845.10 |
| 6/23/2003 | 100 | 18.52 | 1,852.00 |
| 6/23/2003 | 100 | 18.58 | 1,858.00 |
| 6/23/2003 | 100 | 18.64 | 1,864.00 |
| 6/24/2003 | 200 | 18.52 | 3,704.00 |
| 6/24/2003 | 144 | 18.44 | 2,656.04 |
| 6/24/2003 | 136 | 18.45 | 2,508.76 |
| 6/24/2003 | 100 | 18.48 | 1,848.00 |
| 6/24/2003 | 100 | 18.46 | 1,848.00 |
| 6/24/2003 | 100 | 18.53 | 1,853.00 |
| 6/24/2003 | 100 | 18.51 | 1,851.00 |
| 6/24/2003 | 100 | 18.44 | 1,844.00 |
| 6/24/2003 | 100 | 18.41 | 1,841.00 |
| 6/24/2003 | 100 | 18.47 | 1,847.00 |
| 6/24/2003 | 100 | 18.50 | 1,850.00 |
| 6/24/2003 | 100 | 18.49 | 1,849.00 |
| 6/24/2003 | 100 | 18.45 | 1,845.00 |
| 6/24/2003 | 100 | 18.50 | 1,850.00 |
| 6/24/2003 | 100 | 18.41 | 1,841.00 |
| 6/25/2003 | 200 | 19.00 | 3,800.00 |
| 6/25/2003 | 144 | 18.72 | 2,695.80 |
| 6/25/2003 | 136 | 18.75 | 2,549.56 |
| 6/25/2003 | 100 | 19.01 | 1,901.00 |
| 6/25/2003 | 100 | 19.03 | 1,903.00 |
| 6/25/2003 | 100 | 18.98 | 1,898.00 |
| 6/25/2003 | 100 | 18.87 | 1,887.00 |
| 6/25/2003 | 100 | 18.84 | 1,884.00 |
| 6/25/2003 | 100 | 18.80 | 1,880.00 |
| 6/25/2003 | 100 | 18.74 | 1,874.00 |
| 6/25/2003 | 100 | 18.75 | 1,875.00 |
| 6/25/2003 | 100 | 18.78 | 1,878.00 |
| 6/25/2003 | 100 | 18.85 | 1,885.00 |
| 6/25/2003 | 100 | 19.00 | 1,900.00 |
| 6/25/2003 | 100 | 18.81 | 1,881.00 |
| 6/26/2003 | 639 | 20.00 | 12,783.13 |
| 6/26/2003 | 200 | 18.68 | 3,736.00 |
| 6/26/2003 | 200 | 20.03 | 4,005.00 |
| 6/26/2003 | 144 | 18.44 | 2,655.36 |

DOCS\289379v1

C00617

| | | | |
|---|---|---|---|
| 6/26/2003 | 100 | 18.67 | 1,867.00 |
| 6/26/2003 | 100 | 18.65 | 1,865.00 |
| 6/26/2003 | 100 | 19.09 | 1,909.00 |
| 6/26/2003 | 100 | 19.34 | 1,934.00 |
| 6/26/2003 | 100 | 18.49 | 1,849.00 |
| 6/26/2003 | 100 | 18.95 | 1,895.00 |
| 6/26/2003 | 100 | 19.15 | 1,915.40 |
| 6/26/2003 | 100 | 18.94 | 1,894.00 |
| 6/26/2003 | 100 | 18.82 | 1,882.00 |
| 6/26/2003 | 100 | 18.71 | 1,871.00 |
| 6/26/2003 | 100 | 19.00 | 1,900.10 |
| 6/26/2003 | 100 | 18.71 | 1,871.20 |
| 6/26/2003 | 80 | 18.45 | 1,476.00 |
| 6/26/2003 | 56 | 18.44 | 1,032.64 |
| 6/27/2003 | 200 | 19.97 | 3,994.00 |
| 6/27/2003 | 200 | 19.97 | 3,994.00 |
| 6/27/2003 | 144 | 20.20 | 2,908.80 |
| 6/27/2003 | 144 | 20.20 | 2,908.80 |
| 6/27/2003 | 139 | 20.20 | 2,807.80 |
| 6/27/2003 | 136 | 20.20 | 2,747.20 |
| 6/27/2003 | 136 | 20.20 | 2,747.20 |
| 6/27/2003 | 100 | 19.64 | 1,964.00 |
| 6/27/2003 | 100 | 19.82 | 1,982.00 |
| 6/27/2003 | 100 | 20.06 | 2,006.00 |
| 6/27/2003 | 100 | 19.92 | 1,992.00 |
| 6/27/2003 | 100 | 19.95 | 1,995.00 |
| 6/27/2003 | 100 | 20.50 | 2,050.00 |
| 6/27/2003 | 100 | 20.53 | 2,053.00 |
| 6/27/2003 | 100 | 20.49 | 2,049.00 |
| 6/27/2003 | 100 | 20.21 | 2,021.00 |
| 6/27/2003 | 100 | 20.10 | 2,010.00 |
| 6/27/2003 | 100 | 19.86 | 1,986.00 |
| 6/27/2003 | 100 | 20.23 | 2,023.00 |
| 6/27/2003 | 100 | 19.64 | 1,964.00 |
| 6/27/2003 | 100 | 19.82 | 1,982.00 |
| 6/27/2003 | 100 | 20.06 | 2,006.00 |
| 6/27/2003 | 100 | 19.92 | 1,992.00 |
| 6/27/2003 | 100 | 19.95 | 1,995.00 |
| 6/27/2003 | 100 | 20.50 | 2,050.00 |
| 6/27/2003 | 100 | 20.53 | 2,053.00 |
| 6/27/2003 | 100 | 20.49 | 2,049.00 |
| 6/27/2003 | 100 | 20.21 | 2,021.00 |
| 6/27/2003 | 100 | 20.10 | 2,010.00 |
| 6/27/2003 | 100 | 19.86 | 1,986.00 |
| 6/27/2003 | 100 | 20.23 | 2,023.00 |
| 6/27/2003 | 100 | 20.00 | 2,000.00 |
| 6/27/2003 | 100 | 20.07 | 2,007.00 |
| 6/27/2003 | 100 | 20.15 | 2,015.00 |
| 6/27/2003 | 100 | 20.48 | 2,048.00 |

C000018

| | | | |
|---|---|---|---|
| 6/27/2003 | 100 | 20.60 | 2,060.00 |
| 6/27/2003 | 100 | 20.26 | 2,026.00 |
| 6/30/2003 | 1,344 | 18.50 | 24,857.41 |
| 6/30/2003 | 136 | 18.00 | 2,448.00 |
| 6/30/2003 | 100 | 18.10 | 1,810.00 |
| 6/30/2003 | 100 | 18.08 | 1,808.00 |
| 7/1/2003 | 1,128 | 17.15 | 19,310.90 |
| 7/1/2003 | 1,100 | 17.10 | 18,810.00 |
| 7/1/2003 | 1,100 | 17.15 | 18,865.00 |
| 7/1/2003 | 1,000 | 17.10 | 17,100.00 |
| 7/1/2003 | 1,000 | 17.10 | 17,100.00 |
| 7/1/2003 | 955 | 17.08 | 16,311.40 |
| 7/1/2003 | 951 | 17.15 | 16,309.65 |
| 7/1/2003 | 900 | 17.09 | 15,381.00 |
| 7/1/2003 | 900 | 17.10 | 15,390.00 |
| 7/1/2003 | 900 | 17.10 | 15,390.00 |
| 7/1/2003 | 874 | 17.09 | 14,936.66 |
| 7/1/2003 | 745 | 17.09 | 12,732.05 |
| 7/1/2003 | 700 | 17.09 | 11,963.00 |
| 7/1/2003 | 700 | 17.09 | 11,963.00 |
| 7/1/2003 | 600 | 17.15 | 10,290.00 |
| 7/1/2003 | 530 | 17.10 | 9,063.11 |
| 7/1/2003 | 200 | 17.15 | 3,430.00 |
| 7/1/2003 | 200 | 17.16 | 3,432.00 |
| 7/1/2003 | 100 | 17.10 | 1,710.00 |
| 7/1/2003 | 100 | 17.19 | 1,719.00 |
| 7/1/2003 | 100 | 17.12 | 1,712.00 |
| 7/1/2003 | 100 | 17.15 | 1,715.00 |
| 7/1/2003 | 45 | 17.08 | 768.60 |
| 7/1/2003 | 26 | 17.30 | 449.80 |
| 7/1/2003 | 25 | 17.10 | 427.50 |
| 7/1/2003 | 23 | 17.24 | 396.52 |
| 7/11/2003 | 1,200 | 18.56 | 22,272.00 |
| 7/11/2003 | 1,000 | 18.51 | 18,510.00 |
| 7/11/2003 | 1,000 | 18.71 | 18,710.00 |
| 7/11/2003 | 900 | 18.55 | 16,695.00 |
| 7/11/2003 | 900 | 18.75 | 16,875.00 |
| 7/11/2003 | 800 | 18.67 | 14,936.00 |
| 7/11/2003 | 700 | 18.61 | 13,027.00 |
| 7/11/2003 | 600 | 18.70 | 11,220.00 |
| 7/11/2003 | 500 | 18.45 | 9,225.00 |
| 7/11/2003 | 500 | 18.48 | 9,240.00 |
| 7/11/2003 | 500 | 18.49 | 9,245.00 |
| 7/11/2003 | 500 | 18.50 | 9,250.00 |
| 7/11/2003 | 500 | 18.66 | 9,330.00 |
| 7/11/2003 | 500 | 18.73 | 9,365.00 |
| 7/11/2003 | 500 | 18.68 | 9,340.00 |
| 7/11/2003 | 500 | 18.81 | 9,405.00 |
| 7/11/2003 | 400 | 18.64 | 7,456.40 |

| | | | |
|---|---|---|---|
| 7/11/2003 | 400 | 18.43 | 7,372.00 |
| 7/11/2003 | 400 | 18.47 | 7,388.00 |
| 7/11/2003 | 300 | 18.65 | 5,595.00 |
| 7/11/2003 | 300 | 18.72 | 5,616.00 |
| 7/11/2003 | 300 | 18.63 | 5,589.00 |
| 7/11/2003 | 300 | 18.91 | 5,673.00 |
| 7/11/2003 | 200 | 18.59 | 3,718.00 |
| 7/11/2003 | 200 | 18.87 | 3,774.00 |
| 7/11/2003 | 200 | 18.72 | 3,744.80 |
| 7/11/2003 | 200 | 18.60 | 3,720.00 |
| 7/11/2003 | 200 | 18.76 | 3,752.00 |
| 7/11/2003 | 100 | 18.47 | 1,847.40 |
| 7/11/2003 | 100 | 18.62 | 1,862.00 |
| 7/11/2003 | 100 | 18.61 | 1,861.20 |
| 7/11/2003 | 100 | 18.44 | 1,844.00 |
| 7/11/2003 | 100 | 18.79 | 1,879.00 |
| 7/17/2003 | 6,900 | 17.20 | 118,680.00 |
| 7/17/2003 | 2,000 | 17.18 | 34,360.00 |
| 7/17/2003 | 1,800 | 17.15 | 30,870.00 |
| 7/17/2003 | 1,300 | 17.21 | 22,375.50 |
| 7/17/2003 | 1,100 | 17.20 | 18,920.99 |
| 7/17/2003 | 900 | 17.25 | 15,525.99 |
| 7/17/2003 | 700 | 17.21 | 12,047.21 |
| 7/17/2003 | 300 | 17.20 | 5,160.99 |
| 7/23/2003 | 2,500 | 17.00 | 42,500.00 |
| 7/23/2003 | 2,000 | 16.91 | 33,820.00 |
| 7/23/2003 | 1,017 | 16.83 | 17,116.11 |
| 7/23/2003 | 1,000 | 17.04 | 17,037.00 |
| 7/23/2003 | 1,000 | 17.07 | 17,068.00 |
| 7/23/2003 | 900 | 16.90 | 15,212.97 |
| 7/23/2003 | 700 | 16.79 | 11,753.00 |
| 7/23/2003 | 600 | 16.82 | 10,092.00 |
| 7/23/2003 | 508 | 16.92 | 8,595.00 |
| 7/23/2003 | 500 | 16.82 | 8,411.00 |
| 7/23/2003 | 500 | 16.77 | 8,385.00 |
| 7/23/2003 | 500 | 16.77 | 8,388.00 |
| 7/23/2003 | 450 | 16.84 | 7,578.90 |
| 7/23/2003 | 400 | 16.84 | 6,736.00 |
| 7/23/2003 | 385 | 17.09 | 6,579.65 |
| 7/23/2003 | 311 | 17.12 | 5,322.77 |
| 7/23/2003 | 300 | 16.75 | 5,025.99 |
| 7/23/2003 | 242 | 17.03 | 4,122.01 |
| 7/23/2003 | 223 | 17.08 | 3,808.84 |
| 7/23/2003 | 207 | 16.82 | 3,480.71 |
| 7/23/2003 | 195 | 16.86 | 3,287.70 |
| 7/23/2003 | 191 | 17.20 | 3,285.20 |
| 7/23/2003 | 149 | 16.85 | 2,509.91 |
| 7/23/2003 | 122 | 17.04 | 2,078.27 |
| 7/23/2003 | 100 | 17.04 | 1,703.50 |

| 7/30/2003 | 10,900 | 17.90 | 195,110.00 |
| 7/30/2003 | 2,800 | 17.82 | 49,896.00 |
| 7/30/2003 | 1,300 | 17.94 | 23,316.02 |
| 8/4/2003 | 4,000 | 18.70 | 74,800.00 |
| 8/4/2003 | 1,700 | 18.76 | 31,887.07 |
| 8/4/2003 | 1,600 | 18.68 | 29,891.04 |
| 8/4/2003 | 1,600 | 18.93 | 30,280.00 |
| 8/4/2003 | 1,000 | 18.60 | 18,601.00 |
| 8/4/2003 | 1,000 | 18.55 | 18,554.00 |
| 8/4/2003 | 1,000 | 18.71 | 18,710.00 |
| 8/4/2003 | 1,000 | 18.87 | 18,870.00 |
| 8/4/2003 | 900 | 18.81 | 16,926.04 |
| 8/4/2003 | 700 | 18.79 | 13,155.03 |
| 8/4/2003 | 300 | 18.76 | 5,627.13 |
| 8/4/2003 | 200 | 18.75 | 3,750.00 |
| 8/13/2003 | 7,300 | 20.64 | 150,672.00 |
| 8/13/2003 | 6,500 | 20.65 | 134,225.00 |
| 8/13/2003 | 800 | 20.70 | 16,560.00 |
| 8/13/2003 | 200 | 20.63 | 4,125.00 |
| 8/13/2003 | 200 | 20.66 | 4,132.00 |
| 8/19/2003 | 250,000 | 21.20 | 5,298,750.00 |
| 8/21/2003 | 6,300 | 21.07 | 132,741.00 |
| 8/21/2003 | 1,500 | 21.15 | 31,725.00 |
| 8/21/2003 | 1,200 | 21.23 | 25,479.96 |
| 8/21/2003 | 1,200 | 21.21 | 25,446.00 |
| 8/21/2003 | 1,200 | 21.32 | 25,584.00 |
| 8/21/2003 | 1,100 | 21.13 | 23,243.00 |
| 8/21/2003 | 800 | 21.17 | 16,936.00 |
| 8/21/2003 | 500 | 21.14 | 10,570.00 |
| 8/21/2003 | 500 | 21.12 | 10,560.00 |
| 8/21/2003 | 400 | 21.18 | 8,472.00 |
| 8/21/2003 | 300 | 21.10 | 6,330.99 |
| 8/26/2003 | 3,100 | 19.87 | 61,597.00 |
| 8/26/2003 | 2,500 | 19.90 | 49,750.00 |
| 8/26/2003 | 2,400 | 19.91 | 47,784.00 |
| 8/26/2003 | 1,800 | 19.57 | 35,226.00 |
| 8/26/2003 | 1,350 | 19.62 | 26,487.00 |
| 8/26/2003 | 1,000 | 19.93 | 19,930.00 |
| 8/26/2003 | 900 | 19.95 | 17,955.00 |
| 8/26/2003 | 800 | 19.60 | 15,680.00 |
| 8/26/2003 | 300 | 19.71 | 5,913.00 |
| 8/26/2003 | 200 | 19.89 | 3,978.00 |
| 8/26/2003 | 200 | 19.68 | 3,936.00 |
| 8/26/2003 | 200 | 19.86 | 3,972.00 |
| 8/26/2003 | 150 | 19.69 | 2,953.50 |
| 8/26/2003 | 100 | 19.88 | 1,988.00 |
| 9/4/2003 | 7,700 | 22.00 | 169,400.00 |
| 9/4/2003 | 3,000 | 22.15 | 66,435.00 |
| 9/4/2003 | 1,900 | 22.06 | 41,914.00 |

C00021

| 9/4/2003 | 600 | 22.21 | 13,324.02 |
|---|---|---|---|
| 9/4/2003 | 600 | 22.15 | 13,291.02 |
| 9/4/2003 | 300 | 22.12 | 6,636.00 |
| 9/4/2003 | 300 | 22.12 | 6,636.99 |
| 9/4/2003 | 200 | 22.17 | 4,434.00 |
| 9/4/2003 | 200 | 22.07 | 4,414.00 |
| 9/4/2003 | 100 | 22.02 | 2,202.00 |
| 9/4/2003 | 100 | 22.03 | 2,203.00 |
| 9/9/2003 | 4,200 | 23.01 | 96,642.00 |
| 9/9/2003 | 3,146 | 22.83 | 71,823.18 |
| 9/9/2003 | 1,600 | 23.07 | 36,912.00 |
| 9/9/2003 | 900 | 23.06 | 20,754.00 |
| 9/9/2003 | 800 | 22.95 | 18,360.00 |
| 9/9/2003 | 800 | 23.01 | 18,405.04 |
| 9/9/2003 | 700 | 23.00 | 16,100.98 |
| 9/9/2003 | 700 | 22.99 | 16,093.96 |
| 9/9/2003 | 600 | 22.97 | 13,783.98 |
| 9/9/2003 | 500 | 22.90 | 11,450.00 |
| 9/9/2003 | 400 | 23.02 | 9,208.00 |
| 9/9/2003 | 200 | 22.85 | 4,570.00 |
| 9/9/2003 | 200 | 22.92 | 4,584.00 |
| 9/9/2003 | 154 | 22.83 | 3,516.44 |
| 9/9/2003 | 100 | 22.92 | 2,292.00 |
| 9/15/2003 | 3,000 | 21.71 | 65,131.50 |
| 9/15/2003 | 3,000 | 21.71 | 65,136.90 |
| 9/15/2003 | 3,000 | 21.72 | 65,157.30 |
| 9/15/2003 | 3,000 | 21.76 | 65,278.20 |
| 9/15/2003 | 3,000 | 21.71 | 65,130.00 |
| 9/15/2003 | 3,000 | 21.71 | 65,131.50 |
| 9/15/2003 | 3,000 | 21.71 | 65,136.90 |
| 9/15/2003 | 3,000 | 21.72 | 65,157.30 |
| 9/15/2003 | 3,000 | 21.76 | 65,278.20 |
| 8/15/2003 | 1,000 | 21.71 | 21,710.00 |
| 9/22/2003 | 3,000 | 20.97 | 62,910.00 |
| 9/22/2003 | 3,000 | 20.91 | 62,740.20 |
| 9/22/2003 | 3,000 | 21.78 | 65,340.00 |
| 9/22/2003 | 3,000 | 20.90 | 62,705.10 |
| 9/22/2003 | 3,000 | 20.90 | 62,711.40 |
| 10/3/2003 | 10,000 | 18.88 | 188,800.00 |
| 10/3/2003 | 5,000 | 20.08 | 100,400.00 |
| 10/3/2003 | 5,000 | 18.87 | 94,350.00 |
| 10/3/2003 | 5,000 | 18.93 | 94,650.00 |
| 10/3/2003 | 5,000 | 19.00 | 95,000.00 |
| 10/8/2003 | 10,000 | 19.67 | 196,700.00 |
| 10/8/2003 | 5,000 | 19.75 | 98,750.00 |
| 10/8/2003 | 5,000 | 19.75 | 98,725.00 |
| 10/8/2003 | 5,000 | 19.79 | 98,950.00 |
| 10/8/2003 | 5,000 | 19.84 | 99,200.00 |
| 10/8/2003 | 5,000 | 20.20 | 101,000.00 |

DOCS\289379v1

CCC022

| 10/15/2003 | 15,000 | 22.00 | 330,000.00 |
| 10/15/2003 | 10,000 | 22.18 | 221,800.00 |
| 10/15/2003 | 5,000 | 22.08 | 110,400.00 |
| 10/21/2003 | 15,000 | 19.97 | 299,550.00 |
| 10/21/2003 | 10,000 | 20.04 | 200,400.00 |
| 10/21/2003 | 5,000 | 20.10 | 100,500.00 |
| 10/28/2003 | 10,000 | 19.75 | 197,500.00 |
| 10/28/2003 | 10,000 | 19.96 | 199,571.00 |
| 10/28/2003 | 5,000 | 20.00 | 100,000.00 |
| 10/28/2003 | 5,000 | 19.88 | 99,400.00 |
| 11/3/2003 | 75,000 | 24.53 | 1,839,607.50 |
| 11/18/2003 | 150,000 | 23.54 | 3,531,000.00 |
| 4/6/2004 | 2,240 | 21.76 | 48,743.07 |
| 4/6/2004 | 400 | 21.77 | 8,708.00 |
| 4/6/2004 | 396 | 21.86 | 8,656.56 |
| 4/6/2004 | 300 | 21.76 | 6,528.00 |
| 4/15/2004 | 2,000 | 20.94 | 41,874.00 |
| 4/15/2004 | 1,336 | 20.86 | 27,868.96 |
| 4/19/2004 | 2,016 | 20.68 | 41,690.88 |
| 4/19/2004 | 984 | 20.71 | 20,376.67 |
| 4/19/2004 | 336 | 20.69 | 6,951.84 |
| 4/28/2004 | 3,336 | 20.56 | 68,588.16 |
| 5/19/2004 | 38,500 | 19.00 | 731,500.00 |
| 5/19/2004 | 5,000 | 19.05 | 95,250.00 |
| 5/19/2004 | 4,000 | 19.00 | 76,012.00 |
| 5/19/2004 | 1,200 | 19.04 | 22,845.60 |
| 5/19/2004 | 1,000 | 19.03 | 19,030.00 |
| 5/19/2004 | 300 | 19.04 | 5,712.00 |
| 8/25/2004 | 100,000 | 16.91 | 1,691,000.00 |
| 8/26/2004 | 25,000 | 17.10 | 427,500.00 |
| 8/30/2004 | 102,500 | 17.08 | 1,750,484.75 |
| 8/31/2004 | 85,000 | 16.55 | 1,406,750.00 |
| 12/6/2004 | 12,860 | 13.83 | 177,915.53 |
| 12/6/2004 | 8,560 | 13.80 | 118,131.42 |
| 1/3/2005 | 12,860 | 12.35 | 158,770.85 |
| 1/3/2005 | 8,560 | 12.35 | 105,683.47 |
| 2/1/2005 | 7,460 | 13.61 | 101,543.28 |
| 2/1/2005 | 4,200 | 13.32 | 55,942.74 |
| 2/1/2005 | 4,200 | 13.42 | 56,359.80 |
| 2/1/2005 | 3,000 | 13.32 | 39,962.10 |
| 2/1/2005 | 2,560 | 13.44 | 34,410.75 |
| 3/1/2005 | 12,860 | 13.00 | 167,180.00 |
| 3/1/2005 | 4,500 | 13.04 | 58,680.00 |
| 3/1/2005 | 4,060 | 13.97 | 56,735.66 |
| 4/1/2005 | 21,420 | 11.62 | 248,923.96 |
| | 1,557,430 | | 30,698,489.35 |

DOCS\289379v1

C 0023

**Mark Perry: former Director**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| | | | |
| 11/7/2002 | 22,000 | 9.50 | 209,000.00 |
| 11/12/2002 | 25,000 | 9.06 | 226,500.00 |
| 11/13/2002 | 35,200 | 9.02 | 317,504.00 |
| 11/14/2002 | 70,700 | 9.05 | 639,835.00 |
| 11/15/2002 | 27,100 | 9.00 | 243,900.00 |
| 11/3/2003 | 50,000 | 24.71 | 1,235,500.00 |
| 8/31/2004 | 20,714 | 16.31 | 337,776.98 |
| 11/18/2004 | 10,000 | 13.73 | 137,289.00 |
| | | | |
| | 260,714 | | 3,347,304.98 |

**Hamid Savoj: Senior VP**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| | | | |
| 5/2/2003 | 5,000 | 15.15 | 75,772.00 |
| 5/6/2003 | 5,000 | 16.05 | 80,264.00 |
| 5/9/2003 | 5,000 | 17.00 | 85,000.00 |
| 5/12/2003 | 21,591 | 16.75 | 361,649.25 |
| 5/12/2003 | 2,009 | 17.00 | 34,153.00 |
| 5/12/2003 | 1,100 | 16.78 | 18,459.98 |
| 5/12/2003 | 100 | 16.78 | 1,678.00 |
| 5/12/2003 | 100 | 17.02 | 1,702.00 |
| 5/12/2003 | 100 | 17.03 | 1,703.00 |
| 6/9/2003 | 1,400 | 18.04 | 25,256.00 |
| 6/9/2003 | 1,100 | 18.00 | 19,800.00 |
| 6/9/2003 | 600 | 17.74 | 10,644.00 |
| 6/9/2003 | 500 | 18.02 | 9,010.00 |
| 6/9/2003 | 300 | 17.80 | 5,340.99 |
| 6/9/2003 | 100 | 17.71 | 1,771.00 |
| 6/16/2003 | 800 | 18.32 | 14,656.00 |
| 6/16/2003 | 400 | 18.38 | 7,352.00 |
| 6/16/2003 | 400 | 18.39 | 7,356.00 |
| 6/16/2003 | 300 | 18.24 | 5,472.00 |
| 6/16/2003 | 200 | 18.36 | 3,672.00 |
| 6/16/2003 | 200 | 18.18 | 3,636.00 |
| 6/16/2003 | 200 | 18.25 | 3,650.00 |
| 6/16/2003 | 200 | 18.26 | 3,652.00 |
| 6/16/2003 | 200 | 18.10 | 3,620.00 |
| 6/16/2003 | 200 | 18.34 | 3,668.00 |
| 6/16/2003 | 200 | 18.48 | 3,696.00 |
| 6/16/2003 | 200 | 18.52 | 3,704.00 |
| 6/16/2003 | 100 | 18.30 | 1,830.00 |

CCC024

| | | | |
|---|---|---|---|
| 6/16/2003 | 100 | 18.35 | 1,835.00 |
| 6/16/2003 | 100 | 18.40 | 1,840.00 |
| 6/16/2003 | 100 | 18.37 | 1,837.00 |
| 6/16/2003 | 100 | 18.11 | 1,811.00 |
| 6/23/2003 | 400 | 18.50 | 7,400.00 |
| 6/23/2003 | 400 | 18.50 | 7,400.00 |
| 6/23/2003 | 300 | 18.50 | 5,550.00 |
| 6/23/2003 | 200 | 18.52 | 3,704.00 |
| 6/23/2003 | 200 | 18.58 | 3,716.00 |
| 6/23/2003 | 100 | 18.49 | 1,849.00 |
| 6/23/2003 | 100 | 18.56 | 1,856.00 |
| 6/23/2003 | 100 | 18.54 | 1,854.00 |
| 6/23/2003 | 100 | 18.45 | 1,845.00 |
| 6/23/2003 | 100 | 18.51 | 1,851.00 |
| 6/23/2003 | 100 | 18.52 | 1,852.00 |
| 6/23/2003 | 100 | 18.53 | 1,853.00 |
| 6/23/2003 | 100 | 18.57 | 1,857.00 |
| 6/23/2003 | 100 | 18.60 | 1,860.00 |
| 6/23/2003 | 100 | 18.67 | 1,867.00 |
| 6/23/2003 | 100 | 18.68 | 1,868.00 |
| 6/23/2003 | 100 | 18.54 | 1,854.00 |
| 6/23/2003 | 100 | 18.51 | 1,851.00 |
| 6/23/2003 | 100 | 18.60 | 1,860.00 |
| 6/23/2003 | 100 | 18.61 | 1,861.00 |
| 6/23/2003 | 100 | 18.55 | 1,855.20 |
| 6/23/2003 | 100 | 18.52 | 1,852.10 |
| 6/23/2003 | 100 | 18.56 | 1,856.00 |
| 6/23/2003 | 100 | 18.53 | 1,853.00 |
| 6/23/2003 | 100 | 18.45 | 1,845.00 |
| 6/23/2003 | 100 | 18.51 | 1,851.00 |
| 6/23/2003 | 100 | 18.54 | 1,854.00 |
| 6/23/2003 | 100 | 18.60 | 1,860.00 |
| 6/23/2003 | 100 | 18.72 | 1,872.00 |
| 6/23/2003 | 100 | 18.66 | 1,866.00 |
| 6/30/2003 | 1,500 | 18.39 | 27,585.00 |
| 6/30/2003 | 1,500 | 18.38 | 27,567.15 |
| 6/30/2003 | 1,000 | 18.41 | 18,411.00 |
| 7/7/2003 | 1,300 | 18.10 | 23,536.37 |
| 7/7/2003 | 1,000 | 18.10 | 18,100.00 |
| 7/7/2003 | 800 | 18.09 | 14,471.04 |
| 7/7/2003 | 300 | 18.10 | 5,430.00 |
| 7/7/2003 | 200 | 18.11 | 3,622.00 |
| 7/7/2003 | 200 | 18.11 | 3,622.00 |
| 7/7/2003 | 200 | 18.14 | 3,627.00 |
| 7/14/2003 | 1,500 | 18.57 | 27,855.00 |
| 7/14/2003 | 1,000 | 18.57 | 18,570.00 |
| 7/14/2003 | 900 | 18.53 | 16,674.03 |
| 7/14/2003 | 500 | 18.50 | 9,250.00 |

| | | | |
|---|---|---|---|
| 7/14/2003 | 100 | 18.67 | 1,887.00 |
| 7/21/2003 | 1,500 | 17.31 | 25,962.00 |
| 7/21/2003 | 1,000 | 17.26 | 17,256.00 |
| 7/28/2003 | 1,000 | 16.51 | 16,507.00 |
| 7/28/2003 | 500 | 16.53 | 8,265.00 |
| 7/28/2003 | 500 | 16.53 | 8,265.00 |
| 7/28/2003 | 300 | 16.54 | 4,962.00 |
| 7/28/2003 | 200 | 16.54 | 3,308.00 |
| 7/30/2003 | 1,200 | 18.01 | 21,612.00 |
| 7/30/2003 | 300 | 18.05 | 5,415.00 |
| 8/1/2003 | 4,500 | 20.00 | 90,000.00 |
| 8/1/2003 | 4,000 | 19.68 | 78,720.00 |
| 8/1/2003 | 600 | 19.60 | 11,758.02 |
| 8/1/2003 | 400 | 20.06 | 8,023.00 |
| 8/1/2003 | 300 | 19.55 | 5,865.00 |
| 8/1/2003 | 100 | 19.54 | 1,954.00 |
| 8/1/2003 | 100 | 20.05 | 2,005.00 |
| 8/4/2003 | 5,000 | 19.20 | 96,000.00 |
| 8/4/2003 | 1,500 | 18.72 | 28,081.80 |
| 8/4/2003 | 1,400 | 18.70 | 26,179.02 |
| 8/4/2003 | 1,000 | 18.71 | 18,713.00 |
| 8/4/2003 | 100 | 18.75 | 1,875.00 |
| 8/5/2003 | 5,000 | 18.70 | 93,500.00 |
| 8/6/2003 | 8,000 | 19.00 | 152,018.40 |
| 8/6/2003 | 7,400 | 19.25 | 142,450.00 |
| 8/6/2003 | 2,300 | 19.25 | 44,275.00 |
| 8/6/2003 | 2,000 | 19.00 | 38,000.00 |
| 8/6/2003 | 200 | 19.29 | 3,858.00 |
| 8/6/2003 | 100 | 19.30 | 1,930.00 |
| 8/11/2003 | 1,500 | 19.92 | 29,880.00 |
| 8/11/2003 | 1,400 | 20.09 | 28,126.94 |
| 8/11/2003 | 800 | 20.03 | 16,024.00 |
| 8/11/2003 | 300 | 20.26 | 6,077.01 |
| 8/18/2003 | 1,500 | 21.54 | 32,313.00 |
| 8/18/2003 | 1,500 | 21.61 | 32,416.05 |
| 8/18/2003 | 1,000 | 21.79 | 21,785.00 |
| 8/19/2003 | 18,918 | 21.34 | 403,691.20 |
| 8/19/2003 | 9,898 | 21.37 | 211,510.36 |
| 8/19/2003 | 6,630 | 21.44 | 142,140.57 |
| 8/19/2003 | 5,000 | 21.38 | 106,895.00 |
| 8/19/2003 | 3,557 | 21.34 | 75,902.82 |
| 8/19/2003 | 2,066 | 21.42 | 44,253.72 |
| 8/19/2003 | 1,304 | 21.39 | 27,891.26 |
| 8/19/2003 | 625 | 21.37 | 13,355.83 |
| 8/19/2003 | 600 | 21.38 | 12,830.40 |
| 8/19/2003 | 600 | 21.36 | 12,815.40 |
| 8/19/2003 | 400 | 21.35 | 8,539.60 |
| 8/19/2003 | 300 | 21.35 | 6,404.70 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 8/19/2003 | 102 | 21.37 | 2,179.64 |
| 8/22/2003 | 7,100 | 20.88 | 148,248.00 |
| 8/22/2003 | 3,965 | 20.90 | 82,868.40 |
| 8/22/2003 | 1,500 | 20.94 | 31,410.00 |
| 8/22/2003 | 1,417 | 20.94 | 29,670.14 |
| 8/22/2003 | 1,300 | 20.87 | 27,131.00 |
| 8/22/2003 | 1,100 | 20.86 | 22,946.00 |
| 8/22/2003 | 1,000 | 20.96 | 20,960.00 |
| 8/22/2003 | 700 | 20.95 | 14,665.00 |
| 8/22/2003 | 500 | 20.96 | 10,478.00 |
| 8/22/2003 | 500 | 20.86 | 10,432.00 |
| 8/22/2003 | 400 | 20.98 | 8,392.00 |
| 8/22/2003 | 317 | 20.97 | 6,647.65 |
| 8/22/2003 | 300 | 20.91 | 6,273.00 |
| 8/22/2003 | 200 | 20.92 | 4,184.00 |
| 8/22/2003 | 100 | 20.97 | 2,097.00 |
| 8/22/2003 | 100 | 20.93 | 2,093.00 |
| 8/25/2003 | 27,221 | 20.00 | 544,420.00 |
| 8/25/2003 | 900 | 20.69 | 18,621.00 |
| 8/25/2003 | 800 | 20.40 | 16,320.00 |
| 8/25/2003 | 600 | 20.35 | 12,210.00 |
| 8/25/2003 | 500 | 20.40 | 10,200.00 |
| 8/25/2003 | 500 | 20.49 | 10,244.00 |
| 8/25/2003 | 400 | 20.38 | 8,152.00 |
| 8/25/2003 | 400 | 20.70 | 8,280.00 |
| 8/25/2003 | 300 | 20.54 | 6,162.99 |
| 8/25/2003 | 300 | 20.76 | 6,228.99 |
| 8/25/2003 | 200 | 20.01 | 4,002.00 |
| 8/25/2003 | 200 | 20.37 | 4,074.00 |
| 8/25/2003 | 200 | 20.01 | 4,001.00 |
| 8/25/2003 | 200 | 20.69 | 4,138.00 |
| 8/25/2003 | 200 | 20.47 | 4,094.00 |
| 8/25/2003 | 179 | 20.01 | 3,581.00 |
| 8/25/2003 | 100 | 20.46 | 2,046.00 |
| 8/25/2003 | 100 | 20.53 | 2,053.00 |
| 8/25/2003 | 100 | 20.55 | 2,055.00 |
| 8/25/2003 | 100 | 20.71 | 2,071.00 |
| 9/2/2003 | 2,500 | 21.15 | 52,875.00 |
| 9/2/2003 | 1,500 | 21.15 | 31,731.00 |
| 9/8/2003 | 1,500 | 23.09 | 34,641.15 |
| 9/8/2003 | 1,500 | 23.08 | 34,624.05 |
| 9/8/2003 | 1,000 | 23.14 | 23,142.90 |
| 9/15/2003 | 1,500 | 21.76 | 32,640.00 |
| 9/15/2003 | 1,500 | 21.76 | 32,640.00 |
| 9/15/2003 | 1,000 | 21.72 | 21,720.00 |
| 9/22/2003 | 2,500 | 20.85 | 52,125.00 |
| 9/22/2003 | 1,500 | 21.30 | 31,950.00 |
| 9/29/2003 | 3,000 | 19.60 | 58,800.00 |

Jul-25-05   13:51   From-                                                         T-706   P.062/067   F-311

| | | | |
|---|---|---|---|
| 9/29/2003 | 1,000 | 19.59 | 19,590.00 |
| 10/6/2003 | 4,000 | 19.87 | 79,470.00 |
| 10/13/2003 | 4,000 | 21.15 | 84,617.20 |
| 10/20/2003 | 4,000 | 21.11 | 84,436.00 |
| 10/27/2003 | 4,000 | 19.58 | 78,337.20 |
| 11/3/2003 | 37,273 | 24.75 | 922,506.75 |
| 11/3/2003 | 13,590 | 24.77 | 336,624.30 |
| 11/3/2003 | 10,086 | 24.82 | 250,334.52 |
| 11/3/2003 | 10,000 | 24.90 | 249,000.00 |
| 11/3/2003 | 4,000 | 24.31 | 97,240.00 |
| 11/3/2003 | 3,300 | 24.80 | 81,840.00 |
| 11/3/2003 | 2,970 | 24.77 | 73,566.90 |
| 11/3/2003 | 2,940 | 24.84 | 73,029.60 |
| 11/3/2003 | 1,503 | 24.70 | 37,124.10 |
| 11/3/2003 | 1,343 | 24.56 | 32,984.08 |
| 11/3/2003 | 1,143 | 24.50 | 28,003.50 |
| 11/3/2003 | 867 | 24.55 | 21,284.85 |
| 11/3/2003 | 716 | 24.60 | 17,613.60 |
| 11/3/2003 | 600 | 24.75 | 14,850.00 |
| 11/3/2003 | 569 | 24.77 | 14,094.13 |
| 11/3/2003 | 512 | 24.76 | 12,677.12 |
| 11/3/2003 | 471 | 24.77 | 11,666.67 |
| 11/3/2003 | 388 | 24.76 | 9,606.88 |
| 11/3/2003 | 354 | 24.70 | 8,743.80 |
| 11/3/2003 | 300 | 24.78 | 7,434.00 |
| 11/3/2003 | 289 | 24.93 | 7,204.77 |
| 11/3/2003 | 186 | 24.61 | 4,577.46 |
| 11/3/2003 | 171 | 24.59 | 4,204.89 |
| 11/3/2003 | 143 | 24.64 | 3,523.52 |
| 11/3/2003 | 86 | 24.81 | 2,133.66 |
| 11/3/2003 | 57 | 24.71 | 1,408.53 |
| 11/3/2003 | 29 | 24.86 | 720.94 |
| 11/3/2003 | 29 | 24.84 | 720.36 |
| 11/3/2003 | 29 | 24.56 | 712.30 |
| 11/3/2003 | 29 | 24.57 | 712.53 |
| 11/3/2003 | 27 | 24.79 | 669.33 |
| 11/4/2003 | 18,837 | 24.35 | 458,680.95 |
| 11/4/2003 | 14,525 | 24.60 | 357,315.00 |
| 11/4/2003 | 5,875 | 24.61 | 144,568.46 |
| 11/4/2003 | 300 | 24.64 | 7,392.00 |
| 11/4/2003 | 200 | 24.65 | 4,930.00 |
| 11/4/2003 | 100 | 24.36 | 2,436.00 |
| 11/4/2003 | 100 | 24.61 | 2,461.00 |
| 11/4/2003 | 63 | 24.41 | 1,537.83 |
| 11/5/2003 | 17,300 | 24.35 | 421,255.00 |
| 11/5/2003 | 2,700 | 24.35 | 65,757.96 |
| 11/6/2003 | 16,500 | 24.70 | 407,550.00 |
| 11/6/2003 | 2,600 | 24.76 | 64,379.90 |

CR 628

10714434.tif - 7/25/2005 3:45:08 PM

| Date | Shares | Price | Amount |
|---|---|---|---|
| 11/6/2003 | 500 | 24.78 | 12,390.00 |
| 11/6/2003 | 300 | 24.74 | 7,422.00 |
| 11/6/2003 | 100 | 24.75 | 2,475.00 |
| 11/7/2003 | 9,847 | 25.25 | 248,636.75 |
| 11/7/2003 | 4,900 | 25.25 | 123,726.96 |
| 11/7/2003 | 3,763 | 25.25 | 94,774.13 |
| 11/7/2003 | 500 | 25.31 | 12,655.00 |
| 11/7/2003 | 500 | 25.32 | 12,660.00 |
| 11/7/2003 | 200 | 25.26 | 5,052.00 |
| 11/7/2003 | 200 | 25.29 | 5,057.00 |
| 11/7/2003 | 100 | 25.33 | 2,532.50 |
| 11/10/2003 | 9,093 | 24.30 | 220,959.90 |
| 11/10/2003 | 3,300 | 24.31 | 80,235.87 |
| 11/10/2003 | 2,907 | 24.10 | 70,058.70 |
| 11/10/2003 | 1,500 | 24.12 | 36,180.00 |
| 11/10/2003 | 1,500 | 24.08 | 36,120.00 |
| 11/10/2003 | 1,000 | 24.15 | 24,150.00 |
| 11/10/2003 | 500 | 24.33 | 12,165.00 |
| 11/10/2003 | 300 | 24.31 | 7,293.00 |
| 11/10/2003 | 200 | 24.34 | 4,868.00 |
| 11/12/2003 | 10,600 | 24.60 | 260,760.00 |
| 11/12/2003 | 5,400 | 24.60 | 132,854.04 |
| 11/12/2003 | 3,600 | 24.55 | 88,380.00 |
| 11/12/2003 | 2,700 | 24.60 | 66,425.84 |
| 11/12/2003 | 600 | 24.61 | 14,766.00 |
| 11/12/2003 | 600 | 24.62 | 14,772.00 |
| 11/12/2003 | 100 | 24.56 | 2,456.00 |
| 11/12/2003 | 100 | 24.61 | 2,460.50 |
| 2/27/2004 | 10,000 | 23.93 | 239,300.00 |
| 2/27/2004 | 9,000 | 24.00 | 216,002.70 |
| 2/27/2004 | 6,056 | 24.08 | 145,812.73 |
| 2/27/2004 | 4,768 | 24.08 | 114,801.04 |
| 2/27/2004 | 4,400 | 24.07 | 105,898.32 |
| 2/27/2004 | 590 | 24.08 | 14,205.67 |
| 2/27/2004 | 300 | 24.03 | 7,209.00 |
| 2/27/2004 | 300 | 24.11 | 7,233.00 |
| 2/27/2004 | 300 | 24.00 | 7,200.00 |
| 2/27/2004 | 298 | 24.08 | 7,175.07 |
| 2/27/2004 | 200 | 24.01 | 4,802.00 |
| 2/27/2004 | 200 | 24.02 | 4,804.00 |
| 2/27/2004 | 200 | 24.06 | 4,812.00 |
| 2/27/2004 | 100 | 24.05 | 2,405.00 |
| 5/19/2004 | 5,000 | 18.98 | 94,900.00 |
| 5/19/2004 | 5,000 | 19.00 | 95,000.00 |
| 5/19/2004 | 5,000 | 19.30 | 96,500.00 |
| 5/19/2004 | 5,000 | 19.35 | 96,750.00 |
| 5/19/2004 | 5,000 | 19.40 | 97,000.00 |
| 5/20/2004 | 8,000 | 19.18 | 153,440.00 |

| | | | |
|---|---|---|---|
| 5/20/2004 | 5,000 | 19.10 | 95,500.00 |
| 5/20/2004 | 4,600 | 19.14 | 88,044.00 |
| 5/20/2004 | 200 | 19.15 | 3,830.00 |
| 5/20/2004 | 200 | 19.16 | 3,832.00 |
| 8/26/2004 | 4,556 | 17.22 | 78,454.32 |
| 8/26/2004 | 2,500 | 17.20 | 43,000.00 |
| 8/26/2004 | 2,300 | 17.21 | 39,583.00 |
| 8/26/2004 | 1,178 | 17.22 | 20,285.16 |
| 8/26/2004 | 180 | 17.14 | 3,085.20 |
| 8/27/2004 | 10,000 | 17.12 | 171,200.00 |
| 8/27/2004 | 5,000 | 17.05 | 85,250.00 |
| 8/27/2004 | 5,000 | 17.07 | 85,350.00 |
| 2/8/2005 | 3,007 | 13.43 | 40,384.01 |
| 2/8/2005 | 1,593 | 13.41 | 21,362.13 |
| 2/8/2005 | 1,500 | 13.40 | 20,100.00 |
| 2/8/2005 | 1,012 | 13.42 | 13,581.04 |
| 2/11/2005 | 3,000 | 13.54 | 40,620.00 |
| 2/14/2005 | 2,000 | 13.58 | 27,160.00 |
| 2/17/2005 | 13,731 | 13.42 | 184,270.02 |
| 2/17/2005 | 5,380 | 13.45 | 72,361.00 |
| 2/17/2005 | 5,000 | 13.35 | 66,750.00 |
| 2/17/2005 | 3,720 | 13.44 | 50,004.24 |
| | | | |
| | 650,869 | | 13,783,074.07 |

**Gregory Walker; VP/CFO**

| Transaction Date | Shares | Price | $ Value |
|---|---|---|---|
| | | | |
| 5/5/2003 | 20,833 | 15.09 | 314,374.14 |
| 5/5/2003 | 20,000 | 15.09 | 301,804.00 |
| 5/6/2003 | 10,000 | 16.39 | 163,914.00 |
| 5/29/2003 | 20,000 | 18.08 | 361,616.00 |
| 5/29/2003 | 4,167 | 18.08 | 75,342.69 |
| 8/19/2003 | 50,000 | 21.20 | 1,059,750.00 |
| 8/19/2003 | 12,500 | 21.20 | 264,937.50 |
| 11/3/2003 | 8,750 | 24.53 | 214,620.88 |
| 11/3/2003 | 8,333 | 24.53 | 204,392.66 |
| 11/3/2003 | 8,333 | 24.53 | 204,392.66 |
| 11/17/2003 | 2,600 | 23.48 | 61,048.00 |
| 11/17/2003 | 900 | 23.46 | 21,114.00 |
| 11/17/2003 | 300 | 23.47 | 7,041.00 |
| 11/17/2003 | 300 | 23.50 | 7,050.00 |
| 11/17/2003 | 200 | 22.60 | 4,520.00 |
| 11/17/2003 | 67 | 23.45 | 1,571.15 |
| 11/19/2003 | 2,016 | 22.55 | 45,460.80 |
| 11/19/2003 | 600 | 22.56 | 13,538.00 |

DOCS\289379v1

CSu030

| | | | |
|---|---|---|---|
| 11/19/2003 | 500 | 22.59 | 11,295.00 |
| 11/19/2003 | 500 | 22.65 | 11,325.00 |
| 11/19/2003 | 200 | 22.61 | 4,522.00 |
| 11/19/2003 | 150 | 22.62 | 3,393.00 |
| 2/27/2004 | 8,334 | 23.81 | 198,461.71 |
| 2/27/2004 | 4,167 | 23.81 | 99,230.85 |
| 2/27/2004 | 3,750 | 23.81 | 89,300.63 |
| 2/27/2004 | 1,631 | 23.81 | 38,839.82 |
| 2/27/2004 | 831 | 23.82 | 19,794.75 |
| 5/26/2004 | 3,200 | 19.03 | 60,896.00 |
| 5/26/2004 | 1,773 | 19.08 | 33,828.84 |
| 5/26/2004 | 1,100 | 19.04 | 20,944.00 |
| 5/26/2004 | 1,099 | 19.00 | 20,881.00 |
| 5/26/2004 | 1,000 | 19.01 | 19,010.00 |
| 5/26/2004 | 900 | 18.99 | 17,091.00 |
| 5/26/2004 | 700 | 18.98 | 13,286.00 |
| 5/26/2004 | 656 | 19.02 | 12,477.12 |
| 5/26/2004 | 600 | 19.05 | 11,430.00 |
| 5/26/2004 | 571 | 19.12 | 10,817.52 |
| 5/26/2004 | 400 | 19.09 | 7,636.00 |
| 5/26/2004 | 400 | 19.10 | 7,640.00 |
| 5/26/2004 | 100 | 19.06 | 1,906.00 |
| 8/23/2004 | 1,600 | 17.51 | 28,016.00 |
| 8/23/2004 | 1,334 | 17.45 | 23,278.30 |
| 8/23/2004 | 1,283 | 17.50 | 22,452.50 |
| 8/23/2004 | 1,017 | 17.52 | 17,817.84 |
| 8/23/2004 | 1,000 | 17.53 | 17,530.00 |
| 8/23/2004 | 866 | 17.46 | 15,120.36 |
| 8/23/2004 | 800 | 17.47 | 13,976.00 |
| 8/23/2004 | 800 | 17.54 | 14,032.00 |
| 8/23/2004 | 800 | 17.55 | 14,040.00 |
| 8/23/2004 | 766 | 17.42 | 13,343.72 |
| 8/23/2004 | 500 | 17.58 | 8,790.00 |
| 8/23/2004 | 400 | 17.40 | 6,960.00 |
| 8/23/2004 | 400 | 17.61 | 7,044.00 |
| 8/23/2004 | 234 | 17.41 | 4,073.94 |
| 8/23/2004 | 200 | 17.57 | 3,514.00 |
| 8/23/2004 | 200 | 17.60 | 3,520.00 |
| 8/23/2004 | 200 | 17.62 | 3,524.00 |
| 8/23/2004 | 100 | 17.48 | 1,748.00 |
| 8/24/2004 | 1,097 | 16.99 | 18,638.03 |
| 11/30/2004 | 2,535 | 13.65 | 34,602.75 |
| 11/30/2004 | 2,000 | 13.71 | 27,420.00 |
| 11/30/2004 | 1,100 | 13.68 | 15,048.00 |
| 11/30/2004 | 1,000 | 13.63 | 13,630.00 |
| 11/30/2004 | 1,000 | 13.69 | 13,690.00 |
| 11/30/2004 | 900 | 13.55 | 12,195.00 |
| 11/30/2004 | 875 | 13.67 | 11,961.25 |

| 11/30/2004 | 790 | 13.66 | 10,791.40 |
|---|---|---|---|
| 11/30/2004 | 700 | 13.72 | 9,604.00 |
| 11/30/2004 | 600 | 13.59 | 8,154.00 |
| 11/30/2004 | 600 | 13.73 | 8,238.00 |
| 11/30/2004 | 200 | 13.64 | 2,728.00 |
| 11/30/2004 | 200 | 13.70 | 2,740.00 |
| 2/28/2005 | 4,400 | 13.12 | 57,728.00 |
| 2/28/2005 | 1,900 | 13.14 | 24,966.00 |
| 2/28/2005 | 1,800 | 13.11 | 23,598.00 |
| 2/28/2005 | 1,300 | 13.04 | 16,952.00 |
| 2/28/2005 | 1,200 | 13.10 | 15,720.00 |
| 2/28/2005 | 700 | 13.03 | 9,121.00 |
| 2/28/2005 | 600 | 13.09 | 7,854.00 |
| 2/28/2005 | 416 | 13.01 | 5,412.16 |
| 2/28/2005 | 400 | 13.05 | 5,220.00 |
| 2/28/2005 | 400 | 13.06 | 5,224.00 |
| 2/28/2005 | 200 | 13.00 | 2,600.00 |
| 2/28/2005 | 200 | 13.13 | 2,626.00 |
| 2/28/2005 | 100 | 13.07 | 1,307.00 |
| | | | |
| | 242,174 | | 4,627,140.97 |

Total number of shares sold = 4,436,163

Total proceeds = $82,385,175

## VERIFICATION

I, Susan Willis, declare that I have reviewed the Derivative Complaint ("Complaint") prepared on behalf of Magma Design Automation, Inc. and I authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder, and have been a holder, of Magma Design Automation, Inc. common stock during the time in which the wrongful conduct alleged and complained of in the Complaint was occurring through the present.


_Susan Willis_
Signature

_Susan Willis_
Please Print


Return to:
William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax (405) 239-2112
Email: wfederman@aol.com
Website: www.federmanlaw.com


AktVerif.doc