# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

June 21, 2006

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    Synopsys, Inc. v. Magma Design Automation
              C.A. No. 05-701 (GMS)

Dear Judge Sleet:

      In anticipation of the call with the Court tomorrow at 2:00 p.m., the parties jointly submit the attached chart which outlines the various scheduling proposals, depending on whether the Court is amenable to moving the trial date to August, 2007.  The parties look forward to discussing these proposals with the Court tomorrow.

                                Respectfully,

                                */s/ Karen Jacobs Louden*
                                klouden@mnat.com
                                Karen Jacobs Louden

/cbh
Attachments
cc:    William J. Marsden, Esq. (w/enc.) (by hand and e-filing)
       Chris Scott Graham, Esq. (w/enc.) (by telecopy)
       James Pooley, Esq. (w/enc.) (by telecopy)
525859