| Event | Existing Schedule | Parties' joint proposal if Court is available for trial beginning August 6, 2007 | Parties' joint proposal if trial remains set for June 11, 2007 | Synopsys's proposal if Court is not available for trial beginning August 6, 2007 (opposed by Magma) |
|---|---|---|---|---|
| **Fact Discovery** | | | | |
| Notice of Intention to Rely on Advice of Counsel | August 31, 2006 | September 29, 2006 | September 22, 2006 | October, 2006 |
| Completion of Fact Discovery | September 29, 2006 | January 12, 2007 | January 12, 2007 | April, 2007 |
| **Markman Proceedings** | | | | |
| Exchange of Claim Charts re infringement and list of claims to be tried | None | August 18, 2006 | August 4, 2006 | November, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction | August 25, 2006 | September 15, 2006 | September 8, 2006 | December, 2006 |
| Exchange of Preliminary Claim Construction and Identification of Extrinsic Evidence | September 8, 2006 | October 1, 2006 | September 22, 2006 | January, 2007 |
| Submission of Final Joint Claim Construction Chart | October 13, 2006 | October 20, 2006 | October 13, 2006 | January, 2007 |
| Markman Opening Briefs (w/joint Appendix) | November 3, 2006 | November 3, 2006 | November 3, 2006 | February, 2007 |
| Markman Reply Briefs | November 17, 2006 | November 17, 2006 | November 17, 2006 | Late February, 2007 |

| Event | Existing Schedule | Parties' joint proposal if Court is available for trial beginning August 6, 2007 | Parties' joint proposal if trial remains set for June 11, 2007 | Synopsys's proposal if Court is not available for trial beginning August 6, 2007 (opposed by Magma) |
|---|---|---|---|---|
| Markman Hearing* | December 1, 2006 | December 1, 2006 | December 1, 2006 | March, 2007 |
| **Expert Discovery** | | | | |
| Opening Expert Reports (burden of proof) | January 19, 2007 | March 16, 2007 | January 26, 2007 | May, 2007 |
| Rebuttal Expert Reports | February 16, 2007 | April 9, 2007 | February 23, 2007 | June, 2007 |
| Completion of Expert Discovery | March 23, 2007 | April 30, 2007 | March 23, 2007 | July, 2007 |
| **Dispositive Motions** | | | | |
| Letter Briefs Seeking Permission to file Motion for Summary Judgment | O:   Dec 5, 2006<br>Res: Dec 19, 2006<br>Rep: Dec 27, 2006 | O:   Dec 20, 2006<br>Res: Jan 5, 2007<br>Rep: Jan. 11, 2007 | O:   Dec 12, 2006<br>Res: Dec 20, 2006<br>Rep: Dec. 27, 2006 | O:   April, 2007<br>Res: May, 2007<br>Rep: May, 2007 |
| Hearing (telephonic) Concerning Permission to File Summary Judgment Motions | January 4, 2007 | January 18, 2007 | January 4, 2007 | May, 2007 |
| Summary Judgment Briefing | O:   Jan 8, 2007<br>Res: Jan 22, 2007<br>Rep: Jan 31, 2007 | O:   Feb 2, 2007<br>Res: Feb 23, 2007<br>Rep: Mar 9, 2007 | O:   Jan 27, 2007<br>Res: Jan 31, 2007<br>Rep: Feb 9, 2007 | O:   June, 2007<br>Res: June, 2007<br>Rep: July, 2007 |
| Summary Judgment Hearing | At Court's discretion | At Court's discretion | At Court's discretion | At Court's discretion |

| Event | Existing Schedule | Parties' joint proposal if Court is available for trial beginning August 6, 2007 | Parties' joint proposal if trial remains set for June 11, 2007 | Synopsys's proposal if Court is not available for trial beginning August 6, 2007 (opposed by Magma) |
|---|---|---|---|---|
| **Trial Phase** | | | | |
| Motions in Limine | O:   Mar 19, 2007<br>Res: Apr 2, 2007<br>Rep: Apr 16, 2007 | O:   May 18, 2007<br>Res: June 1, 2007<br>Rep: June 11, 2007 | O:   Apr 2, 2007<br>Res: Apr 16, 2007<br>Rep: Apr 23, 2007 | O:   Aug, 2007<br>Res: Aug, 2007<br>Rep: Sept. 2007 |
| Plaintiff to submit draft Joint Pretrial Order to Magma counsel | March 16, 2007 | May 14, 2007 | March 26, 2007 | August, 2007 |
| Submission (to Court) of Joint Proposed Pretrial Order | April 16, 2007 | June 11, 2007 | April 23, 2007 | September, 2007 |
| Pretrial Conference | May 15, 2007 | July 10, 2007 | May 15, 2007 | Sept/Oct 2007 |
| Trial** | June 11, 2007 | August 6, 2007 | June 11, 2007 | Sept/Oct 2007 |

*Markman Hearing: Synopsys proposes 2 days. Magma proposes 1 day, unless the Court would prefer a 2-day hearing.

**Trial: Synopsys proposes 15 days; Magma proposes 10 days.

ND: 4825-2485-9649, Ver 1