IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     Civil Action No. 05-701-GMS |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | : <br> : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **23rd** day of **June, 2006,**

IT IS ORDERED that the mediation conference scheduled for Monday, August 7, 2006 at 10:00 a.m. has been rescheduled to **Thursday, March 22, 2007 at 10:00 a.m.** Mediation statements shall now be due on or before **Monday, March 12, 2007.** All other provisions of the Court's March 27, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE