# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Karen Jacobs Louden**
(302) 351-9227
(302) 425-4681
klouden@mnat.com

June 30, 2006

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    Synopsys, Inc. v. Magma Design Automation
                 C.A. No. 05-701 (GMS)

Dear Judge Sleet:

      Pursuant to the Court's rulings at the June 13, 2006 teleconference, we submit herewith for the Court's consideration a Revised Scheduling Order which the parties have approved as to form.

                                    Respectfully,

                                    */s/ Karen Jacobs Louden*

                                    klouden@mnat.com
                                    Karen Jacobs Louden (#2881)

/cbh
Attachments
cc:    William J. Marsden, Esq. (w/enc.) (by hand and e-filing)
        Chris Scott Graham, Esq. (w/enc.) (by telecopy)
        James Pooley, Esq. (w/enc.) (by telecopy)
526521