IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of Synopsys' Fourth Set Of Requests For The Production Of Documents And Things To Defendant Magma Design Automation, Inc. were caused to be served on June 29, 2006 upon the following counsel in the manner indicated:

<u>By Telecopy</u>

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

<u>By Hand</u>

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Karen Jacobs Louden*

                                    Jack B. Blumenfeld (#1014)
                                    Karen Jacobs Louden (#2881)
                                    klouden@mnat.com
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
                                    (302) 658-9200
                                      Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

July 5, 2006

527363

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on July 5, 2006 upon the following in the manner indicated:

**BY MAIL**

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE  19899 | James Pooley<br>Pooley & Oliver LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2109 |

*/s/    Karen Jacobs Louden*
klouden@mnat.com