# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | ) ) ) | C.A. No. 05-701 GMS |
| Plaintiff and Counter-Defendant, | ) ) ) ) | |
| v. | ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware Corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |

## PROPOSED ORDER GRANTING MOTION TO STRIKE

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Defendant and Counter-Claimant Magma Design Automation, Inc. ("Magma") Motion To Strike, Dismiss, And/Or Sever And Stay Synopsys's Allegations And Affirmative Defenses, it is HEREBY ORDERED:

Pursuant to Federal Rule of Civil Procedure 12(f), paragraphs 164-233 of Synopsys's Reply, as well as Synopsys's Fourth and Fifth affirmative defenses of unclean hands and equitable estoppel, are stricken.

_____          _____
Date                                                United States District Judge
                                                    Gregory M. Sleet

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | ) ) ) | C.A. No. 05-701 GMS |
| Plaintiff and Counter-Defendant, | ) ) ) ) | |
| v. | ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware Corporation, | ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |

## PROPOSED ORDER
### GRANTING MOTION TO SEVER AND STAY AFFIRMATIVE DEFENSES

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Defendant and Counter-Claimant Magma Design Automation, Inc. ("Magma") Motion To Strike, Dismiss, And/Or Sever And Stay Synopsys's Allegations And Affirmative Defenses, it is HEREBY ORDERED:

Pursuant to Federal Rule of Civil Procedure 42(b), Synopsys's Fourth and Fifth affirmative defenses of unclean hands and equitable estoppel, and the allegations in paragraphs 164-233 of Synopsys's Reply, are severed and stayed.

_____

Date

United States District Judge
Gregory M. Sleet

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-701 GMS |

**PROPOSED ORDER**
**GRANTING MOTION TO DISMISS AFFIRMATIVE DEFENSES**

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Defendant and Counter-Claimant Magma Design Automation, Inc. ("Magma") Motion To Strike, Dismiss, And/Or Sever And Stay Synopsys's Allegations And Affirmative Defenses, it is HEREBY ORDERED:

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Synopsys's Fourth and Fifth affirmative defenses of unclean hands and equitable estoppel, and the allegations in paragraphs 164-233 of Synopsys's Reply, are dismissed.

_____          _____
Date                                                                    United States District Judge
                                                                                Gregory M. Sleet