**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC., ) <br> a Delaware Corporation, ) <br> ) <br>       Plaintiff and ) <br>       Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> MAGMA DESIGN AUTOMATION, ) <br> a Delaware Corporation, ) <br> ) <br>       Defendant and ) <br>       Counterclaimant. ) <br> ) <br> ) <br> AND RELATED COUNTERCLAIMS. ) <br> ) | C.A. No. 05-701 GMS |

**DECLARATION OF RAYMOND SCOTT IN SUPPORT OF
MAGMA DESIGN AUTOMATION'S MOTION TO STRIKE,
DISMISS, AND/OR SEVER AND STAY SYNOPSYS'S ALLEGATIONS AND
AFFIRMATIVE DEFENSES**

1. I, Raymond Scott, am an attorney at the law firm of Fish & Richardson PC, counsel of record for Defendant and Counter-Claimant in the above-referenced matter. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

2. On June 24, 2006, I discussed with Karen Jacobs Louden, counsel for Synopsys, the allegations in Synopsys's Reply related to the ongoing litigation between Synopsys and Magma in the Northern District of California (the "California Action"). I asked Ms. Louden, if Synopsys would stipulate to striking the disputed allegations because Magma considered them immaterial to this litigation. Ms. Louden said Synopsys was unwilling to do so.

2

      I declare under penalty of perjury that the foregoing is true and correct.

DATED:  July 5, 2006                            /s/ Raymond Scott  
                                                         RAYMOND SCOTT

80034721.doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2006, I electronically filed with the Clerk of Court the foregoing DECLARATION OF RAYMOND SCOTT IN SUPPORT OF MAGMA DESIGN AUTOMATION'S MOTION TO STRIKE, DISMISS, AND/OR SEVER AND STAY SYNOPSYS'S ALLEGATIONS AND AFFIRMATIVE DEFENSES using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>Synopsys, Inc. |

      I hereby certify that on July 5, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

      */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr.