IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| v. | ) )  C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of Notice Of Subpoena In A Civil Case To U.C. Berkeley were caused to be served on July 12, 2006 upon the following counsel in the manner indicated:

### By Mail

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

July 13, 2006

499621

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on July 13, 2006 upon the following in the manner indicated:

<u>By Hand</u>

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114

*/s/   Karen Jacobs Louden*
klouden@mnat.com