IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC.,<br>a Delaware corporation, | )<br>)<br>) |
|       Plaintiff and<br>      Counter-Defendant, | )<br>)<br>) |
| v. | )   C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION,<br>a Delaware corporation, | )<br>)<br>)<br>) |
|       Defendant and<br>      Counterclaimant. | )<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Connie E. Merriett, John D. van Loben Sels, and Craig Y. Allison, of the law firm of Dechert LLP, 1117 California Ave., Palo Alto, California, 94304 to represent plaintiff in this action.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden*
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          klouden@mnat.com
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
             Attorneys for plaintiff Synopsys, Inc.

July 14, 2006

    SO ORDERED this _____ day of _____, 2006.

              _____
                     J.

528575

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Connie E. Merritt
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

John D. van Loben Sels
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

　　　　　　　　　　　　　　　　　　／s／ Craig Y. Allison
　　　　　　　　　　　　　　　　　　Craig Y. Allison
　　　　　　　　　　　　　　　　　　Dechert LLP
　　　　　　　　　　　　　　　　　　1117 California Avenue
　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on July 14, 2006 upon the following in the manner indicated:

**BY HAND**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

/s/ Karen Jacobs Louden
_____
klouden@mnat.com