IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-701 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF KAREN JACOBS LOUDEN

Karen Jacobs Louden declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to Plaintiff Synopsys, Inc. in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Magma Design Automation Inc.'s Post-Trial Reply Brief, filed in Case No. C04-03923-MMC (N.D. Cal.) on June 30, 2006.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 19, 2006

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)

529488

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 19, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to William J. Marsden, Jr.

I further certify that on July 19, 2006 I caused that copies of the foregoing be served on the following counsel in the manner indicated:

**By Hand**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden