IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiff Synopsys, Inc.'s Second Supplemental Responses To Magma Design Automation, Inc.'s First Set Of Interrogatories Pursuant To Fed. R. Civ. P. 33 (Nos. 4-11) were caused to be served on July 25, 2006 upon the following counsel in the manner indicated:

### By Telecopy and U.S. Mail

| | |
|---|---|
| William J. Marsden, Jr. | Pooley & Oliver, LLP |
| Fish & Richardson P.C. | Five Palo Alto Square |
| 919 N. Market St. | 3000 El Camino Real |
| P.O. Box 1114 | Palo Alto, CA  94306-2109 |
| Wilmington, DE  19899 | |

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Karen Jacobs Louden*

                ―――――――――――――――――
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                klouden@mnat.com
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

July 26, 2006

527363

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on July 26, 2006 upon the following in the manner indicated:

**BY MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

*/s/ Karen Jacobs Louden*

klouden@mnat.com