IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>      Defendant and<br>      Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2006, a true and correct copy of **Magma Design Automation's Responses to Synopsys's Third Set of Requests for the Production of Documents and Things [Nos. 91-140]** were caused to be served on the below-listed attorneys of record in the manner indicated:

BY HAND DELIVERY

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

BY ELECTRONIC AND US MAIL

Valerie M. Wagner, Esquire
Dechert LLP
1117 California Avenue
Palo Alto, CA  94304

Dated: July 26, 2006                                    FISH & RICHARDSON P.C.


                                                        By: */s/ William J. Marsden, Jr.*
                                                            William J. Marsden, Jr. (#2247)
                                                            (marsden@fr.com)
                                                            919 N. Market Street
                                                            Suite 1100
                                                            P.O. Box 1114
                                                            Wilmington, DE 19899-1114
                                                            Telephone: (302) 652-5070
OF COUNSEL:                                                 Facsimile: (302) 652-0607

James Pooley, Esq.                                          Katherine Kelly Lutton, Esq.
L. Scott Oliver, Esq.                                       Tamara Fraizer, Esq.
Marc D. Peters, Esq.                                        500 Arguello St., Ste. 500
Pooley & Oliver LLP                                         Redwood City, CA 94063
Five Palo Alto Square, 7th Floor                            Telephone: (650) 839-5070
Palo Alto, CA 94306-2121                                    Facsimile: (650) 839-5071
(650) 739-7020


                                                        Attorneys for Defendant and Counter-Claimant
                                                        MAGMA DESIGN AUTOMATION, INC.


80033648.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>Synopsys, Inc. |

I hereby certify that on July 26, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| BY ELECTRONIC AND US MAIL<br><br>Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80033648.doc