IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff and Counter-Defendant, | )<br>)<br>)   C.A. No. 05-701 (GMS) |
| v. | )<br>) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | )<br>)<br>) |
| Defendant and Counterclaimant. | )<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of Supplemental Initial Disclosures Of Synopsys, Inc. were caused to be served on August 14, 2006 upon the following as indicated:

### BY E-MAIL & U.S. MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>Wilmington, DE 19801 | James Pooley<br>Pooley & Oliver, LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2109 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com
 *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

August 15, 2006

495590

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on August 15, 2006 upon the following in the manner indicated:

**BY HAND & E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
Wilmington, DE  19801
marsden@fr.com

**BY FACSIMILE & E-MAIL**

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
(650) 739-7060 (fax)
jpooley@pooleyoliver.com

*/s/ Leslie A. Polizoti (#4299)*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com