IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC.,<br>a Delaware corporation,<br><br>        Plaintiff and<br>        Counter-Defendant,<br><br>   v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br>a Delaware corporation,<br><br>        Defendant and<br>        Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 14, 2006, a true and correct copy of **Defendant Magma Design Automation, Inc.'s Supplemental Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)** were caused to be served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, in the manner indicated:

**VIA EMAIL AND FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801<br>***Email:  klouden@mnat.com*** | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304<br>***Email: valerie.wagner@dechert.com*** | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

| | |
|---|---|
| Dated: August 15, 2006 | FISH & RICHARDSON P.C. |
| | By: */s/ William J. Marsden, Jr.*<br>William J. Marsden, Jr. (#2247)<br>(marsden@fr.com)<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070 |
| OF COUNSEL: | Facsimile: (302) 652-0607 |
| James Pooley<br>L. Scott Oliver<br>Marc D. Peters<br>Pooley & Oliver LLP<br>Five Palo Alto Square, 7th Floor<br>Palo Alto, CA 94306-2121<br>(650) 739-7020 | Katherine Kelly Lutton<br>Tamara Fraizer<br>500 Arguello St., Ste. 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| | Attorneys for Defendant and Counter-Claimant<br>MAGMA DESIGN AUTOMATION, INC. |

80036005.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801<br>***Email:  klouden@mnat.com*** | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on August 15, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304<br>***Email:  Valerie.wagner@dechert.com*** | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

                      */s/ William J. Marsden, Jr.*
                      William J. Marsden, Jr.

80036005.doc