IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, )<br>)<br>Plaintiff and )<br>Counter-Defendant, )<br>)<br>v. )<br>)<br>MAGMA DESIGN AUTOMATION, a Delaware corporation, )<br>)<br>Defendant and )<br>Counterclaimant. ) | C.A. No. 05-701 (GMS) |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Synopsys' Fifth Set Of Requests For The Production Of Documents And Things To Defendant Magma Design Automation, Inc. and (2) Synopsys' First Set Of Requests For Admissions To Defendant Magma Design Automation, Inc., were caused to be served on August 25, 2006 upon the following counsel in the manner indicated:

**By E-Mail**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

**By Hand And E- Mail**

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

and that Plaintiff Synopsys, Inc.'s Preliminary Disclosure Of Asserted Claims And Preliminary Infringement Contentions was caused to be served on August 25, 2006 upon the following counsel in the manner indicated:

**E-Mail And U.S. Mail**

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver, LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

August 28, 2006

499621

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on August 28, 2006 upon the following in the manner indicated:

By Hand

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114

*/s/   Karen Jacobs Louden*
klouden@mnat.com