IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Plaintiff Synopsys, Inc.'s Responses To Magma Design Automation, Inc.'s Fourth Set Of Interrogatories Pursuant To Fed. R. Civ. P. 33 (No. 15) and (2) Plaintiff Synopsys, Inc.'s Responses To Magma Design Automation, Inc.'s Fifth Set of Requests For Production of Documents and Things To Synopsys, Inc., were caused to be served on August 31, 2006 upon the following counsel in the manner indicated:

### E-Mail And U.S. Mail

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver, LLP |
| 919 N. Market St. | Five Palo Alto Square, 7th Floor |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |
| | (courtesy copy by facsimile) |

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Karen Jacobs Louden*

                                          Jack B. Blumenfeld (#1014)
                                          Karen Jacobs Louden (#2881)
                                          klouden@mnat.com
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                            Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

September 1, 2006

499621v2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on September 1, 2006 upon the following in the manner indicated:

| **By Hand & Email** | **By Email** |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE 19899 | James Pooley<br>Pooley & Oliver, LLP<br>Five Palo Alto Square, 7th Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306-2109 |

*/s/  Karen Jacobs Louden*
klouden@mnat.com (#2881)