IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,
a Delaware corporation,

       Plaintiff and
       Counter-Defendant,

    v.                                                    C.A. No. 05-701-GMS

MAGMA DESIGN AUTOMATION, INC.,
a Delaware corporation,

       Defendant and
       Counter-Claimant.

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on September 13, 2006, a true and correct copy of

**Magma Design Automation, Inc.'s Proposed Terms and Claim Elements for**

**Construction** were caused to be served on the below-listed attorneys of record by

counsel of Pooley & Oliver, LLP, in the manner indicated:

### VIA EMAIL AND FIRST CLASS MAIL:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801<br>***Email:  klouden@mnat.com*** | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304<br>***Email: valerie.wagner@dechert.com*** | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

Dated:  September 15, 2006                    FISH & RICHARDSON P.C.


                                              By: */s/ William J. Marsden, Jr.*
                                                  William J. Marsden, Jr. (#2247)
                                                  (marsden@fr.com)
                                                  919 N. Market Street
                                                  Suite 1100
                                                  P.O. Box 1114
                                                  Wilmington, DE 19899-1114
                                                  Telephone:  (302) 652-5070
OF COUNSEL:                                       Facsimile:  (302) 652-0607

James Pooley                                      Katherine Kelly Lutton
L. Scott Oliver                                   Tamara Fraizer
Marc D. Peters                                    500 Arguello St., Ste. 500
Pooley & Oliver LLP                               Redwood City, CA 94063
Five Palo Alto Square, 7th Floor                  Telephone:  (650) 839-5070
Palo Alto, CA  94306-2121                         Facsimile:  (650) 839-5071
(650) 739-7020


                                                  Attorneys for Defendant and Counter-Claimant
                                                  MAGMA DESIGN AUTOMATION, INC.



   80036901.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE  19801  
**Email:  klouden@mnat.com**

*Attorneys for Plaintiff*  
*Synopsys, Inc.*

I hereby certify that on September 15, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  
Dechert LLP  
1117 California Avenue  
Palo Alto, CA  94304  
**Email:  Valerie.wagner@dechert.com**

*Attorneys for Plaintiff*  
*Synopsys, Inc.*

*/s/ William J. Marsden, Jr.*  
William J. Marsden, Jr.

80036901.doc