IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware corporation, <br><br>     Plaintiff and <br>     Counter-Defendant, <br><br>     v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware corporation, <br><br>     Defendant and <br>     Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-701 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiff Synopsys, Inc.'s Exchange of Proposed Terms and Claim Elements For Construction were caused to be served on September 13, 2006 upon the following counsel in the manner indicated:

### BY E-MAIL & U.S. MAIL

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com

Pooley & Oliver, LLP
Five Palo Alto Square, 7th Fl.
3000 El Camino Real
Palo Alto, CA 94306-2109
jpooley@pooleyoliver.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com
   Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

September 18, 2006

537310

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on September 18, 2006 upon the following in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

*/s/  Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com