IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, <br><br> Defendant and Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2006, a true and correct copy of **Defendant Magma Design Automation, Inc.'s Response to Plaintiff Synopsys' Third Set of Interrogatories [Nos. 15-22]** were caused to be served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, in the manner indicated:

**VIA FACSIMILE & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> Wilmington, DE 19801 <br> *Facsimile: 302-658-3889* | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |
| Valerie M. Wagner, Esquire <br> Dechert LLP <br> 1117 California Avenue <br> Palo Alto, CA 94304 <br> *Facsimile: 650-813-4848* | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |

|  |  |
|---|---|
| Dated:  September 19, 2006 | FISH & RICHARDSON P.C. |
|  | By: */s/ William J. Marsden, Jr.*<br>William J. Marsden, Jr. (#2247)<br>(marsden@fr.com)<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone:  (302) 652-5070 |
| OF COUNSEL: | Facsimile:  (302) 652-0607 |
| James Pooley<br>L. Scott Oliver<br>Marc D. Peters<br>Pooley & Oliver LLP<br>Five Palo Alto Square, 7th Floor<br>Palo Alto, CA  94306-2121<br>(650) 739-7020 | Katherine Kelly Lutton<br>Tamara Fraizer<br>500 Arguello St., Ste. 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071 |
|  | Attorneys for Defendant and Counter-Claimant<br>MAGMA DESIGN AUTOMATION, INC. |

80037086.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire　　　　　*Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell　　　　*Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
***Email:  klouden@mnat.com***

I hereby certify that on September 19, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire　　　　　　*Attorneys for Plaintiff*
Dechert LLP　　　　　　　　　　　　　*Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
***Email:  Valerie.wagner@dechert.com***

　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80037086.doc