IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC.,<br>a Delaware corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiff Synopsys, Inc.'s (1) Notice of Subpoena to Jose S. Garcia; (2) Notice of Subpoena to Anthony C. Murabito; and (3) Notice of Subpoena to Wagner, Murabito & Hao LLP were caused to be served on September 19, 2006 upon the following counsel in the manner indicated:

## BY E-MAIL & U.S. MAIL

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St., P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com

Pooley & Oliver, LLP
Five Palo Alto Square, 7th Fl.
3000 El Camino Real
Palo Alto, CA 94306-2109
jpooley@pooleyoliver.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com
   Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

September 19, 2006

537310

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on September 19, 2006 upon the following in the manner indicated:

## BY E-MAIL

William J. Marsden, Jr.          James Pooley
Fish & Richardson P.C.           Pooley & Oliver LLP
919 N. Market St.                Five Palo Alto Square
P.O. Box 1114                    3000 El Camino Real
Wilmington, DE  19899            Palo Alto, CA  94306-2109
marsden@fr.com                   jpooley@pooleyoliver.com


/s/  Leslie A. Polizoti
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com