IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware corporation, <br><br>       Plaintiff and <br>       Counter-Defendant, <br><br>     v. <br><br> MAGMA DESIGN AUTOMATION, INC., <br> a Delaware corporation, <br><br>       Defendant and <br>       Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 25, 2006, a true and correct copy of the following documents were caused to be served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, in the manner indicated:

1. **Defendant Magma Design Automation, Inc.'s Responses to Synopsys' First Set of Requests for Admission [Nos. 1-136];** and,

2. **Defendant Magma Design Automation, Inc.'s Responses to Synopsys' Fifth Set of Requests for the Production of Documents and Things [Nos. 191-196].**

## VIA ELECTRONIC & FIRST CLASS MAIL:

Karen Jacobs Louden, Esquire            *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell            *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
***Facsimile: 302-658-3889***

Valerie M. Wagner, Esquire               *Attorneys for Plaintiff*
Dechert LLP                                               *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304
***Facsimile: 650-813-4848***

Dated: September 29, 2006                    FISH & RICHARDSON P.C.


                                             By: */s/ William J. Marsden, Jr.*
                                                 William J. Marsden, Jr. (#2247)
                                                 (marsden@fr.com)
                                                 919 N. Market Street
                                                 Suite 1100
                                                 P.O. Box 1114
                                                 Wilmington, DE 19899-1114
                                                 Telephone: (302) 652-5070
OF COUNSEL:                                      Facsimile: (302) 652-0607

James Pooley                                     Katherine Kelly Lutton
L. Scott Oliver                                  Tamara Fraizer
Marc D. Peters                                   500 Arguello St., Ste. 500
Pooley & Oliver LLP                              Redwood City, CA 94063
Five Palo Alto Square, 7th Floor                 Telephone: (650) 839-5070
Palo Alto, CA 94306-2121                         Facsimile: (650) 839-5071
(650) 739-7020


                                             Attorneys for Defendant and Counter-Claimant
                                             MAGMA DESIGN AUTOMATION, INC.


80037357.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell  *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
**Email:  klouden@mnat.com**

I hereby certify that on September 29, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  *Attorneys for Plaintiff*
Dechert LLP  *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
**Email:  Valerie.wagner@dechert.com**

　　　　　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80037357.doc