IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,
a Delaware corporation,

        Plaintiff and
        Counter-Defendant,

    v.                               C.A. No. 05-701-GMS

MAGMA DESIGN AUTOMATION, INC.,
a Delaware corporation,

        Defendant and
        Counter-Claimant.

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on September 29, 2006, a true and correct copy of

**Magma Design Automation's Sixth Set of Requests for Production to Synopsys, Inc.**

**[Nos. 122-126]** was caused to be served on the below-listed attorneys of record by

counsel of Pooley & Oliver, LLP, in the manner indicated:

### VIA ELECTRONIC & U.S. MAIL:

Karen Jacobs Louden, Esquire        *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell        *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801

Valerie M. Wagner, Esquire
Dechert LLP                   *Attorneys for Plaintiff*
1117 California Avenue          *Synopsys, Inc.*
Palo Alto, CA 94304

Dated:  October 4, 2006                    FISH & RICHARDSON P.C.


                                    By:  */s/ William J. Marsden, Jr.*
                                         William J. Marsden, Jr. (#2247)
                                         (marsden@fr.com)
                                         919 N. Market Street
                                         Suite 1100
                                         P.O. Box 1114
                                         Wilmington, DE 19899-1114
                                         Telephone:  (302) 652-5070
OF COUNSEL:                              Facsimile:  (302) 652-0607

James Pooley                             Katherine Kelly Lutton
L. Scott Oliver                          Tamara Fraizer
Marc D. Peters                           500 Arguello St., Ste. 500
Pooley & Oliver LLP                      Redwood City, CA 94063
Five Palo Alto Square, 7th Floor         Telephone:  (650) 839-5070
Palo Alto, CA  94306-2121                Facsimile:  (650) 839-5071
(650) 739-7020


                                         Attorneys for Defendant and Counter-Claimant
                                         MAGMA DESIGN AUTOMATION, INC.


80037683.doc

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2006, I electronically filed with the Clerk of

Court the foregoing **Notice of Service** using CM/ECF which will send electronic

notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing

will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire               *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell           *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801


I hereby certify that on October 4, 2006, I have sent by electronic mail and U.S.

Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire                 *Attorneys for Plaintiff*
Dechert LLP                                *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304


*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80037683.doc