IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of *Synopsys, Inc.'s Objections to Magma Design Automation Corporation's Notice of Deposition to Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on October 6, 2006 upon the following counsel in the manner indicated:

**BY E-MAIL**
William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

**BY E-MAIL AND HAND DELIVERY**
James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square, 7th Floor
3000 El Camino Real
Palo Alto, CA  94306-2109


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
 Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

October 6, 2006

499621v3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 6, 2006 upon the following in the manner indicated:

| <u>By Hand & Email</u> | <u>By Email</u> |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver, LLP |
| 919 N. Market St. | Five Palo Alto Square, 7th Floor |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |

*/s/ Karen Jacobs Louden (#2881)*
klouden@mnat.com (#2881)