IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>       Plaintiff and<br>       Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>       Defendant and<br>       Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2006, the **Notice of Deposition of Synopsys, Inc., Pursuant to Fed. R. Civ. P. 30(b)(6),** attached hereto as Exhibit A, was served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

Dated: October 6, 2006

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
(marsden@fr.com)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
(650) 739-7020

Katherine Kelly Lutton
Tamara Fraizer
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

80037357.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE 19801

*Attorneys for Plaintiff*  
*Synopsys, Inc.*

I hereby certify that on October 6, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  
Dechert LLP  
1117 California Avenue  
Palo Alto, CA 94304

*Attorneys for Plaintiff*  
*Synopsys, Inc.*

/s/ William J. Marsden, Jr.  
William J. Marsden, Jr.

80037357.doc