# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

### NOTICE OF DEPOSITION OF SYNOPSYS, INC., PURSUANT TO FED. R. CIV. P. 30(b)(6)

NOTICE IS HEREBY GIVEN pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure that defendant and counterclaimant Magma Design Automation, Inc. ("Magma") will take the deposition of Synopsys, Inc. ("Synopsys") on October 9, 2006, upon oral examination to be recorded by audio, video and stenographic means.

The deposition will be conducted in the offices of Pooley & Oliver at 3000 El Camino Real, Building 5, 7th Floor, Palo Alto, CA. 94306, before a notary public or other officer authorized by law to administer oaths. The deposition will begin at 9:30 a.m. and continue from day to day until completed.

Pursuant to Fed. R. Civ. P. 30(b)(6), Synopsys, Inc. is required to designate one or more officers, directors, agents, or other persons to testify on its behalf as to the matters set forth in Attachment A.

*[signature]*

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile: (650) 739-7060

William J. Marsden, Jr., Esq
marsden@fr.com
Fish & Richardson P.C.
919 N. Market Street
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Attorneys for Defendant and Counterclaimant, Magma Design Automation, Inc.

Katherine Kelly Lutton, Esq.
Tamara Fraizer, Esq.
Fish & Richardson, P.C.
500 Arguello St., suite 500
Redwood City, CA 94063

DATED: September 29, 2006

## ATTACHMENT A TO SUBPOENA

## DEFINITIONS

A.  As used herein, "Synopsys" means Synopsys, Inc., and all predecessors, successors, partnerships and affiliates thereof, all members, managers, agents, employees, attorneys and other persons acting on its behalf.

B.  As used herein, "Magma" means Magma Design Automation, Inc., and all predecessors, successors, partnerships and affiliates thereof, all members, managers, agents, employees, attorneys and other persons acting on its behalf.

C.  "Patent" means an issued United States patent, and all United States patent applications (without regard to whether the application matured into an issued patent), including parent or related applications, reissue applications, divisional applications, continuations, continuations-in-part, filed in support of or related to any such United States patent.

D.  "And" and "or" shall each be construed conjunctively or disjunctively, whichever makes the request more inclusive.

E.  "Any" and "all" shall each be construed to mean "each and every," so as to acquire the broadest meaning possible.

F.  The singular form of a word should be interpreted in the plural as well.

G.  Any pronoun shall be construed to refer to the masculine, feminine, or neuter gender as in each case is most inclusive.

H.  As used herein, "relating" (or "relate" or "relates" or "relating" or "related") to any given subject means identifying, describing, discussing, concerning, assessing, stating, reflecting, constituting, containing, embodying, tending to support or

3

refute, or referring directly or indirectly to the particular subject matter identified.

I.  "Patent Office" means the United States Patent and Trademark Office and/or any Foreign entity given responsibility by its government for receiving, examining, and/or granting patents or documents embodying equivalent legal rights.

J.  As used herein, "Present Litigation" refers to the above-captioned action.

K.  As used herein, the '733 Patent means United States Patent No. 6,434,733.

L.  As used herein, the '501 Patent means United States Patent No. 6,766,501.

M.  The term "and/or" should be construed in the way that makes the request at issue most inclusive.

## SUBJECTS OF TESTIMONY

1) Synopsys's decision to withdraw the '501 and '733 Patents from the Present Litigation.

2) Synopsys's decision to seek reexamination of the '501 and '733 Patents by the Patent Office.

3) Synopsys's decision to dedicate the '501 and '733 Patents to the public.

4) The reexamination of the '501 and '733 Patents by the Patent Office.

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2006, I served the foregoing document on counsel of record in the manner indicated.

**VIA ELECTRONIC MAIL & U.S. MAIL**

Valerie M. Wagner, Esq.
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304

Karen Jacobs Louden, Esq.
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

_____
L. Scott Oliver

4813-9299-5585.1

5