IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF SYNOPSYS, INC.'S RENEWED
MOTION TO BIFURCATE TRIAL OF ANTITRUST CLAIMS
AND TO STAY DISCOVERY RELATED EXCLUSIVELY THERETO**

Plaintiff Synopsys, Inc. ("Synopsys) hereby renews its motion to bifurcate trial of Magma Design Automation, Inc.'s antitrust claims and to stay discovery related exclusively thereto. The grounds for this renewed motion are set forth in the opening brief and supporting declaration, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

James J. Elacqua
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye Street, N.W.
Washington, DC 20006-2401
(202) 261-3432

October 13, 2006
541327

## RULE 7.1.1 CERTIFICATE

Pursuant to D. Del. LR 7.1.1, counsel for Synopsys, Inc. ("Synopsys") certifies that Synopsys has conferred with counsel for defendant Magma Design Automation on the subject matter of the foregoing motion, and that they have not been able to reach agreement thereon.

*Karen Jacobs Louden*
Karen Jacobs Louden (#2881)

October 13, 2006

541295

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 13, 2006 upon the following in the manner indicated:

**BY HAND AND EMAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

**BY EMAIL**

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

/s/ Karen Jacobs Louden
klouden@mnat.com