IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF KAREN JACOBS LOUDEN

Karen Jacobs Louden declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell, LLP, Delaware counsel to plaintiff and counterclaim defendant Synopsys, Inc. ("Synopsys") in this action.

2. Attached as Exhibit A is a true and correct copy of Synopys's disclaimer under 35 U.S.C. § 253 with respect to U.S. Patent No. 6,434,733.

3. Attached as Exhibit B is a true and correct copy of Synopys's disclaimer under 35 U.S.C. § 253 with respect to U.S. Patent No. 6,766,501.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 13, 2006.

/s/ Karen Jacobs Louden
Karen Jacobs Louden

541323

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 13, 2006 upon the following in the manner indicated:

| **BY HAND AND EMAIL** | **BY EMAIL** |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

/s/ Karen Jacobs Louden
klouden@mnat.com