# EXHIBIT B

## Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 1216059 |
| Application Number: | 90007869 |
| Confirmation Number: | 8180 |
| Title of Invention: | SYSTEM AND METHOD FOR HIGH-LEVEL TEST PLANNING FOR LAYOUT |
| First Named Inventor: | 6766501 |
| Customer Number: | 36454 |
| Filer: | Mark Andrew Haynes/diane bergin |
| Filer Authorized By: | Mark Andrew Haynes |
| Attorney Docket Number: | SYNP 107 |
| Receipt Date: | 22-SEP-2006 |
| Filing Date: | 09-JAN-2006 |
| Time Stamp: | 18:13:29 |
| Application Type: | Utility |
| International Application Number: | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $ 130 |
| RAM confirmation Number | 601 |
| Deposit Account | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|

| 1 | Statutory disclaimers per MPEP 1490. | efs107.pdf | 33325 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 8160 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 41485 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

Reexamination Control No. **90/007,869**                     Attorney Docket No. SYNP 107

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reexamination of
    U.S. Patent No. **6,766,501**

Patent Owner: **Synopsys, Inc.**

Reexamination Control No. **90/007,869**

For:    **System and Method for High-Level
Test Planning for Layout**

Confirmation No. **8180**

Group Art Unit: **3992**

Examiner: **Majid A. Banankhah**

**CUSTOMER NO. 36454**

### DISCLAIMER UNDER 35 USC §253

Mail Stop Ex Parte Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    Synopsys, Inc. hereby disclaims all complete claims of U.S. Patent No. **6,766,501** and dedicates U.S. Patent No. **6,766,501** to the public for the entire term under 35 U.S.C. §253 and 37 C.F.R. §1.321.

    Synopsys, Inc. is currently the owner of the whole interest in U.S. Patent No. **6,766,501**.

    The fee of $130.00 required under 37 C.F.R. §1.20(d) accompanies this paper. The Commissioner is hereby authorized to charge underpayment of any additional fees or credit any overpayment associated with this communication to Deposit Account No. 50-0869 (SYNP 106).

Respectfully submitted,

Attorneys for Patent Owner

Date: 22 Sep 06

By: _Mark A. Haynes_
    Mark A. Haynes, Reg. No. 30,846

SYNOPSYS, INC. c/o:
Haynes Beffel & Wolfeld LLP
P.O. Box 366
751 Kelly Street
Half Moon Bay, CA 94019
Ph. (650) 712-0340
Fax (650) 712-0263
mhaynes@hmbay.com