IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

**FINAL JOINT CLAIM CONSTRUCTION CHARTS**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| Jack B. Blumenfeld (#1014) | William J. Marsden, Jr. (#2247) |
| Karen Jacobs Louden (#2881) | 919 N. Market St. |
| 1201 N. Market Street | P.O. Box 1114 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 652-5070 |
| (302) 658-9200 | Attorneys for Defendant Magma Design Automation, Inc. |
| Attorneys for Plaintiff Synopsys, Inc. | |

October 13, 2006

The parties have met and conferred, and present the following Joint Claim Construction Charts pursuant to the Scheduling Order entered by the Court on June 22, 2006. (D.I. 93).

## I.  STIPULATED CONSTRUCTIONS.

During the meet and confer process, the parties agreed on the constructions set forth in **Exhibit A**.

## II.  CLAIM TERMS REQUIRING CONSTRUCTION BY THE COURT.

The parties' Joint Claim Construction Charts for U.S. Patent No. 6,192,508 (the "'508 Patent"), U.S. Patent No. 6,505,328 (the "'328 Patent"), U.S. Patent No. 6,519,745 (the "'745 Patent"), U.S. Patent 6,857,116 (the "'116 Patent") and U.S. Patent No. 6,854,093 (the "'093 Patent") are attached hereto as **Exhibits B, C, D, E and F**, respectively. Each chart identifies the disputed claim terms in each patent, the parties' proposed constructions for the disputed claim terms, and the parties' identification of the intrinsic and/or extrinsic evidence supporting its proposed construction.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| /s/ Karen Jacobs Louden | /s/ William J. Marsden, Jr. |
| Jack B. Blumenfeld (#1014) | William J. Marsden, Jr. (#2247) |
| Karen Jacobs Louden (#2881) | 919 N. Market St. |
| 1201 N. Market Street | P.O. Box 1114 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 652-5070 |
| (302) 658-9200 | Attorneys for Defendant Magma Design |
| Attorneys for Plaintiff Synopsys, Inc. | Automation, Inc. |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| James J. Elacqua | FISH & RICHARDSON P.C. |
| Valerie M. Wagner | Katharine Kelley Lutton |
| DECHERT LLP | Tamara Fraizer |
| 1117 California Avenue | 500 Arguello Street, Suite 500 |
| Palo Alto, CA 94304 | Redwood City, CA 94063 |
| (650) 813-4848 | 650-839-5070 |

George G. Gordon  
DECHERT LLP  
Cira Centre  
2929 Arch Street  
Philadelphia, PA  19104-2808  
(215) 261-2382  

Rebecca P. Dick  
DECHERT LLP  
1775 Eye Street, N.W.  
Washington, DC  20006-2401  
(202) 261-3432  

James Pooley  
L. Scott Oliver  
POOLEY & OLIVER LLP  
Five Palo Alto Square, 7th Floor  
Palo Alto, CA  94306-2121  
(650) 739-7020  

October 13, 2006