# EXHIBIT A

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

## LIST OF AGREED UPON TERM CONSTRUCTIONS

| '508 Claim Term | Agreed Construction |
|---|---|
| **fanins**<br><br>(Claim 11) | inputs to a circuit. |
| **fanouts**<br><br>(Claims 9, 10) | terminals connected to the output of a gate. |
| **gate**<br><br>(Claims 7-11) | a device having an output and one or more inputs, wherein the output is determined by the input, also referred to as a "cell." |
| **initial placement**<br><br>(Claims 1-18) | a first placement of the integrated circuit elements of an integrated circuit, which can then be modified. |
| **logically equivalent**<br><br>(Claim 7) | performing the same logical function. |
| **logic modification**<br><br>(Claims 1-18) | a modification of the actual logic of the circuit (as opposed to mere repositioning or trading places between gates). |
| **modifying logic**<br><br>(Claims 4, 5, 7-11) | modifying the actual logic of the circuit (as opposed to mere repositioning or trading places between gates). |
| **net**<br><br>(Claims 12-14, 16, 18) | a connection between integrated circuit elements. |
| **netlist**<br><br>(Claims 12-14, 16, 18) | a description of the connections between integrated circuit elements. |

12536315.2

| '508 Claim Term | Agreed Construction |
|---|---|
| **pin**<br><br>(Claim 8) | an input or an output of a gate.<br><br>[Construction for the '508 patent only.] |
| **placement**<br><br>(Claims 1-18) | assigning the cells of the circuit to locations on the chip. |
| **timing slack**<br><br>(Claim 5) | the degree to which a timing requirement is met in an integrated circuit design. |

| '328 Claim Term | Agreed Construction |
|---|---|
| **adapted**<br><br>(Claims 1-17) | suited. |
| **area query**<br><br>(Claims 1-17) | a request for objects intersecting a specified area (synonymous with region query). |
| **associated**<br><br>(Claims 1-17) | having a relationship with. |
| **disk storage**<br><br>(Claim 13) | persistent storage by means of a disk. |
| **logically correlated**<br><br>(Claims 1-17) | having a logical relationship. |
| **maintained**<br><br>(Claims 11, 12, 13) | kept. |
| **net**<br><br>(Claim 9) | a connection between integrated circuit elements. |

| '328 Claim Term | Agreed Construction |
|---|---|
| **netlist**<br><br>(Claims 1-17) | a description of the connections between integrated circuit elements. |
| **pin**<br><br>(Claim 10) | an input or an output of a gate. |
| **placement**<br><br>(Claim 15) | assigning the cells of the circuit to locations on the chip. |

| '745 Claim Term | Agreed Construction |
|---|---|
| **maintaining a congestion score for each bucket**<br><br>(Claims 1-8) | keeping or keeping up an adjusted congestion score during routing. |
| **a range of congestion scores is equivalent to a given spacing configuration for wires in a bucket**<br><br>(Claim 6) | a given range of congestion scores corresponds to a particular spacing between wires in a bucket. |
| **when routing a wire through a bucket, modifying the congestion score accordingly**<br><br>(Claims 1-8) | every time a wire is routed through a bucket, modifying the congestion score accordingly. |
| **routing**<br><br>(Claims 1-8) | interconnecting the components of the circuit with wiring. |
| **lateral capacitance**<br><br>(Claim 8) | capacitance due to the overlap along the side walls of a wire with adjacent signal wires. |

| '116 Claim Term | Agreed Construction |
| --- | --- |
| **netlist**<br><br>(Claims 1-52) | a description of the connections between integrated circuit elements. |
| **prior integrated circuit**<br><br>(Claims 1-52) | an integrated circuit that has undergone the physical design phase. |
| **pin**<br><br>(Claims 2, 10, 13, 14, 16, 24, 27-52) | a location at the edge of a block where a signal can enter the block or exit the block. |
| **pin assignment**<br><br>(Claims 2, 13, 14, 16, 27-52) | assignment of pin location. |
| **using said netlist and said physical design information**<br><br>(Claims 8, 9, 22, 23, 29-52) | using the netlist and the physical design information for the purpose of improving the current integrated circuit |
| **abutted-pin**<br><br>(Claims 10, 24, 38, 50) | pin(s) physically touching the edge or boundary of each block and resting against the edge or boundary of another block such that the pin(s) of one block abut(s) the pin(s) of another block. |
| **hierarchical physical design**<br><br>(Claims 10, 24, 38, 50) | a physical design with two or more levels. |
| **obstruction**<br><br>(Claims 11, 12, 25, 26, 36, 37, 48, 49) | an object or region in which further placement or routing is impeded |
| **placement**<br><br>(Claims 13, 14, 27-52) | assigning the cells of the circuit to locations on the chip. |
| **port**<br><br>(Claims 13, 14, 27-52) | an input or output internal to a block that may have connections to other ports in other blocks. |

12536315.2

| '116 Claim Term | Agreed Construction |
|---|---|
| **to determine pin assignments**<br><br>(Claims 13, 14, 27-52) | to determine pin assignments for the current integrated circuit. |
| **based on said top-level route**<br><br>(Claims 29-52) | using the top-level route for the purpose of improving pin assignments in the current integrated circuit |
| **pressing**<br><br>(Claims 14, 28) | Removing the top-level objects within the boundary of a block from the top-level netlist and merging those objects into the block-level netlist of that block. |

| '093 Claim Term | Agreed Construction |
|---|---|
| **pressing**<br><br>(Claims 1-40) | Removing the top-level objects within the boundary of a block from the top-level netlist and merging those objects into the block-level netlist of that block. |
| **netlist**<br><br>(Claims 1-40) | a description of the connections between integrated circuit elements. |
| **hierarchical state**<br><br>(Claims 1-40) | characterized by having at least two levels. |
| **abutted-pin**<br><br>(Claims 2-4, 12-14, 22-24, 32-34) | pin(s) physically touching the edge or boundary of each block and resting against the edge or boundary of another block such that the pin(s) of one block abut(s) the pin(s) of another block. |
| **hierarchical physical design**<br><br>(Claims 2-4, 12-14, 22-24, 32-34) | a physical design with two or more levels. |
| **placement**<br><br>(Claims 21-40) | assigning the cells of the circuit to locations on the chip. |

12536315.2

| '733 Claim Term | Agreed Construction |
|---|---|
| **HDL**<br><br>(Claims 1-14) | abbreviation for "Hardware Description Language" – a computer language for a high-level description of an integrated circuit design |
| **Netlist**<br><br>(Claims 1-26) | a description of the connections between integrated circuit elements |
| **Partitioning information**<br><br>(Claims 1-26) | data representative of the sets of re-orderable scan cells |
| **Clock domain**<br><br>(Claims 2, 9, 16, and 22-26) | a region of a circuit in which the timing behavior is identical or very similar |
| **Edge sensitivity types**<br><br>(Claims 3, 10, 17, 22- 26) | the type of sensitivity of a cell (e.g., a rising edge sensitivity or a falling edge sensitivity or a positive edge or negative edge) |
| **Reconfigurable multiplexer**<br><br>(Claims 4, 11, 18, and 24) | a switch used in a scan chain |
| **Clock skew tolerance levels**<br><br>(Claims 5, 12 and 19) | the difference in time allowed between the arrival of the clock signals at two or more places (e.g., within an acceptable time window). |
| **Surrounding cone logic**<br><br>(Claims 6, 13, 20, and 25) | a group of cells feeding a particular cell or being fed by a cell |
| **Output switching times**<br><br>(Claims 7, 14, and 21) | the time at which a cell's output transitions to a given state |
| **Scan chain**<br><br>(Claims 1-26) | scan cells connected together to form a chain or sequence |
| **Scan cells**<br><br>(Claims 1-26) | special memory cells specifically designed for test, which can be scanned |

| '501 Claim Term | Agreed Construction |
|---|---|
| **Netlist**<br><br>(Claims 1-26) | a description of the connections between integrated circuit elements |
| **Partitioning information**<br><br>(Claims 1-26) | data representative of the sets of re-orderable scan cells |

| '501 Claim Term | Agreed Construction |
|---|---|
| **Clock domain**<br><br>(Claims 2, 9, 16, 25, and 26) | a region of a circuit in which the timing behavior is identical or very similar |
| **Edge sensitivity types**<br><br>(Claims 3, 10, 17, 25, and 26) | the type of sensitivity of a cell (e.g., a rising edge sensitivity or a falling edge sensitivity or a positive edge or negative edge) |
| **Reconfigurable multiplexer**<br><br>(Claims 4, 11, 18, and 26) | a switch used in a scan chain |
| **Clock skew tolerance levels**<br><br>(Claims 5, 12, 19, and 26) | the difference in time allowed between the arrival of the clock signals at two or more places (e.g., within an acceptable time window). |
| **Surrounding cone logic**<br><br>(Claims 6, 13, 20, and 26) | a group of cells feeding a particular cell or being fed by a cell |
| **Output switching times**<br><br>(Claims 7, 14, and 21) | the time at which a cell's output transitions to a given state |
| **Scan chain**<br><br>(Claims 1-26) | scan cells connected together to form a chain or sequence |
| **Scan cells**<br><br>(Claims 1-26) | special memory cells specifically designed for test, which can be scanned |
| **Simultaneously switching output requirements**<br><br>(Claim 26) | limits to the number of output pins that can switch at one time |

EXHIBIT B

EXHIBIT B

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

**U.S. Patent No. 6,192,508**

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **bins**<br><br>(Claims 1-18 ) | one or more regions. | more than one bin. | **INTRINSIC EVIDENCE**<br>Claim 1 preamble.  (Col. 6, ll. 46-49).<br><br>"It is important that the area used by the logic optimizations be monitored.  Because the current placement (at the time of the logic optimizations) is based on a certain area of all the bins, if this information changes, then the placement may no longer be appropriate.  The change may result in placement being done again at each step, and possibly the process never converging.  Monitoring of the area used in order to preserve the feasibility of the placement is done by placing an upper bound on the area of each bin.  The proposed logic optimizations are only allowed to increase the bin area to the upper bound.  Bounding the increase in bin area guarantees convergence of the placement process."  (Col. 5, ll. 58 – col. 6, ll. 2).<br><br>"By the present amendment, the claims would be amended to account for the possibility of performing the present invention using only a single bin (i.e., | **INTRINSIC EVIDENCE**<br>2:21-6:44<br><br>**EXTRINSIC EVIDENCE**<br>Magma reserves the right to present expert opinion testimony by written declaration. |

1

12520073.11

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | one encompassing the entire integrated circuit) as opposed to multiple bins. This change is not believed to affect patentability of the claims.  Entry of the amendment is respectfully requested." (SYN1499158).  Amendment Under 37 C.F.R. § 312, dated March 6, 2000 (SYN1499155-158) in the '508 Patent Prosecution History (SYN1498962-SYN1499212). Response to Rule 312 Communication, dated May 9, 2000 (SYN1499159), in the '508 Patent Prosecution History (SYN1498962-SYN1499212). **EXTRINSIC EVIDENCE** "**region**  *n. Abbr.* **reg.  1**. Any large, usually continuous segment of a surface or space; an area."  *The American Heritage Dictionary of the English Language*, p. 1095 (William Morris, ed., Houghton Mifflin Co., 1976). Synopsys reserves the right to present expert opinion testimony by written declaration. | |

2

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **bin**<br><br>(Claims 1-15, 17, 18) | a region. | a rectangular (or square) portion of an integrated circuit bounded by gridlines. | Same evidence as cited for "**bins**." | **INTRINSIC EVIDENCE**<br>2:21-6:44<br>Claim 1<br><br>**EXTRINSIC EVIDENCE**<br>"Application-Specific Integrated Circuits," Michael John Sebastian Smith, 1997, p. 882-885.<br><br>Chang, *et.al*., "Physical Hierarchy Generation with Routing Congestion Control," ISPD 2002.<br><br>U.S. Patent No. 5,847,965.<br><br>U.S. Patent No. 6,442,743.<br><br>Magma reserves the right to present expert opinion testimony by written declaration. |
| **in an attempt to improve congestion by taking advantage of the logic modifications**<br><br>(Claims 2-11, 13, 14) | to relieve congestion where opportunities are provided by logic modifications. | with the purpose of reducing congestion by taking advantage of more than one logic modification. | **INTRINSIC EVIDENCE**<br>"The second method involves modifying the topology of the circuit by adding gates while maintaining the functionality, such that the added gates can then be moved by the placement steps to relieve congestion. | *See below* at "to allow congestion of the placement to be improved." |

3

EXHIBIT B

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | "An important aspect of the optimizations, specifically directed towards helping placement relieve congestion, is the ability to undo modifications if placement does not actually use the modifications.  The undo capability ensures that no area/power resources are wasted for transformations the are not used as intended."  (Col. 2, 43-52).<br><br>"Modification of logic to potentially improve circuit congestion (Step 5). Techniques such as fanout splitting are used for this. "Placement modification to take advantage of the preceding modifications (Step 6)."  (Col. 4, ll. 8-12).<br><br>"For many of the congestion relieving logic synthesis methods proposed as part of placement, there are two important issues that this invention addresses.  In most cases, logic synthesis cannot itself improve congestion, but rather only provide opportunities for placement to improve congestion, it is important to track which of these opportunities are | |

4

12520073.11

EXHIBIT B

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | actually used.  Any unused opportunities may result in wasted resources, since the logic optimization step used to create them typically uses additional area and power (for faster cells) or additional gates.  The use of the logic optimizations during placement is therefore actively tracked.  Any unused optimizations are undone to ensure that there are no wasted resources." (Col. 5, ll. 45-57).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **limits**<br><br>(Claims 1-18) | upper bounds. | more than one upper bound. | **INTRINSIC EVIDENCE**<br>"It is important that the area used by the logic optimizations be monitored.  Because the current placement (at the time of the logic optimizations) is based on a certain area of all the bins, if this information changes, then the placement may no longer be appropriate.  The change may result in placement being done again at each step, and possibly the process never converging.  Monitoring of the area used in order to preserve the feasibility of the placement is done by | **INTRINSIC EVIDENCE**<br>2:27-62<br>5:58-6:2<br><br>**EXTRINSIC EVIDENCE**<br>"Limit: 2 a : to set bounds or limits to: CONFINE." *Webster's New Collegiate Dictionary* (1981).<br><br>"Bound: 1 a : a limiting line." *Id*.<br><br>Compact Oxford English Dictionary:  1 a point beyond which something does |

5

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | placing an upper bound on the area of each bin.  The proposed logic optimizations are only allowed to increase the bin area to the upper bound.  Bounding the increase in bin area guarantees convergence of the placement process."  (Col. 5, ll. 58 – col. 6, ll. 2).<br><br>**EXTRINSIC EVIDENCE**<br>"Limit: 2 a : to set bounds or limits to: CONFINE." *Webster's New Collegiate Dictionary* (1981).<br><br>"Bound: 1 a : a limiting line."  *Id*.<br><br>"**limit**  *n. Abbr.* **lim**.  **1**.  The point, edge, or line beyond which something cannot or may not proceed; the final of furthest confines, bounds, or restriction of something.  **2**. *Usually plural*.  The boundary surrounding a specific area; bounds; within the city limits."  *The American Heritage Dictionary of the English Language*, p. 758 (William Morris, ed., Houghton Mifflin Co., 1976). | not or may not pass.<br><br>American Heritage Dictionary:  1. The point, edge, or line beyond which something cannot or may not proceed.<br><br>Magma reserves the right to present expert opinion testimony by written declaration. |

EXHIBIT B

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **means for calculating congestion of the initial placement**<br><br>(Claims 17, 18) | Construction of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is "calculating congestion of the initial placement."<br><br>The corresponding structure is:<br><br>o calculating congestion for the initial placement using interconnection models for interconnects between bins or within bins (Col. 3, ll. 35-38); or<br><br>o calculating congestion for the initial placement in accordance with an algorithm that calculates the total number of pins in the bin divided by the total routable area in the bin (Col. 4, ll. 61-67). | Construction of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is calculating congestion of the initial placement.<br><br>The corresponding structure is:<br><br>calculating the total number of pins in the bin divided by the total routable area in the bin. | **INTRINSIC EVIDENCE**<br>Corresponding structure is found in the specification at:<br>Col. 3, ll. 35-38<br>Col. 4, ll. 61-67<br><br>"Interconnection models for interconnects between bins and within bins provide both delay estimates for each interconnect in the circuit, as well as congestion estimates for each bin in the circuit." (Col. 3, ll. 35-38).<br><br>"One measure of the congestion in a bin is given by pin density, calculated as the total number of pins in the bin divided by the total routable area in the bin. Here a pin refers to either an input of an output of a cell. It is desirable to get a lower congestion since that is likely to make routing easier. It is possible for logic optimizations to directly reduce this measure of congestion." (Col. 4, ll. 61-67). | **INTRINSIC EVIDENCE**<br>4:61-63<br><br>**EXTRINSIC EVIDENCE**<br><br>Magma reserves the right to present expert opinion testimony by written declaration. |

7

EXHIBIT B

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | **EXTRINSIC EVIDENCE** Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **means for performing an initial placement of integrated circuit elements within bins on the design layout** (Claim 17) | Construction of this phrase is governed by 35 U.S.C. § 112, ¶ 6. The claimed function is "performing an initial placement of integrated circuit elements within bins on the design layout." The corresponding structure is: o placing cells in one or more regions using a placement tool that partitions cells into one or more regions at each stage of the placement (Col. 3, ll. 31-35); and o placing cells in accordance with a placement algorithm that is limited by the topology of the circuit (Col. 4, ll. 23-29). | Construction of this phrase is governed by 35 U.S.C. § 112, ¶ 6. The claimed function is performing an initial placement of integrated circuit elements within bins on the design layout. The corresponding structure is: [No corresponding structure is disclosed.] | **INTRINSIC EVIDENCE** Corresponding structure is found in the specification at: Col. 3, ll. 31-35 Col. 4, ll. 23-29 "The present invention may be used in conjunction with an electronic design automation placement tool. In accordance with an exemplary embodiment of one such placement tool, at each stage in cell placement, the cells are partitioned into a number of bins." (Col. 3, ll. 31-35). "Placement algorithms are limited in how they can place cells by the topology of the circuit. If the output of cell A is connected to (also referred to as 'fanning out to') four different terminals in different cells (indicated by the numbers 1-4) in FIG. 3(a), then the placement of A is strongly influenced by the placement of cells corresponding to | **INTRINSIC EVIDENCE** None. **EXTRINSIC EVIDENCE** Magma reserves the right to present expert opinion testimony by written declaration. |

8

12520073.11

EXHIBIT B

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | these terminals." (Col. 4, ll. 23-29).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **means for performing an initial placement of integrated circuit elements within bins on the design layout, connections between the integrated circuit elements being represented as nets within a netlist describing the integrated circuit design**<br><br>(Claim 18) | Construction of a portion of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is "performing an initial placement of integrated circuit elements within bins on the design layout."<br><br>The corresponding structure is:<br><br>○ placing cells in one or more regions using a placement tool that partitions cells into one or more regions at each stage of the placement (Col. 3, ll. 31-35); and<br><br>○ placing cells in accordance with a placement algorithm that is limited by the topology of the circuit (Col. 4, ll. 23-29). | Construction of a portion of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is performing an initial placement of integrated circuit elements within bins on the design layout.<br><br>The corresponding structure is:<br><br>[No corresponding structure is disclosed.]<br><br>Construction of:<br>**connections between the integrated circuit elements being represented as nets within a netlist describing the integrated circuit design**:<br>is not governed by 35 U.S.C. § 112, ¶ 6 and no construction | **INTRINSIC EVIDENCE**<br>Corresponding structure is found in the specification at:<br>Col. 3, ll. 31-35<br>Col. 4, ll. 23-29<br><br>"The present invention may be used in conjunction with an electronic design automation placement tool. In accordance with an exemplary embodiment of one such placement tool, at each stage in cell placement, the cells are partitioned into a number of bins." (Col. 3, ll. 31-35).<br><br>"Placement algorithms are limited in how they can place cells by the topology of the circuit. If the output of cell A is connected to (also referred to as 'fanning out to') four different terminals in different cells (indicated by the numbers 1-4) in FIG. 3(a), then the placement of | *See above* at "means for performing an initial placement of integrated circuit elements within bins on the design layout." |

9

12520073.11

EXHIBIT B

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | necessary; plain and ordinary meaning suffices.] | A is strongly influenced by the placement of cells corresponding to these terminals."  (Col. 4, ll. 23-29).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **means for, subject to limits on the increase in area of integrated circuit elements within a bin, performing logic modifications within selected bins of the integrated circuit design to allow congestion of the placement to be improved**<br><br>(Claim 17) | Construction of a portion of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is "performing logic modifications within selected bins of the integrated circuit design."<br><br>The corresponding structure includes performing logic modifications within selected bins of the integrated circuit design, each logic modification including one of:<br><br>o fanout splitting using buffering as shown in Figures 3A and 3B (*see* specification at col. 4, lines 23-45 and Figures 3A | Construction of a portion of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is performing logic modifications within selected bins of the integrated circuit design<br><br>The corresponding structure includes performing logic modifications within selected bins of the integrated circuit design, each logic modification including one of:<br><br>o fanout splitting using buffering as shown in Figures 3A and 3B (*see* specification at col. 4, lines 23-45 and Figures 3A | **INTRINSIC EVIDENCE**<br>Corresponding structure is found in the specification at:<br>Col. 2, ll. 22-29<br>Col. 2, ll. 43-46<br>Col. 2, ll. 53-62<br>Col. 3, ll. 65 to col. 5, ll. 44<br>Col. 5, ll. 58 to col. 6, ll. 2<br>Figures 3A to 3C<br>Figures 4A to 4B<br>Figures 5A to 5B<br>Figures 6A to 6B<br><br>"Different types of logic optimizations are used to help placement relieve congestion.  In one type of optimization, the speed of parts of the circuit is improved by selecting faster cells.  In another type of optimization, the topology of the circuit is changed such | **INTRINSIC EVIDENCE**<br><br>Figs. 3A, 3B, and 3C<br>4:22-67<br><br>Figs. 4A and 4B<br>5:1-12<br>5:34-39<br><br>Figs. 5A and 5B<br>5:13-25<br><br>Figs. 6A and 6B<br>5:26-44<br><br>*See below* at "subject to limits on the increase in area of integrated circuit |

10

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | and 3B). In other words, adding buffers at the output pin of a gate and distributing the fanouts of the gate between the added buffers.<br><br>○ fanout splitting using node splitting as shown in Figures 3A and 3C (*see* specification at col. 4, lines 23-36 and 46-52, and Figures 3A and 3C). In other words, replacing a gate with at least two copies of the gate, each of the copies fanning out to some of the fanouts of the gate.<br><br>○ intra-bin pin density logic optimization as shown in Figures 4A and 4B (*see* specification at col. 5, lines 1-12, and Figures 4A and 4B). In other words, replacing a set of gates in a bin with a different but logically equivalent set that has fewer pins.<br><br>○ input-splitting logic optimization as shown in Figures 4A, 4B, 6A and 6B | and 3B). In other words, adding buffers at the output pin of a gate and distributing the fanouts of the gate between the added buffers.<br><br>○ fanout splitting using node splitting as shown in Figures 3A and 3C (*see* specification at col. 4, lines 23-36 and 46-52, and Figures 3A and 3C). In other words, replacing a gate with at least two copies of the gate, each of the copies fanning out to some of the fanouts of the gate.<br><br>○ intra-bin pin density logic optimization as shown in Figures 4A and 4B (*see* specification at col. 5, lines 1-12, and Figures 4A and 4B). In other words, replacing a set of gates in a bin with a different but logically equivalent set that has fewer pins.<br><br>○ input-splitting logic optimization as shown in Figures 4A, 4B, 6A and 6B | that placement can now move cells, which could not have been moved before, to reduce congestion and thus enable routing." (Col. 2, ll. 22-29).<br><br>"The second method involves modifying the topology of the circuit by adding gates while maintaining the functionality, such that the added gates can then be moved by the placement steps to relieve congestion." (Col. 2, ll. 43-46).<br><br>"A critical problem in using logic optimization as part of placement is that logic optimization steps can and do increase the area of circuits. This increase in area can invalidate the results of any placement done thus far, and consequently result in the inability of the combination of these steps to converge. An important part of this invention is to actively bound the area increase of specific parts of the circuit which guarantees that the current placement results are still valid after the logic optimizations, consequently guaranteeing convergence of the integrated logic optimization and | elements within a bin."<br><br>*See above* at "to allow congestion of the placement to be improved."<br><br>**EXTRINSIC EVIDENCE**<br><br>Magma reserves the right to present expert opinion testimony by written declaration. |

11

12520073.11

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | (*see* specification at col. 5, lines 26-44, and Figures 4A, 4B, 6A and 6B).  In other words, replacing a gate having a plurality of input pins with a set of gates, each one of which has fewer input pins.<br>○ Inter-bin pin density logic optimization as shown in Figures 5A and 5B (*see* specification at col. 5, lines 13-25, and Figures 5A and 5B).  In other words, moving connections between gates and across bins to reduce pin density in a congested bin; and<br>○ performing logic modifications that speed up part of the circuit to improve timing slack in that part of the circuit, each logic modification including remapping (*see* Specification at col. 3, lines 65 through col. 4, line 7). | (*see* specification at col. 5, lines 26-44, and Figures 4A, 4B, 6A and 6B).  In other words, replacing a gate having a plurality of input pins with a set of gates, each one of which has fewer input pins.<br>○ Inter-bin pin density logic optimization as shown in Figures 5A and 5B (*see* specification at col. 5, lines 13-25, and Figures 5A and 5B).  In other words, moving connections between gates and across bins; and<br><br><br><br><br><br><br><br><br><br>**subject to limits on the increase in area of integrated circuit elements within a bin,** [Not part | placement steps."  (Col. 2, ll. 53-62).<br><br>"It is important that the area used by the logic optimizations be monitored.  Because the current placement (at the time of the logic optimizations) is based on a certain area of all the bins, if this information changes, then the placement may no longer be appropriate.  The change may result in placement being done again at each step, and possibly the process never converging.  Monitoring of the area used in order to preserve the feasibility of the placement is done by placing an upper bound on the area of each bin.  The proposed logic optimizations are only allowed to increase the bin area to the upper bound.  Bounding the increase in bin area guarantees convergence of the placement process."  (Col. 5, ll. 58 – col. 6, ll. 2).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |

12

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | of the § 112, ¶ 6 language.] [*See below* for construction.]<br><br>**to allow congestion of the placement to be improved:** [Not part of the § 112, ¶ 6 language.] [*See below* for construction.] | | |
| **means, subject to limits on the increase in area of integrated circuit elements within a bin, performing logic modifications within selected bins of the integrated circuit design; wherein the logic modifications improve timing of selected nets belonging to the selected bins, reducing constraints on a subsequent placement step**<br><br>(Claim 18) | Construction of a portion of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is "performing logic modifications within selected bins of the integrated circuit design; wherein the logic modifications improve timing of selected nets belonging to the selected bins, reducing constraints on a subsequent placement step."<br><br>The corresponding structure is:<br>o Performing logic modifications that speed up part of the circuit to improve timing slack in that part of the circuit, each logic | Construction of a portion of this phrase is governed by 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is performing logic modifications within selected bins of the integrated circuit design<br><br><br><br>The corresponding structure includes performing logic modifications within selected bins of the integrated circuit design, each logic modification including one of: | **INTRINSIC EVIDENCE**<br>Corresponding structure is found in the specification at:<br>Step 4 of Figure 2<br>Col. 2, ll. 22-29<br>Col. 2, ll. 36-43<br>Col. 2, ll. 53-62<br>Col. 3, ll. 65 to col. 4, ll. 7<br>Col. 5, ll. 58 to col. 6, ll. 2.<br><br>"MODIFICATION OF LOGIC TO IMPROVE DELAY AND POTENTIALLY IMPROVE CONGESTION"  (Figure 2, step 4).<br><br>"Different types of logic optimizations are used to help placement relieve congestion.  In one type of optimization, the speed of parts of the circuit is improved by selecting faster cells.  In | *See above* at "means for, subject to limits on the increase in area of integrated circuit elements within a bin, performing logic modifications within selected bins of the integrated circuit design." |

13

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | modification including either remapping or buffering. *See* Specification at col. 3, lines 65 through col. 4, line 7. | ○ fanout splitting using buffering as shown in Figures 3A and 3B (*see* specification at col. 4, lines 23-45 and Figures 3A and 3B). In other words, adding buffers at the output pin of a gate and distributing the fanouts of the gate between the added buffers.<br><br>○ fanout splitting using node splitting as shown in Figures 3A and 3C (*see* specification at col. 4, lines 23-36 and 46-52, and Figures 3A and 3C). In other words, replacing a gate with at least two copies of the gate, each of the copies fanning out to some of the fanouts of the gate.<br><br>○ intra-bin pin density logic optimization as shown in Figures 4A and 4B (*see* specification at col. 5, lines 1-12, and Figures 4A and 4B). In other words, replacing a set of gates in a bin with a different but logically equivalent set that has fewer | another type of optimization, the topology of the circuit is changed such that placement can now move cells, which could not have been moved before, to reduce congestion and thus enable routing." (Col. 2, ll. 22-29).<br><br>"There are two specific ways in which logic optimization aids placement in relieving congestion. The first method involves determining parts of the circuit which are congested, and then speeding up the logic in these parts. This speedup provides timing slack for a subsequent placement step to move cells while ensuring that this move does not cause the modified interconnections to violate timing constraints." (Col. 2, ll. 36-43).<br><br>"A critical problem in using logic optimization as part of placement is that logic optimization steps can and do increase the area of circuits. This increase in area can invalidate the results of any placement done thus far, and consequently result in the inability of the combination of these steps to converge. An important part of this invention is to actively bound the area increase of | *See above* at "selected nets belonging to the selected bins."<br><br><br><br><br><br>*See above* at "reducing constraints on a subsequent placement step." |

14

12520073.11

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | pins.<br>o input-splitting logic optimization as shown in Figures 4A, 4B, 6A and 6B (*see* specification at col. 5, lines 26-44, and Figures 4A, 4B, 6A and 6B). In other words, replacing a gate having a plurality of input pins with a set of gates, each one of which has fewer input pins.<br>o Inter-bin pin density logic optimization as shown in Figures 5A and 5B (*see* specification at col. 5, lines 13-25, and Figures 5A and 5B). In other words, moving connections between gates and across bins; and<br><br>**subject to limits on the increase in area of integrated circuit elements within a bin,** [Not part of the § 112, ¶ 6 language.] [*See below* for construction.]<br><br>**wherein the logic modifications improve timing of:** | specific parts of the circuit which guarantees that the current placement results are still valid after the logic optimizations, consequently guaranteeing convergence of the integrated logic optimization and placement steps." (Col. 2, ll. 53-62).<br><br>"Modification of logic to improve delay (Step 4), e.g., speeding up part of the circuit to improve slack in that part of the circuit. Conventional logic optimization techniques such as remapping and buffering are used for this. The purpose of this step is twofold. Such timing improvement is desirable in and of itself[.] Also, if positive slack is achieved for parts of the congested circuit, this positive slack provides room for a subsequent placement step to move the cells in this part further away to reduce congestion." (Col. 3, ll. 65 – col. 4, ll. 7).<br><br>"It is important that the area used by the logic optimizations be monitored. Because the current placement (at the time of the logic optimizations) is based on a certain area of all the bins, if this | |

15

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | [Not part of the § 112, ¶ 6 language.]<br>[No construction necessary; plain and ordinary meaning suffices.]<br><br>**selected nets belonging to the selected bins**,<br>[Not part of the § 112, ¶ 6 language.]<br>[*See below* for construction.]<br><br>**reducing constraints on a subsequent placement step**:<br>[Not part of the § 112, ¶ 6 language.]<br>[*See below* for construction.] | information changes, then the placement may no longer be appropriate. The change may result in placement being done again at each step, and possibly the process never converging. Monitoring of the area used in order to preserve the feasibility of the placement is done by placing an upper bound on the area of each bin. The proposed logic optimizations are only allowed to increase the bin area to the upper bound. Bounding the increase in bin area guarantees convergence of the placement process." (Col. 5, ll. 58 – col. 6, ll. 2).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **reducing constraints on a subsequent placement step**<br><br>(Claims 12-14, 16, 18) | reducing one or more constraints on a subsequent placement step. | reducing more than one constraint on a subsequent placement step with the purpose of reducing congestion during the subsequent placement step. | **INTRINSIC EVIDENCE**<br>"The circuit has timing constraints imposed on it that it needs to satisfy. The delay estimates of the interconnection, combined with the delays of the cells and the timing constraints imposed on the design, are converted to timing slack information for each part of the circuit. A negative | *See above* at "in an attempt to improve congestion by taking advantage of the logic modifications." |

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | timing slack indicates that that part of the circuit is not meeting the timing constraints.  A positive slack indicates that that part of the circuit is producing its result faster that is needed and can thus be slowed down without violating its timing constraints.  More generally, 'slack' is defined herein as a measure of the degree to which a timing requirement is met in an integrated circuit design.  "The traditional role of logic synthesis has been to identify areas of the circuit which have negative timing slack and then modify the circuit so as to fix this problem.  As described herein, logic synthesis is used to aid placement to achieve both acceptable delays and congestion, by making circuit modifications that increase the timing slack in the congested parts."  (Col. 3, ll. 38-56).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration.<br><br>See also the same evidence as cited for "**bins**." | |

17

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **selected bins**<br><br>(Claims 1-18) | one or more selected regions. | more than one bin selected based on congestion**.** | Same evidence as cited for "**bins**." | **INTRINSIC EVIDENCE**<br>2:28-33<br>2:37-43<br>3:50-56<br>3:61-62<br>4:22-23<br>4:53-55<br>4:59-60<br>4:64-67<br>5:13-15<br>6:30-35<br>Fig. 2<br>Claims 1, 2, 3, and 4.<br>Applicant Response, 1/20/2000, at 2, 3, 4.<br>Notice of Allowability, 1/31/2000, at 2.<br><br>**EXTRINSIC EVIDENCE**<br><br>Magma reserves the right to present expert opinion testimony by written declaration. |
| **selected nets belonging to the selected bins**<br><br>(Claims 12-14, 16, 18) | selected nets belonging to one or more selected regions. | more than one selected net belonging to the more than one selected bin. | Same evidence as cited for "**bins**." | **INTRINSIC EVIDENCE**<br>2:37-43<br>3:61-62<br>7:45-47<br>8:26-28 |

18

12520073.11

EXHIBIT B

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | | 8:60-61 **EXTRINSIC EVIDENCE** Magma reserves the right to present expert opinion testimony by written declaration. |
| **subject to limits on the increase in area of integrated circuit elements within a bin** (Claims 1-18) | conditional on upper bounds on the increase in area of integrated circuit elements within a region. | subject to the logic modifications not causing an increase in area of integrated circuit elements beyond two or more limits on the area. | **INTRINSIC EVIDENCE** "It is important that the area used by the logic optimizations be monitored. Because the current placement (at the time of the logic optimizations) is based on a certain area of all the bins, if this information changes, then the placement may no longer be appropriate. The change may result in placement being done again at that step, and possibly the process never converging. Monitoring of the area used in order to preserve the feasibility of the placement is done by placing an upper bound on the area of each bin. The proposed logic optimizations are only allowed to increase the bin area to the upper bound. Bounding the increase in bin area guarantees convergence of the placement process." (Col. 5, ll. 58 – col. 6, ll. 2). | *See above* at "Limit." |

12520073.11

EXHIBIT B

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | See also the same evidence as cited for "**bins**." See also the same evidence as cited for "**limits**." **EXTRINSIC EVIDENCE** Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **to allow congestion of the placement to be improved** (Claims 1-11, 15, 17) | to provide opportunities for placement to improve congestion. | with the purpose of reducing congestion of the placement. | **INTRINSIC EVIDENCE** "The second method involves modifying the topology of the circuit by adding gates while maintaining the functionality, such that the added gates can then be moved by the placement steps to relieve congestion. "An important aspect of the optimizations, specifically directed towards helping placement relieve congestion, is the ability to undo modifications if placement does not actually use the modifications.  The undo capability ensures that no area/power resources are wasted for transformations the are not used as intended."  (Col. 2, 43-52). "Modification of logic to potentially | **INTRINSIC EVIDENCE** 2:21-22 2:28-33 3:50-56 4:22-23 4:59-60 4:64-67 6:30-35. Applicant Response, 1/20/2000, at 2, 3, 4. Notice of Allowability, 1/31/2000, at 2. **EXTRINSIC EVIDENCE** U.S. Patent No. 6,099,580. "Application-Specific Integrated Circuits," Michael John Sebastian Smith, 1997, ch. 16. |

EXHIBIT B

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | improve circuit congestion (Step 5). Techniques such as fanout splitting are used for this. "Placement modification to take advantage of the preceding modifications (Step 6)." (Col. 4, ll. 8-12). <br><br>"For many of the congestion relieving logic synthesis methods proposed as part of placement, there are two important issues that this invention addresses. In most cases, logic synthesis cannot itself improve congestion, but rather only provide opportunities for placement to improve congestion, it is important to track which of these opportunities are actually used. Any unused opportunities may result in wasted resources, since the logic optimization step used to create them typically uses additional area and power (for faster cells) or additional gates. The use of the logic optimizations during placement is therefore actively tracked. Any unused optimizations are undone to ensure that there are no wasted resources." (Col. 5, ll. 45-57). | "Physical Design CAD in Deep Sub-Micron Era," Mitsuhashi *et al.*, 1996, EURO-DAC '96. <br><br>"Fanout-tree Restructuring Algorithm for Post-placement Timing Optimization," T. Aoki, 1995. <br><br>Magma reserves the right to present expert opinion testimony by written declaration. |

21

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '508 Patent Claims | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | "This invention will significantly reduce, if not eliminate, the iterations needed by considering not only the impact of interconnect during logic optimization of area/timing, but also at the same time doing logic optimization to help placement relieve congestion and thus generate a circuit that is easily routable." (Col. 6, ll. 30-35).<br><br>**EXTRINSIC EVIDENCE**<br>"**allow** *tr.v.* … **6.** To provide (the needed amount): *allow funds in case of emergency.*" *The American Heritage Dictionary of the English Language*, p. 35 (William Morris, ed., Houghton Mifflin Co., 1976).<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |

22

# EXHIBIT C

EXHIBIT C

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

U.S. Patent No. 6,505,328

| '328 Claim Term | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **active memory**<br><br>(Claims 11, 12, 13) | temporary data storage that can be read and changed while the computer is in use. | temporary data storage that can be read and changed while the computer is in use, including but not limited to main, cache and virtual memories. | **INTRINSIC EVIDENCE**<br>"Then, that node, its children, netlists and the like would be read into active memory from disk and manipulated." Col. 8, ll. 16-18.<br><br>**EXTRINSIC EVIDENCE**<br>(http://www.consumertechtips.com/glossary.html).<br><br>(http://www.unc.edu/courses/pre2000fall/hpaa85/hp85voc.html).<br><br>Synopsys reserves the right to present expert opinion testimony by written declaration. | **INTRINSIC EVIDENCE**<br>1:66-2:4<br>8:5-18<br>8:25-31<br><br>**EXTRINSIC EVIDENCE**<br>"Main memory (main store; main storage): The storage that is closely associated with the processor of a computer system and from which the program instruction and data can be directly retrieved and to which the resulting data is written prior to transfer to backing store or output device. In modern machines this is usually a semiconductor memory but in somewhat earlier machines core stores were used. The majority of storage activity takes place in the main memory but the backing store has usually the larger capacity." *Dictionary of Computing* 215 (Oxford University Press 1983).<br><br>"Active: *Another term for* running." *Id.* at 4.<br><br>"Memory: A device or medium that can retain information for subsequent |

1

EXHIBIT C

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '328 Claim Term | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | | retrieval. The term is synonymous with storage and store, although it is most frequently used for referring to the internal storage of a computer that can be directly addressed by operating instructions. See main memory, cache memory, semiconductor memory, memory hierarchy, memory management." *Id.* at 221.<br><br>V. Heuring and H. F. Jordan, *Computer Systems Design and Architecture*, Addisson-Wesley, Reading, MA, 1997: Section 7.1, Table 7.3.<br><br>Expert opinion testimony by written declaration. |
| **common data model**<br><br>(Claims 1-17) | [No reason to define term, the body of claim 1 explicitly defines the term.] | one or more data objects that represent corresponding objects in a logical or physical circuit that are shared, without translation, by multiple levels of design data and by different stages of the design process. | **INTRINSIC EVIDENCE**<br>Original Application, dated April 27, 1999, in '328 Patent Prosecution History (SYN1499213-SYN1500340).<br><br>Office Action Summary/Detailed Action, dated June 6, 2001, in '328 Patent Prosecution History (SYN1499213-SYN1500340). | **INTRINSIC EVIDENCE**<br>2:45-55<br>3:3-39<br>3:46-48<br>4:65-7:57<br>5:9-6:61<br>7:67-8:4<br>8:5-47<br>9:7-12<br>Figs. 4, 5, 6<br>Amendment responsive to Office Action of October 9, 2001. |

2

EXHIBIT C

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '328 Claim Term | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | Interview Summary, dated October 12, 2001, in '328 Patent Prosecution History (SYN1499213-SYN1500340).<br><br>Amendment, dated October 15, 2001, in '328 Patent Prosecution History (SYN1499213-SYN1500340).<br><br>Office Action Summary/Detailed Action, dated January 31, 2002, in '328 Patent Prosecution History (SYN1499213-SYN1500340).<br><br>Request for Continued Examination (RCE) and Preliminary Amendment, dated May 31, 2002, in '328 Patent Prosecution History (SYN1499213-SYN1500340).<br><br>Detailed Action, dated July 12, 2002, in '328 Patent Prosecution History (SYN1499213-SYN1500340).<br><br>Summary of the Interview, dated July 12, 2002, in '328 Patent Prosecution History (SYN1499213-SYN1500340). Notice of Allowability, in '328 Patent Prosecution History (SYN1499213-SYN1500340). | Office Action of January 27, 2002. Preliminary Amendment of May 31, 2002. Notice of Allowability of July 12, 2002.<br><br>**EXTRINSIC EVIDENCE**<br>"Data model (1) A description of data that consists of all entities represented in a data structure or database and the relationships that exist among them . . . ." *The Authoritative Dictionary of IEEE Standard Terms* (7th Ed. 2000).<br><br>"Common *adj.* . . . . 1. Belonging equally to two or more; shared by all alike; joint: common interests." *The American Heritage Dictionary of the English Language* 268 (1978).<br><br>Expert opinion testimony by written declaration. |

3

EXHIBIT C

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '328 Claim Term | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | **EXTRINSIC EVIDENCE**<br>Deposition of Silicon Integrated Initiative ("SI2"), by Don Cottrell, July 25, 2006, at 67:25-70:14.<br><br>"The invention claimed in the '328 patent is a model for representing a circuit that is capable of being utilized throughout the different stages of the design process, from behavioral synthesis to placement and routing. The objects in the model, once associated with a physical location, are also subsequently adapted for retrieval using an area query.  At least one of the following elements, among others, are missing from the prior art:  adaptation for retrieval using an area query and the ability to use the same model from behavioral synthesis to placement and routing."  Magma's Response to Interrogatory No. 14 (April 6, 2006).<br><br>"**data model**  (2) A conceptual representation of the information requirements, data flows, and data relationships for an organization, facility, activity, or process." *IEEE 100: The Authoritative Dictionary of IEEE Standards Terms*, 7th ed., p. 272 (Standards Information Network, IEEE | |

12520075.11

EXHIBIT C

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '328 Claim Term | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | Press, Dec. 2000). "**data model** (1) A logical view of the organization of data in a database. (T) (2) In a database, the user's logical view of the data in contrast to the physically stored data, or storage structure. (A) (3) A description of the organization of data in a manner that reflects the information structure of an enterprise. (A) (4) See entity-relationship data model. (A)" George McDaniel, ed., *IBM Dictionary of Computing*, p. 173 (McGraw-Hill, Inc., 1994). Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **data representation** (Claims 1-17) | [No reason to define term, the body of claim 1 explicitly defines the term.] | data objects, each of which stands for an element in an integrated circuit. | **EXTRINSIC EVIDENCE** Synopsys reserves the right to present expert opinion testimony by written declaration. | **INTRINSIC EVIDENCE** 2:45-55 3:3-39 3:46-48 4:65-7:57 5:9-6:61 7:67-8:4 8:5-47 9:7-12 Figs. 4, 5, 6 Amendment responsive to Office Action of October 9, 2001. |

5

EXHIBIT C

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '328 Claim Term | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | | Office Action of January 27, 2002. Preliminary Amendment of May 31, 2002. Notice of Allowability of July 12, 2002.<br><br>**EXTRINSIC EVIDENCE**<br>"Represent tr.v. 1. To stand for; symbolize." *The American Heritage Dictionary of the English Language* 1104 (1978).<br><br>Expert opinion testimony by written declaration. |

6

EXHIBIT D

EXHIBIT D

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

**U.S. Patent No. 6,519,745**

| '745 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **buckets**<br><br>(Claims 1-8) | rectangular, coarse placement region within the chip's core area.. | a coarse, rectangular region within the chip's core area. | **INTRINSIC EVIDENCE**<br>"[T]he core . . . where the cells are placed is divided into coarse placement regions called buckets . . . ." '745 patent at 6:47-49.<br><br>'745 patent at 4:10-12; 6:17-8:4; 9:62-10:7; 10:39-42; Figs. 3 & 4.<br><br>**EXTRINSIC EVIDENCE**<br>"[A] bucket is a small region in which cells are placed." Magma glossary at GL-6 (definition of "bucket"). MAG0021251.<br><br>Definition of "placement"; Magma glossary at GL-42-43'; MAG 0021287-88.<br><br>Magma Methodology Plan: Goals, Methodology and Design Flow, MAG 0123222-51. | **INTRINSIC EVIDENCE**<br>Abstract<br>4:10-18<br>6:43-67<br>7:1-18<br>8:5-57<br>10:8-10<br>11:11-17<br>Figs. 4, 7, 8<br>Response to Office Action of June 14, 2002<br>Notice of Allowability of September 5, 2002<br><br>**EXTRINSIC EVIDENCE**<br>Expert opinion testimony by written declaration. |

12536629.2

<u>Synopsys, Inc. v. Magma Design Automation, Inc.</u>
(Case No. 05-701-GMS)

| '745 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | Magma Bucket Equalization: Purpose, Ins and Outs, Approaches, MAG 0140192-97.<br><br>U.S. Patent Nos. 6,230,304; 6,453,446.<br><br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |
| **congestion score**<br><br>(Claims 1-8) | the ratio of routing resources used so far to the total routing resources available. | a ratio measure of routing resources. | **INTRINSIC EVIDENCE**<br>"The congestion score for a bucket is defined as the ratio of the routing resources used so far to the total routing resources available in the bucket." '745 patent at 8:33-36.<br><br>'745 patent at 3:63-4:3; 4:10-18; 8:17-9:29; Fig. 7; abstract.<br><br>**EXTRINSIC EVIDENCE**<br>Michael J.S. Smith, <u>Application-Specific Integrated Circuits</u> 859-861 (1997) | **INTRINSIC EVIDENCE**<br>3:63-4:3<br>4:10-18<br>8:30-45<br>Fig. 7<br>Claim 2<br><br>**EXTRINSIC EVIDENCE**<br>Expert opinion testimony by written declaration. |

12536629.2

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

| '745 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | U.S. Patent No. 6,618,846, at 5:53-57.<br><br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |

3

12536629.2

EXHIBIT E

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

**U.S. Patent No. 6,857,116**

| '116 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **generating said physical design**<br><br>(Claims 1-28) | producing an improved physical design for the current integrated circuit | **Plain meaning – no construction needed.** | **INTRINSIC EVIDENCE**<br><br>"Thus, the software tools of the physical design phase 910 can customize the current integrated circuit to avoid the problems of the prior integrated circuit and to realize the benefits of the prior integrated circuit." '116 patent at 9:16-19.<br><br>"By using physical design information 930 (concerning the block-level of the prior integrated circuit) at the top-level of the current integrated circuit, the decisions made at the top-level with respect to the top-level objects of the current integrated circuit will be able to reduce the problems present in the prior integrated circuit and will be able to generate solutions to overcome the problems present in the prior integrated circuit, improving the optimization of the abutted-pin hierarchical physical design | **INTRINSIC EVIDENCE**<br>2:23-60<br>6:64-7:7<br>7:26-58<br>7:66-8:-65<br>8:66-9:43<br>Amendment and Response to Office Action of February 3, 2003<br>Office Action of April 28, 2003<br><br>**EXTRINSIC EVIDENCE**<br>"Generate, v.: . . . 3. To bring about, give rise to, produce." *Oxford English Dictionary* (2d. Ed. 1989).<br><br>Expert opinion testimony by written declaration. |

1

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '116 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | process of the present invention. Thus, if the physical design information 930 has information about several prior integrated circuits, the current integrated circuit is more likely to be optimized." '116 patent at 9:23-34.<br><br>"In sum, the pin assignments generated with the use of the physical design information of the prior integrated circuit (FIGS. 10A-10C) were more optimal than the pin assignments generated without the use of the physical design information of the prior integrated circuit (FIGS. 10A-10C)." '116 patent at 10:53-57.<br><br>"a method of improving a physical design of a current integrated circuit…." Preamble of claims 1, 15.<br><br>'116 patent at 2:39-43; 8:8-30; 8:45-46; 8:58-11:22. | |

12531382.9

EXHIBIT E

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

| '116 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | Figs. 4-5, 8, 9B; 10A-C; 11A-C; 12A-C.<br><br>Title of '116 patent.<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |

3

EXHIBIT F

EXHIBIT F

**Synopsys, Inc. v. Magma Design Automation, Inc.**
**(Case No. 05-701-GMS)**

**U.S. Patent No. 6,854,093**

| '093 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| **press property**<br><br>(Claims 21-40) | a property that is stored in a database, such that, if the property is present, the portion of the top-level object within the boundary of the block retains its location when pressed into the block, and, if the property is not present, the portion of the top-level object generally does not retain its location when pressed into the block. | a property such that, if the property is present, the portion of the top-level object within the boundary of the block retains its location when pressed into the block, and, if the property is not present, the portion of the top-level object generally does not retain its location when pressed into the block. | **INTRINSIC EVIDENCE**<br>"Typically, the routing metal 30 includes a plurality of properties that are stored in a database." '093 patent at 11:44-46.<br><br>"In an embodiment, a press property is added to the properties of the top-level object 60 stored in a database. If the top-level object 60 has the press property, the top-level object 60 retains its location when the top-level object 60 is pressed into block110, block220, and block330, as illustrated in the block-level view of the integrated circuit 300 in FIG. 14C. If the top-level object 60 does not have the press property, the top-level object 60 generally does not retain its location when the top-level object 60 is pressed into block110, block220, and block330, as illustrated in the block-level view of the integrated circuit 300 in FIG. | **INTRINSIC EVIDENCE**<br>August 17, 2004 Amendment and Response<br>Claims 30 and 40<br>2:38-46<br>9:4-25<br>11:31-52<br>12:4-24<br><br>March 3, 2003 Amendment and Response ('116 patent)<br>April 28, 2003 Office Action ('116 patent)<br><br>**EXTRINSIC EVIDENCE**<br>Expert opinion testimony by written declaration. |

1

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '093 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | 14B. For example, top-level objects such as power and ground have the press property. As illustrated in FIG. 14B, the pins 51A-51B and 52A-52B are defined. However, the software tool is not constrained to placing the top-level object 60 in the block-level exactly as it was placed at the top-level." '093 patent at 12:4-18.<br><br>'093 patent at 2:57-62; 12:18-22, Figs. 14A, 14B, 14C.<br><br>Bodies of claims 21, 31:<br>"c) if said top-level object includes a press property, performing a block-level placement for said particular block such that a block-level physical location of said portion of said top-level object is substantially equivalent to a top-level physical location of said portion of said top-level object; and<br>"d) if said top-level object does not include a press property, performing said block-level | |

**Synopsys, Inc. v. Magma Design Automation, Inc.**
(Case No. 05-701-GMS)

| '093 Claim Terms | Synopsys' Proposed Construction | Magma's Proposed Construction | Synopsys' Support | Magma's Support |
|---|---|---|---|---|
| | | | placement for said particular block without regard to said top-level physical location of said portion of said top-level object."<br><br>**EXTRINSIC EVIDENCE**<br>Synopsys reserves the right to present expert opinion testimony by written declaration. | |