IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of Second Amended Notice Of Subpoena In A Civil

Case To U.C. Berkeley were caused to be served on October 19, 2006 upon the following

counsel in the manner indicated:

**BY FEDERAL EXPRESS**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Dara Tabesh
Pooley & Oliver, LLP
Five Palo Alto Square, 7th Floor
3000 El Camino Real
Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
 Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

October 19, 2006

499621v3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2006 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to William J.

Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on

October 19, 2006 upon the following in the manner indicated:

<u>By Hand & Email</u>                    <u>By Email</u>

William J. Marsden, Jr.               James Pooley
Fish & Richardson P.C.                Pooley & Oliver, LLP
919 N. Market St.                     Five Palo Alto Square, 7th Floor
P.O. Box 1114                         3000 El Camino Real
Wilmington, DE  19899                 Palo Alto, CA  94306-2109


*/s/ Karen Jacobs Louden*
klouden@mnat.com (#2881)