IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of Notice of Subpoena in a Civil Case to Silicon Graphics, Inc. were caused to be served on October 20, 2006 upon the following counsel in the manner indicated:

### BY ELECTRONIC MAIL AND U.S. MAIL

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE 19899

L. Scott Oliver
Pooley & Oliver, LLP
Five Palo Alto Square, 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
 Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

James Elacqua
Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

October 20, 2006

499621

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 20, 2006 upon the following in the manner indicated:

| **By Hand & Email** | **By Email** |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE  19899 | James Pooley<br>Pooley & Oliver, LLP<br>Five Palo Alto Square, 7th Floor<br>3000 El Camino Real<br>Palo Alto, CA  94306-2109 |

*/s/ Karen Jacobs Louden*
klouden@mnat.com (#2881)