IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff and Counter-Defendant, | )<br>)<br>) |
| v. | )   C.A. No. 05-701 (GMS)<br>) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | )<br>)<br>) |
| Defendant and Counterclaimant. | )<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiff Synopsys, Inc.'s Notice of Subpoena to NVIDIA Corporation were caused to be served on October 25, 2006 upon the following counsel in the manner indicated:

### BY E-MAIL & U.S. MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St., P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | Pooley & Oliver, LLP<br>Five Palo Alto Square, 7th Fl.<br>3000 El Camino Real<br>Palo Alto, CA 94306-2109<br>jpooley@pooleyoliver.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com
   Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

October 25, 2006

537310

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 25, 2006 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

　

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com