# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) ) |
| v. | ) ) ) C.A. No. 05-701 GMS |
| MAGMA DESIGN AUTOMATION, a Delaware Corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) ) |
| AND RELATED COUNTERCLAIMS. | ) ) ) |

### DECLARATION OF WILLIAM J. MARSDEN, JR., IN SUPPORT OF MAGMA'S OPPOSITION TO SYNOPSYS' RENEWED MOTION TO BIFURCATE TRIAL OF ANTITRUST CLAIMS AND TO STAY DISCOVERY RELATED EXCLUSIVELY THERETO

I, William J. Marsden, Jr., am an attorney at the law firm of Fish & Richardson P.C., counsel of record for Defendant and Counterclaimant in the above-referenced matter. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

1.  Attached as Exhibit A is a true and correct copy of a letter from James Pooley to Valerie Wagner dated May 25, 2006.

2.  Attached as Exhibit B is a true and correct copy of a letter from L. Scott Oliver to Valerie M. Wagner dated June 1, 2006.

3.  Attached as Exhibit C is a true and correct copy of a letter from Dara Tabesh to Connie Merriett dated September 21, 2006.

    4.    Attached as Exhibit D is a true and correct copy of a press release by Synopsys dated September 15, 2006.

    5.    Attached as Exhibit E is a true and correct copy of a letter from Jennifer L. Ishimoto to Valerie M. Wagner dated September 25, 2006.

    6.    Attached as Exhibit F is a true and correct copy of a letter from Jennifer L. Ishimoto to Valerie M. Wagner dated October 4, 2006.

    7.    Attached as Exhibit G is a true and correct copy of an email exchange between Jennifer L. Ishimoto and Valerie M. Wagner dated October 12, 2006.

    8.    Attached as Exhibit H is a true and correct copy of a letter from Dara Tabesh to Connie E. Merriett dated October 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 27, 2006                          */s/ William J. Marsden, Jr.*
                                                              William J. Marsden, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the **DECLARATION OF WILLIAM J. MARSDEN, JR., IN SUPPORT OF MAGMA'S OPPOSITION TO SYNOPSYS' RENEWED MOTION TO BIFURCATE TRIAL OF ANTITRUST CLAIMS AND TO STAY DISCOVERY RELATED EXCLUSIVELY THERETO** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Attorneys for Plaintiffs<br>Synopsys, Inc. |

I hereby certify that on October 27, 2006, I have mailed by electronic mail and United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

                                                           */s/ William J. Marsden, Jr.*
                                                          William J. Marsden, Jr. (#2247)

80038567.doc