IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware corporation, <br>       Plaintiff and <br>       Counter-Defendant, <br><br>     v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware corporation, <br>       Defendant and <br>       Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 05-701 (GMS) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiff Synopsys, Inc.'s Third Amended Notice of Subpoena to U.C. Berkeley were caused to be served on October 26, 2006, and that copies of Plaintiff Synopsys, Inc.'s Notice of Subpoena to Fenwick & West LLP and Notice of Subpoena to Pillsbury Winthrop Shaw Pittman LLP were caused to be served on October 27, 2006, upon the following counsel in the manner indicated:

### BY E-MAIL & U.S. MAIL

| | |
|---|---|
| William J. Marsden, Jr. <br> Fish & Richardson P.C. <br> 919 N. Market St., P.O. Box 1114 <br> Wilmington, DE 19899 <br> marsden@fr.com | Pooley & Oliver, LLP <br> Five Palo Alto Square, 7th Fl. <br> 3000 El Camino Real <br> Palo Alto, CA 94306-2109 <br> jpooley@pooleyoliver.com |

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Leslie A. Polizoti*

                                      Jack B. Blumenfeld (#1014)
                                      Karen Jacobs Louden (#2881)
                                      Leslie A. Polizoti (#4299)
                                      1201 N. Market Street, P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      lpolizoti@mnat.com
                                          Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

October 30, 2006

537310

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 30, 2006 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com