IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, | ) <br> ) <br> ) | C.A. No. 05-701 GMS |
|       Plaintiff and <br>       Counter-Defendant, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, | ) <br> ) <br> ) | |
|       Defendant and <br>       Counterclaimant. | ) <br> ) <br> ) | |
| AND RELATED COUNTERCLAIMS. | ) <br> ) <br> ) | |

### NOTICE OF DEPOSITION OF ROBBINS YEH

NOTICE IS HEREBY GIVEN pursuant to the Federal Rules of Civil Procedure that defendant and counterclaimant Magma Design Automation, Inc. ("Magma") will take the deposition of ROBBINS YEH on November 20, 2006, upon oral examination to be recorded by audio, video and stenographic means.

The deposition will be conducted in the offices of Pooley & Oliver, LLP, 3000 El Camino Real, Five Palo Alto Square, Seventh Floor, Palo Alto, California, 94306, before a notary public or other officer authorized by law to administer oaths. The deposition will begin at 9:30 a.m. and continue from day to day until completed.

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
|  |  |
|  | /s/ William J. Marsden, Jr. |
|  | William J. Marsden, Jr. (#2247) |
| OF COUNSEL: | marsden@fr.com |
|  | 919 N. Market Street |
| James Pooley (jpooley@pooleyoliver.com) | P.O. Box 1114 |
| L. Scott Oliver (soliver@pooleyoliver.com) | Wilmington, DE 19899-1114 |
| Marc D. Peters (mdpeters@pooleyoliver.com) | Telephone: (302) 652-5070 |
| Pooley & Oliver LLP | Facsimile: (302) 652-0607 |
| Five Palo Alto Square, 7th Floor |  |
| Palo Alto, CA 94306-2121 | Katherine Kelly Lutton *(pro hac)* |
| Telephone: (650) 739-7020 | Tamara Fraizer *(pro hac)* |
| Facsimile: (650) 739-7060 | 500 Arguello St., Suite 500 |
|  | Redwood City, CA 94063 |
|  |  |
|  | Attorneys for Defendant and Counterclaimant, |
|  | Magma Design Automation, Inc. |
| DATED: October 31, 2006 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Deposition** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>Synopsys, Inc. |

I hereby certify that on October 31, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80038622.doc