IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,                          )
a Delaware corporation,                  )
                                         )
                    Plaintiff and        )
                    Counter-Defendant,   )
                                         )
            v.                           )          C.A. No. 05-701 (GMS)
                                         )
MAGMA DESIGN AUTOMATION,                 )
a Delaware corporation,                  )
                                         )
                    Defendant and        )
                    Counterclaimant.     )

## NOTICE OF SERVICE

I hereby certify that copies of the following documents:

1)   Notice of Deposition of Saeid Ghafouri;
2)   Notice of Deposition of David Stanley;
3)   Notice of Deposition of Hamid Savoj;
4)   Notice of Deposition of Manjit Borha;
5)   Notice of Deposition of Milan Lazich;
6)   Notice of Deposition of Patrick R. Groeneveld;
7)   Notice of Deposition of Pete Teshima;
8)   Notice of Deposition of Prasanna Vehkat Srivinas;
9)   Notice of Deposition of Roy E. Jewell;
10)  Notice of Deposition of Premal Buch; and
11)  Notice of Deposition of Rajeev Madhavan

were caused to be served on October 31, 2006, upon the following counsel in the manner

indicated:

## BY E-MAIL & U.S. MAIL

William J. Marsden, Jr.              Pooley & Oliver, LLP
Fish & Richardson P.C.               Five Palo Alto Square, 7th Fl.
919 N. Market St., P.O. Box 1114     3000 El Camino Real
Wilmington, DE  19899                Palo Alto, CA  94306-2109
marsden@fr.com                       jpooley@pooleyoliver.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
    Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

October 31, 2006

537310

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on October 31, 2006 upon the following in the manner indicated:

### <u>BY E-MAIL</u>

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

/s/  Leslie A. Polizoti
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com