# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | ) ) ) | C.A. No. 05-701 GMS |
| Plaintiff and Counter-Defendant, | ) ) ) ) | |
| v. | ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware Corporation, | ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2006, the following documents were served on counsel of record in the manner indicated:

    1)    Magma Design Automation, Inc.'s Notice of Taking Deposition of Rohit Kapur attached hereto as Exhibit A;

    2)    Magma Design Automation, Inc.'s Notice of Taking Deposition of Thomas Williams attached hereto as Exhibit B;

    3)    Magma Design Automation, Inc.'s Notice of Taking Deposition of Abhijeet Chakraborty attached hereto as Exhibit C; and

    4)    Magma Design Automation, Inc.'s Notice of Taking Deposition of Gary K. Yeap attached hereto as Exhibit D.

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

FISH & RICHARDSON P.C.

OF COUNSEL:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA  94306-2121
Telephone:   (650) 739-7020
Facsimile:    (650) 739-7060

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.  (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:   (302) 652-5070
Facsimile:    (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA  94063

Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

DATED:  November 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>Synopsys, Inc. |

I hereby certify that on November 2, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

                                                        */s/ William J. Marsden, Jr.*
                                                       William J. Marsden, Jr.

80038693.doc