

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>    Defendant and Counter-Claimant. | C.A. No. 05-701-GMS |

## MAGMA DESIGN AUTOMATION, INC.'S
## NOTICE OF TAKING DEPOSITION OF ROHIT KAPUR

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant MAGMA DESIGN AUTOMATION, INC. ("Magma") will take the deposition of Rohit Kapur at Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, 94063, commencing at 9:00 a.m. on November 16, 2006, or at another time and place mutually agreed upon by the parties.

The deposition will continue from day to day thereafter until complete. The deposition testimony may be taken by stenographic, audio, video, and/or real-time computer means before an officer authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: October 31, 2006                    FISH & RICHARDSON P.C.

                                           By: /s/ William J. Marsden, Jr.
                                           _____
                                           William J. Marsden, Jr. (#2247)
                                           (marsden@fr.com)
                                           919 N. Market Street
                                           Suite 1100
                                           P.O. Box 1114
                                           Wilmington, DE 19899-1114
                                           Telephone: (302) 652-5070
                                           Facsimile: (302) 652-0607

Of Counsel:                                Katherine Kelly Lutton
                                           Tamara Fraizer
James Pooley                               FISH & RICHARDSON P.C.
L. Scott Oliver                            500 Arguello Street, Suite 500
Pooley & Oliver LLP                        Redwood City, CA 94063
Five Palo Alto Square, 7th Floor           Telephone: (650) 839-5070
Palo Alto, CA 94306-2121                   Facsimile: (650) 839-5071
Telephone: (650) 739-7020
Facsimile: (650) 739-7060


                                           Attorneys for Defendant and Counter-Claimant
                                           MAGMA DESIGN AUTOMATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I served the foregoing document on counsel of record in the manner indicated.

### VIA ELECTRONIC MAIL AND U.S. MAIL

| | |
|---|---|
| Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Email: klouden@mnat.com* | Attorneys for Plaintiff<br>Synopsys, Inc. |
| Valerie M. Wagner<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>*Email: valerie.wagner@dechert.com* | Attorneys for Plaintiff,<br>Synopsys, Inc. |

Tamara Fraizer

50363435.doc

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, <br><br> Defendant and Counter-Claimant. | C.A. No. 05-701-GMS |

## MAGMA DESIGN AUTOMATION, INC.'S NOTICE OF TAKING DEPOSITION OF THOMAS WILLIAMS

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant MAGMA DESIGN AUTOMATION, INC. ("Magma") will take the deposition of Thomas Williams at Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, 94063, commencing at 9:00 a.m. on November 17, 2006, or at another time and place mutually agreed upon by the parties. The deposition will continue from day to day thereafter until complete.

The deposition testimony may be taken by stenographic, audio, video, and/or real-time computer means before an officer authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: October 31, 2006

FISH & RICHARDSON P.C.

By: /s/ *(signature)*

William J. Marsden, Jr. (#2247)
(marsden@fr.com)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Of Counsel:

James Pooley
L. Scott Oliver
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile: (650) 739-7060

Katherine Kelly Lutton
Tamara Fraizer
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I served the foregoing document on counsel of record in the manner indicated.

### VIA ELECTRONIC MAIL AND U.S. MAIL

| | |
|---|---|
| Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Email: klouden@mnat.com* | Attorneys for Plaintiff<br>Synopsys, Inc. |
| Valerie M. Wagner<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>*Email: valerie.wagner@dechert.com* | Attorneys for Plaintiff,<br>Synopsys, Inc. |

Tamara Fraizer

50363436.doc