

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,
a Delaware corporation,

        Plaintiff and
        Counter-Defendant,

    v.                         C.A. No. 05-701-GMS

MAGMA DESIGN AUTOMATION, INC.,
a Delaware corporation,

        Defendant and
        Counter-Claimant.

## MAGMA DESIGN AUTOMATION, INC.'S NOTICE OF TAKING DEPOSITION OF ABHIJEET CHAKRABORTY

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant MAGMA DESIGN AUTOMATION, INC. ("Magma") will take the deposition of Abhijeet Chakraborty at Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, 94063, commencing at 9:00 a.m. on November 21, 2006, or at another time and place mutually agreed upon by the parties. The deposition will continue from day to day thereafter until complete.

The deposition testimony may be taken by stenographic, audio, video, and/or real-time computer means before an officer authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated:  October 31, 2006

FISH & RICHARDSON P.C.

By: _____
    William J. Marsden, Jr. (#2247)
    (marsden@fr.com)
    919 N. Market Street
    Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607

Of Counsel:

James Pooley
L. Scott Oliver
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile: (650) 739-7060

Katherine Kelly Lutton
Tamara Fraizer
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I served the foregoing document on counsel of record in the manner indicated.

### VIA ELECTRONIC MAIL AND U.S. MAIL

Karen Jacobs Louden                                     Attorneys for Plaintiff
Morris, Nichols, Arsht & Tunnell                        Synopsys, Inc.
1201 North Market Street
Wilmington, DE 19801
*Email: klouden@mnat.com*

Valerie M. Wagner                                       Attorneys for Plaintiff,
Dechert LLP                                             Synopsys, Inc.
1117 California Avenue
Palo Alto, CA 94304
*Email: valerie.wagner@dechert.com*


Tamara Fraizer

50363431.doc

D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,
a Delaware corporation,

   Plaintiff and
   Counter-Defendant,

 v.

MAGMA DESIGN AUTOMATION, INC.,
a Delaware corporation,

   Defendant and
   Counter-Claimant.

C.A. No. 05-701-GMS

## MAGMA DESIGN AUTOMATION, INC.'S
## NOTICE OF TAKING DEPOSITION OF GARY K. YEAP

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant MAGMA DESIGN AUTOMATION, INC. ("Magma") will take the deposition of Gary K. Yeap at Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, 94063, commencing at 9:00 a.m. on November 22, 2006, or at another time and place mutually agreed upon by the parties. The deposition will continue from day to day thereafter until complete.

The deposition testimony may be taken by stenographic, audio, video, and/or real-time computer means before an officer authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated:  October 31, 2006

FISH & RICHARDSON P.C.


By: _____
William J. Marsden, Jr. (#2247)
(marsden@fr.com)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Katherine Kelly Lutton
Tamara Fraizer
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Of Counsel:

James Pooley
L. Scott Oliver
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile:  (650) 739-7060

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I served the foregoing document on counsel of record in the manner indicated.

### VIA ELECTRONIC MAIL AND U.S. MAIL

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
*Email: klouden@mnat.com*

Attorneys for Plaintiff
Synopsys, Inc.

Valerie M. Wagner
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304
*Email: valerie.wagner@dechert.com*

Attorneys for Plaintiff,
Synopsys, Inc.

Tamara Fraizer

50363437.doc