IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,                    )
a Delaware corporation,            )
                                   )
        Plaintiff and              )
        Counter-Defendant,         )
                                   )
    v.                             )        C.A. No. 05-701 (GMS)
                                   )
MAGMA DESIGN AUTOMATION,           )
a Delaware corporation,            )
                                   )
        Defendant and              )
        Counterclaimant.           )

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiff Synopsys, Inc.'s Responses to Magma

Design Automation Inc.'s Sixth Set of Requests for Production of Documents and Things to

Synopsys, Inc. were caused to be served on November 2, 2006, upon the following counsel in the

manner indicated:

## BY E-MAIL & U.S. MAIL

William J. Marsden, Jr.             Pooley & Oliver, LLP
Fish & Richardson P.C.              Five Palo Alto Square, 7th Fl.
919 N. Market St., P.O. Box 1114    3000 El Camino Real
Wilmington, DE  19899               Palo Alto, CA  94306-2109
marsden@fr.com                      jpooley@pooleyoliver.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
  Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

November 2, 2006

537310

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on November 2, 2006 upon the following in the manner indicated:

## BY E-MAIL

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

*/s/  Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com