IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

## NOTICE OF DEPOSITION OF SYNOPSYS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)

NOTICE IS HEREBY GIVEN pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure that defendant and counterclaimant Magma Design Automation, Inc. ("Magma") will take the deposition of Synopsys, Inc. ("Synopsys") on Tuesday, November 14, 2006, upon oral examination to be recorded by audio, video and stenographic means.

The deposition will be conducted in the offices of Pooley & Oliver at 3000 El Camino Real, Building 5, 7th Floor, Palo Alto, CA. 94306, before a notary public or other officer authorized by law to administer oaths. The deposition will begin at 9:30 a.m. and continue from day to day until completed.

Pursuant to Fed. R. Civ. P. 30(b)(6), Synopsys, Inc. is required to designate one or more officers, directors, agents, or other persons to testify on its behalf as to the matters set forth in Attachment A.

FISH & RICHARDSON P.C.

By: /s/ *William J. Marsden, Jr., Esq.*
William J. Marsden, Jr., Esq
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Katherine Kelly Lutton, Esq. *(pro hac)*
Tamara Fraizer, Esq. *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA 94063

Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

OF COUNSEL:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile: (650) 739-7060

DATED: November 3, 2006

## DEFINITIONS

1. As used herein, "Synopsys" means Synopsys, Inc., and all predecessors, successors, partnerships and affiliates thereof, all foreign subsidiaries thereof, and all members, managers, agents, employees, attorneys and other persons acting on its behalf.

2. As used herein, "Magma" means Magma Design Automation, Inc., and all predecessors, successors, partnerships and affiliates thereof, all foreign subsidiaries thereof, and all members, managers, agents, employees, attorneys and other persons acting on its behalf.

3. As used herein, "Goyatek" means Goyatek Technology Inc., and all predecessors, successors, partnerships and affiliates thereof, all foreign subsidiaries thereof, and all members, managers, agents, employees, attorneys and other persons acting on its behalf.

4. "And" and "or" shall each be construed conjunctively or disjunctively, whichever makes the request more inclusive.

5. "Any" and "all" shall each be construed to mean "each and every," so as to acquire the broadest meaning possible.

6. The singular form of a word should be interpreted in the plural as well.

7. Any pronoun shall be construed to refer to the masculine, feminine, or neuter gender as in each case is most inclusive.

8. "Communication" means any transmission of information by one or more persons and/or between two or more persons by any means including telephone conversations, letters, telegrams, teletypes, telexes, telecopies, electronic mail, other computer linkups, written memoranda, and face-to-face conversations.

9. As used herein, "relating" (or "relate" or "relates" or "relating" or "related") to any given subject means identifying, describing, discussing, concerning, assessing, stating, reflecting, constituting, containing, embodying, tending to support or refute, or referring directly or indirectly to the particular subject matter identified.

10. As used herein, "Present Litigation" refers to the above-captioned action.

11. As used herein, "California Litigation" refers to *Synopsys, Inc. v. Magma Design Automation, Inc.*, C04-03923 MMC, filed in the Northern District of California.

12. The term "and/or" should be construed in the way that makes the request at issue most inclusive.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed with the Clerk of Court the foregoing **NOTICE OF DEPOSITION OF SYNOPSYS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>Synopsys, Inc. |

I hereby certify that on November 3, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304 | Attorneys for Plaintiff<br>Synopsys, Inc. |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80038737.doc