

# ATTACHMENT A
## SUBJECTS OF TESTIMONY

1. Any communication (including but not limited to oral, written, or email) between Synopsys and any Synopsys customer or between Synopsys and any potential Synopsys customer, including but not limited to Goyatek, relating to Magma.

2. Any communication (including but not limited to oral, written, or email) between Synopsys and any Synopsys customer or between Synopsys and any potential Synopsys customer, including but not limited to Goyatek, relating to the Present Litigation or the California Litigation.

3. Any communication (including but not limited to oral, written, or email) between Synopsys and any Synopsys customer or between Synopsys and any potential Synopsys customer, including but not limited to Goyatek, relating to bankruptcy or financial harm to Magma.

4. Any communication (including but not limited to oral, written, or email) between Synopsys and any Magma customer or between Synopsys and any potential Magma customer, including but not limited to Goyatek, relating to Synopsys's intend to cause bankruptcy or financial harm to Magma in or as a consequence of the Present Litigation or the California Litigation.

5. Any communication (including but not limited to oral, written, or email) between Synopsys and Goyatek CEO David Chung relating to Magma, the Present Litigation, or the California Litigation.

6. Any communication (including but not limited to oral, written, or email) between Synopsys and any Synopsys customer or between Synopsys and any potential Synopsys customer, including but not limited to Goyatek, relating to preventing a Synopsys customer or potential Synopsys customer from entering into or renewing any contract with Magma.

7. Any communication (including but not limited to oral, written, or email) between Synopsys and any Synopsys customer or between Synopsys and any potential Synopsys customer, including but not limited to Goyatek, relating to pricing of any Synopsys product, including but not limited to lowering pricing of any Synopsys product to prevent that customer or potential customer from entering into or renewing any agreement with Magma.

8. Any communication (including but not limited to oral, written, or email) between Synopsys and any Synopsys customer or between Synopsys and any potential Synopsys customer, including but not limited to Goyatek, relating to offering multiple quotes for any product related to any account for which Magma and Synopsys compete, have competed, or might in the future compete.