IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**AMENDED FINAL JOINT CLAIM CONSTRUCTION CHARTS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiff Synopsys, Inc.*

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
*Attorneys for Defendant Magma Design Automation, Inc.*

November 3, 2006

The parties have met and conferred, and present the following Amended Joint Claim Construction Charts.

## I. STIPULATED CONSTRUCTIONS

During the meet and confer process, the parties have agreed upon the constructions set forth in **Exhibit A** for U.S. Patent No. 6,192,508 ("the '508 Patent"), U.S. Patent No. 6,505,328 ("the '328 Patent"), U.S. Patent No. 6,519,745 ("the '745 Patent"), U.S. Patent No. 6,857,116 ("the '116 Patent"), and U.S. Patent No. 6,854,093 ("the '093 Patent").

## II. CLAIM TERMS REQUIRING CONSTRUCTION BY THE COURT

The parties' Amended Joint Claim Construction Charts for the '508 Patent, the '745 Patent, and the '116 Patent are attached hereto as **Exhibits B, C,** and **D,** respectively. Each chart identifies the disputed claim terms in each patent, each party's proposed construction for the disputed claim terms, and each party's identification of the intrinsic and/or extrinsic evidence supporting its proposed construction.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| /s/ Leslie A. Polizoti | /s/ Kyle Wagner Compton |
| Jack B. Blumenfeld (#1014) | William J. Marsden, Jr. (#2247) |
| Karen Jacobs Louden (#2881) | Kyle Wagner Compton (#4693) |
| Leslie A. Polizoti (#4299) | 919 N. Market Street |
| 1201 N. Market Street | P.O. Box 1114 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 652-5070 |
| (302) 658-9200 | *Attorneys for Defendant Magma* |
| *Attorneys for Plaintiff Synopsys, Inc.* | *Design Automation, Inc.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| James J. Elacqua<br>Valerie M. Wagner<br>DECHERT LLP<br>1117 California Avenue<br>Palo Alto, CA  94304<br>(650) 813-4848 | FISH & RICHARDSON P.C.<br>Katharine Kelley Lutton<br>Tamara Fraizer<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>(650) 839-5070 |
| George G. Gordon<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>(215) 261-2382 | James Pooley<br>L. Scott Oliver<br>POOLEY & OLIVER LLP<br>Five Palo Alto Square, 7th Floor<br>Palo Alto, CA  94306-2121<br>(650) 739-7020 |
| Rebecca P. Dick<br>DECHERT LLP<br>1775 Eye Street, N.W.<br>Washington, DC  20006-2401<br>(202) 261-3432 | |

November 3, 2006
544338