# Exhibit B

# PROCEEDINGS 1998

## DESIGN AUTOMATION CONFERENCE®



# Moscone Center, San Francisco, CA
# June 15 - 19, 1998

Sponsored by

    

# PROCEEDING OF THE 35th DESIGN AUTOMATION CONFERENCE

The Association for Computing Machinery, Inc.
1515 Broadway
New York, NY 10036

Copyright © 1998 by the Association for Computing Machinery, Inc (ACM). Permission to make digital or hard copies of portions of this work for personal or classroom use is granted without fee provided that the copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. Copyrights for components of this work owned by others than ACM must be honored. Abstracting with credit is permitted.

To copy otherwise, to republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee. Request permission to republish from: Publications Dept. ACM, Inc., FAX +1-212-869-0481 or E-mail <permissions@acm.org>.

For other copying of articles that carry a code at the bottom of the first or last page, copying is permitted provided that the per-copy fee indicated in the code is paid through the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923.

IEEE Catalog Number 98CH36175

ACM Order Number 477980
ISBN 0-89791-964-5

ISBN 0-7803-4409-X (Casebound Edition)
ISBN 0-7803-4410-3 (Microfiche Edition)

Library of Congress Number 85-644924

ISSN 0738-100X

Additional copies of 1998 or prior Proceedings may be ordered prepaid from

| ACM Order Department | ACM European Service Center | Phone: 1-800-342-6626 |
|---|---|---|
| P.O. Box 11414 | 108 Cowley Rd. | (U.S.A. and Canada) |
| Church Street Station | Oxford, OX41JF, U.K. | +1-212-626-0500 |
| New York, NY 10286 | Phone: 44-1865-382338 | (All other countries) |
| | Fax: 44-1865-381338 | Fax: +1-212-944-1318 |
| | E-mail: ACM_Europe@acm.org | E-mail: acmpubs@acm.org |

Additional copies of this publication are available from

| IEEE Service Center | 1-800-678-IEEE |
|---|---|
| P.O. Box 1331 | 1-908-981-1393 |
| 445 Hoes Lane | 1-908-981-9667 (Fax) |
| Piscataway, NJ 08855-1331 | 833-233 (Telex) |

Printed in the U.S.A.

# Table of Contents

General Chair's Welcome ...................................................................................................................... iii

Executive Committee ............................................................................................................................ iv

Technical Program Committee.............................................................................................................. vi

1998 Best Paper Award ........................................................................................................................ ix

ACSEE Undergraduate Scholarships.................................................................................................... ix

Design Automation Conference Graduate Scholarship Awards ........................................................... x

1998 IEEE Fellows ............................................................................................................................... x

SIGDA Meritorious Service Award ...................................................................................................... x

36th Call for Papers .............................................................................................................................. xi

Reviewers.............................................................................................................................................. xii

Opening Keynote Address—*William J. Spencer* .............................................................................. xviii

Thursday Keynote Address—*George H. Heilmeier* .......................................................................... xix

## Executive Plenary Panel: Customers, Vendors, and Universities: Determining the Future of EDA Together

Chair: Thomas P. Pennino
Organizer: Mike Murray

Panel Members: *Aart de Geus, Jack Harding, Walden Rhines, Robert Brodersen, Johan Danneels, Gadi Singer* .......................................................................................................... *1*

## Session 1
## Interfaces for Design Reuse

Chair: Gaetano Borriello
Organizers: Timothy Kam, Luciano Lavagno

| 1.1 | **Embedded Tutorial: Asynchronous Interface Specification, Analysis and Synthesis** |
| | *Michael Kishinevsky, Jordi Cortadella, Alex Kondratyev* ...................................................... *2* |
| 1.2 | **Automatic Synthesis of Interfaces between Incompatible Protocols** |
| | *Roberto Passerone, James A. Rowson, Alberto Sangiovanni-Vincentelli* ................................ *8* |
| 1.3 | **Automated Composition of Hardware Components** |
| | *James Smith, Giovanni De Micheli* ........................................................................................ *14* |

## Session 2
## Analog and Mixed-Signal Design Tools

Chair: Joseph P. Skudlarek
Organizers: Alan Mantooth, Hidetoshi Onodera

| 2.1 | **Multilevel Integral Equation Methods for the Extraction of Substrate Coupling Parameters in Mixed-Signal IC's** |
| | *Mike Chou, Jacob White* ...................................................................................................... *20* |
| 2.2 | **Phase Noise in Oscillators: A Unifying Theory and Numerical Methods for Characterisation** |
| | *Alper Demir, Amit Mehrotra, Jaijeet Roychowdhury* ............................................................ *26* |
| 2.3 | **Efficient Analog Test Methodology Based on Adaptive Algorithms** |
| | *Luigi Carro, Marcelo Negreiros* ........................................................................................... *32* |
| 2.4 | **General AC Constraint Transformation for Analog ICs** |
| | *B. G. Arsintescu, E. Charbon, E. Malavasi, U. Choudhury, W. H. Kao* ................................ *38* |

## Session 3
## University Design Contest

Chair: Mary Jane Irwin
Organizer: Jan M. Rabaey

3.1 **Design Methodology Used in a Single-Chip CMOS 900 MHz Spread-Spectrum Wireless Transceiver**
*Jacob Rael, Ahmadreza Rofougaran, Asad Abidi* ..................................................44

3.2 **A Video Signal Processor for MIMD Multiprocessing**
*Jörg Hilgenstock, Klaus Herrmann, Jan Otterstedt, Dirk Niggemeyer, Peter Pirsch*............50

3.3 **Realization of a Programmable Parallel DSP for High Performance Image Processing Applications**
*Jens Peter Wittenburg, Willm Hinrichs, Johannes Kneip, Martin Ohmacht,*
*Mladen Bereković, Hanno Lieske, Helge Kloos, Peter Pirsch*..............................56

3.4 **A Multiprocessor DSP System Using PADDI-2**
*Roy A. Sutton, Vason P. Srini, Jan M. Rabaey*........................................................62

3.5 **Design and Implementation of the NUMAchine Multiprocessor**
*A. Grbic, S. Brown, S. Caranci, R. Grindley, M.Gusat, G. Lemieux, K. Loveless,*
*N. Manjikian, S. Srbljic, M. Stumm, Z. Vranesic, Z. Zilic*....................................66

## Session 4
## Embedded System Design and Exploration

Chair: Ivo Bolsens
Organizers: James A. Rowson, Anders Forsen

4.1 **Design and Specification of Embedded Systems in Java Using Successive, Formal Refinement**
*James Shin Young, Josh MacDonald, Michael Shilman, Abdallah Tabbara,*
*Paul Hilfinger, A. Richard Newton* ..........................................................................70

4.2 **Efficient System Exploration and Synthesis of Applications with Dynamic Data Storage and Intensive Data Transfer**
*Julio Leao da Silva Jr., Chantal Ykman-Couvreur, Miguel Miranda, Kris Croes,*
*Sven Wuytack, Gjalt de Jong, Francky Catthoor, Diederik Verkest, Paul Six,*
*Hugo De Man* ............................................................................................................76

4.3 **Design Space Exploration Algorithm for Heterogeneous Multi-processor Embedded System Design**
*Ireneusz Karkowski, Henk Corporaal* ..................................................................82

4.4 **Modal Processes: Towards Enhanced Retargetability through Control Composition of Distributed Embedded Systems**
*Pai Chou, Gaetano Borriello*..................................................................................88

## Session 5
## Taming Noise in Deep-Submicron Digital Designs

Chair: Nagaraj NS
Organizers: Kenneth L. Shepard, Nagaraj NS

5.1 **Embedded Tutorial: Design Methodologies for Noise in Digital Integrated Circuits**
*Kenneth L. Shepard*..................................................................................................94

## Panel: Taming Noise in Deep Submicron Digital Integrated Circuits

Chair: Nagaraj NS
Organizers: Kenneth Shepard, Takahide Inoue
Panel Members: *Chris Houghton, Barbara Chappell, Xiaonan Zhang,*
*John MacDonald, John McBride, Bob Masleid* ........................................................100

## Session 6
## Control and Data Driven High Level Synthesis

Chair: Kayhan Kucukcakar
Organizers: David Ku, Timothy Kam

6.1 **FACT: A Framework for the Application of Throughput and Power Optimizing Transformations to Control-flow Intensive Behavioral Descriptions**
*Ganesh Lakshminarayana, Niraj K. Jha* ..............................................................................*102*

6.2 **Incorporating Speculative Execution into Scheduling of Control-flow Intensive Behavioral Descriptions**
*Ganesh Lakshminarayana, Anand Raghunathan, Niraj K. Jha* ...........................................*108*

6.3 **The DT-Model: High-Level Synthesis Using Data Transfers**
*Shantanu Tarafdar, Miriam Leeser* .....................................................................................*114*

6.4 **Rate Optimal VLSI Design from Data Flow Graph**
*Moonwook Oh, Soonhoi Ha* ..................................................................................................*118*

## Session 7
## Synthesis Flow in Deep Submicron Technologies

Chair: Ralph H. J. M. Otten
Organizers: Sharad Malik, Randal E. Bryant

7.1 **Embedded Tutorial: Planning for Performance**
*Ralph H. J. M. Otten, Robert K. Brayton* .............................................................................*122*

7.2 **A DSM Design Flow: Putting Floorplanning, Technology-Mapping, and Gate-Placement Together**
*Amir H. Salek, Jinan Lou, Massoud Pedram* .......................................................................*128*

## Session 8
## Environment for Collaborative Design

Chair: Takahide Inoue
Organizers: Richard Smith, Takahide Inoue

8.1 **Framework Encapsulations: A New Approach to CAD Tool Interoperability**
*Peter R. Sutton, Stephen W. Director* ..................................................................................*134*

8.2 **A Geographically Distributed Framework for Embedded System Design and Validation**
*Ken Hines, Gaetano Borriello* ..............................................................................................*140*

8.3 **WELD — An Environment for Web-Based Electronic Design**
*Francis L. Chan, Mark D. Spiller, A. Richard Newton* ........................................................*146*

## Session 9
## New Methods in Functional Verification

Chair: Rajesh K. Gupta
Organizers: Vivek Tiwari, Kenji Yoshida

9.1 **OCCOM: Efficient Computation of Observability-Based Code Coverage Metrics for Functional Verification**
*Farzan Fallah, Srinivas Devadas, Kurt Keutzer* ..................................................................*152*

9.2 **User Defined Coverage — A Tool Supported Methodology for Design Verification**
*Raanan Grinwald, Eran Harel, Michael Orgad, Shmuel Ur, Avi Ziv* ..................................*158*

9.3 **Enhanced Visibility and Performance in Functional Verification by Reconstruction**
*Joshua Marantz* .....................................................................................................................*164*

9.4 **Virtual Chip: Making Functional Models Work on Real Target Systems**
*Namseung Kim, Hoon Choi, Seungjong Lee, Seungwang Lee, In-Cheol Park, Chong-Min Kyung* ..................................................................................................................*170*

## Session 10
## Panel: Hardware/Software Co-Design:
## The Next Embedded System Design Challenge

Chair: Pete Heller
Organizers: Diane Orr, Kristin Hehir

Panel Members: *James A. Rowson, Guido Arnout, Fred Rose, Vess L. Johnson* ........................ *174*

## Session 11
## System-Level Power Optimization

Chair: Vivek Tiwari
Organizers: Rajesh K. Gupta, Sunil D. Sherlekar

**11.1**   **Power Optimization of Variable Voltage Core-Based Systems**
    *Inki Hong, Darko Kirovski, Gang Qu, Miodrag M. Potkonjak, Mani B. Srivastava* .......... *176*

**11.2**   **Policy Optimization for Dynamic Power Management**
    *G. A. Paleologo, L. Benini, A. Bogliolo, G. De Micheli* ...................................... *182*

**11.3**   **A Framework for Estimating and Minimizing Energy Dissipation of Embedded HW/SW Systems**
    *Yanbing Li, Jörg Henkel* ................................................................. *188*

## Session 12
## Boolean Methods

Chair: Fabio Somenzi
Organizers: Sharad Malik, Randal E. Bryant

**12.1**   **Using Reconfigurable Computing Techniques to Accelerate Problems in the CAD Domain: A Case Study with Boolean Satisfiability**
    *Peixin Zhong, Pranav Ashar, Sharad Malik, Margaret Martonosi* ...................... *194*

**12.2**   **Fast Exact Minimization of BDDs**
    *Rolf Drechsler, Nicole Drechsler, Wolfgang Günther* ............................... *200*

**12.3**   **Boolean Matching for Large Libraries**
    *Uwe Hinsberger, Reiner Kolla* ............................................................. *206*

## Session 13
## Extraction and Modeling for Interconnect

Chair: Hidetoshi Onodera
Organizers: Hidetoshi Onodera, Alan Mantooth

**13.1**   **A Fast Hierarchical Algorithm for 3-D Capacitance Extraction**
    *Weiping Shi, Jianguo Liu, Naveen Kakani, Tiejun Yu* ................................ *212*

**13.2**   **Boundary Element Method Macromodels for 2-D Hierarchical Capacitance Extraction**
    *E. Aykut Dengi, Ronald A. Rohrer.* ..................................................... *218*

**13.3**   **Efficient Three-Dimensional Extraction Based on Static and Full-Wave Layered Green's Functions**
    *Jinsong Zhao, Wayne W. M. Dai, Sharad Kapur, David E. Long* ..................... *224*

## Session 14
## Processor Design and Simulation

Chair: Randolph E. Harr
Organizers: Anantha Chandrakasan, Randolph E. Harr

**14.1**   **Robust Elmore Delay Models Suitable for Full Chip Timing Verification of a 600MHz CMOS Microprocessor**
    *Nevine Nassif, Madhav P. Desai, Dale H. Hall* ..................................... *230*

14.2    **A Top-down Design Environment for Developing Pipelined Datapaths**
        *Robert McGraw, James H. Aylor, Robert H. Klenke* ............................................236
14.3    **Validation of an Architectural Level Power Analysis Technique**
        *Rita Yu Chen, Robert M. Owens, Mary Jane Irwin, Raminder S. Bajwa*............................242
14.4    **Design Methodology of a 200MHz Superscalar Microprocessor: SH-4**
        *Toshihiro Hattori, Yusuke Nitta, Mitsuho Seki, Susumu Narita, Kunio Uchiyama,*
        *Tsuyoshi Takahashi, Ryuichi Satomura* ............................................................246

## Session 15
### Panel:  How Much Analog Does a Designer Need
### To Know for Successful Mixed-Signal Design?

Chair: Stephan Ohr
Organizer: Georgia Marszalek
Panel Members: *Felicia James, Ken Kundert, Lavi Lev, Maq Mannan, Rob Rutenbar,*
*Bob Dobkin* ............................................................................................250

## Session 16
### Performance Modeling and Characterization for Embedded Systems

Chair: Sunil D. Sherlekar
Organizers: Sunil D. Sherlekar, Rajesh K. Gupta
16.1    **Hierarchical Algorithms for Assessing Probabilistic Constraints on System**
        **Performance**
        *G. de Veciana, M. Jacome, J.-H. Guo* ................................................................251
16.2    **A Tool for Performance Estimation of Networked Embedded End-Systems**
        *Asawaree Kalavade, Pratyush Moghé*..................................................................257
16.3    **Rate Derivation and Its Applications to Reactive, Real-time Embedded Systems**
        *Ali Dasdan, Dinesh Ramanathan, Rajesh K. Gupta* ..............................................263

## Session 17
### Advances in Placement and Partitioning

Chair: Antun Domic
Organizers: Patrick Groeneveld, Andrew B. Kahng
17.1    **Generic Global Placement and Floorplanning**
        *Hans Eisenmann, Frank M. Johannes*..................................................................269
17.2    **Congestion Driven Quadratic Placement**
        *Phiroze N. Parakh, Richard B. Brown, Karem A. Sakallah* ....................................275
17.3    **Potential_NRG: Placement with Incomplete Data**
        *Maogang Wang, Prithviraj Banerjee, Majid Sarrafzadeh*.......................................279
17.4    **Performance-Driven Multi-FPGA Partitioning Using Functional Clustering**
        **and Replication**
        *Wen-Jong Fang, Allen C.-H. Wu*.......................................................................283
17.5    **Multi-pad Power/Ground Network Design for Uniform Distribution of**
        **Ground Bounce**
        *Jaewon Oh, Massoud Pedram* .............................................................................287

## Session 18
### Parasitic Device Extraction and Interconnect Modeling

Chair: David D. Ling
Organizers: Alan Mantooth, Hidetoshi Onodera
18.1    **Layout Extraction and Verification Methodology for CMOS I/O Circuits**
        *Tong Li, Sung-Mo (Steve) Kang* ........................................................................291

18.2    **A Mixed Nodal-Mesh Formulation for Efficient Extraction and Passive Reduced-Order Modeling of 3D Interconnects**
    *Nuno Marques, Mattan Kamon, Jacob White, L. Miguel Silveira* ......................................297
18.3    **Layout Based Frequency Dependent Inductance and Resistance Extraction for On-Chip Interconnect Timing Analysis**
    *Byron Krauter, Sharad Mehrotra*..........................................................................................303

### Session 19
### Design Optimization for DSP

Chair: James A. Rowson
Organizers: Anders Forsen, Ivo Bolsens
19.1    **A Methodology for Guided Behavioral-Level Optimization**
    *Lisa Guerra, Miodrag Potkonjak, Jan Rabaey*....................................................................309
19.2    **A Programming Environment for the Design of Complex High Speed ASICs**
    *Patrick Schaumont, Serge Vernalde, Luc Rijnders, Marc Engels, Ivo Bolsens*....................315
19.3    **Media Architecture: General Purpose vs. Multiple Application-Specific Programmable Processor**
    *Chunho Lee, Johnson Kin, Miodrag Potkonjak, William H. Mangione-Smith* ....................321

### Session 20
### Panel:  User Experience with High Level Formal Verification

Chair: Gerry Musgrave
Organizers: Randal E. Bryant, Gerry Musgrave
Panel Members: *Fumiyasu Hirose, Michael Payer, Pierre Aulagnier, Allan Silbert, John Van Tassel*................................................................................................................................327

### Session 21
### Bridging the Gap Between Simulation and Formal Verification

Chair: Andreas Kuehlmann
Organizers: Randal E. Bryant, Sharad Malik
21.1    **Embedded Tutorial:  What's Between Simulation and Formal Verification?**
    *David L. Dill*......................................................................................................................328

### Session 22
### Logic Optimization

Chair: Albert Wang
Organizers: Jason Cong, TingTing Hwang
22.1    **Optimal FPGA Mapping and Retiming with Efficient Initial State Computation**
    *Jason Cong, Chang Wu*.......................................................................................................330
22.2    **M32: A Constructive Multilevel Logic Synthesis System**
    *Victor N. Kravets, Karem A. Sakallah* ................................................................................336
22.3    **Efficient Boolean Division and Substitution**
    *Shih-Chieh Chang, David Ihsin Cheng* ..............................................................................342
22.4    **Delay-Optimal Technology Mapping by DAG Covering**
    *Yuji Kukimoto, Robert K. Brayton, Prashant Sawkar* ........................................................348
22.5    **A Fast Fanout Optimization Algorithm for Near-Continuous Buffer Libraries**
    *David S. Kung*....................................................................................................................352

## Session 23
## Routing for Performance and Crosstalk

Chair: Sachin S. Sapatnekar
Organizers: Patrick Groenveld, Andrew B. Kahng

**23.1**    **Performance Driven Multi-Layer General Area Routing for PCB/MCM Designs**
     *Jason Cong, Patrick H. Madden* .................................................................... 356

**23.2**    **Buffer Insertion for Noise and Delay Optimization**
     *Charles J. Alpert, Anirudh Devgan, Stephen T. Quay* ..................................... 362

**23.3**    **Table-Lookup Methods for Improved Performance-Driven Routing**
     *John Lillis, Premal Buch* ............................................................................ 368

**23.4**    **Global Routing with Crosstalk Constraints**
     *Hai Zhou, D.F. Wong* ................................................................................. 374

**23.5**    **Timing and Crosstalk Driven Area Routing**
     *Hsiao-Ping Tseng, Louis Scheffer, Carl Sechen* ............................................ 378

## Session 24
## Practical Optimization Methodologies for High Performance Design

Chair: Vivek Tiwari
Organizers: Vivek Tiwari, Kenji Yoshida

**24.1**    **Process Multi-Circuit Optimization**
     *Arun Lokanathan, Jay Brockman* ................................................................ 382

**24.2**    **Migration: A New Technique to Improve Synthesized Designs through Incremental Customization**
     *Rajendran Panda, Abhijit Dharchoudhury, Tim Edwards, Joe Norton,*
     *David Blaauw* ............................................................................................ 388

**24.3**    **A Practical Repeater Insertion Method in High Speed VLSI Circuits**
     *Julian Culetu, Chaim Amir, John MacDonald* .............................................. 392

**24.4**    **Practical Experiences with Standard-Cell Based Datapath Design Tools — Do We Really Need Regular Layouts?**
     *Paolo Ienne, Alexander Grießing* ................................................................ 396

**24.5**    **A Statistical Performance Simulation Methodology for VLSI Circuits**
     *Michael Orshansky, James C. Chen, Chenming Hu* ....................................... 402

## Session 25
## RF IC Design Methodology

Chair: Mojy C. Chian
Organizers: Bryan D. Ackland, Mojy C. Chian

**25.1**    **Embedded Tutorial: RF IC Design Challenges**
     *Behzad Razavi* ........................................................................................... 408

**25.2**    **Tools and Methodology for RF IC Design**
     *Al Dunlop, Alper Demir, Peter Feldmann, Sharad Kapur, David Long, Robert Melville,*
     *Jaijeet Roychowdhury* ................................................................................ 414

**25.3**    **Electromagnetic Modeling and Signal Integrity Simulation of Power/Ground Networks in High Speed Digital Packages and Printing Circuit Boards**
     *Frank Y. Yuan* ........................................................................................... 421

## Session 26
## Theory and Practice in High Level Synthesis

Chair: Steve Tjiang
Organizers: David Ku, Timothy Kam

**26.1**    **Efficient Coloring of a Large Spectrum of Graphs**
     *Darko Kirovski, Miodrag Potkonjak* ........................................................... 427

26.2 **Arithmetic Optimization Using Carry-Save-Adders**
*Taewhan Kim, William Jao, Steve Tjiang* ..................................................................*433*
26.3 **Synthesis of Power-Optimized and Area-Optimized Circuits from Hierarchical Behavioral Descriptions**
*Ganesh Lakshminarayana, Niraj K. Jha* ..................................................................*439*

## Session 27
## BDD Approximation Techniques
Chair: Andreas Kuehlmann
Organizers: Andreas Kuehlmann, Kunle Olukotun
27.1 **Approximation and Decomposition of Binary Decision Diagrams**
*Kavita Ravi, Kenneth L. McMillan, Thomas R. Shiple, Fabio Somenzi* .............*445*
27.2 **Approximate Reachability with BDDs Using Overlapping Projections**
*Shankar G. Govindaraju, David L. Dill, Alan J. Hu, Mark A. Horowitz* ...........*451*
27.3 **Incremental CTL Model Checking Using BDD Subsetting**
*Abelardo Pardo, Gary D. Hachtel* ..........................................................................*457*

## Session 28
## Interconnect Modeling and Timing Simulation
Chair: Andrew T. Yang
Organizers: Andrew T. Yang, Hidetoshi Onodera
28.1 **PRIMO: Probability Interpretation of Moments for Delay Calculation**
*Rony Kay, Lawrence Pileggi* ....................................................................................*463*
28.2 **ftd: An Exact Frequency to Time Domain Conversion for Reduced Order RLC Interconnect Models**
*Ying Liu, Lawrence T. Pileggi, Andrzej J. Strojwas* ............................................*469*
28.3 **Extending Moment Computation to 2-Port Circuit Representations**
*Fang-Jou Liu, Chung-Kuan Cheng* ........................................................................*473*
28.4 **Adjoint Transient Sensitivity Computation in Piecewise Linear Simulation**
*Tuyen V. Nguyen, Anirudh Devgan, Ognen J. Nastov* .........................................*477*

## Session 29
## Low Power Design Using Multiple Thresholds and Supplies
Chair: Bryan D. Ackland
Organizers: Anantha Chandrakasan, Bryan D. Ackland
29.1 **Design Methodology of Ultra Low-power MPEG4 Codec Core Exploiting Voltage Scaling Techniques**
*Kimiyoshi Usami, Mutsunori Igarashi, Takashi Ishikawa, Masahiro Kanazawa, Masafumi Takahashi, Mototsugu Hamada, Hideho Arakida, Toshihiro Terazawa, Tadahiro Kuroda* ......................................................................................................*483*
29.2 **Design and Optimization of Low Voltage High Performance Dual Threshold CMOS Circuits**
*Liqiong Wei, Zhanping Chen, Mark Johnson, Kaushik Roy, Vivek De* ...............*489*
29.3 **MTCMOS Hierarchical Sizing Based on Mutual Exclusive Discharge Patterns**
*James Kao, Siva Narendra, Anantha Chandrakasan* ............................................*495*

## Session 30
## Panel: Technical Challenges of IP and System-on-Chip:
## The ASIC Vendor Perspective
Chair: A. Richard Newton
Organizers: Andrew Graham, Andrew B. Kahng
Panel Members: *Bruce Beers, Jeffery Hilbert, Anand Naidu, Bob Payne, L.J. Reed, Mark Stibitz, Hitoshi Yoshizawa* ..........................................................................*501*

# Session 31
## Software Synthesis and Retargetable Compilation

Chair: Kurt Keutzer
Organizers: Luciano Lavagno, Sharad Malik

31.1    **Software Synthesis of Process-Based Concurrent Programs**
        *Bill Lin* ..................................................................................................502

31.2    **Don't Care-Based BDD Minimization for Embedded Software**
        *Youpyo Hong, Peter A. Beerel, Luciano Lavagno, Ellen M. Sentovich* .............506

31.3    **Instruction Selection, Resource Allocation, and Scheduling in the AVIV
        Retargetable Code Generator**
        *Silvina Hanono, Srinivas Devadas* ........................................................510

31.4    **Code Compression for Embedded Systems**
        *Haris Lekatsas, Wayne Wolf* ................................................................516

# Session 32
## Formal Methods in Functional Verification

Chair: Kunle Olukotun
Organizers: Kunle Olukotun, Andreas Kuehlmann

32.1    **A Decision Procedure for Bit-Vector Arithmetic**
        *Clark W. Barrett, David L. Dill, Jeremy R. Levitt* ...................................522

32.2    **Functional Vector Generation for HDL Models Using Linear Programming
        and 3-Satisfiability**
        *Farzan Fallah, Srinivas Devadas, Kurt Keutzer* .......................................528

32.3    **Automatic Generation of Assertions for Formal Verification of PowerPC™
        Microprocessor Arrays Using Symbolic Trajectory Evaluation**
        *Li-C. Wang, Magdy S. Abadir, Nari Krishnamurthy* ...................................534

32.4    **Combining Theorem Proving and Trajectory Evaluation in an Industrial Environment**
        *Mark D. Aagaard, Robert B. Jones, Carl-Johan H. Seger* .............................538

# Session 33
## Core Test and BIST

Chair: Janusz Rajski
Organizers: Yervant Zorian, Janusz Rajski

33.1    **A Fast and Low Cost Testing Technique for Core-based System-on-Chip**
        *Indradeep Ghosh, Sujit Dey, Niraj K. Jha* .............................................542

33.2    **Introducing Redundant Computations in a Behavior for Reducing BIST Resources**
        *Ishwar Parulkar, Sandeep K. Gupta, Melvin A. Breuer* ...............................548

33.3    **A BIST Scheme for RTL Controller-Data Paths Based on Symbolic Testability Analysis**
        *Indradeep Ghosh, Niraj K. Jha, Sudipta Bhawmik* .....................................554

# Session 34
## Interconnect Analysis and Reliability in Deep Sub-Micron

Chair: Kenji Yoshida
Organizers: Kenji Yoshida, David T. Blaauw

34.1    **Figures of Merit to Characterize the Importance of On-Chip Inductance**
        *Yehea I. Ismail, Eby G. Friedman, Jose L. Neves* .....................................560

34.2    **Layout Techniques for Minimizing On-Chip Interconnect Self Inductance**
        *Yehia Massoud, Steve Majors, Tareq Bustami, Jacob White* ...........................566

34.3    **A Practical Approach to Static Signal Electromigration Analysis**
        *Nagaraj NS, Frank Cano, Haldun Haznedar, Duane Young* ...............................572

**Session 35**

**Panel: Design Productivity: How to Measure It, How to Improve It**

Chair: Carlos Dangelo

Organizers: Ronald E. Collett, Andrew B. Kahng,

Panel Members: *Andy Bechtolsheim, Ronald E. Collett, Jeff Hilbert, Chris Malachowsky, Leif Rosqvist, Jim Thomas* ..................................................................................................578

**Session 36**

**Timing Analysis**

Chair: Tom Szymanski

Organizers: Sharad Malik, Farid N. Najm

36.1  **Hierarchical Functional Timing Analysis**
       *Yuji Kukimoto, Robert K. Brayton* ...................................................................580

36.2  **Making Complex Timing Relationships Readable: Presburger Formula Simplification Using Don't Cares**
       *Tod Amon, Gaetano Borriello, Jiwen Liu* ........................................................586

36.3  **Delay Estimation of VLSI Circuits from a High-Level View**
       *Mahadevamurty Nemani, Farid N. Najm* .........................................................591

36.4  **TETA: Transistor-Level Engine for Timing Analysis**
       *Florentin Dartu, Lawrence T. Pileggi* ..............................................................595

**Session 37**

**New Techniques in State Space Explorations**

Chair: Carl-Johan H. Seger

Organizers: Andreas Kuehlmann, Kunle Olukotun

37.1  **Validation with Guided Search of the State Space**
       *C. Han Yang, David L. Dill* ...........................................................................599

37.2  **Efficient State Classification of Finite State Markov Chains**
       *Aiguo Xie, Peter A. Beerel* ...........................................................................605

37.3  **An Implicit Algorithm for Finding Steady States and its Application to FSM Verification**
       *Gagan Hasteer, Anmol Mathur, Prithviraj Banerjee* ......................................611

37.4  **Hybrid Verification Using Saturated Simulation**
       *Adnan Aziz, Jim Kukula, Tom Shiple* ............................................................615

**Session 38**

**Advanced ATPG Techniques**

Chair: Yervant Zorian

Organizers: Yervant Zorian, Janusz Rajski

38.1  **Fast State Verification**
       *Dechang Sun, Bapiraju Vinnakota, Wanli Jiang* .............................................619

38.2  **A Fast Sequential Learning Technique for Real Circuits with Application to Enhancing ATPG Performance**
       *Aiman El-Maleh, Mark Kassab, Janusz Rajski* ..............................................625

38.3  **Fault-Simulation Based Design Error Diagnosis for Sequential Circuits**
       *Shi-Yu Huang, Kwang-Ting Cheng, Kuang-Chien Chen, Juin-Yeu Joseph Lu* ...................632

## Session 39
### Practical Experience of Functional Verification for Complex ICs
Chair: Rajesh Raina
Organizers: David T. Blaauw, Kenji Yoshida

39.1  **Functional Verification of a Multiple-issue, Out-of-Order, Superscalar Alpha Processor—The DEC Alpha 21264 Microprocessor**
*Scott Taylor, Michael Quinn, Darren Brown, Nathan Dohm, Scot Hildebrandt, James Huggins, Carl Ramey* ................................................................................638

39.2  **Design Reliability—Estimation Through Statistical Analysis of Bug Discovery Data**
*Yossi Malka, Avi Ziv*..............................................................................644

39.3  **Functional Verification of Large ASICs**
*Adrian Evans, Allan Silburt, Gary Vrckovnik, Thane Brown, Mario Dufresne, Geoffrey Hall, Tung Ho, Ying Liu* ...........................................................650


## Session 40
### Panel:  The EDA Start-up Experience: The First Product
Chair: Erach Desai
Organizer: Mike Murray
Panel Members:  *Rick Carlson, Lorne Cooper, Dean Drako, Rajeev Madhavan, John Sanguinetti, Curtis Widdoes*....................................................................656


## Session 41
### Fast Functional Simulation
Chair: Patrick C. McGeer
Organizers: Rajesh K. Gupta, David Ku

41.1  **Embedded Tutorial:  Digital System Simulation: Methodologies and Examples**
*Kunle Olukotun, Mark Heinrich, David Ofelt*..................................................658

41.2  **Hybrid Techniques for Fast Functional Simulation**
*Yufeng Luo, Tjahjadi Wongsonegoro, Adnan Aziz*.............................................664

41.3  **A Reconfigurable Logic Machine for Fast Event-Driven Simulation**
*Jerry Bauer, Michael Bershteyn, Ian Kaplan, Paul Vyedin*..................................668


## Session 42
### Power Estimation and Modeling
Chair: Farid N. Najm
Organizers: Farid N. Najm, Andrew T. Yang

42.1  **Parallel Algorithms for Power Estimation**
*Victor Kim, Prithviraj Banerjee* ..............................................................672

42.2  **A Power Macromodeling Technique Based on Power Sensitivity**
*Zhanping Chen, Kaushik Roy*...................................................................678

42.3  **Maximum Power Estimation Using the Limiting Distributions of Extreme Order Statistics**
*Qinru Qiu, Qing Wu, Massoud Pedram*..........................................................684

42.4  **An Optimization-Based Error Calculation for Statistical Power Estimation of CMOS Logic Circuits**
*Byunggyu Kwak, Eun Sei Park*...................................................................690

42.5  **Using Complementation and Resequencing to Minimize Transitions**
*Rajeev Murgai, Masahiro Fujita, Arlindo Oliveira*...........................................694

xxx

### Session 43
### Technology Mapping for Programmable Logic
Chair: Jonathan Rose
Organizers: Jason Cong, TingTing Hwang

43.1 **Technology Mapping for Large Complex PLDs**
*Jason Helge Anderson, Stephen Dean Brown* ...................................................................698

43.2 **Delay-Optimal Technology Mapping for FPGAs with Heterogeneous LUTs**
*Jason Cong, Songjie Xu*.......................................................................................................704

43.3 **Exact Tree-based FPGA Technology Mapping for Logic Blocks with Independent LUTs**
*Madhukar R. Korupolu, K. K. Lee, D. F. Wong*...................................................................708

43.4 **Compatible Class Encoding in Hyper-Function Decomposition for FPGA Synthesis**
*Jie-Hong R. Jiang, Jing-Yang Jou, Juinn-Dar Huang* ........................................................712

43.5 **In-Place Power Optimization for LUT-Based FPGAs**
*Balakrishna Kumthekar, Luca Benini, Enrico Macii, Fabio Somenzi*..................................718

43.6 **A Re-engineering Approach to Low Power FPGA Design Using SPFD**
*Jan-Min Hwang, Feng-Yi Chiang, TingTing Hwang* ...........................................................722

### Session 44
### Power Dissipation and Distribution in High Performance Processors
Chair: David T. Blaauw
Organizers: Anatha Chandrakasan, Jan M. Rabaey

44.1 **Power Considerations in the Design of the Alpha 21264 Microprocessor**
*Michael K. Gowan, Larry L. Biro, Daniel B. Jackson*.........................................................726

44.2 **Reducing Power in High-Performance Microprocessors**
*Vivek Tiwari, Deo Singh, Suresh Rajgopal, Gaurav Mehta, Rakesh Patel,*
*Franklin Baez*......................................................................................................................732

44.3 **Design and Analysis of Power Distribution Networks in PowerPC™ Microprocessors**
*Abhijit Dharchoudhury, Rajendran Panda, David Blaauw, Ravi Vaidyanathan,*
*Bogdan Tutuianu, David Bearden* ........................................................................................738

44.4 **Full-Chip Verification Methods for DSM Power Distribution Systems**
*Gregory Steele, David Overhauser, Steffen Rochel, Syed Zakir Hussain* ............................744

### Session 45
### Challenge in the Test on System-On-A-Chip Era
Chair: Prab Varma
Organizers: Prab Varma, Takahide Inoue
**Panel: System Chip Test Challenges, Are There Solutions Today?**
Panel Members: *Erik Jan Marinissen, Bruce Mathewson, Rudy Garcia,*
*Yervant Zorian, Sujit Dey, Rob Roy*.....................................................................................750

45.1 **Embedded Tutorial: System-Chip Test Strategies**
*Yervant Zorian* ....................................................................................................................752

### Session 46
### Controller Decomposition for Power and Area Minimization
Chair: Fabio Somenzi
Organizers: Timothy Kam, Luciano Lavagno

46.1 **Finite State Machine Decomposition for Low Power**
*José C. Monteiro, Arlindo L. Oliveira*..................................................................................758

46.2 **Computational Kernals and Their Application to Sequential Power Optimization**
*L. Benini, G. De Micheli, A. Lioy, E. Macii, G. Odasso, M Poncino* ...................................764

**46.3**    **Partitioning and Optimizing Controllers Synthesized from Hierarchical High-Level Descriptions**
*Andrew Seawright, Wolfgang Meyer* ................................................................................770

## Session 47
## IP Protection Technologies

Chair: Tom VandenBerge
Organizers: Richard Smith, Takahide Inoue
**47.1**    **Watermarking Techniques for Intellectual Property Protection**
*A. B. Kahng, J. Lach, W. H. Mangione-Smith, S. Mantik, I. L. Markov, M. Potkonjak, P. Tucker, H. Wang, G. Wolfe* ....................................................................776
**47.2**    **Robust IP Watermarking Methodologies for Physical Design**
*Andrew B. Kahng, Stefanus Mantik, Igor L. Markov, Miodrag Potkonjak, Paul Tucker, Huijuan Wang, Gregory Wolfe* ........................................................782
**47.3**    **Data Security for Web-based CAD**
*Scott Hauck, Stephen Knol* ..........................................................................................788

## Session 48
## Case Studies of New Design Methods

Chair: Anders Forsen
Organizers: Ivo Bolsens, James A. Rowson
**48.1**    **Design of a SPDIF Receiver using Protocol Compiler**
*Ulrich Holtmann, Peter Blinzer* ....................................................................................794
**48.2**    **MetaCore: An Application Specific DSP Development System**
*Jin-Hyuk Yang, Byoung-Woon Kim, Sang-Jun Nam, Jang-Ho Cho, Sung-Won Seo, Chang-Ho Ryu, Young-Su Kwon, Dae-Hyun Lee, Jong-Yeol Lee, Jong-Sun Kim, Hyun-Dhong Yoon, Jae-Yeol Kim, Kun-Moo Lee, Chan-Soo Hwang, In-Hyung Kim, Jun-Sung Kim, Kwang-Il Park, Kyu-Ho Park, Yong-Hoon Lee, Seung-Ho Hwang, In-Cheol Park, Chong-Min Kyung* ................................................................................800
**48.3**    **A Case Study in Embedded System Design: An Engine Control Unit**
*Tullio Cuatto, Claudio Passerone, Luciano Lavagno, Attila Jurecska, Antonino Damiano, Claudio Sansoè, Alberto Sangiovanni-Vincentelli* ..............................................804
**48.4**    **HW/SW CoVerification Performance Estimation & Benchmark for a 24 Embedded RISC Core Design**
*Thomas W. Albrecht, Johann Notbauer, Stefan Rohringer* ..................................808
**48.5**    **System-Level Exploration with SpecSyn**
*Daniel D. Gajski, Frank Vahid, Sanjiv Narayan, Jie Gong* ..................................812

# Generic Global Placement and Floorplanning

Hans Eisenmann and Frank M. Johannes

http://www.regent.e-technik.tu-muenchen.de

Institute of Electronic Design Automation
Technical University Munich
80290 Munich
Germany

## Abstract

We present a new force directed method for global placement. Besides the well-known wire length dependent forces we use additional forces to reduce cell overlaps and to consider the placement area. Compared to existing approaches, the main advantage is that the algorithm provides increased flexibility and enables a variety of demanding applications. Our algorithm is capable of addressing the problems of global placement, floorplanning, timing minimization and interaction to logic synthesis. Among the considered objective functions are area, timing, congestion and heat distribution. The iterative nature of the algorithm assures that timing requirements are precisely met. While showing similar CPU time requirements it outperforms Gordian by an average of 6 percent and TimberWolf by an average of 8 percent in wire length and yields significantly better timing results.

## 1 Introduction

Automated cell placement for VLSI circuits has always been a key factor for achieving designs with optimized area usage and timing behavior. Beyond this, the deep-submicron era is posing new challenges onto a placement tool: Meeting timing specifications is becoming more difficult, floorplanning requires that larger designs are placed in less time and a variety of additional physical and geometrical constraints must be fulfilled simultaneously.

A common formulation of the placement objective is to minimize wire length under the constraint that cells don't overlap each other. Early formulations of the placement problem use forces for reducing the overlaps between cells [1]. Complexity and convergence problems quickly led to the development of more powerful methods. The current state-of-the-art placement tools for handling large designs can be classified into two categories based on how they make sure that the placement is free of overlaps. The first class consists of algorithms which keep the placement free of overlaps during the whole placement process. Among them, the simulated annealing method showed excellent results [2]. The second

Permission to make digital or hard copies of all or part of this work for personal or classroom use is granted without fee provided that copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. To copy otherwise, to republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee.

DAC 98, June 15-19, 1998, San Francisco, CA USA
ISBN 1-58113-049-x/98/06…$5.00

class of algorithms is based on a hierarchical subdivision of the placement area with a corresponding partitioning of the set of cells. Within this approach, a min-cut objective [3, 4] has been used successfully and the combination with a quadratic objective function showed best results [5, 6, 7]. Partitioning based methods typically yield a placement with small overlaps between cells, a so-called global placement, which has to be made free of overlaps by a final placement step.

Decreasing feature sizes require that timing issues are considered during layout synthesis. Among various techniques to reduce circuit delays, placement algorithms can be extended to be timing driven. Timing driven placement aims at minimizing the wire length of nets along critical paths. Net based approaches transform path constraints to net constraints or net weights [8] whereas path based approaches can consider the length of the longest path directly [9].

The mixed-block/cell placement occurs in floorplanning applications. It is typically converted into a block placement problem by assigning cells to flexible blocks. Flexible block placement can be solved efficiently [10]. Alternatively, the locations of the blocks are set constant before or during the placement process.

We present a force directed method which uses a new approach of dealing with cell overlaps. We use the well-known force directed formulation and apply additional forces to reduce cell overlaps and to distribute cells over the placement area. Our iterative approach has the advantage that no hard constraints are used during the placement procedure. This property makes our approach much more powerful than partitioning based methods which make irreversible decisions at early stages based on incomplete or inaccurate information. Moreover, avoiding hard constraints gives the algorithm the flexibility to address a variety of applications and objective functions. For example, our algorithm is the first one which is able to handle large mixed block/cell placement problems without treating blocks and cells differently. Contrary to existing state-of-the-art methods, our approach can assure that timing requirements are precisely met.

The rest of the paper is organized as follows: In section 2, we formulate the placement task using the well-known wire length dependent forces and add an additional force to each cell. This formulation transforms the placement problem into the problem of finding the additional forces. Section 3 addresses the problem of determining the additional forces to reduce cell overlaps and to adapt the placement to the placement area. The results from section 2 and 3 are used in section 4 to formulate an iterative algorithm. Section 5 illustrates applications for generic cell placement, floorplanning, timing minimization and interaction with logic synthesis. In section 6, comparisons with state-of-the-art algorithms demonstrate the superiority of our approach with regard to wire length and timing optimization.

## 2 Problem Formulation

In this section, we begin with the standard formulation of the placement problem where a quadratic objective function is used to model wire length. We introduce additional forces working on each cell. This formulation transforms the problem of finding cell coordinates into the problem of finding forces. The benefit of our formulation is that it inherently incorporates wire length minimization. The problem of determining additional forces is addressed in section 3.

### 2.1 Quadratic Objective Function and Additional Forces

Let $n$ be the number of movable cells in the circuit, $x_i$ the x-coordinate of the center of cell $i$ and $y_i$ the y-coordinate of the center of cell $i$. A placement of the circuit can be described by the $2n$-dimensional vector $\vec{p} = (x_1, \ldots, x_i, \ldots, x_n, y_1, \ldots, y_i, \ldots, y_n)^T$.

As usual, we are modeling the circuit connectivity as a graph. Cells are modeled as vertices and nets are modeled as edges. A net connecting $k$ cells yields a clique in the graph. The clique consists of $k(k-1)/2$ edges with weight $1/k$ connecting each vertex with all other vertices.

We formulate the cost of an edge as the squared Euclidean distance between its adjacent vertices multiplied with the weight of the edge. The squared Euclidean distance between two movable cells $i$ and $j$ is $(x_i - x_j)^2 + (y_i - y_j)^2$. If cell $i$ is connected to a fixed cell with coordinates $(x_f, y_f)$, the distance is $(x_i - x_f)^2 + (y_i - y_f)^2$. Consequently, the objective function sums up the cost of all edges and can be written in matrix notation [11]

$$\frac{1}{2} \vec{p}^T C \vec{p} + \vec{d}^T \vec{p} + const \qquad (1)$$

by using the $2n \times 2n$ symmetric matrix $C$ and the $2n$-dimensional vector $\vec{d}$. For example, the x-part of the connection between two movable cells $i$ and $j$ is $(x_i - x_j)^2 = x_i^2 - 2 \cdot x_i \cdot x_j + x_j^2$. The first term contributes to the diagonal of $C$ at row $i$, the second term causes negative entries at row $i$, column $j$ and at row $j$, column $i$. The third term is a contribution to the diagonal of $C$ at row $j$. In case of a fixed connection, $(x_i - x_f)^2$ evaluates to $x_i^2 - 2 \cdot x_i \cdot x_f + x_f^2$. The first term is a contribution to the diagonal of $C$, the second term gives a negative entry at $\vec{d}$ in row $i$ and the third term affects the constant part of (1). The objective function (1) is minimized by solving the linear equation system

$$C\vec{p} + \vec{d} = 0 \qquad (2)$$

This formulation is equivalent to modeling nets as springs and calculating the state of equilibrium. In detail, row $i$ (row $i + n$) of equation system (2) states that the force working on cell $i$ is zero in $x$ direction ($y$ direction).

### 2.2 Additional Forces

In the following, we introduce additional forces working on each cell. We extend equation (2) with the force vector $\vec{e}$ to model constant additional forces:

$$C\vec{p} + \vec{d} + \vec{e} = 0 \qquad (3)$$

The force vector $\vec{e}$ contains the additional forces working on the cells in the $x$ and $y$ direction. Equation (3) transforms the problem of finding a placement into the problem of finding additional forces $\vec{e}$ and calculating the placement $\vec{p}$ according to (3). It is easy to show that the introduction of forces does not restrict the solution space, i.e. any given placement can fulfill equation (3) if the additional forces $\vec{e}$ are chosen appropriately.

## 3 Determination of the Additional Forces

In this section, we present a specific choice of how additional forces can be used. We take advantage from the fact that equation (2) already inherently minimizes wire length and formulate a specific choice for the additional forces from which we derive a unique set of forces.

### 3.1 Specific Choice of Additional Forces

**Additional forces shall be used to distribute the cells evenly over the placement area.**

Motivation: Solving equation (2) gives the global optimum with regard to squared wire length. However, equation (2) neither considers the overlaps of the cells nor the placement area. Therefore, the resulting placement is overlapping and not well distributed over the placement area in general. We use the additional forces in equation (3) to remove cell overlaps and to adapt the placement to the placement area.

### 3.2 Requirements

In the following, we derive four requirements for the additional forces.

1. For a given placement, the additional force working on a cell depends only on the coordinates of the cell.

   Motivation: If the task of the forces is to reduce the overlaps of the cells, it is only natural that a cell at the same place as another cell gets the same force.

2. Regions with higher density are the sources of the forces. Regions with lower density are the sinks.

   Motivation: Forces should move cells away from high density regions and lead them to low density regions.

3. The forces do not form circles.

   Motivation: The purpose of the forces is to improve the distribution. A circular force does not improve the distribution and is of no use.

4. In infinity, the force should be zero.

   Motivation: This requirement prevents the existence of a constant force.

### 3.3 Mathematical Formulation and Solution

We now show that these four requirements are sufficient to uniquely determine the forces. The basic background of how the requirements can be put into mathematical formulations can be found in [12].

The first requirement allows us to write the additional force $\vec{f}_i$ at cell $i$ as a function of x and y: $\vec{f}_i = \vec{f}(x, y)|_{x=x_i, y=y_i}$

For the second requirement we define a supply-and-demand model for describing the density at a given point. We first define the rectangle function $R(z)$:

$$R(z) = \begin{cases} 1 & \text{if } -1/2 < z < 1/2 \\ 0 & \text{otherwise} \end{cases}$$

The width of cell $i$ is denoted by $w_i$, the height of cell $i$ is $h_i$. The function $a_i(x, y)$ describes the area of cell $i$ and is defined as $a_i(x, y) = R(\frac{x - x_i}{w_i}) \cdot R(\frac{y - y_i}{h_i})$. The value of $a_i(x, y)$ is one for a point $(x, y)$ which is covered by cell $i$ and zero otherwise.

Using $W$ as the width of the placement area and $H$ as its height, the area function $A(x,y)$ can be defined. Using $R(z)$, which is one for $-0.5 < z < 0.5$ and zero otherwise, we can define $A(x,y)$ similarly as $A(x,y) = R(\frac{x}{W}) \cdot R(\frac{y}{H})$. The value of $A(x,y)$ is one for a point $(x,y)$ within the placement area and zero otherwise.

With the definition of $s$ as the quotient of total cell area and placement area we define a function for the density $D(x,y)$:

$$D(x,y) = \sum_i a_i(x,y) - s \cdot A(x,y) \text{ with } s = \frac{\sum_i w_i \cdot h_i}{W \cdot H} \quad (4)$$

In other words: The density at a certain point within the placement area is the number of cells which cover the point, minus $s$.

The first term of equation (4) can be seen as the demand of area by the cells. The second term is the supply of area from the placement area scaled by factor $s$. The integral of $D(x,y)$ over the whole area is zero. This is achieved by scaling the supply with $s$. Let us note that $D(x,y) > 0$ at locations with higher density than desired and $D(x,y) < 0$ at locations with lower density than desired.

Using a proportional constant $k$, requirement 2 gives [12]

$$\vec{\nabla} \vec{f}(x,y) = k \cdot D(x,y) \quad (5)$$

Requirement 3 means that $\vec{f}(x,y)$ is conservative, i.e. there exists a scalar function $\Phi(x,y)$ with

$$\vec{\nabla} \Phi(x,y) = \vec{f}(x,y) \quad (6)$$

Combining (5) and (6) results in Poisson's equation

$$\Delta \Phi(x,y) = k \cdot D(x,y) \quad (7)$$

with boundary conditions from requirement 4

$$\lim_{|\vec{r}| \to \infty} |\vec{\nabla} \Phi(x,y)| = 0 \text{ with } \vec{r} = (x,y)^T \quad (8)$$

This standard problem has a unique solution for $\vec{f}(x,y)$ [13] :

$$\vec{f}(x,y) = \frac{k}{2\pi} \int_{-\infty}^{\infty} \int_{-\infty}^{\infty} D(x',y') \frac{\vec{r} - \vec{r}'}{|\vec{r} - \vec{r}'|^2} dx' dy' \quad (9)$$

### 3.4 Interpretation

In the case of modeling cells as points and subdividing the placement area into places with unit area, the above integral becomes a discrete sum and equation (9) can be interpreted informally to make its meaning and its nature more clear:

1. The force working on a cell is the superposition of the forces originating from other cells and places.

2. The force exerted on a cell by another cell (place) is repelling (attracting) with a strength proportional to the inverse of their Euclidean distance.

3. The direction of the force is parallel to the straight line between the cells (between the cell and the place, resp.).

## 4 Basic Algorithm

We now combine the results from section 2 and 3. The forces in section 2 have been assumed to be constant whereas section 3 states that forces depend on the location of the corresponding cell. We resolve this conflict by introducing an iterative algorithm which determines the forces according to the current placement. These forces are set constant and used to calculate a new placement. The new placement then is the base for the next iteration step and so on.

We first describe a single iteration step called 'placement transformation'. Then, we show how a global placement can be achieved by successively applying placement transformations.

### 4.1 Placement Transformation

We call one step of the algorithm a placement transformation. The input placement can be arbitrary. The transformation step can be applied to fully overlapping placements as well as nearly legal placements. We do not consider information from the past like the number of iterations or a certain cooling schedule.

We determine the forces $\vec{f}_i$ of the current placement according to equation (9). We choose the proportional constant $k$ so that the maximum strength of all forces $\vec{f}_i$ is equivalent to the force of a net with length $K \cdot (W + H)$ with a constant parameter $K$ as user parameter. The parameter $K$ determines how strongly the additional forces influence the placement and therefore determines the speed of convergence and the quality of the results. Next, we add the determined additional forces $\vec{f}_i$ to the force vector $\vec{e}$: $(\Delta e_i, \Delta e_{n+i})^T = \vec{f}_i$. Matrix $C$ is set up as described in section 2.1. We apply a linearization scheme for adjusting netweights [14] and solve equation (3) by using a conjugate gradient approach with preconditioning. During the solving step of equation (3) we assume that the additional forces $\vec{e}$ remain constant.

### 4.2 The Iterative Algorithm

The complete algorithm consists of three key elements:

1. Initialization: In the initial routine, all cells are placed at the center of the placement area and the forces $\vec{e}$ are set to zero.

2. Iteration loop: We iteratively apply placement transformations. We use $K$ to control the desired speed of the algorithm. We choose $K = 0.2$ for standard behavior while $K = 1.0$ is used for fast operation. Each iteration makes the distribution of the cells more even and adapts the placement more to the placement area.

3. Stopping criterion: We stop the iterations when there exists no empty square within the placement area which is larger than four times the average area of a cell. Our experiments showed that this criterion is sufficient for a desired even distribution of cells.

## 5 Application to Placement Tasks

In this section we describe what placement tasks can be addressed by the algorithm. We also describe which extensions have to be made for the different applications.

**Timing Optimization** We apply an iterative net weighting approach in order to optimize the timing behavior. We use the Elmore delay model based on the half perimeter of the enclosing rectangle as net delay. At iteration step $m$, each net $j$ has a criticality $c_j^{(m)}$. We initialize $c_j^{(0)}$ with zero and update it as follows.

Before each placement transformation, we carry out a longest path search for timing analysis. This gives us the maximum delay and the minimum slack for each net. Please note that our approach does not rely on this special model as it works well with any kind of timing analysis.

We define the criticality of net $j$ at step $m$ as

$$c_j^{(m)} = \begin{cases} (c_j^{(m-1)} + 1)/2 & \text{if net } j \text{ is among the 3 percent most} \\ & \text{critical nets} \\ c_j^{(m-1)}/2 & \text{otherwise} \end{cases}$$

The criticality describes how critical a net tends to be in general and is used later for our weight updating scheme. A net which is

critical at step $m$ contributes 50 % to its criticality, a net which is critical at step $m - 1$ contributes 25 % and so on. For example, if a net was never critical its criticality is zero whereas an always critical net has a criticality of one. This scheme effectively reduces oscillations of netweights.

Each net $j$ has an associated weight $w_j^{(m)}$. The initial weights $w_j^{(0)}$ are set to one. We multiply the weight $w_j^{(m-1)}$ of net $j$ with $1 + c_j^{(m)}$ and get the new weight $w_j^{(m)}$. For example, a net which has never been critical has $c_j^{(m)} = 0$ and keeps its weight $w_j^{(m)} = w_j^{(m-1)}$. The weight of a net which has always been critical is multiplied by a factor of 2: $w_j^{(m)} = 2 \cdot w_j^{(m-1)}$.

Our timing optimization especially benefits from the fact that even in late stages the parameter has the ability to change globally because there are no hard constraints. This property makes our approach much more powerful than other methods where decisions at early stages have to be made based on incomplete or inaccurate information.

**Meeting Timing Requirements**  The task of meeting a given timing requirement is different from optimizing the longest path delay. A timing requirement is a constraint under which other criteria should be optimized.

The typical approach with existing methods is iterative on a coarse level. The timing behavior of the resulting placement is compared to the specifications. Then, the input data is changed to make the method more aggressive or less aggressive. Additional placement runs are carried out until the desired timing behavior is obtained.

In order to avoid these multiple placement runs, we propose an extension to the described algorithm which directly meets timing requirements. First, we run the basic non-timing driven algorithm until it converges. We now have an area optimized placement. Then, we carry out a net weight adaption before each placement transformation. This net weight adaption is the same as described for timing optimization. In order to get a timing/area tradeoff curve we record the wire length and timing data for each step. We stop after the timing requirements are met. Since we used the resulting placement for timing analysis we can assure that the placement meets precisely the timing requirements.

Compared to existing methods, our approach has two major advantages: It guarantees that the timing requirements are precisely met if it is possible at all. No further reruns of the placement algorithm are necessary. Secondly, our two-phase approach provides a tradeoff curve showing which timing can be achieved at which cost.

**Mixed Block Placement and Floorplanning**  Using placement programs for floorplanning can yield problem sizes of several hundreds of thousands of cells. Floorplanning is a highly interactive task and the placement step is carried out multiple times resulting in the need for fast placement. Moreover, floorplanning poses the problem of placing big blocks and small cells simultaneously. Existing approaches are either not able to cope with the large problem size or disregard the dimension of the big blocks (at least at some step of the algorithm). Simulated annealing methods suffer from the fact that moving big cells is computationally intensive and partitioning based methods disregard the dimension of the big cells.

Contrary to that, our algorithm is the first one which is able to handle large mixed block/cell placement problems without treating blocks and cells differently.

**Congestion and Heat Driven Placement**  Since the modeling of the force sources is done by a supply and demand model, it is straightforward to extend the procedure to incorporate congestion information. Before each placement transformation a routing estimation is executed. Then, a congestion map is determined which is used in combination with the density $D(x,y)$ to calculate additional forces. With this approach, the placement and the congestion map converge simultaneously and yield a placement which directly considers the resulting congestion. Additionally, by replacing the congestion map with a heat map we can use the same approach to avoid hot spots in the layout.

**ECO and Interaction with Logic Synthesis**  Our approach is well suited for netlist changes during placement and for considering netlist changes after placement. This feature is typically needed by the application of ECO, gate resizing techniques and fully automated interaction with logic synthesis. The main requirement is that the existing placement is disturbed as little as possible.

Our method starts from the given placement and introduces additional forces according to the density deviations arising from netlist changes. Any changes in the netlist result in additional forces which move the surroundings slightly in order to adapt to the changed situation. The placement of cells relative to each other is preserved. The deviations in density are typically small which leads to small additional forces resulting in small changes for the placement. Compared to other methods, our approach has the advantage that an incrementally changed netlist results in small changes in the placement.

## 6  Experimental Results

We used the benchmark set from [15] for comparison. Table 1 shows the parameters of the circuits. Wire length is measured by summing up the half perimeter of the enclosing rectangle for each net. CPU times are measured in seconds for an Alphastation 250/4-266. CPU times of other approaches are scaled according to [16].

### 6.1  Standard Cell Benchmarks

We compare our results to the state-of-the-art methods Gordian/Domino [14, 17] and TimberWolf [2]. As final placer for the proposed method we used Domino [17]. The reported CPU times include the time used for final placement. The Gordian/Domino values are taken from [2]. We take the TimberWolf values from [18, 19] which are summarized in [2].

Since results for circuit *struct* have not been published, we ran TimberWolf 1.3.0 and Gordian/Domino 9.4 in their default configuration to obtain the values for circuit *struct*.

Table 1 lists the absolute values. The columns 'wire length' show the wire length in meters and 'CPU' the CPU time in seconds. We used the standard mode ($K = 0.2$) of our approach.

For better comparison, we also list the results relative to other methods in table 2. The columns 'improvement' give the wire length improvement in percent. Positive values mean that our approach is better. Columns 'rel. CPU' give the CPU time of our approach divided by the (scaled) time of the compared approach. Therefore, values smaller than 1.0 mean that our approach is faster.

One can see that our results are comparable with TimberWolf while using less than one third of the runtime. A comparison under similar runtime conditions (approximately 40 percent slower) outperforms TimberWolf by 7.9 percent and Gordian/Domino by 6.6 percent in wire length on the average.

We further investigated the quality/runtime tradeoff of our approach. Our motivation is that a fast placement is useful to achieve a placement estimation during the floorplanning phase. We compared the fast ($K = 1.0$) and the standard ($K = 0.2$) mode of our

| circuit | #cells | #nets | #rows | T.-Wolf [19] wire length [m] | CPU [s] | T.-Wolf [18] wire length [m] | CPU [s] | Go./Do. [17] wire length [m] | CPU [s] | Our Approach wire length [m] | CPU [s] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| fract | 125 | 147 | 6 | | | | | | | | |
| primary1 | 752 | 904 | 16 | - | - | 0.99 | 22 | 0.88 | 17 | 0.87 | 37 |
| struct | 1888 | 1920 | 21 | 0.364 | 272 | - | - | 0.377 | 30 | 0.338 | 40 |
| primary2 | 2907 | 3029 | 28 | - | - | 3.72 | 125 | 3.68 | 92 | 3.72 | 152 |
| biomed | 6417 | 5742 | 46 | 1.62 | 885 | 1.88 | 216 | 1.95 | 264 | 1.78 | 284 |
| industry2 | 12142 | 13419 | 72 | 13.53 | 3285 | 14.34 | 925 | 15.80 | 958 | 14.6 | 1283 |
| industry3 | 15059 | 21940 | 54 | 42.84 | 4504 | 44.67 | 877 | 44.97 | 1034 | 45.1 | 1605 |
| avq.small | 21854 | 22124 | 80 | 5.41 | 4587 | 6.13 | 1302 | 5.68 | 1744 | 4.91 | 1741 |
| avq.large | 25114 | 25384 | 86 | 5.86 | 5501 | 6.81 | 1560 | 6.21 | 2108 | 5.38 | 2031 |

Table 1: Benchmarks: Wire Length and CPU Time

| circuit | T.-Wolf [19] % improvement | rel. CPU | T.-Wolf [18] % improvement | rel. CPU | Go./Do. [17] % improvement | rel. CPU |
|---|---|---|---|---|---|---|
| primary1 | - | - | +12.1 | 1.68 | +1.1 | 2.17 |
| struct | +7.1 | 0.14 | - | - | +11.5 | 1.33 |
| primary2 | - | - | 0.0 | 1.21 | -1.1 | 1.65 |
| biomed | -9.8 | 0.32 | +5.3 | 1.31 | +8.7 | 1.07 |
| industry2 | -7.9 | 0.39 | -1.8 | 1.38 | +7.5 | 1.33 |
| industry3 | -5.2 | 0.35 | -0.9 | 1.83 | -0.2 | 1.33 |
| avq.small | +9.2 | 0.37 | +19.9 | 1.33 | +13.5 | 0.99 |
| avq.large | +8.1 | 0.36 | +20.9 | 1.30 | +13.3 | 0.96 |
| average | +0.2 | 0.32 | +7.9 | 1.43 | +6.6 | 1.38 |

Table 2: Comparisons to Other Approaches: Wire Length Improvement and Relative CPU Times

approach. Using the fast mode, we can calculate a placement in approximately one third of the time compared to the standard mode. The average wire length increase is 6 percent. Within 10 minutes, the fast approach is capable of obtaining a legal placement for 25 000 cells which could not be obtained by any other approach.

### 6.2 Timing

For better comparison to existing methods, we introduce a lower bound for the length of the longest path by setting all wire lengths to zero and performing a timing analysis. This lower bound can only be reached if all nets of the longest path have length zero which means that all cells would be interconnected by abutment. Then, we calculate the longest path of a placement without timing optimization and subtract the lower bound. This gives the optimization potential of the placement. Next, we calculate the reduction of the longest path by using timing optimization. Dividing this value by the optimization potential tells us how much the method could exploit the optimization potential, i.e. how good it is. Measuring the performance in the proposed way helps us to reduce the influence of differences in net models, timing models and timing parameters.

We compare our method to [20] and [21] which has been shown to be superior to [22]. Since having big nets in the longest path is not realistic we disregard nets with more than 60 pins for timing analysis in our approach. Therefore, the lower bound used for our approach is different from the lower bound used for the other approaches in the case of 'avq.small' and 'avq.large'. Using the same lower bound would give unrealistic good results.

As in [21], we assume a capacitance per length of 242 pF/m and a resistance per length of 25.5 kΩ/m. Table 3 shows the results. Columns 'without timing' list the results without timing optimization, 'with timing' the results for timing optimization. All timing values are in nanoseconds.

Table 4 demonstrates the capability of exploiting the optimization potential. The columns 'lower bound' list the lower bound in nanoseconds which we used for calculating the optimization potential. The columns 'exploitation' show the exploitation of the optimization potential. Higher values mean better timing optimization. Columns 'relative CPU' contain the CPU time requirement relative to our approach. Values larger than one mean that the compared method is slower.

On the average, the compared methods can exploit the optimization potential by up to 42 percent whereas our method utilizes 53 percent of the optimization potential and requires less CPU time.

## 7 Conclusions

The upcoming placement tasks pose new challenges to placement tools. They must be capable of placing larger netlist in less time, of considering more geometrical and physical constraints, and of dealing with more complicated timing requirements. Moreover, they must provide a flexible interface for manual changes as well as for changes introduced by logic synthesis tools.

To address these tasks, we proposed an iterative force directed method. A new approach has been presented which uses additional forces to remove cell overlaps and to adapt the placement to the placement area. The approach has the advantage that no hard constraints are used during the placement procedure. This property makes our approach much more powerful than existing methods which make irreversible decisions at early stages that are based on incomplete or inaccurate information. The avoidance of hard constraints gives the algorithm the flexibility to address a variety of applications and objective functions. For example, our algorithm is the first one which is able to handle large mixed block/cell placement problems without treating blocks and cells differently. Contrary to state-of-the-art approaches, our approach can assure that timing requirements are precisely met. While using comparable or less CPU time, our approach outperforms Gordian and TimberWolf by an average of 6 and 8 percent in wire length and yields significantly better timing results.

## 8 Acknowledgments

The authors thank the reviewers for their valuable suggestions. The first author thanks Kurt Antreich for his continuous support.

273

| | TimberWolf [20] | | | Speed [21] | | | Our Approach | | |
|---|---|---|---|---|---|---|---|---|---|
| circuit | without timing [ns] | with timing [ns] | CPU [s] | without timing [ns] | with timing [ns] | CPU [s] | without timing [ns] | with timing [ns] | CPU [s] |
| fract | 208 | 131 | 500 | - | - | - | 21.2 | 19.8 | 3 |
| struct | 907 | 449 | 1450 | 108 | 101 | 32 | 92.5 | 90.1 | 50 |
| biomed | - | - | - | 126 | 65 | 218 | 48.6 | 35.7 | 397 |
| avq.small | 1106 | 798 | 31993 | 827 | 580 | 3792 | 102 | 80 | 2791 |
| avq.large | - | - | - | 836 | 605 | 7185 | 113 | 94 | 3642 |

Table 3: Timing Results: Longest Path and CPU Time

| | TimberWolf [20] | | | Speed [21] | | | Our Approach | | |
|---|---|---|---|---|---|---|---|---|---|
| circuit | lower bound [ns] | exploitation | rel. CPU | lower bound [ns] | exploitation | rel. CPU | lower bound [ns] | exploitation | rel. CPU |
| fract | 18.5 | 40% | 164 | - | - | - | 18.5 | 51% | 1 |
| struct | 84.0 | 55% | 28 | 84.0 | 29% | 0.64 | 84.0 | 28% | 1 |
| biomed | - | - | - | 27.0 | 61% | 0.55 | 27.0 | 59% | 1 |
| avq.small | 142 | 31% | 11 | 142 | 36% | 1.35 | 69.9 | 68% | 1 |
| avq.large | - | - | - | 142 | 33% | 1.97 | 79.9 | 57% | 1 |
| average | | 42% | 67 | | 40% | 1.13 | | 53% | 1 |

Table 4: Relative Timing Results: Exploitation of Optimization Potential and relative CPU requirements

## References

[1] N. Quinn and M. Breuer, "A force directed component placement procedure for printed circuit boards," *IEEE Trans. CAS*, vol. CAS-26, pp. 377–388, June 1979.

[2] W.-J. Sun and C. Sechen, "Efficient and effective placement for very large circuits," *IEEE Trans. CAD*, vol. 14, no. 3, pp. 349–359, 1995.

[3] A. Dunlop and B. Kernighan, "A procedure for placement of standard-cell VLSI circuits," *IEEE Trans. CAD*, vol. CAD-4, pp. 92–98, Jan. 1985.

[4] D. J.-H. Huang and A. B. Kahng, "Partitioning based standard cell global placement with an exact objective," in *ISPD*, pp. 18–25, 1997.

[5] C.-K. Cheng and E. S. Kuh, "Module placement based on resistive network optimization," *IEEE Trans. CAD*, vol. CAD-3, pp. 218–225, July 1984.

[6] R.-S. Tsay, E. S. Kuh, and C.-P. Hsu, "PROUD: A fast sea-of-gates placement algorithm," in *ACM/IEEE DAC*, vol. 25, pp. 318–323, 1988.

[7] J. M. Kleinhans, G. Sigl, F. M. Johannes, and K. J. Antreich, "GORDIAN: VLSI placement by quadratic programming and slicing optimization," *IEEE Trans. CAD*, vol. CAD-10, pp. 356–365, Mar. 1991.

[8] A. E. Dunlop, V. D. Agrawal, D. N. Deutsch, M. F. Jukl, P. Kozak, and M. Wiesel, "Chip layout optimization using critical path weighting," in *ACM/IEEE DAC*, vol. 21, pp. 133–136, 1984.

[9] M. A. B. Jackson and E. S. Kuh, "Performance-driven placement of cell based IC's," in *ACM/IEEE DAC*, vol. 26, pp. 370–375, 1989.

[10] R. Otten, "Efficient floorplan optimization," in *IEEE ICCD*, pp. 499–501, Oct. 1983.

[11] K. M. Hall, "An r-dimensional quadratic placement algorithm," *Management Science*, vol. 17, pp. 219–229, Nov. 1970.

[12] R. Ellis and D. Gulick, *Calculus*. Harcourt Brace Jovanovich, 1991.

[13] W. E. Williams, *Partial Differential Equations*. Oxford University Press, 1980.

[14] G. Sigl, K. Doll, and F. M. Johannes, "Analytical placement: A linear or a quadratic objective function?," in *ACM/IEEE DAC*, 1991.

[15] "www.cbl.ncsu.edu/benchmarks/layoutsynth92/"

[16] "performance.netlib.org/performance/html/PDStop.html"

[17] K. Doll, F. M. Johannes, and K. J. Antreich, "Iterative placement improvement by network flow methods," *IEEE Trans. CAD*, vol. 13, pp. 1190–1200, Oct. 1994.

[18] W.-J. Sun and C. Sechen, "Efficient and effective placement for very large circuits," in *IEEE/ACMICCAD*, pp. 170–177, 1993.

[19] W.-J. Sun and C. Sechen, "A loosely coupled parallel algorithm for standard cell placement," in *IEEE/ACMICCAD*, pp. 137–144, 1994.

[20] W. Swartz and C. Sechen, "Timing driven placement for large standard cell circuits," in *ACM/IEEE DAC*, 1995.

[21] B. M. Riess and G. G. Ettelt, "Speed: Fast and efficient timing driven placement," in *IEEE ISCAS*, 1995.

[22] A. Srinivasan, K. Chaudhary, and E. S. Kuh, "RITUAL: A performance driven placement algorithm," *IEEE Trans. CAS*, vol. CAS-39, pp. 825–840, Nov. 1992.