IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-701 (GMS)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF SYNOPSYS, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, plaintiff Synopsys, Inc. hereby requests oral argument on its Renewed Motion To Bifurcate Trial Of Antitrust Claims And To Stay Discovery Related Exclusively Thereto (D.I. 123). The motion is fully briefed and ready for the Court's consideration.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*
_____
Jack B. Blumenfeld (# 1014)
Karen Jacobs Louden (# 2881)
Leslie A. Polizoti (# 4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

James J. Elacqua
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye Street, N.W.
Washington, DC 20006-2401
(202) 261-3432

November 6, 2006
544429