IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that Plaintiff Synopsys, Inc.'s Objections to Magma Design Automation Corporation's Notice of Deposition to Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) was caused to be served upon the following counsel in the manner indicated:

| **BY HAND (on November 13, 2006)** | **BY FACSIMILE (on November 10, 2006)** |
|---|---|
| William J. Marsden, Jr. | Dara Tabesh |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |
| | (650) 739-7060 - Fax |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

November 13, 2006

545281

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006 I electronically filed the foregoing

NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification

of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on

November 13, 2006 upon the following in the manner indicated:

| BY HAND AND E-MAIL | BY E-MAIL |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE  19899<br>marsden@fr.com | James Pooley<br>Pooley & Oliver LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2109<br>jpooley@pooleyoliver.com |

*/s/ Leslie A. Polizoti*

Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com