**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-701 GMS |
| AND RELATED COUNTERCLAIMS. | ) <br> ) <br> ) | |

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on November 10, 2006, the following documents were served on counsel of record in the manner indicated:

      1)     Magma Design Automation, Inc.'s Sixth Notice of Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) to Synopsys, Inc.; and

      2)     Magma Design Automation, Inc.'s Seventh Notice of Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) to Synopsys, Inc.

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

FISH & RICHARDSON P.C.

OF COUNSEL:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA  94306-2121
Telephone:   (650) 739-7020
Facsimile:    (650) 739-7060

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.  (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:   (302) 652-5070
Facsimile:    (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA  94063

Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

DATED:  November 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire　　　　　　Attorneys for Plaintiff
Morris, Nichols, Arsht & Tunnell　　　　　Synopsys, Inc.
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on November 16, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire　　　　　　　Attorneys for Plaintiff
Dechert LLP　　　　　　　　　　　　　　Synopsys, Inc.
1117 California Avenue
Palo Alto, CA  94304


　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80039092.doc