IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>  v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>    Defendant and<br>    Counter-Claimant. | C.A. No. 05-701-GMS |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jennifer Ishimoto and Joseph V. Colaianni, Jr. to represent Magma Design Automation, Inc. in this matter.

Dated: November 16, 2006    FISH & RICHARDSON P.C.

By: */s/* William J. Marsden, Jr.
    William J. Marsden, Jr. (#2247)
    (marsden@fr.com)
    919 N. Market Street
    Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006    _____
    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____

    Jennifer Ishimoto (ishimoto@fr.com)
    Fish & Richardson P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    650-839-5093

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____

    Joseph V. Colaianni, Jr. (colaianni@fr.com)
    Fish & Richardson P.C.
    1425 K Street, N.W.
    Washington, D.C. 20005
    (202) 783-6434

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed with the Clerk of Court Motion and Order for Admission Pro Hac Vice using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Karen Jacobs Louden                                *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell              *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801


I hereby certify that on November 16, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire                   *Attorneys for Plaintiff*
Dechert LLP                                              *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304


*/s/ William J. Marsden*
William J. Marsden