IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>          Plaintiff and Counter-Defendant,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>          Defendant and Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Magma's Responsive Claim Construction Brief**

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 17, 2006          FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
     William J. Marsden, Jr. (#2247)
     (marsden@fr.com)
     919 N. Market Street
     Suite 1100
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Tel: (302) 652-5070

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I electronically filed with the Clerk of Court **Notice of Filing with Clerk's Office** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Karen Jacobs Louden, Esquire           *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell       *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
***Email:  klouden@mnat.com***

I hereby certify that on November 17, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire             *Attorneys for Plaintiff*
Dechert LLP                            *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
***Email:  Valerie.wagner@dechert.com***

                                       */s/ William J. Marsden, Jr.*
                                       William J. Marsden, Jr.