IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) |

## JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE

### (VOLUME 1 of 2)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (# 1014)
Karen Jacobs Louden (# 2881)
Leslie A. Polizoti (# 4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:
James J. Elacqua
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye Street, N.W.
Washington, DC 20006-2401
(202) 261-3432

November 17, 2006

Synopsys v. Magma Design Automation
U.S.D.C. Del. Case No. 05-701 GMS

**JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE**

| <u>Tab</u> | <u>Description</u> | <u>Party Citing</u> | <u>Page(s)</u> |
|---|---|---|---|
| 1 | U.S. Patent No. 6,192,508 | Synopsys, Inc.<br>Magma Design Automation, Inc. | A-1 – A-9 |
| 2 | Amendment Under 37 C.F.R. § 312, dated March 6, 2000 in the '508 Patent Prosecution History | Synopsys, Inc. | A-10 – A-14 |
| 3 | Response to Rule 312 Communication dated May 9, 2000, in the '508 Prosecution History | Synopsys, Inc. | A-15 – A-16 |
| 4 | The American Heritage Dictionary of the English Language, p. 1095 (William Morris, ed., Houghton Mifflin Co., 1976) | Synopsys, Inc. | A-17 – A-21 |
| 5 | The American Heritage Dictionary of the English Language, p. 758 (William Morris, ed., Houghton Mifflin Co., 1976) | Synopsys, Inc. | A-22 – A-26 |
| 6 | Application-Specific Integrated Circuits, Michael John Sebastion Smith, copyright 1997 by Addison Wesley Longman, Inc. pp. 873-893 | Synopsys, Inc. | A-27 – A-50 |
| 7 | The American Heritage Dictionary of the English Language, p. 35 (William Morris, ed., Houghton Mifflin Co., 1976) | Synopsys, Inc. | A-51 – A-55 |
| 8 | U.S. Patent No. 6,519,745 B1 | Synopsys, Inc.<br>Magma Design Automation, Inc. | A-56 – A-69 |
| 9 | Response to Office Action of June 14, 2002 | Magma Design Automation, Inc. | A-70 – A-75 |
| 10 | The American Heritage College Dictionary, Fourth Edition, p. 301 (Houghton Mifflin Co., 2002) | Synopsys, Inc. | A-76 – A-79 |
| 11 | Magma Glossary at GL-6 (MAG0021251-MAG0021252) | Synopsys, Inc. | A-80 – A-80.01 |
| 12 | Magma Glossary at GL-42-43 (MAG0021287-MAG0021288) | Synopsys, Inc. | A-81 – A-82 |
| 13 | Magma Methodology Plan: Goals, Methodology and Design Flow (MAGMA0123222-MAGMA0123251) | Synospys, Inc. | A-83 – A-112 |

| Tab | Description | Party Citing | Page(s) |
|---|---|---|---|
| 14 | Magma Bucket Equalization: Purpose, Ins and Outs, Approaches (MAGMA0140192-MAGMA0140197) | Synopsys, Inc. | A-113 – A-118 |
| 15 | U.S. Patent No. 6,230,304 B1 | Synopsys, Inc. | A-119 – A-155 |
| 16 | U.S. Patent No. 6,453,446 B1 | Synopsys, Inc. | A-156 – A-182 |
| 17 | Michael J.S. Smith, <u>Application-Specific Integrated Circuits</u> 859-861 (1997) | Synopsys, Inc. | A-183 – A-188 |
| 18 | U.S. Patent No. 6,618,846 B2 | Synopsys, Inc. | A-189 – A-215 |
| 19 | U.S. Patent No. 6,857,116 B1 | Synopsys, Inc.<br>Magma Design Automation, Inc. | A-216 – A-256 |
| 20 | Amendment and Response to Office Action of February 3, 2003 | Magma Design Automation, Inc. | A-257 - A-261 |
| 21 | Office Action of April 28, 2003 | Magma Design Automation, Inc. | A-262 – A-269 |
| 22 | U.S. Patent No. 6,854,093 B1 | Synopsys, Inc.<br>Magma Design Automation, Inc. | A-270 – A-309 |
| 23 | August 17, 2004 Amendment and Response | Magma Design Automation, Inc. | A-310 – A-351 |
| 24 | File History for US Patent No. 6,192,508 | Magma Design Automation, Inc. | A-352 – A-459 |
| 25 | Chang, et al., "Physical Hierarchy Generation with Routing Congestion Control," ISPD 2002 | Magma Design Automation, Inc. | A-460 – A-465 |
| 26 | U.S. Patent No. 5,847,965 | Magma Design Automation, Inc. | A-466 – A-478 |
| 27 | U.S. Patent No. 6,442,743 | Magma Design Automation, Inc. | A-479 – A-493 |
| 28 | "Limit: 2 a: to set bounds or limits to: CONFINE." *Webster's New Collegiate Dictionary* (1981) | Magma Design Automation, Inc. | A-494 – A-504 |
| 29 | "Bound: 1 a: a limiting line." *Webster's New Collegiate Dictionary* (1981) | Magma Design Automation, Inc. | A-505 – A-511 |
| 30 | <u>Compact Oxford English Dictionary</u> 1 a point beyond which something does may or may not pass | Magma Design Automation, Inc. | A-512 |
| 31 | <u>American Heritage Dictionary</u> 1. The point, edge, or line beyond which something cannot or may not proceed. | Magma Design Automation, Inc. | A-513 – A-514 |
| 32 | U.S. Patent No. 6,099,580 | Magma Design Automation, Inc. | A-515 – A-527 |
| 33 | "Application –Specific Integrated Circuits," Michael John Sebastian Smith, 1997, Ch. | Magma Design Automation, Inc. | A-528 – A-586 |

| Tab | Description | Party Citing | Page(s) |
|---|---|---|---|
| 34 | Mitsuhashi et al., "Physical Design CAD in Deep Sub-Micron Era, 1996, Euro-DAC '96 | Magma Design Automation, Inc. | A-587 – A-606 |
| 35 | Aoki, T., "Fanout-tree Restructuring Algorithm for Post-Placement Timing Optimization" 1995 | Magma Design Automation, Inc. | A-607 – A-622 |
| 36 | Notice of Allowability for U.S. Patent No. 6,519,745 | Magma Design Automation, Inc. | A-623 – A-625 |
| 37 | <u>Algorithms for VLSI Physical Design Automation</u>, Third Edition, pp. 225-226, 236-237 | Magma Design Automation, Inc. | A-626 – A-632 |
| 38 | Kyung, et al., "An Evolutionary Strategy for the Global Placement of Macro Cells", IEEE 1990 | Synopsys, Inc. | A-633 – A-636 |
| 39 | Quinn, et al., "A Forced Directed Component Placement Procedure for Printed Circuit Boards", IEEE 1979 | Synopsys, Inc. | A-637 – A-648 |
| 40 | Yang, et al., "HALO: An Efficient Global Placement Strategy for Standard Cells", IEEE 1990 | Synopsys, Inc. | A-649 – A-652 |
| 41 | Goto, S., "An Efficient Algorithm for the Two-Dimensional Placement Problem in Electrical Circuit Layout", IEEE 1981 | Synopsys, Inc. | A-653 – A-659 |
| 42 | Hartoog, M., "Analysis of Placement Procedures for VLSI Standard Cell Layout", IEEE 1986 | Synopsys, Inc. | A-660 – A-665 |
| 43 | Wipfler, et al., "A Combined Force and Cut Algorithm for Hierarchical VLSI Layout", IEEE 1982 | Synopsys, Inc. | A-666 – A-672 |
| 44 | Antreich, et al., "A New Approach for Solving the Placement Problem Using Force Models", IEEE 1982 | Synopsys, Inc. | A-673 – A-678 |
| 45 | Quinn, N., "The Placement Problem as Viewed from the Physics of Classical Mechanics", General Dynamics Corporation, Pomona, California | Synopsys, Inc. | A-679 – A-684 |
| 46 | Goto, et al., "Partitioning, Assignment and Placement", C&C Research Labs, NEC Corporation, Kawasaki 213, Japan | Synopsys, Inc. | A-685 – A-727 |

16

| Tab | Description | Party Citing | Page(s) |
|-----|-------------|--------------|---------|
| 47 | <u>Algorithms for VLSI Physical Design Automation</u>, pp. 159-203 | Synopsys, Inc. | A-728 – A-804 |
| 48 | <u>The Chicago Manual of Style</u>, Fourteenth Edition, pp. 195-196 | Magma Design Automation, Inc. | A-805 – A-809 |
| 49 | <u>The Gregg Reference Manual</u>, Seventh Edition, pp. 141-142 | Magma Design Automation, Inc. | A-810 – A-813 |
| 50 | Sechen, et al., "The TimberWolf Placement and Routing Package", IEEE 1985 | Synopsys, Inc. | A-814 – A-826 |

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on November 17, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to William J. Marsden, Jr.

I further certify that on November 17, 2006 I caused that copies of the foregoing be served on the following counsel in the manner indicated:

| **BY HAND** | **BY EMAIL** |
|---|---|
| William J. Marsden<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | James Pooley<br>Pooley & Oliver LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>jpooley@pooleyoliver.com |

/s/ Leslie A. Polizoti
_____
Leslie A. Polizoti (#4299)