# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

VIA ECF AND HAND DELIVERY

November 21, 2006

Ms. April Walker
Courtroom Deputy – GMS
U.S. District Court for the
  District of Delaware
844 N. King St.
Wilmington, DE  19801



Re:   *Synopsys, Inc. v. Magma Design Automation*
      USCD – D. Del. – C.A. No. 05-701 GMS

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Ms. Walker:

We are scheduled to appear in Courtroom 4A on Wednesday, Nov. 29, 2006, at 9:30 a.m. for a *Markman* hearing in the above-captioned case with Judge Sleet.  I am writing to request permission for the following individuals to bring laptop computers into Courtroom 4A for the hearing:

   William J. Marsden, Jr., Esq.
   Kathleen Lutton, Esq.
   Raymond Scott, Esq.
   James Pooley, Esq.
   Scott Oliver, Esq.
   Paul Anawalt, Esq.
   Mark Smoot
   Doug Filter

Thank you for your assistance in this matter.

Very truly yours,

*/s/ Kyle Wagner Compton*

Kyle Wagner Compton (#4693)

cc:   Clerk of the Court (via hand delivery)
      Mr. Keith Ash, Chief Court Security Office (via hand delivery)
      U.S. Marshal's Office (via hand delivery)

80039290.doc