IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| MAGMA DESIGN AUTOMATION, | ) |
| Defendant. | ) C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, | ) |
| Counter Claimant, | ) |
| v. | ) |
| SYNOPSYS, INC., | ) |
| Counter Defendant. | ) |

## ORDER

WHEREAS, on September 26, 2006, the plaintiff, Synopsys, Inc. filed the above-captioned patent infringement action against Magma Design Automation.;

WHEREAS, on November 3, 2006, the parties submitted Amended Final Joint Claim Charts (the "Charts") (D.I. 140);

WHEREAS, upon inspection of the Charts, the court has discovered that one of the defendant's proposed constructions for U.S. Patent No. 6,192,508 is not a construction but, instead, an argument that the claim limitation fails to satisfy the written description requirement; and

WHEREAS, the court will not permit summary judgment arguments during the claim construction phase of the litigation but, rather, rely on the defendant's claim construction briefs for those arguments;

IT IS HEREBY ORDERED that:

1. The court will not entertain invalidity arguments during the *Markman* Claim Construction hearing.

2. The defendant shall prepare its arguments consistent with this Order.


Dated: November 28, 2006                    /s/ Gregory M. Sleet
                                            UNITED STATES DISTRICT JUDGE