# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, )<br>)<br>Plaintiff and )<br>Counter-Defendant, )<br>)<br>v. )<br>)<br>MAGMA DESIGN AUTOMATION, )<br>a Delaware Corporation, )<br>)<br>Defendant and )<br>Counterclaimant. )<br>)<br>)<br>AND RELATED COUNTERCLAIMS. )<br>) | C.A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **Defendant Magma Design Automation Inc.'s Response to Plaintiff Synopsys' Third Set of Interrogatories [No. 20]** was caused to be served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, on the date and in the manner indicated:

**VIA ELECTRONIC MAIL (11/24/06) &**
**FIRST CLASS MAIL (11/27/06):**

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
|  |  |
|  | */s/ William J. Marsden, Jr.* |
|  | William J. Marsden, Jr.  (#2247) |
| OF COUNSEL: | marsden@fr.com |
|  | 919 N. Market Street, Suite 1100 |
|  | P.O. Box 1114 |
| James Pooley (jpooley@pooleyoliver.com) | Wilmington, DE 19899-1114 |
| L. Scott Oliver (soliver@pooleyoliver.com) | Telephone:   (302) 652-5070 |
| Marc D. Peters (mdpeters@pooleyoliver.com) | Facsimile:   (302) 652-0607 |
| Pooley & Oliver LLP |  |
| Five Palo Alto Square, 7th Floor |  |
| Palo Alto, CA  94306-2121 | Katherine Kelly Lutton *(pro hac)* |
| Telephone:   (650) 739-7020 | Tamara Fraizer *(pro hac)* |
| Facsimile:   (650) 739-7060 | 500 Arguello St., Suite 500 |
|  | Redwood City, CA  94063 |
|  |  |
|  | Attorneys for Defendant and Counterclaimant, |
|  | Magma Design Automation, Inc. |

DATED:  November 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell  *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on November 28, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  *Attorneys for Plaintiff*
Dechert LLP  *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80039464.doc