IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) ) |
| v. | ) ) C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that the subpoenas attached hereto as Exhibits 1-4 are being served upon: (1) Manjit Borah; (2) ReShape, Inc.; (3) Peter Dahl; and (4) Paul Rodman.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

November 28, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti (#4299)
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   *Attorneys for Plaintiff Synopsys, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 28, 2006 I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to William J. Marsden.

I also certify that copies were caused to be served on November 28, 2006 upon the following in the manner indicated:

**BY HAND AND EMAIL**

William J. Marsden
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

**BY EMAIL**

James Pooley
L. Scott Oliver
Dara Tabesh
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com
soliver@pooleyoliver.com
dtabesh@pooleyoliver.com

**BY EMAIL**

Tamara Fraizer
Katherine Lutton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
fraizer@fr.com
lutton@fr.com

*/s/ Leslie A. Polizoti (#4299)*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com