IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-701 (GMS) |
| | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

### NOTICE OF SERVICE

I hereby certify that copies of (1) Notice of Deposition Of Magma Design Automation, Inc., and (2) Notice of Deposition Of Magma Design Automation, Inc., were caused to be served on November 28, 2006 upon the following counsel in the manner indicated:

### BY EMAIL AND U.S. MAIL

William J. Marsden, Jr.          James Pooley
Fish & Richardson P.C.           Pooley & Oliver, LLP
919 N. Market St.                Five Palo Alto Square
P.O. Box 1114                    3000 El Camino Real
Wilmington, DE  19899            Palo Alto, CA  94306-2109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

November 29, 2006

5472921

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that on November 29, 2006, I caused to be served copies of the foregoing document upon the following in the manner indicated:

**BY HAND**

William J. Marsden
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

**BY EMAIL**

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
jpooley@pooleyoliver.com

*/s/  Karen Jacobs Louden*
klouden@mnat.com