IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| v. | ) )  C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of 1) Plaintiff Synopsys, Inc.'s Objections to Magma Design Automation, Inc.'s Subpoena to Douglas B. Boyle; and 2) Plaintiff Synopsys, Inc.'s Objections to Magma Design Automation, Inc.'s Subpoena to Lawrence Pileggi were caused to be served upon the following counsel on December 1, 2006 by electronic mail and U.S. mail:

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St., P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

Pooley & Oliver, LLP
Five Palo Alto Square, 7th Fl.
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

November 20, 2006
547830

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on December 1, 2006 upon the following in the manner indicated:

| **BY ELECTRONIC AND U.S. MAIL** | **BY ELECTRONIC AND U.S. MAIL** |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE  19899<br>marsden@fr.com | James Pooley<br>Pooley & Oliver LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2109<br>jpooley@pooleyoliver.com |

*/s/ Leslie A. Polizoti*
_____
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com