IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | C.A. No. 05-701 (GMS) |
| v. | ) ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached as Exhibit 1 is being served upon Prasanna Venkat Srinivas:

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Karen Jacobs Louden*
                            Jack B. Blumenfeld (#1014)
                            Karen Jacobs Louden (#2881)
                            Leslie A. Polizoti (#4299)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE 19899
                            (302) 658-9200
                            klouden@mnat.com
                                Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

December 6, 2006

548291

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2006 she caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to:

>William J. Marsden, Jr.
>Fish & Richardson, P.C.

I also certify that copies were caused to be served on December 6, 2006 upon the following in the manner indicated:

### BY HAND & E-MAIL

William J. Marsden
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801

### BY E-MAIL

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2109

>*/s/ Karen Jacobs Louden*
>klouden@mnat.com