IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | C.A. No. 05-701 (GMS) |
| v. | ) ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached as Exhibit 1 is being served upon Hamid Savoj.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Karen Jacobs Louden*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        klouden@mnat.com
          Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

December 7, 2006

548291

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 7, 2006 she caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to:

> William J. Marsden, Jr.
> Fish & Richardson, P.C.

I also certify that copies were caused to be served on December 7, 2006 upon the following in the manner indicated:

### **BY HAND & E-MAIL**

William J. Marsden
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

### **BY E-MAIL**

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

> */s/ Karen Jacobs Louden*
> klouden@mnat.com