# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681
klouden@mnat.com

December 7, 2006

By E-Filing

Hon. Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

       Re:    *Synopsys, Inc. v. Magma Design Automation, Inc.,*
               C.A. 05-701 (GMS)

Dear Judge Sleet:

       In anticipation of the discovery teleconference scheduled for Tuesday, December 12, 2006 at 11:30 a.m. in the above captioned matter, the parties jointly submit the following items to be presented to the Court:

    Plaintiff's Issues:

1. Modification of the Scheduling Order (including discovery deadlines and trial date) in light of the below discovery issues.

2. Magma's production of source code

3. Depositions of Roy Jewell and Rajeev Madhavan

4. Magma's contentions regarding its counterclaims

       a.  Antitrust counterclaims

            i.  Amended Response to Interrogatory No. 20
          ii.  Identification of relevant customers
         iii.  New allegations

Hon. Gregory M. Sleet
December 7, 2006
Page 2

        b. Infringement contentions

   5. The parties' continuing production of responsive documents

Defendant's Issues:

   1. Plaintiff's designation of an expert from a firm retained by defendant.

   2. Production of emails in native file format.

                                        Respectfully,

                                        */s/ Karen Jacobs Louden*

                                        Karen Jacobs Louden

cc:    Clerk of the Court (by e-filing and hand)
        William Marsden, Esq. (by e-filing and hand)
        James Elacqua, Esq. (by email)
        James Pooley, Esq. (by email)