IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Synopsys, Inc.'s Objections To Magma Design Automation Corporation's Sixth Notice Of Deposition To Plaintiff Synopsys, Inc. Pursuant To Fed. R. Civ. P. 30(b)(6), and (2) Synopsys, Inc.'s Objections To Magma Design Automation Corporation's Seventh Notice Of Deposition To Plaintiff Synopsys, Inc. Pursuant To Fed. R. Civ. P. 30(b)(6) were caused to be served on December 7, 2006 upon the following counsel in the manner indicated:

### BY EMAIL AND U.S. MAIL

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver, LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden*
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          klouden@mnat.com
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
            Attorneys for plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

December 8, 2006

5472921

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that on December 8, 2006, I caused to be served copies of the foregoing document upon the following in the manner indicated:

| **BY HAND** | **BY EMAIL** |
|---|---|
| William J. Marsden | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306 |
| marsden@fr.com | jpooley@pooleyoliver.com |

*/s/   Karen Jacobs Louden*
klouden@mnat.com