IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of the 1) Notice of Deposition of Charles Yih; and 2) Notice of Deposition of Mike Ingster were caused to be served upon the following counsel on December 11, 2006 by electronic mail and U.S. mail:

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St., P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

Pooley & Oliver, LLP
Five Palo Alto Square, 7th Fl.
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Leslie A. Polizoti*

                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Karen Jacobs Louden (#2881)
                                        Leslie A. Polizoti (#4299)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        lpolizoti@mnat.com
                                          *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

December 11, 2006
548921

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on December 1, 2006 upon the following in the manner indicated:

| **BY ELECTRONIC AND U.S. MAIL** | **BY ELECTRONIC AND U.S. MAIL** |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE  19899<br>marsden@fr.com | James Pooley<br>Pooley & Oliver LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2109<br>jpooley@pooleyoliver.com |

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com