IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) ) |
| v. | ) )  C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of the Amended Notice of Deposition of Chris Yih were caused to be served on December 12, 2006, upon the following counsel in the manner indicated:

### BY E-MAIL & U.S. MAIL

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St., P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

Pooley & Oliver, LLP
Five Palo Alto Square, 7th Fl.
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Leslie A. Polizoti*

                        Jack B. Blumenfeld (#1014)
                        Karen Jacobs Louden (#2881)
                        Leslie A. Polizoti (#4299)
                        1201 N. Market Street, P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                        lpolizoti@mnat.com
                          Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

December 12, 2006

537310

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on December 12, 2006 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com