IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>       Plaintiff and<br>       Counter-Defendant,<br>  v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware corporation,<br><br>       Defendant and<br>       Counter-Claimant. | C.A. No. 05-701-GMS |

### RENOTICE OF DEPOSITION OF LAWRENCE PILEGGI, PH.D.

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant MAGMA DESIGN AUTOMATION, INC. ("Magma") will take the deposition of Lawrence Pileggi, Ph.D. at Carnegie Mellon University, Hamerschlag Haall, Room HH2114, Pittsburgh, PA, commencing at 9:30 a.m. on December 22, 2006, as agreed by the parties. The deposition will continue from day to day thereafter until complete.

The deposition testimony may be taken by stenographic, audio, video, and/or real-time computer means before an officer authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated:  December 19, 2006    FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
(marsden@fr.com)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607

Of COUNSEL:

James Pooley
L. Scott Oliver
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone:  (650) 739-7020
Facsimile:   (650) 739-7060

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
Joseph V. Colaianni, Jr.*(pro hac)*
Jennifer Ishimoto *(pro hac)*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 830-5070
Facsimile:   (650) 839-5071

Attorneys for Defendant and Counter-Claimant
MAGMA DESIGN AUTOMATION, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed with the Clerk of Court the foregoing **Renotice of Notice of Deposition of Lawrence Pileggi, Ph.D.** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on December 19, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

          */s/ William J. Marsden, Jr.*
              William J. Marsden, Jr.

80040309.doc