# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | ) ) ) | C.A. No. 05-701 GMS |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware Corporation, | ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 5, 2006, Magma's Notice of Taking Deposition of Aart De Geus was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

Karen Jacobs Louden, Esquire    *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell    *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801

Valerie M. Wagner, Esquire    *Attorneys for Plaintiff*
Dechert LLP    *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
| OF COUNSEL: | /s/ William J. Marsden, Jr. |
|  | William J. Marsden, Jr. (#2247) |
| James Pooley (jpooley@pooleyoliver.com) | marsden@fr.com |
| L. Scott Oliver (soliver@pooleyoliver.com) | 919 N. Market Street, Suite 1100 |
| Marc D. Peters (mdpeters@pooleyoliver.com) | P.O. Box 1114 |
| Pooley & Oliver LLP | Wilmington, DE 19899-1114 |
| Five Palo Alto Square, 7th Floor | Telephone: (302) 652-5070 |
| Palo Alto, CA 94306-2121 | Facsimile: (302) 652-0607 |
| Telephone: (650) 739-7020 |  |
| Facsimile: (650) 739-7060 | Katherine Kelly Lutton *(pro hac)* |
|  | Tamara Fraizer *(pro hac)* |
|  | 500 Arguello St., Suite 500 |
|  | Redwood City, CA 94063 |
|  |  |
|  | Attorneys for Defendant and Counterclaimant, |
|  | Magma Design Automation, Inc. |

DATED: December 22, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire          *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell      *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801


I hereby certify that on December 22, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire            *Attorneys for Plaintiff*
Dechert LLP                           *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304


                              */s/ William J. Marsden, Jr.*
                              William J. Marsden, Jr.

80039930.doc