IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC.,<br>a Delaware corporation,<br><br>        Plaintiff and<br>        Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br>a Delaware corporation,<br><br>        Defendant and<br>        Counter-Claimant. | C.A. No. 05-701-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2006, a true and correct copy of **Defendant Magma's Objections to Synopsys' 30(b)(6) Notice of Deposition (Re: '745 Patent)** was caused to be served on the below-listed attorneys of record by counsel of Pooley & Oliver, LLP, in the manner indicated:

### VIA ELECTRONIC & U.S. MAIL:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

Dated: December 22, 2006                    FISH & RICHARDSON P.C.


                                            By: */s/ William J. Marsden, Jr.*
                                                William J. Marsden, Jr. (#2247)
                                                (marsden@fr.com)
                                                919 N. Market Street
                                                Suite 1100
                                                P.O. Box 1114
                                                Wilmington, DE 19899-1114
                                                Telephone: (302) 652-5070
OF COUNSEL:                                     Facsimile: (302) 652-0607

James Pooley                                    Katherine Kelly Lutton
L. Scott Oliver                                 Tamara Fraizer
Marc D. Peters                                  500 Arguello St., Ste. 500
Pooley & Oliver LLP                             Redwood City, CA 94063
Five Palo Alto Square, 7th Floor                Telephone: (650) 839-5070
Palo Alto, CA 94306-2121                        Facsimile: (650) 839-5071
(650) 739-7020


                                                Attorneys for Defendant and Counter-Claimant
                                                MAGMA DESIGN AUTOMATION, INC.



80039932.doc

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell  *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on December 22, 2006, I have sent by electronic mail and U.S. Mail, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  *Attorneys for Plaintiff*
Dechert LLP  *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304

　　　　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80039932.doc