**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYNOPSYS, INC.,<br>a Delaware Corporation, | )<br>)<br>) | C.A. No. 05-701 GMS |
| Plaintiff and<br>Counter-Defendant, | )<br>)<br>) | |
| v. | )<br>) | |
| MAGMA DESIGN AUTOMATION,<br>a Delaware Corporation, | )<br>)<br>) | |
| Defendant and<br>Counterclaimant. | )<br>)<br>) | |
| AND RELATED COUNTERCLAIMS. | )<br>)<br>) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 15, 2006, Magma's Notice of Taking Deposition of Vernie Mast was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

<table>
<tr><td>

OF COUNSEL:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA  94306-2121
Telephone:    (650) 739-7020
Facsimile:     (650) 739-7060

</td><td>

FISH & RICHARDSON P.C.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.  (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:   (302) 652-5070
Facsimile:    (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA  94063

Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.

</td></tr>
</table>

DATED:  December 22, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

      I hereby certify that on December 22, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

      */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr.

80040398.doc