**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 22, 2006, **MAGMA DESIGN AUTOMATION, INC.'S EIGHTH NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO SYNOPSYS, INC.** was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> Wilmington, DE  19801 <br> klouden@mnat.com | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |
| Valerie M. Wagner, Esquire <br> Dechert LLP <br> 1117 California Avenue <br> Palo Alto, CA  94304 <br> valerie.wagner@dechert.com | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |

FISH & RICHARDSON P.C.

<u>OF COUNSEL</u>:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA  94306-2121
Telephone:   (650) 739-7020
Facsimile:     (650) 739-7060

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.  (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:   (302)  652-5070
Facsimile:    (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA  94063

*Attorneys for Defendant and Counterclaimant,
Magma Design Automation, Inc.*

DATED:  December 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on December 27, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80040431.doc