**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br>       Plaintiff and <br>       Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br>       Defendant and <br>       Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 22, 2006, **MAGMA'S NOTICE OF TAKING DEPOSITION OF JOE HUTT AND SUBPOENA *DUCES TECUM*** was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> Wilmington, DE  19801 <br> klouden@mnat.com | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |
| Valerie M. Wagner, Esquire <br> Dechert LLP <br> 1117 California Avenue <br> Palo Alto, CA  94304 <br> valerie.wagner@dechert.com | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
| OF COUNSEL: | /s/ William J. Marsden, Jr. |
|  | William J. Marsden, Jr. (#2247) |
| James Pooley (jpooley@pooleyoliver.com) | marsden@fr.com |
| L. Scott Oliver (soliver@pooleyoliver.com) | 919 N. Market Street, Suite 1100 |
| Marc D. Peters (mdpeters@pooleyoliver.com) | P.O. Box 1114 |
| Pooley & Oliver LLP | Wilmington, DE 19899-1114 |
| Five Palo Alto Square, 7th Floor | Telephone: (302) 652-5070 |
| Palo Alto, CA 94306-2121 | Facsimile: (302) 652-0607 |
| Telephone: (650) 739-7020 |  |
| Facsimile: (650) 739-7060 | Katherine Kelly Lutton *(pro hac)* |
|  | Tamara Fraizer *(pro hac)* |
|  | 500 Arguello St., Suite 500 |
|  | Redwood City, CA 94063 |
|  |  |
|  | *Attorneys for Defendant and Counterclaimant, Magma Design Automation, Inc.* |

DATED: December 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on December 27, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

　　　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80040430.doc