# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

January 2, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Synopsys v. Magma Design Automation*
      USDC-D. Del. - C.A. No. 05-701-GMS



Dear Judge Sleet:

This letter supplements Magma's December 27, 2006 letter to the Court [D.I. 192], in which Magma requested permission to file an additional motion in light of the Court's claim construction order. Because Synopsys has represented that it will not assert claims 17 and 18 of the '508 patent, Magma withdraws its request to file a motion for summary judgment of invalidity of claims 17 and 18 of the '508 patent, due to indefiniteness.

Respectfully,

/s/ *William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/dob

cc:   Karen Jacobs Louden, Esquire (via hand delivery)
      Valerie M. Wagner, Esquire (via first class mail)

80040499.doc

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC