IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MAGMA DESIGN AUTOMATION, ) | |
| ) | |
| Defendant. ) | C.A. No. 05-701 (GMS) |
| ) | |
| MAGMA DESIGN AUTOMATION, ) | |
| ) | |
| Counter Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| SYNOPSYS, INC., ) | |
| ) | |
| Counter Defendant. ) | |

**ORDER**

WHEREAS on December 12, 2006, the parties in the above-captioned action wrote letters to the court requesting leave to file motions for summary judgment (D.I. 176, 178); and

WHEREAS after reviewing the parties' respective positions on the summary judgment requests (D.I. 176, 178, 187, 188, 192, and 195), the court believes there exist several genuine issues of material fact that preclude the entry of summary judgment for either party on the issues for which they have requested leave to file motions;

IT IS HEREBY ORDERED THAT:

1. The defendant's request for leave to file a motion for summary judgment (D.I. 176) is DENIED.

2. The plaintiff's request for leave to file four motions for summary judgment (D.I. 178) is DENIED.

3. The summary judgment portion of the teleconference scheduled for Thursday, January 4, 2006, shall be REMOVED from the court's calendar.

Dated: January 3, 2007             /s/ Gregory M. Sleet
                                                   UNITED STATES DISTRICT JUDGE