# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
(302) 351-9415
lpolizoti@mnat.com

January 10, 2007

**BY E-FILING**
Hon. Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   *Synopsys, Inc. v. Magma Design Automation, Inc.*,
             C.A. 05-701 (GMS)

Dear Judge Sleet:

      In anticipation of the discovery teleconference scheduled for Friday, January 12, 2007 at 10:00 a.m., the parties jointly submit the following items to be presented to the Court:

Plaintiff's Issues:

1. The case schedule;

2. Magma's response to Interrogatory No. 20 regarding antitrust contentions;

3. Magma's infringement contentions; and

4. Cut-off date for contentions on dates for conception and reduction to practice on patents-in-suit.

Defendant's Issues:

1. Synopsys's infringement contentions for the '508 patent;

2. Deposition of Synopsys's CEO, Aart de Geus;

3. Production of Synopsys emails relating to the 11 antitrust-affected customers; and

Hon. Gregory M. Sleet
January 10, 2007
Page 2

    4.    Production of Synopsys's emails in native or text format.

Respectfully,

/s/ *Leslie A. Polizoti*

Leslie A. Polizoti (#4299)

cc: Clerk of the Court (by e-filing and hand)
    William Marsden, Esq. (by e-filing and hand)
    James Elacqua, Esq. (by email)
    James Pooley, Esq. (by email)

662578.1