MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681
klouden@mnat.com

January 17, 2007

By E-Filing

Hon. Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

   Re: *Synopsys, Inc. v. Magma Design Automation, Inc.,*
     C.A. 05-701 (GMS)

Dear Judge Sleet:

  Pursuant to the Court's direction at the January 12, 2007 teleconference, the parties are filing herewith a proposed Second Revised Scheduling Order for the Court's consideration, which includes the deadlines set at that conference.

             Respectfully,

             */s/ Karen Jacobs Louden*

             Karen Jacobs Louden

cc: Clerk of the Court (by e-filing and hand)
   William Marsden, Esq. (by e-filing and hand)
   James Elacqua, Esq. (by email)
   James Pooley, Esq. (by email)

677876.1