IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**SECOND REVISED SCHEDULING ORDER**

This _____ day of _____, 2007, the Court having held a teleconference with the parties on January 12, 2007,

IT IS HEREBY ORDERED that the December 28, 2005 Scheduling Order (D.I. 24) and the July 11, 2006 Revised Scheduling Order (D.I. 93) are revised as follows:

5.  **Discovery**.  All fact discovery in this case shall be initiated so that it will be completed on or before February 28, 2007.  Expert discovery in this case shall be initiated so that it will be completed on or before April 27, 2007.  Opening expert reports on issues for which the party has the burden of proof shall be served on or before March 9, 2007.  Rebuttal expert reports shall be served on or before April 6, 2007.

a. **Discovery And Scheduling Matters**.  Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference.  Not less than 48 hours prior to the teleconference, the parties shall file with the Court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this Court's website at <www.ded.uscourts.gov>.  Should the

Court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the Court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than two (2) pages within three (3) days from the date of service of the answering letter.

          10.      **Application By Motion**. Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to chambers. Any nondispositive motion should contain the statement required by Local Rule 7.1.1.

          11.      **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to District of Delaware Local Rule 7.1.4.

          12.      ***Daubert* Issues**. The parties shall submit any *Daubert* issues with the Pretrial Order, except that they may request a teleconference with the Court if they see a need to address any such issues at an earlier date.

          13.      **Pretrial Conference**. On June 4, 2007, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order (a sample form of Pretrial Order can be located on this Court's website at <www.ded.uscourts.gov>) satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). On May 4, 2007, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide

to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order.  Motions *in limine*:  No party shall file more than ten (10) motions *in limine*.  The parties shall exchange opening *in limine* briefs on May 4, 2007, answering *in limine* briefs on May 16, 2007, and reply *in limine* briefs on May 21, 2007.  Briefs **(opening, answering and reply)** on all motions *in limine* shall be filed by May 21, 2007 with the Pretrial Order.  Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages.  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before May 21, 2007.

       14.    **Trial**.  This matter is scheduled for a 10-day jury trial beginning 9:00 a.m. on June 11, 2007.

       15.    **Scheduling**.  The parties shall contact Chambers at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

                                                                              _____
                                                                               United States District Judge

677907.1