IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of the Amended Notice of Deposition of Lukas Van Ginneken, were caused to be served on January 17, 2007, upon the following counsel in the manner indicated:

**BY ELECTRONIC AND U.S. MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St., P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

**BY ELECTRONIC AND U.S. MAIL**

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square, 7th Fl.
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
  *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

January 17, 2007
677993

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on January 17, 2007 upon the following in the manner indicated:

**BY ELECTRONIC AND U.S. MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

**BY ELECTRONIC AND U.S. MAIL**

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
jpooley@pooleyoliver.com

/s/ *Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
klouden@mnat.com