**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SYNOPSYS, INC., a Delaware Corporation,

Plaintiff and Counter-Defendant,

v.

MAGMA DESIGN AUTOMATION, a Delaware Corporation,

Defendant and Counterclaimant.

AND RELATED COUNTERCLAIMS.

C.A. No. 05-701 GMS

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 10, 2007, **MAGMA DESIGN AUTOMATION, INC.'S NO TICE TAKING DEPOSITION OF SURYANARAYANA DUGGIRALA.** was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & U.S. MAIL:**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
klouden@mnat.com

*Attorneys for Plaintiff Synopsys, Inc.*

Valerie M. Wagner, Esquire
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304
valerie.wagner@dechert.com

*Attorneys for Plaintiff Synopsys, Inc.*

FISH & RICHARDSON P.C.

/s/ William J. Marsden, Jr.

William J. Marsden, Jr. (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA 94063

*Attorneys for Defendant and Counterclaimant, Magma Design Automation, Inc.*

OF COUNSEL:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile: (650) 739-7060

DATED: January 18, 2007