## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I served the foregoing document on counsel of record in the manner indicated.

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
*Email: klouden@mnat.com*

Attorneys for Plaintiff
Synopsys, Inc.

Valerie M. Wagner
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304
*Email: valerie.wagner@dechert.com*

Attorneys for Plaintiff,
Synopsys, Inc.

_____
Jennifer Ishimoto

50393394.doc