IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant,<br><br>　　v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware Corporation,<br><br>　　　　Defendant and<br>　　　　Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-701 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 10, 2007, **MAGMA DESIGN AUTOMATION, INC.'S NO TICE TAKING DEPOSITION OF SURYANARAYANA DUGGIRALA.** was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & U.S. MAIL:**

Karen Jacobs Louden, Esquire　　　　*Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell　　　*Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
klouden@mnat.com

Valerie M. Wagner, Esquire　　　　　*Attorneys for Plaintiff*
Dechert LLP　　　　　　　　　　　　*Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304
valerie.wagner@dechert.com

|  |  |
|---|---|
| | FISH & RICHARDSON P.C. |
| OF COUNSEL: | /s/ William J. Marsden, Jr. |
| | William J. Marsden, Jr. (#2247) |
| James Pooley (jpooley@pooleyoliver.com) | marsden@fr.com |
| L. Scott Oliver (soliver@pooleyoliver.com) | 919 N. Market Street, Suite 1100 |
| Marc D. Peters (mdpeters@pooleyoliver.com) | P.O. Box 1114 |
| Pooley & Oliver LLP | Wilmington, DE 19899-1114 |
| Five Palo Alto Square, 7th Floor | Telephone:  (302) 652-5070 |
| Palo Alto, CA  94306-2121 | Facsimile:   (302) 652-0607 |
| Telephone:  (650) 739-7020 | |
| Facsimile:   (650) 739-7060 | Katherine Kelly Lutton *(pro hac)* |
| | Tamara Fraizer *(pro hac)* |
| | 500 Arguello St., Suite 500 |
| | Redwood City, CA  94063 |
| | |
| | *Attorneys for Defendant and Counterclaimant,* |
| | *Magma Design Automation, Inc.* |

DATED:  January 18, 2007