## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on January 18, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80041060.doc