IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, a Delaware Corporation, <br><br> Defendant and Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 10, 2007, **(1) DEFENDANT MAGMA'S OBJECTIONS TO SYNOPSYS' S 30(b)(6) NOTICE OF DEPOSITION (RE: ANTI-TRUST)** and **(2) DEFENDANT MAGMA'S OBJECTIONS TO SYNOPSYS'S 30(b)(6) NOTICE OF DEPOSITION (RE: SALES AND MARKETING)** were served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & U.S. MAIL:**

Karen Jacobs Louden, Esquire  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE 19801  
klouden@mnat.com

*Attorneys for Plaintiff*  
*Synopsys, Inc.*

Valerie M. Wagner, Esquire  
Dechert LLP  
1117 California Avenue  
Palo Alto, CA 94304  
valerie.wagner@dechert.com

*Attorneys for Plaintiff*  
*Synopsys, Inc.*

FISH & RICHARDSON P.C.

OF COUNSEL:

James Pooley (jpooley@pooleyoliver.com)  
L. Scott Oliver (soliver@pooleyoliver.com)  
Marc D. Peters (mdpeters@pooleyoliver.com)  
Pooley & Oliver LLP  
Five Palo Alto Square, 7th Floor  
Palo Alto, CA 94306-2121  
Telephone: (650) 739-7020  
Facsimile: (650) 739-7060

/s/ William J. Marsden, Jr.  
William J. Marsden, Jr. (#2247)  
marsden@fr.com  
919 N. Market Street, Suite 1100  
P.O. Box 1114  
Wilmington, DE 19899-1114  
Telephone: (302) 652-5070  
Facsimile: (302) 652-0607

Katherine Kelly Lutton *(pro hac)*  
Tamara Fraizer *(pro hac)*  
500 Arguello St., Suite 500  
Redwood City, CA 94063

*Attorneys for Defendant and*  
*Counterclaimant,*  
*Magma Design Automation, Inc.*

DATED: January 18, 2007