## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell  *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on January 18, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  *Attorneys for Plaintiff*
Dechert LLP  *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304


/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80041064.doc