**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br>       Plaintiff and <br>       Counter-Defendant, <br><br>       v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br>       Defendant and <br>       Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 05-701 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 11, 2007, **MAGMA DESIGN AUTOMATION, INC.'S NINTH NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO SYNOPSYS, INC.** were served by counsel of Pooley & Oliver on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

| | |
|---|---|
| Karen Jacobs Louden, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> Wilmington, DE 19801 <br> klouden@mnat.com | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |
| Valerie M. Wagner, Esquire <br> Dechert LLP <br> 1117 California Avenue <br> Palo Alto, CA 94304 <br> valerie.wagner@dechert.com | *Attorneys for Plaintiff* <br> *Synopsys, Inc.* |

FISH & RICHARDSON P.C.

<u>OF COUNSEL</u>:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA 94306-2121
Telephone: (650) 739-7020
Facsimile: (650) 739-7060

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA 94063

*Attorneys for Defendant and Counterclaimant,*
*Magma Design Automation, Inc.*

DATED: January 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on January 23, 2007, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

 

      */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr.

80041248.doc