IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of **Second Amended Notice of Deposition of Magma Design Automation, Inc.** were caused to be served on January 24, 2007, upon the following counsel in the manner indicated:

| **BY ELECTRONIC AND U.S. MAIL** | **BY ELECTRONIC AND U.S. MAIL** |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St., P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | Pooley & Oliver, LLP<br>Five Palo Alto Square, 7th Fl.<br>3000 El Camino Real<br>Palo Alto, CA 94306-2109<br>jpooley@pooleyoliver.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Leslie A. Polizoti (#4299)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com
   Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

January 24, 2007

537310

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on January 24, 2007 upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr. | James Pooley |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE 19899 | Palo Alto, CA 94306-2109 |
| marsden@fr.com | jpooley@pooleyoliver.com |

*/s/ Leslie A. Polizoti (#4299)*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com