**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC.,<br>a Delaware Corporation,<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant,<br><br>　　v.<br><br>MAGMA DESIGN AUTOMATION,<br>a Delaware Corporation,<br><br>　　　　Defendant and<br>　　　　Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 3, 2007, Magma Design Automation,

Inc.'s **NOTICE OF DEPOSITION OF SYNOPSYS, INC., PURSUANT TO FED. R.**

**CIV. P. 30(B)(6) ['328 PATENT]** was served by counsel of Pooley & Oliver on the

following counsel of record in the manner indicated:


**VIA ELECTRONIC & FIRST CLASS MAIL:**

Karen Jacobs Louden, Esquire            *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell         *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
klouden@mnat.com


Valerie M. Wagner, Esquire              *Attorneys for Plaintiff*
Dechert LLP                              *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
valerie.wagner@dechert.com

FISH & RICHARDSON P.C.

<u>OF COUNSEL</u>:

James Pooley (jpooley@pooleyoliver.com)
L. Scott Oliver (soliver@pooleyoliver.com)
Marc D. Peters (mdpeters@pooleyoliver.com)
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA  94306-2121
Telephone:    (650) 739-7020
Facsimile:    (650) 739-7060

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.  (#2247)
marsden@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:    (302) 652-5070
Facsimile:    (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA  94063

*Attorneys for Defendant and*
*Counterclaimant,*
*Magma Design Automation, Inc.*

DATED:  January 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed with the Clerk of

Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing

will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire                *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell            *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on January 23, 2007, 2006, I have mailed by United States

Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire                  *Attorneys for Plaintiff*
Dechert LLP                                 *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80041496.doc