**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYNOPSYS, INC.,<br>a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff and<br>Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-701 GMS |
| MAGMA DESIGN AUTOMATION,<br>a Delaware Corporation, | ) | |
| | ) | |
| Defendant and<br>Counterclaimant. | ) | |
| | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2007, **(1) MAGMA DESIGN AUTOMATION, INC.'S FIFTH SET OF INTERROGATORIES TO SYNOPSYS, INC. PURSUANT TO FED. R. CIV. P. 33 [NO. 16];** and **(2) MAGMA DESIGN AUTOMATION, INC.'S SEVENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO SYNOPSYS, INC. PURSUANT TO FED. R. CIV. P. 34 [NOS. 127 – 141]** were served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & U.S. MAIL:**

Karen Jacobs Louden, Esquire                    *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell                *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
klouden@mnat.com


Valerie M. Wagner, Esquire                      *Attorneys for Plaintiff*
Dechert LLP                                     *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
valerie.wagner@dechert.com



                                                FISH & RICHARDSON P.C.


OF COUNSEL:                                     */s/ William J. Marsden, Jr.*
                                                William J. Marsden, Jr.  (#2247)
James Pooley (jpooley@pooleyoliver.com)         marsden@fr.com
L. Scott Oliver (soliver@pooleyoliver.com)      919 N. Market Street, Suite 1100
Marc D. Peters (mdpeters@pooleyoliver.com)      P.O. Box 1114
Pooley & Oliver LLP                             Wilmington, DE 19899-1114
Five Palo Alto Square, 7th Floor                Telephone:   (302) 652-5070
Palo Alto, CA  94306-2121                       Facsimile:    (302) 652-0607
Telephone:   (650) 739-7020
Facsimile:    (650) 739-7060
                                                Katherine Kelly Lutton *(pro hac)*
                                                Tamara Fraizer *(pro hac)*
                                                500 Arguello St., Suite 500
                                                Redwood City, CA  94063

                                                *Attorneys for Defendant and*
                                                *Counterclaimant,*
                                                *Magma Design Automation, Inc.*


DATED:  January 31, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 31, 2007, I electronically filed with the Clerk of

Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing

will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire          *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell       *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on January 31, 2007, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire          *Attorneys for Plaintiff*
Dechert LLP                          *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80041532.doc