IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | C.A. No. 05-701 (GMS) |
| v. | ) ) ) | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## NOTICE OF SERVICE

I hereby certify that copies of Synopsys, Inc.'s Second Supplemental Initial Disclosures were caused to be served upon the following counsel of record on February 2, 2007 by electronic and U.S. mail:

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St., P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | L. Scott Oliver<br>Pooley & Oliver, LLP<br>Five Palo Alto Square, 7th Fl.<br>3000 El Camino Real<br>Palo Alto, CA 94306-2109<br>soliver@pooleyoliver.com |

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Leslie A. Polizoti*

          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          lpolizoti@mnat.com
            *Attorneys for Plaintiff Synopsys, Inc.*

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA  94304
(650) 813-4848

Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC  20006-2401
(202) 261-3432

February 5, 2007
548921

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on February 5, 2007 upon the following in the manner indicated:

**BY E-MAIL AND BY HAND**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

**BY ELECTRONIC AND U.S. MAIL**

L. Scott Oliver
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
soliver@pooleyoliver.com

/s/ Leslie A. Polizoti
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com