**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br>    Plaintiff and Counter-Defendant, <br><br>    v. <br><br>MAGMA DESIGN AUTOMATION, a Delaware Corporation, <br><br>    Defendant and Counterclaimant. <br><br>AND RELATED COUNTERCLAIMS. | C.A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 12, 2007, **DEFENDANT MAGMA'S OBJECTIONS TO SYNOPSYS' SECOND AMENDED 30(B)(6) NOTICE OF DEPOSITION (RE: '328 PATENT)** were served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & U.S. MAIL:**

Karen Jacobs Louden, Esquire  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell  *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
klouden@mnat.com

Valerie M. Wagner, Esquire  *Attorneys for Plaintiff*
Dechert LLP  *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304
valerie.wagner@dechert.com

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
| <u>OF COUNSEL</u>: | /s/ William J. Marsden, Jr.<br>William J. Marsden, Jr. (#2247) |
| James Pooley (jpooley@pooleyoliver.com)<br>L. Scott Oliver (soliver@pooleyoliver.com)<br>Marc D. Peters (mdpeters@pooleyoliver.com)<br>Pooley & Oliver LLP<br>Five Palo Alto Square, 7th Floor<br>Palo Alto, CA  94306-2121<br>Telephone:    (650) 739-7020<br>Facsimile:     (650) 739-7060 | marsden@fr.com<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone:  (302) 652-5070<br>Facsimile:   (302) 652-0607<br><br>Katherine Kelly Lutton *(pro hac)*<br>Tamara Fraizer *(pro hac)*<br>500 Arguello St., Suite 500<br>Redwood City, CA  94063<br><br>*Attorneys for Defendant and Counterclaimant,*<br>*Magma Design Automation, Inc.* |

DATED:  February 12, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell  *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on February 13, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire  *Attorneys for Plaintiff*
Dechert LLP  *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304


*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80041976.doc