# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, )<br>)<br>Plaintiff and )<br>Counter-Defendant, )<br>)<br>v. )<br>)<br>MAGMA DESIGN AUTOMATION, )<br>a Delaware Corporation, )<br>)<br>Defendant and )<br>Counterclaimant. )<br>_____)<br>)<br>AND RELATED COUNTERCLAIMS. )<br>_____) | C.A. No. 05-701 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 21, 2007, **DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S SECOND SUPPLEMENTAL INITIAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1)** was served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & U.S. MAIL:**

Karen Jacobs Louden, Esquire　　　　　　*Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell　　　　　　*Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
klouden@mnat.com


Valerie M. Wagner, Esquire　　　　　　*Attorneys for Plaintiff*
Dechert LLP　　　　　　*Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
valerie.wagner@dechert.com

2

|  |  |
|---|---|
| | FISH & RICHARDSON P.C. |
| <u>OF COUNSEL</u>: | /s/ William J. Marsden, Jr. |
| | William J. Marsden, Jr. (#2247) |
| James Pooley (jpooley@pooleyoliver.com) | marsden@fr.com |
| L. Scott Oliver (soliver@pooleyoliver.com) | 919 N. Market Street, Suite 1100 |
| Marc D. Peters (mdpeters@pooleyoliver.com) | P.O. Box 1114 |
| Pooley & Oliver LLP | Wilmington, DE 19899-1114 |
| Five Palo Alto Square, 7th Floor | Telephone: (302) 652-5070 |
| Palo Alto, CA 94306-2121 | Facsimile: (302) 652-0607 |
| Telephone: (650) 739-7020 | |
| Facsimile: (650) 739-7060 | Katherine Kelly Lutton *(pro hac)* |
| | Tamara Fraizer *(pro hac)* |
| | 500 Arguello St., Suite 500 |
| | Redwood City, CA 94063 |
| | *Attorneys for Defendant and Counterclaimant, Magma Design Automation, Inc.* |

DATED: February 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire   *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell   *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801

I hereby certify that on February 22, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire   *Attorneys for Plaintiff*
Dechert LLP   *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304


/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80041976.doc