IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| MAGMA DESIGN AUTOMATION, | ) | |
| Defendant. | ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, | ) | |
| Counter Claimant, | ) | |
| v. | ) | |
| SYNOPSYS, INC., | ) | |
| Counter Defendant. | ) | |

## ORDER

WHEREAS, on February 21, 2007, the parties in the above-captioned action filed a Stipulated Order of Dismissal of Certain Claims and Counterclaims (D.I. 232) (the "Stipulated Order");

WHEREAS, the Stipulated Order dismisses, among other claims, counterclaims 1 through 6 of Magma Design Automation's ("Magma") Second Amended Answer to Complaint and Counterclaims;

WHEREAS, currently pending before the court is Magma's Motion to Strike, Dismiss, and/or Sever and Stay Synopsys' Allegations and Affirmative Defenses (D.I. 88) ("Motion to Strike"); and

WHEREAS, it is not evident to the court from the Stipulated Order what effect, if any, it has on Magma's Motion to Strike;

IT IS HEREBY ORDERED that:

1. Within three (3) days of the date of this Order, the parties shall inform the court in writing, through a joint submission, what effect, if any, the Stipulated Order has on Magma's Motion to Strike.

Dated: February 23, 2007                    /s/ Gregory M. Sleet
                                            UNITED STATES DISTRICT COURT