IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 05-701 (GMS) |
| v. ) ) | |
| MAGMA DESIGN AUTOMATION, INC., a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## ENTRY OF ADDITIONAL APPEARANCE

PLEASE ENTER the additional appearance of Ronald E. Shulman, Esq. and the law firm of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California, 94304 for plaintiff Synopsys, Inc. in this action. This appearance is addition to the appearances of counsel from Dechert LLP and Morris, Nichols, Arsht & Tunnell LLP, who remain in the case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for plaintiff Synopsys, Inc.

February 26, 2007

751734.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to William J. Marsden.

I also certify that on February 26, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE 19899

**BY E-MAIL**

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2109


*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com