IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,                              )
a Delaware corporation,                      )
                                             )
                    Plaintiff,               )
                                             )
          v.                                 )          C.A. No. 05-701 (GMS)
                                             )
MAGMA DESIGN AUTOMATION,                     )
a Delaware corporation,                      )
                                             )
                    Defendant.               )

## STIPULATION AND ORDER

Pursuant to the Court's February 23, 2007 Order (D.I. 234), which directed the parties to provide a joint submission as to the effect, if any, of the Stipulated Order Of Dismissal Of Certain Claims And Counterclaims (the "Stipulated Order," D.I. 232) on Magma's Motion To Strike, Dismiss, And/Or Sever And Stay Synopsys' Allegations And Affirmative Defenses ("Motion To Strike," D.I. 88), IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1.    Synopsys, Inc. ("Synopsys") hereby withdraws without prejudice its fifth affirmative defense of unclean hands, and paragraphs 164-233 of its Reply to Magma's Second Amended Answer To Complaint And Counterclaims, And Synopsys' Counterclaim (the "Reply," D.I. 82). Synopsys makes this withdrawal without prejudice to its right to assert inequitable conduct allegations against Magma and to seek leave to file an amended pleading with respect to these allegations.

2.    Magma hereby withdraws its Motion To Strike (D.I. 88) without prejudice.

MORRIS, NICHOLS, ARSHT &
   TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
klouden@mnat.com
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for plaintiff Synopsys, Inc.

FISH & RICHARDSON P.C.

*/s/ Raymond Scott (#4949)*

William J. Marsden (#2247)
Raymond Scott (#4949)
rscott@fr.com
919 N. Market Street
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
   Attorneys for defendant Magma Design
   Automation

      SO ORDERED this _____ day of _____, 2007.

_____
                J.

753546.1