IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) ) |
| v. | ) )  C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of **1) Fourth Supplemental Initial Disclosures of Synopsys, Inc.; 2) Plaintiff Synopsys, Inc.'s Responses to Magma Design Automation Inc.'s Fifth Set of Interrogatories to Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 33 [No. 16]; and 3) Plaintiff Synopsys, Inc.'s Responses to Magma Design Automation Inc.'s Seventh Set of Requests for Production of Documents and Things to Synopsys, Inc. Pursuant to Fed. R. Civ. P. 34 [Nos. 127-141]** were caused to be served on February 28, 2007, upon the following counsel in the manner indicated:

| **BY ELECTRONIC MAIL AND U.S. MAIL** | **BY ELECTRONIC MAIL AND U.S. MAIL** |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market St., P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | L. Scott Oliver<br>Pooley & Oliver, LLP<br>Five Palo Alto Square, 7th Fl.<br>3000 El Camino Real<br>Palo Alto, CA 94306-2109<br>soliver@pooleyoliver.com |

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti (#4299)*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        lpolizoti@mnat.com
          Attorneys for Plaintiff Synopsys, Inc.

OF COUNSEL:

Valerie M. Wagner
DECHERT LLP
1117 California Ave.
Palo Alto, CA 94304-
(650) 813-4848

George G. Gordon
DECHERT LLP
Cira Centre
2929 Arch St. 19104-2808
Philadelphia, PA
(215) 261-2382

Rebecca P. Dick
DECHERT LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3432

February 28, 2007

537310

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2007 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that I caused to be served copies of the foregoing document on February 28, 2007 upon the following in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| William J. Marsden, Jr. | L. Scott Oliver |
| Fish & Richardson P.C. | Pooley & Oliver LLP |
| 919 N. Market St. | Five Palo Alto Square |
| P.O. Box 1114 | 3000 El Camino Real |
| Wilmington, DE  19899 | Palo Alto, CA  94306-2109 |
| marsden@fr.com | soliver@pooleyoliver.com |

*/s/ Leslie A. Polizoti (#4299)*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com