**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, </br></br>   Plaintiff and </br>   Counter-Defendant, </br></br>  v. </br></br>MAGMA DESIGN AUTOMATION, a Delaware Corporation, </br></br>   Defendant and </br>   Counterclaimant. </br></br>AND RELATED COUNTERCLAIMS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-701 GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 28, 2007, **(1) DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S THIRD SUPPLEMENTAL INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1); (2) DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S THIRD SUPPLEMENTAL RESPONSES TO SYNOPSYS, INC.'S INTERROGATORY NOS. 4, 5, AND 14;** and **(3) DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S NOTICE OF DEPOSITION PURSUANT TO SUBPOENA IN A CIVIL CASE** were served on the following counsel of record in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

Karen Jacobs Louden, Esquire　　　　　　　*Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell　　　　　　*Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
klouden@mnat.com

Valerie M. Wagner, Esquire　　　　　　　　*Attorneys for Plaintiff*
Dechert LLP　　　　　　　　　　　　　　　*Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304
valerie.wagner@dechert.com


　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.


OF COUNSEL:　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
James Pooley (jpooley@pooleyoliver.com)　　marsden@fr.com
L. Scott Oliver (soliver@pooleyoliver.com)　　919 N. Market Street, Suite 1100
Marc D. Peters (mdpeters@pooleyoliver.com)　P.O. Box 1114
Pooley & Oliver LLP　　　　　　　　　　　Wilmington, DE 19899-1114
Five Palo Alto Square, 7th Floor　　　　　　　Telephone: (302) 652-5070
Palo Alto, CA 94306-2121　　　　　　　　　Facsimile: (302) 652-0607
Telephone:　(650) 739-7020
Facsimile:　(650) 739-7060　　　　　　　　Katherine Kelly Lutton *(pro hac)*
　　　　　　　　　　　　　　　　　　　　Tamara Fraizer *(pro hac)*
　　　　　　　　　　　　　　　　　　　　500 Arguello St., Suite 500
　　　　　　　　　　　　　　　　　　　　Redwood City, CA 94063

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant and*
　　　　　　　　　　　　　　　　　　　　*Counterclaimant,*
　　　　　　　　　　　　　　　　　　　　*Magma Design Automation, Inc.*


DATED: March 2, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

I hereby certify that on March 2, 2007, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Valerie M. Wagner, Esquire<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA  94304 | *Attorneys for Plaintiff*<br>*Synopsys, Inc.* |

                                             */s/ William J. Marsden, Jr.*
                                             William J. Marsden, Jr.

80042613.doc