IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-701 (GMS) ) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the dates for expert discovery set forth in paragraph 5 of the Court's Second Revised Scheduling Order dated January 19, 2007 (D.I. 210) are hereby modified as follows:

Expert discovery in this case shall be initiated so that it will be completed on or before May 4, 2007. Opening expert reports on issues for which the party has the burden of proof shall be served on or before March 16, 2007. Rebuttal expert reports shall be served on or before April 13, 2007.

Except as stated herein, all other deadlines in the Second Revised Scheduling Order remain in effect.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Raymond Scott |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>klouden@mnat.com<br>1201 N. Market St.<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>  Attorneys for plaintiff Synopsys, Inc. | William J. Marsden (#2247)<br>Raymond Scott (#4949)<br>rscott@fr.com<br>919 N. Market Street<br>P.O. Box 1114<br>Wilmington, DE  19899<br>(302) 652-5070<br>  Attorneys for defendant Magma Design<br>  Automation |

SO ORDERED this _____ day of _____, 2007.

_____
                                                    J.

757280.1