IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC., a Delaware          )
corporation,                        )
                                    )
            Plaintiff,              )       C.A. No. 05-701 (GMS)
                                    )
      v.                            )
                                    )
MAGMA DESIGN AUTOMATION,            )
INC., a Delaware corporation,       )
                                    )
            Defendant.              )

## ENTRY OF ADDITIONAL APPEARANCE

PLEASE ENTER the additional appearance of Michael N. Edelman, Esq. and the law firm of Paul, Hastings, Janofsky & Walker, LLP, Five Palo Alto Square, Sixth Floor, Palo Alto, California, 94306, for plaintiff Synopsys, Inc. in this action.  This appearance is addition to the appearances of counsel from Dechert LLP, Wilson Sonsini Goodrich & Rosati, and Morris, Nichols, Arsht & Tunnell LLP, who remain in the case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for plaintiff Synopsys, Inc.

March 15, 2007

751734.1

### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to William J. Marsden.

I also certify that on March 15, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE  19899

**BY E-MAIL**

James Pooley
Pooley & Oliver, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com