IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-701 (GMS) ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L.R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael N. Edelman of the law firm Paul, Hastings, Janofsky & Walker, LLP of Five Palo Alto Square, Sixth Floor, Palo Alto, California 94306-2155, to represent plaintiff in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for plaintiff Synopsys, Inc.

SO ORDERED this _____ day of _____, 2007.

_____
J.

766155.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: March 16, 2007

_____
Michael N. Edelman

LEGAL_US_W # 55856654.1

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 16, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to William J. Marsden, Jr.

I further certify that on March 16, 2007 I caused that copies of the foregoing be served on the following counsel in the manner indicated:

| BY HAND | BY EMAIL |
|---|---|
| William J. Marsden<br>Fish & Richardson P.C.<br>919 N. Market St.<br>P.O. Box 1114<br>Wilmington, DE  19899<br>marsden@fr.com | James Pooley<br>Pooley & Oliver LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>jpooley@pooleyoliver.com |

／s／ *Karen Jacobs Louden*
klouden@mnat.com