# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> a Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> a Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-701 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of (1) Expert Report of Matthew R. Lynde, Ph.D. Pursuant to Rule 26(a)(2)(B); and, (2) Expert Report of Eby Friedman, Ph.D. Concerning the Validity of U.S. Patent No. 6,192,508 were caused to be served by electronic mail and U.S. Mail on March 16, 2007 on the following counsel of record:

Karen Jacobs Louden                   *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell      *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
***Email: klouden@mnat.com***

| | |
|---|---|
| Valerie M. Wagner<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>*Email: valerie.wagner@dechert.com* | *Attorneys for Plaintiff,*<br>*Synopsys, Inc.* |
| Ronald E. Shulman<br>Terry Kearney<br>Julie M. Holloway<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Email: rshulman@wsgr.com*<br>*Email: tkearney@wsgr.com*<br>*Email: jholloway@wsgr.com* | *Attorneys for Plaintiff,*<br>*Synopsys, Inc.* |
| Jose C. Villarreal<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway,<br>North Westech 360, Suite 3350<br>Austin, TX 78759<br>*Email: jvillarreal@wsgr.com* | *Attorneys for Plaintiff,*<br>*Synopsys, Inc.* |
| Michael N. Edelman<br>Paul, Hastings, Janofsky & Walker, LLP<br>Five Palo Alto Square, Sixth Floor<br>Palo Alto, CA 94306-2155<br>*Email: michaeledelman@paulhastings.com* | *Attorneys for Plaintiff,*<br>*Synopsys, Inc.* |

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
| OF COUNSEL: | /s/ Raymond N. Scott, Jr. |
|  | William J. Marsden, Jr. (#2247) |
| James Pooley | Raymond N. Scott, Jr. (#4949) |
| L. Scott Oliver | 919 N. Market Street, Suite 1100 |
| Marc D. Peters | P.O. Box 1114 |
| Pooley & Oliver LLP | Wilmington, DE 19899-1114 |
| Five Palo Alto Square, 7th Floor | Telephone: (302) 652-5070 |
| Palo Alto, CA 94306-2121 | Facsimile: (302) 652-0607 |
| Telephone: (650) 739-7020 |  |
| Facsimile: (650) 739-7060 | Katherine Kelly Lutton *(pro hac)* |
|  | Tamara Fraizer *(pro hac)* |
|  | Jennifer Ishimoto *(pro hac)* |
|  | 500 Arguello St., Suite 500 |
|  | Redwood City, CA 94063 |
|  |  |
|  | Joseph V. Colaianni, Jr. *(pro hac)* |
|  | 1425 K Street, N.W. |
|  | Washington, D.C. 20005 |
|  |  |
|  | *Attorneys for Defendant and Counterclaimant, Magma Design Automation, Inc.* |

DATED: March 22, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire      *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell      *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
***Email: klouden@mnat.com***

I hereby certify that on March 22, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire      *Attorneys for Plaintiff*
Dechert LLP      *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304
***Email: valerie.wagner@dechert.com***

Ronald E. Shulman      *Attorneys for Plaintiff,*
Terry Kearney      *Synopsys, Inc.*
Julie M. Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
***Email: rshulman@wsgr.com***
***Email: tkearney@wsgr.com***
***Email: jholloway@wsgr.com***

Jose C. Villarreal      *Attorneys for Plaintiff,*
Wilson Sonsini Goodrich & Rosati      *Synopsys, Inc.*
8911 Capital of Texas Highway,
North Westech 360, Suite 3350
Austin, TX 78759
***Email: jvillarreal@wsgr.com***

| | |
|---|---|
| Michael N. Edelman<br>Paul, Hastings, Janofsky & Walker, LLP<br>Five Palo Alto Square, Sixth Floor<br>Palo Alto, CA 94306-2155<br>**Email: michaeledelman@paulhastings.com** | *Attorneys for Plaintiff,*<br>*Synopsys, Inc.* |

/s/ Raymond N. Scott, Jr.
Raymond N. Scott, Jr.

80043125.doc