# THIS DOCUMENT IS BEING FILED UNDER SEAL