## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNOPSYS, INC., | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
|     Plaintiff and | ) | |
|     Counter-Defendant, | ) | |
| | ) | |
|   v. | ) | |
| | ) | C.A. No. 05-701 GMS |
| MAGMA DESIGN AUTOMATION, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
|     Defendant and | ) | |
|     Counterclaimant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the Expert Report of

Professor Igor L. Markov was caused to be served by electronic mail and U.S. Mail on

March 16, 2007 on the following counsel of record:

Karen Jacobs Louden          *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell    *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE 19801
***Email: klouden@mnat.com***

Valerie M. Wagner            *Attorneys for Plaintiff,*
Dechert LLP                    *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA 94304
***Email: valerie.wagner@dechert.com***

Ronald E. Shulman                                 *Attorneys for Plaintiff,*
Terry Kearney                                     *Synopsys, Inc.*
Julie M. Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
***Email: rshulman@wsgr.com***
***Email: tkearney@wsgr.com***
***Email: jholloway@wsgr.com***


Jose C. Villarreal                                *Attorneys for Plaintiff,*
Wilson Sonsini Goodrich & Rosati                  *Synopsys, Inc.*
8911 Capital of Texas Highway,
North Westech 360, Suite 3350
Austin, TX 78759
***Email: jvillarreal@wsgr.com***


Michael N. Edelman                                *Attorneys for Plaintiff,*
Paul, Hastings, Janofsky & Walker, LLP            *Synopsys, Inc.*
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
***Email: michaeledelman@paulhastings.com***

FISH & RICHARDSON P.C.

OF COUNSEL:

James Pooley
L. Scott Oliver
Marc D. Peters
Pooley & Oliver LLP
Five Palo Alto Square, 7th Floor
Palo Alto, CA  94306-2121
Telephone:    (650) 739-7020
Facsimile:    (650) 739-7060

/s/ Raymond N. Scott, Jr.
William J. Marsden, Jr.  (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:    (302) 652-5070
Facsimile:    (302) 652-0607

Katherine Kelly Lutton *(pro hac)*
Tamara Fraizer *(pro hac)*
Jennifer Ishimoto *(pro hac)*
500 Arguello St., Suite 500
Redwood City, CA  94063

Joseph V. Colaianni, Jr. *(pro hac)*
1425 K Street, N.W.
Washington, D.C.  20005

*Attorneys for Defendant and*
*Counterclaimant,*
*Magma Design Automation, Inc.*

DATED:  March 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I electronically filed with the Clerk of

Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing

will also be sent via hand delivery to:

Karen Jacobs Louden, Esquire                  *Attorneys for Plaintiff*
Morris, Nichols, Arsht & Tunnell              *Synopsys, Inc.*
1201 North Market Street
Wilmington, DE  19801
***Email: klouden@mnat.com***

I hereby certify that on March 28, 2007, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

Valerie M. Wagner, Esquire                    *Attorneys for Plaintiff*
Dechert LLP                                   *Synopsys, Inc.*
1117 California Avenue
Palo Alto, CA  94304
***Email: valerie.wagner@dechert.com***

Ronald E. Shulman                             *Attorneys for Plaintiff,*
Terry Kearney                                 *Synopsys, Inc.*
Julie M. Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
***Email: rshulman@wsgr.com***
***Email: tkearney@wsgr.com***
***Email: jholloway@wsgr.com***

Jose C. Villarreal                            *Attorneys for Plaintiff,*
Wilson Sonsini Goodrich & Rosati              *Synopsys, Inc.*
8911 Capital of Texas Highway,
North Westech 360, Suite 3350
Austin, TX 78759
***Email: jvillarreal@wsgr.com***

Michael N. Edelman
Paul, Hastings, Janofsky & Walker, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
**Email: michaeledelman@paulhastings.com**

*Attorneys for Plaintiff,*
*Synopsys, Inc.*

*/s/ Raymond N. Scott, Jr.*
Raymond N. Scott, Jr.

80043298.doc