IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 05-701 (GMS) |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, ) ) ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L.R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Helen Hao Li of the law firm Wilson Sonsini Goodrich & Rosait of 610 California Avenue, Palo Alto, California 94304-1050 to represent plaintiff in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Plaintiff Synopsys, Inc.

March 29, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 03/28/07

Helen Hao Li
Wilson Sonsini Goodrich & Rosati
601 California Avenue
Palo Alto, CA 94304-1050

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Marsden

I also certify that copies were caused to be served on March 29, 2007, upon the following in the manner indicated:

### BY HAND

William J. Marsden
Fish & Richardson P.C.
919 N. Market St.
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com

### BY EMAIL

James Pooley
Pooley & Oliver LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
jpooley@pooleyoliver.com


/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden
klouden@mnat.com