IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) MAGMA DESIGN AUTOMATION, ) a Delaware corporation, ) ) Defendant. ) | C.A. No. 05-701 (GMS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Synopsys, Inc. ("Synopsys") to file its reply brief in further support of Synopsys, Inc.'s Motion for Leave to Amend Its Reply, filed on March 12, 2007 (D.I. 243), and the time for Magma Design Automation ("Magma") to file the redacted version of its Opposition To Synopsys Inc.'s Motion For Leave To Amend Its Reply, filed under seal on March 26, 2007 (D.I. 250), are hereby extended through and including April 23, 2007. The parties seek this extension because they have reached a settlement and require this additional time to effectuate the terms of the settlement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Maria Granovsky* | */s/ Raymond N. Scott, Jr.* |
| Jack B. Blumenfeld (#1014) | William J. Marsden (#2247) |
| Karen Jacobs Louden (#2881) | Raymond N. Scott Jr. (#4949) |
| Maria Granovsky (#4709) | rscott@fr.com |
| mgranovsky@mnat.com | 919 N. Market Street, P.O. Box 1114 |
| 1201 N. Market Street, P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 652-5070 |
| (302) 658-9200 | *Attorneys for Defendant Magma Design Automation* |
| *Attorneys for Plaintiff Synopsys, Inc.* | |

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet

781384