IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., <br> A Delaware Corporation, <br><br> Plaintiff and <br> Counter-Defendant, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, <br> A Delaware Corporation, <br><br> Defendant and <br> Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-701 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all claims and counterclaims asserted in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own attorneys' fees and costs. This stipulation is subject to the provision that the terms of the Protective Order (entered per D.I. 34) shall survive termination of the action and shall remain in effect, with the Court retaining jurisdiction over any issues arising there under.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ William J. Marsden* |
| Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> klouden@mnat.com <br> 1201 N. Market St. <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br>   Attorneys for plaintiff Synopsys, Inc. | William J. Marsden (#2247) <br> Raymond N. Scott Jr. (#4949) <br> rscott@fr.com <br> 919 N. Market Street <br> P.O. Box 1114 <br> Wilmington, DE  19899 <br> (302) 652-5070 <br>   Attorneys for defendant Magma Design <br>   Automation |

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet