CLOSED, MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00701-GMS
## Internal Use Only

| | |
|---|---|
| Synopsys Inc. v. Magma Design Automation | Date Filed: 09/26/2005 |
| Assigned to: Judge Gregory M. Sleet | Date Terminated: 04/13/2007 |
| Cause: 35:271 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Synopsys Inc.**  represented by **Karen Jacobs Louden**
*a Delaware corporation*  
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200
Email: kjlefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Polizoti**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: lpolizoti@mnat.com
*ATTORNEY TO BE NOTICED*

**Maria Granovsky**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-8100
Email: mariagranovsky@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Magma Design Automation**  represented by **William J. Marsden, Jr.**
*a Delaware corporation*  
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Fax: (302) 652-0607
Email: marsden@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

|  |  |  |
|---|---|---|
|  |  | (302) 651-7718<br>Email: wade@rlf.com<br>*TERMINATED: 04/18/2006*<br>*LEAD ATTORNEY* |

**Counter Claimant**

| | | |
|---|---|---|
| **Magma Design Automation**<br>*a Delaware corporation* | represented by | **William J. Marsden, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William J. Wade**<br>(See above for address)<br>*TERMINATED: 04/18/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Synopsys Inc.**<br>*a Delaware corporation* | represented by | **Karen Jacobs Louden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Magma Design Automation**
*a Delaware corporation*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Synopsys Inc.**<br>*a Delaware corporation* | represented by | **Karen Jacobs Louden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Magma Design Automation**
*a Delaware corporation*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Synopsys Inc.**<br>*a Delaware corporation* | represented by | **Karen Jacobs Louden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2005 | 1 | COMPLAINT filed with Jury Demand against Magma Design Automation - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 140747.) - filed by Synopsys Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Civil Cover Sheet # 5 Acknowledgement of Consent Form) (mwm, ) (Entered: 09/27/2005) |
| 09/26/2005 |  | No Summons Issued (mwm, ) (Entered: 09/27/2005) |
| 09/26/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Synopsys Inc. (mwm, ) (Entered: 09/27/2005) |
| 09/27/2005 | 3 | Report to the Commissioner of Patents for Patent Number(s) 6,192, 508; 6,434,733; 6,766,501. (mwm, ) (Entered: 09/27/2005) |
| 09/29/2005 |  | Summons Issued as to Magma Design Automation on 9/29/2005. (bad, ) (Entered: 09/29/2005) |

| | | |
|---|---|---|
| | | Notice of Deposition of Milan Lazich; 6) Notice of Deposition of Patrick R. Groeneveld; 7) Notice of Deposition of Pete Teshima; 8) Notice of Deposition of Prasanna Vehkat Srivinas; 9) Notice of Deposition of Roy E. Jewell; 10) Notice of Deposition of Premal Buch; and 11) Notice of Deposition of Rajeev Madhavan by Synopsys Inc..(Polizoti, Leslie) (Entered: 10/31/2006) |
| 11/02/2006 | 136 | NOTICE OF SERVICE of Magma Design Automation, Inc.'s Notices of Taking Depositions of Rohit Kapur, Thomas Williams, Abhijeet Chakraborty and Gary K. Yeap by Magma Design Automation. (Attachments: # 1 Exhibit A - B# 2 Exhibit C - D)(Marsden, William) (Entered: 11/02/2006) |
| 11/02/2006 | 137 | NOTICE OF SERVICE of Responses to Magma Design Automation Inc.'s Sixth Set of Requests for Production of Documents and Things to Synopsys, Inc. by Synopsys Inc..(Polizoti, Leslie) (Entered: 11/02/2006) |
| 11/03/2006 | 138 | REPLY BRIEF re 123 MOTION to Bifurcate *Plaintiff Synopsys, Inc.'s Renewed Motion To Bifurcate Trial Of Antitrust Claims And To Stay Discovery Related Exclusively Thereto* filed by Synopsys Inc.. (Attachments: # 1 Exhibit A-H)(Polizoti, Leslie) (Entered: 11/03/2006) |
| 11/03/2006 | 139 | NOTICE to Take Deposition of Synopsys, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) on November 14, 2006 by Magma Design Automation. (Attachments: # 1 Exhibit A)(Marsden, William) (Entered: 11/03/2006) |
| 11/03/2006 | 140 | CLAIM Construction Chart by Synopsys Inc., Magma Design Automation. (Attachments: # 1 Exhibit A-D)(Polizoti, Leslie) (Entered: 11/03/2006) |
| 11/03/2006 | 141 | SEALED CLAIM CONSTRUCTION OPENING BRIEF filed by Synopsys Inc.. (Attachments: # 1 Exhibit A)(Polizoti, Leslie) (Entered: 11/03/2006) |
| 11/03/2006 | 142 | CLAIM CONSTRUCTION OPENING BRIEF filed by Magma Design Automation. (Compton, Kyle) (Entered: 11/03/2006) |
| 11/03/2006 | 143 | DECLARATION re 142 Claim Construction Opening Brief *Edmund Cooley* by Magma Design Automation. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Compton, Kyle) (Entered: 11/03/2006) |
| 11/06/2006 | 144 | REQUEST for Oral Argument by Synopsys Inc. re 123 MOTION to Bifurcate *Plaintiff Synopsys, Inc.'s Renewed Motion To Bifurcate Trial Of Antitrust Claims And To Stay Discovery Related Exclusively Thereto*. (Polizoti, Leslie) (Entered: 11/06/2006) |
| 11/06/2006 | 145 | AMENDED DOCUMENT by Magma Design Automation(a Delaware corporation). *Magma Design Automation's Opening Markman Brief to include corrected Table of Contents and Table of Authorities to D.I. #142*. (Marsden, William) (Entered: 11/06/2006) |
| 11/07/2006 | 146 | REDACTED VERSION of 141 Claim Construction Opening Brief by Synopsys Inc.. (Attachments: # 1 Exhibit A)(Polizoti, Leslie) (Entered: 11/07/2006) |
| 11/09/2006 | | ORDER [Paperless] CHANGING DATE OF MARKMAN HEARING: The Markman Hearing currently scheduled for Friday, December 1, 2006, at 9:30 a.m. HAS BEEN RESCHEDULED to Wednesday, November 29, 2006, at 9:30 a.m. The court has set aside 3 hours with each side having one and one-half hours. Ordered by Judge Gregory M. Sleet on 11/9/06. (ctd) (Entered: 11/09/2006) |
| 11/13/2006 | 147 | NOTICE OF SERVICE of Synopsys, Inc.'s Objections to Magma Design Automation Corporation's Notice of Deposition to Plaintiff Synopsys, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) re 139 Notice to Take Deposition by Synopsys Inc.. Related document: 139 Notice to Take Deposition filed by Magma Design Automation.(Polizoti, Leslie) (Entered: 11/13/2006) |
| 11/16/2006 | 148 | NOTICE OF SERVICE of Magma Design Automaton, Inc.'s Sixth Notice of Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) to Synopsys, Inc.; and Magma Design Automation, Inc.'s Seventh Notice of Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) to Synopsys, Inc. by Magma Design Automation. (Marsden, William) (Entered: 11/16/2006) |
| 11/16/2006 | 149 | MOTION for Pro Hac Vice Appearance of Attorney Jennifer Ishimoto and Joseph V. Colaianni, Jr. - filed by Magma Design Automation. (Marsden, William) Additional attachment(s) added on 11/17/2006 (asw, ). (Entered: 11/16/2006) |
| 11/17/2006 | | CORRECTING ENTRY: The certification (with signatures) has been added to D.I. 149, Motion for Pro hac Vice. (asw) (Entered: 11/17/2006) |
| 11/17/2006 | | SO ORDERED, re 149 MOTION for Pro Hac Vice Appearance of Attorney Jennifer Ishimoto and Joseph V. Colaianni, Jr. filed by Magma Design Automation. Ordered by Judge Gregory M. Sleet on 11/17/06. (asw) (Entered: 11/17/2006) |

| | | |
|---|---|---|
| 11/17/2006 | 150 | NOTICE of filing the following document(s) in paper format: Magma's Responsive Claim Construction Brief. Original document(s) on file in Clerk's Office. Notice filed by William J. Marsden, Jr on behalf of Magma Design Automation (Marsden, William) (Entered: 11/17/2006) |
| 11/17/2006 | 151 | DECLARATION re 150 Notice of Filing Paper Documents, *Magma's Responsive Claim Construction Brief* by Magma Design Automation. (Marsden, William) (Entered: 11/17/2006) |
| 11/17/2006 | 152 | CLAIM CONSTRUCTION ANSWERING BRIEF re 141 Claim Construction Opening Brief filed by Synopsys Inc.. (Attachments: # 1 Exhibits A-C)(Polizoti, Leslie) (Entered: 11/17/2006) |
| 11/18/2006 | 153 | APPENDIX re 152 Claim Construction Answering Brief *(Volume 1 of 2)* by Synopsys Inc.. (Attachments: # 1 Tabs 1-15# 2 Tabs 16-23# 3 Tabs 24-25)(Polizoti, Leslie) (Entered: 11/18/2006) |
| 11/18/2006 | 154 | APPENDIX re 153 Appendix *(Volume 2 of 2)* by Synopsys Inc.. (Attachments: # 1 Tabs 26-32# 2 Tabs 33-41# 3 Tabs 42-50)(Polizoti, Leslie) (Entered: 11/18/2006) |
| 11/18/2006 | 155 | SEALED EXHIBIT re 153 Appendix *Exhibits 11, 12, 13 and 14 to Joint Appendix of Intrinsic and Extrinsic Evidence (Volume 1 of 2)* by Synopsys Inc.. (Polizoti, Leslie) (Entered: 11/18/2006) |
| 11/20/2006 | 156 | NOTICE OF SERVICE of Plaintiff Synopsys, Inc.'s Supplemental Responses To Magma Design Automation Inc.'s First Set Of Requests For Production Of Documents And Things Pursuant to F.R.C.P. 34 by Synopsys Inc..(Polizoti, Leslie) (Entered: 11/20/2006) |
| 11/21/2006 | 157 | Letter to April Walker, Courtroom Deputy - GMS from Kyle Wagner Compton, Esq. regarding permission to bring laptop computers into the Courtroom for Markman hearing. (Compton, Kyle) (Entered: 11/21/2006) |
| 11/27/2006 | | ORAL ORDER granting 157 Letter request to bring laptops into the courtroom for the sole purpose of the Markman Hearing on 11/29/2006. A copy of this order was sent to the Court Security Officer for clearance. Ordered by Judge Gregory M. Sleet on 11/27/06. (asw) (Entered: 11/27/2006) |
| 11/28/2006 | 158 | ORDER providing guidance to the parties for the Markman Hearing on 11/29/2006. Signed by Judge Gregory M. Sleet on 11/28/2006. (asw) (Entered: 11/28/2006) |
| 11/28/2006 | 159 | CLAIM Construction Chart by Synopsys Inc., Magma Design Automation. (Attachments: # 1 Exhibit A-D)(Polizoti, Leslie) (Entered: 11/28/2006) |
| 11/28/2006 | 160 | NOTICE OF SERVICE of Defendant Magma Design Automation, Inc.'s Supplemental Response to Plaintiff Synopsys' Third Set of Interrogatories [No. 20] by Magma Design Automation.(Marsden, William) (Entered: 11/28/2006) |
| 11/28/2006 | 161 | NOTICE OF SERVICE of Subpoenas to (1) Manjit Borah; (2) ReShape, Inc.; (3) Peter Dahl; and (4) Paul Rodman by Synopsys Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Polizoti, Leslie) (Entered: 11/28/2006) |
| 11/29/2006 | | CORRECTING ENTRY: D.I. 160, Notice of Service has been corrected adding the word, "Supplemental" in the text titling the document served. (asw) (Entered: 11/29/2006) |
| 11/29/2006 | 162 | NOTICE OF SERVICE of (1) Notice Of Deposition Of Magma Design Automation, Inc., (2) Notice Of Deposition Of Magma Design Automation, Inc. by Synopsys Inc.(a Delaware corporation). (Louden, Karen) (Entered: 11/29/2006) |
| 12/01/2006 | 163 | NOTICE OF SERVICE of Plaintiff Synopsys, Inc.'s Objections to Magma Design Automation, Inc.'s Subpoena to Douglas B. Boyle and Plaintiff Synopsys Inc.'s Objections to Magma Design Automation, Inc.'s Subpoena to Lawrence Pileggi by Synopsys Inc..(Polizoti, Leslie) (Entered: 12/01/2006) |
| 12/01/2006 | 164 | STENO NOTES of Markman Hearing held on 11/29/2006 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw) (Entered: 12/04/2006) |
| 12/04/2006 | 165 | ORDER SETTING DISCOVERY CONFERENCE: A 4th Discovery Conference (see attachment) has been set for Tuesday, December 12, 2006, at 11:30 AM with Honorable Gregory M. Sleet. In accordance with the Scheduling Order, a joint letter agenda (a sample can be found on the court's website) shall be filed not less than forty-eight hours prior to the teleconference. The Joint Letter Agenda shall be filed by the close of business on Thursday, December 7, 2006. Ordered by Judge Gregory M. Sleet on 12/4/06. (ctd) (Entered: 12/04/2006) |
| 12/04/2006 | 166 | NOTICE OF SERVICE of Magma's Notice of Taking Deposition of Sharad Malik by Magma Design Automation.(Marsden, William) (Entered: 12/04/2006) |

| | | |
|---|---|---|
| 12/04/2006 | 167 | NOTICE OF SERVICE of Notice of Deposition of Magma Design Automation, Inc. and First Amended Notice of Deposition of Magma Design Automation, Inc. by Synopsys Inc..(Polizoti, Leslie) (Entered: 12/04/2006) |
| 12/06/2006 | 168 | NOTICE of Subpoena by Synopsys Inc. (Attachments: # 1 Exhibit A)(Louden, Karen) (Entered: 12/06/2006) |
| 12/07/2006 | 169 | NOTICE of Subpoena by Synopsys Inc.(a Delaware corporation) (Attachments: # 1 Exhibit 1)(Louden, Karen) (Entered: 12/07/2006) |
| 12/07/2006 | 170 | Letter to Hon. Gregory M. Sleet from Karen Jacobs Louden regarding Agenda letter. (Louden, Karen) (Entered: 12/07/2006) |
| 12/07/2006 | 171 | NOTICE of Subpoena being served upon Margie Levine by Synopsys Inc. (Attachments: # 1 Exhibit 1)(Louden, Karen) (Entered: 12/07/2006) |
| 12/08/2006 | 172 | NOTICE OF SERVICE of Synopsys, Inc.'s Objections To Magma Design Automation Corporation's Sixth Notice Of Deposition To Plaintiff Synopsys, Inc. Pursuant To Fed. R. Civ. P. 30(b)(6); Synopsys, Inc.'s Objections To Magma Design Automation Corporation's Seventh Notice of Deposition To Plaintiff Synopsys, Inc. Pursuant To Fed. R. Civ. P. 30(b)(6) by Synopsys Inc.(a Delaware corporation).(Louden, Karen) (Entered: 12/08/2006) |
| 12/08/2006 | 173 | MOTION for Pro Hac Vice Appearance of Attorney George G. Gordon, Kevin T. Kerns - filed by Synopsys Inc.(a Delaware corporation). (Louden, Karen) (Entered: 12/08/2006) |
| 12/08/2006 | | SO ORDERED, re 173 MOTION for Pro Hac Vice Appearance of Attorney George G. Gordon, Kevin T. Kerns filed by Synopsys Inc. Ordered by Judge Gregory M. Sleet on 12/8/2006. (asw) (Entered: 12/08/2006) |
| 12/11/2006 | 174 | NOTICE OF SERVICE of Notice of Deposition of Charles Yih and Notice of Deposition of Mike Ingster by Synopsys Inc..(Polizoti, Leslie) (Entered: 12/11/2006) |
| 12/12/2006 | 175 | NOTICE of SUBPOENA (Gregory C. Walker) by Synopsys Inc. (Attachments: # 1 Exhibit 1)(Polizoti, Leslie) (Entered: 12/12/2006) |
| 12/12/2006 | | Minute Entry for proceedings held before Judge Gregory M. Sleet : Telephone Conference Re: Discovery held on 12/12/2006. Discussion on disputed items as stated in the joint agenda submission. The Court will hold a Status Teleconference Re: Discovery on 1/12/2007 at 10:00 AM (as stated in today's Teleconference). Plaintiff's counsel shall arrange and initiate the call to chambers. (Court Reporter Kevin Maurer.) (asw) (Entered: 12/12/2006) |
| 12/12/2006 | 176 | Letter to The Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding filing of motion for summary judgment of non-infringement on the 508 patent. (Marsden, William) (Entered: 12/12/2006) |
| 12/12/2006 | 177 | NOTICE OF SERVICE of Amended Notice of Deposition of Chris Yih by Synopsys Inc..(Polizoti, Leslie) (Entered: 12/12/2006) |
| 12/12/2006 | 178 | Letter to The Honorable Gregory M. Sleet from Karen Jacobs Louden regarding seeking leave to file four summary judment motions (UNDER SEAL). (Attachments: # 1 Exhibits A through G (UNDER SEAL))(Louden, Karen) (Entered: 12/12/2006) |
| 12/12/2006 | 179 | NOTICE OF SERVICE of Fourth Set of Interrogatories to Defendant Magma Design Automation, Inc. and Seventh Set of Requests for the Production of Documents and Things to Defendant Magma Design Automation, Inc. by Synopsys Inc..(Polizoti, Leslie) (Entered: 12/12/2006) |
| 12/13/2006 | 180 | NOTICE of Subpoena served on Byron Dickinson by Synopsys Inc. (Attachments: # 1 Exhibit 1)(Polizoti, Leslie) (Entered: 12/13/2006) |
| 12/14/2006 | 181 | REDACTED VERSION of 178 Letter *to The Honorable Gregory M. Sleet Seeking Leave To File 4 Summary Judgment Motions* by Synopsys Inc.. (Attachments: # 1 Exhibit A-B, C&D are Confidential and E-G)(Polizoti, Leslie) (Entered: 12/14/2006) |
| 12/18/2006 | 182 | NOTICE OF SERVICE of Notice of Deposition of Magma Design Automation, Inc. (re the ReShape Patents); (2) Notice of Deposition of Magma Design Automation, Inc. (re Antitrust Issues) and (3) Notice of Deposition of Magma Design Automation, Inc. (re Damages and Marketing) by Synopsys Inc..(Polizoti, Leslie) (Entered: 12/18/2006) |
| 12/18/2006 | 183 | NOTICE of Subpoena upon Internet Archive by Synopsys Inc. (Attachments: # 1 Exhibit A)(Louden, Karen) (Entered: 12/18/2006) |

| | | |
|---|---|---|
| 12/19/2006 | 184 | NOTICE to Take Deposition of Lawrence Pileggi, Ph.D. on December 22, 2006 by Magma Design Automation.(Marsden, William) (Entered: 12/19/2006) |
| 12/19/2006 | 185 | Amended NOTICE of Subpoena upon Internet Archive by Synopsys Inc. (Attachments: # 1 Exhibit 1)(Polizoti, Leslie) (Entered: 12/19/2006) |
| 12/20/2006 | 186 | ORDER CONSTRUING THE TERMS OF U.S. PATENT NOS. 6,192,508; 6,519,745; and 6,857,116. Signed by Judge Gregory M. Sleet on 12/20/2006. (asw) Additional attachment(s) added on 12/20/2006 (asw, ). (Entered: 12/20/2006) |
| 12/20/2006 | | CORRECTING ENTRY: The pdf document was not attached to the Notice of Electronic Filing (NEF) for D.I. 186, Order. The order may be retrieved from the court's docket. (asw) (Entered: 12/20/2006) |
| 12/20/2006 | 187 | SEALED Letter to The Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding Opposition to Synopsys' Request for Permission to File Four Summary Judgment Motions - re 178 Letter, 181 Redacted Document. (Marsden, William) Modified on 8/28/2008 (dzs, ). (Entered: 12/20/2006) |
| 12/20/2006 | 188 | Letter to The Honorable Gregory M. Sleet from Karen Jacobs Louden regarding Defendant's Request for Permission to File Motion for Summary Judgment (UNDER SEAL) - re 176 Letter. (Attachments: # 1 Exhibits A-D)(Louden, Karen) (Entered: 12/20/2006) |
| 12/22/2006 | 189 | NOTICE OF SERVICE of Magma's Notice of Taking Deposition of Aart De Geus by Magma Design Automation.(Marsden, William) (Entered: 12/22/2006) |
| 12/22/2006 | 190 | NOTICE OF SERVICE of Defendant Magma's Objections to Synopsys' 30(b)(6) Notice of Depositon (Re: 745 Patent) by Magma Design Automation.(Marsden, William) (Entered: 12/22/2006) |
| 12/22/2006 | 191 | NOTICE OF SERVICE of Magma's Notice of Taking Deposition of Vernie Mast by Magma Design Automation.(Marsden, William) (Entered: 12/22/2006) |
| 12/27/2006 | 192 | SEALED Letter to The Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding Reply to Synopsys Inc.'s Opposition to Magma's Request to File Summary Judgment Motion - re 188 Letter. (Marsden, William) Modified on 12/28/2006 (rbe, ). (Entered: 12/27/2006) |
| 12/27/2006 | 193 | NOTICE OF SERVICE of Eighth Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Synopsys, Inc. by Magma Design Automation.(Marsden, William) (Entered: 12/27/2006) |
| 12/27/2006 | 194 | NOTICE OF SERVICE of Notice of Taking Deposition of Joe Hutt and Subpoena Duces Tecum by Magma Design Automation.(Marsden, William) (Entered: 12/27/2006) |
| 12/27/2006 | 195 | SEALED Letter to The Honorable Gregory M. Sleet from Karen Jacobs Louden regarding Reply Letter Brief in Response to Magma Design Automation, Inc.'s Answering Letter Brief (UNDER SEAL) - re 178 Letter. (Attachments: # 1 Exhibits A through C)(Louden, Karen) Modified on 12/28/2006 (rbe, ). (Entered: 12/27/2006) |
| 12/28/2006 | 196 | ORDER SETTING DISCOVERY CONFERENCE: A 5th Discovery Telephone Conference (see attachment) has been set for Thursday, January 4, 2007, at 11:00 AM with Honorable Gregory M. Sleet. This discovery conference will be held in conjunction with the previously scheduled telephone conference regarding summary judgment motions. In accordance with the Scheduling Order, a joint letter agenda (a sample can be found on the court's website) shall be filed not less than forty-eight hours prior to the teleconference. The Joint Letter Agenda shall be filed by the close of business on Tuesday, January 2, 2007. Ordered by Judge Gregory M. Sleet on 12/28/06. (mmm) (Entered: 12/28/2006) |
| 12/29/2006 | 197 | REDACTED VERSION *12/20/06 letter to Judge Sleet from William Marsden regarding request for summary judgment motions (DI 187)* by Magma Design Automation. (Marsden, William) Additional attachment(s) added on 1/9/2007 (mmm, ). (Entered: 12/29/2006) |
| 01/02/2007 | 198 | Letter to The Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding Magma's withdrawal of its request to file a motion for summary judgment of invalidity of claims 17 and 18 of the '508 patent - re 192 Letter,. (Marsden, William) (Entered: 01/02/2007) |
| 01/02/2007 | 199 | Letter to The Honorable Gregory M. Sleet from Leslie A. Polizoti regarding the parties' jointly submitted items for presentation at the January 4, 2007 discovery teleconference. (Polizoti, Leslie) (Entered: 01/02/2007) |
| 01/03/2007 | 200 | ORDER re 178 Letter, 176 Letter. The defendant's request for leave to file a motion for summary judgment is DENIED. The plaintiff's request for leave to file four motions for summary judgment is |

| | | |
|---|---|---|
| | | Holloway; Terry Kearney; Michael B. Levin; Ryan R. Smith; Matthew A. Argenti; Lisa K. Nguyen; Jose C. Villarreal filed by Synopsys Inc. Ordered by Judge Gregory M. Sleet on 3/2/2007. (asw) (Entered: 03/02/2007) |
| 03/02/2007 | 241 | NOTICE OF SERVICE of (1) Third Supplemental Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1); (2) Third Supplemental Responses to Synopsys, Inc.'s Interrogatory Nos. 4, 5, and 14; and (3) Notice of Deposition Pursuant to Subpoena in a Civil Case by Magma Design Automation(a Delaware corporation).(Marsden, William) (Entered: 03/02/2007) |
| 03/06/2007 | 242 | STIPULATION Expert discovery *Stipulation And Order* by Synopsys Inc.(a Delaware corporation). (Louden, Karen) (Entered: 03/06/2007) |
| 03/08/2007 | | SO ORDERED, re 242 Stipulation filed by Synopsys Inc., ORDER, Resetting Deadlines: Expert Discovery due by 5/4/2007. Ordered by Judge Gregory M. Sleet on 3/8/2007. (asw) (Entered: 03/08/2007) |
| 03/12/2007 | 243 | SEALED MOTION to Amend/Correct *its Reply* - filed by Synopsys Inc.. (Louden, Karen) (Entered: 03/12/2007) |
| 03/12/2007 | 244 | SEALED OPENING BRIEF in Support re 243 SEALED MOTION to Amend/Correct *its Reply* filed by Synopsys Inc..Answering Brief/Response due date per Local Rules is 3/29/2007. (Louden, Karen) (Entered: 03/12/2007) |
| 03/12/2007 | 245 | SEALED DECLARATION re 243 SEALED MOTION to Amend/Correct *its Reply* by Synopsys Inc.. (Attachments: # 1 Exhibits 1 through 17)(Louden, Karen) (Entered: 03/12/2007) |
| 03/15/2007 | 246 | NOTICE of additional appearance by Synopsys Inc.(a Delaware corporation) *Entry Of Additional Appearance* (Louden, Karen) (Entered: 03/15/2007) |
| 03/16/2007 | 247 | MOTION for Pro Hac Vice Appearance of Attorney Michael N. Edelman - filed by Synopsys Inc.. (Louden, Karen) (Entered: 03/16/2007) |
| 03/19/2007 | | SO ORDERED, re 247 MOTION for Pro Hac Vice Appearance of Attorney Michael N. Edelman filed by Synopsys Inc. Ordered by Judge Gregory M. Sleet on 3/19/2007. (asw) (Entered: 03/19/2007) |
| 03/20/2007 | 248 | REDACTED VERSION of 244 Opening Brief in Support *of Its Motion for Leave to Amend Its Reply* by Synopsys Inc.. (Attachments: # 1 Exhibits 1-9# 2 Exhibits 10-17)(Granovsky, Maria) (Entered: 03/20/2007) |
| 03/22/2007 | 249 | NOTICE OF SERVICE of (1) Expert Report of Matthew R. Lynde, Ph.D. Pursuant to Rule 26(a)(2)(B); and, (2) Expert Report of Eby Friedman, Ph.D. Concerning the Validity of U.S. Patent No. 6,192,508 by Magma Design Automation(a Delaware corporation).(Scott, Raymond) (Entered: 03/22/2007) |
| 03/26/2007 | 250 | SEALED ANSWERING BRIEF in Opposition *Magma Design Automation's Opposition to Synopsys, Inc.'s Motion for Leave to Amend Its Reply* filed by Magma Design Automation.Reply Brief due date per Local Rules is 4/5/2007. (Marsden, William) (Entered: 03/26/2007) |
| 03/26/2007 | 251 | SEALED DECLARATION re 250 Answering Brief in Opposition *Declaration of Scott Oliver in Support of Magma Design Automation, Inc.'s Opposition to Synopsys, Inc.'s Motion for Leave to Amend Its Reply* by Magma Design Automation. (Marsden, William) (Entered: 03/26/2007) |
| 03/28/2007 | 252 | NOTICE OF SERVICE of The Expert Report of Professor Igor L. Markov by Magma Design Automation(a Delaware corporation).(Scott, Raymond) (Entered: 03/28/2007) |
| 03/29/2007 | 253 | MOTION for Pro Hac Vice Appearance of Attorney Helen Hao Li - filed by Synopsys Inc.. (Louden, Karen) (Entered: 03/29/2007) |
| 03/30/2007 | | SO ORDERED, re 253 MOTION for Pro Hac Vice Appearance of Attorney Helen Hao Li filed by Synopsys Inc. Ordered by Judge Gregory M. Sleet on 3/30/2007. (asw) (Entered: 03/30/2007) |
| 03/30/2007 | 254 | STIPULATION TO EXTEND TIME for Synopsys to file reply brief and Magma to file redacted opposition to April 23, 2007 - filed by Synopsys Inc., Magma Design Automation. (Granovsky, Maria) (Entered: 03/30/2007) |
| 04/04/2007 | | SO ORDERED, re 254 STIPULATION TO EXTEND TIME for Synopsys to file reply brief and Magma to file redacted opposition to April 23, 2007 filed by Synopsys Inc., Magma Design Automation, Reset Briefing Schedule: re 243 SEALED MOTION to Amend/Correct *its Reply*. Reply Brief due 4/23/2007. Ordered by Judge Gregory M. Sleet on 4/4/2008. (asw) (Entered: 04/04/2007) |
| | | |